```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

        - v -                   :      NOTICE OF INTENT TO
                                                FILE AN INFORMATION

BNP PARIBAS S.A.,                   :

              Defendant.    :      14 CRIM 460

- - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        June 30, 2014

PREET BHARARA                              LESLIE CALDWELL
United States Attorney                     Assistant Attorney General
                                              Criminal Division

                                              JAIKUMAR RAMASWAMY
                                              Chief, Asset Forfeiture and
                                              Money Laundering Section

By: _____           By: _____
    Andrew D. Goldstein                    Craig Timm
    Assistant U.S. Attorney                Trial Attorney

AGREED AND CONSENTED TO:

By: _____
    Karen Patton Seymour, Esq.
    Attorney for BNP PARIBAS S.A.

                                                        JUDGE SCHOFIELD