```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
          - v -                  :      WAIVER OF INDICTMENT
                                 :
BNP PARIBAS S.A.,                :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

14 CRIM 460

The above-named defendant, which is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
BNP Paribas S.A.

By: Georges DIRANI

_____
Witness

_____
Counsel for Defendant

Dated:   New York, New York
         7/9         , 2014

JUDGE SCHOFIELD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 09 2014