Court Exhibit 3
7/9/14

Exhibit B

14cr460(LGS)

# BNP PARIBAS

Registered office: 16, boulevard des Italiens – 75009 PARIS
No. 662 042 449 RCS PARIS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 0 2014
```

# ARTICLES OF ASSOCIATION

Updated on January 10, 2014

This English translation is for the convenience of English-speaking readers. However, only the French text has any legal value. Consequently, the translation may not be relied upon to bring any legal claim, nor should it be used as the basis of any legal opinion. BNP PARIBAS expressly disclaims all liability for any inaccuracy herein.

On a regular basis, BNP PARIBAS may also conduct any and all other activities and any and all transactions in addition to those listed above, in particular any and all arbitrage, brokerage and commission transactions, subject to compliance with the regulations applicable to banks.

In general, BNP PARIBAS may, on its own behalf, and on behalf of third parties or jointly therewith, perform any and all financial, commercial, industrial or agricultural, personal property or real estate transactions directly or indirectly related to the activities set out above or which further the accomplishment thereof.

## SECTION II

## SHARE CAPITAL - SHARES

### Article 4

The share capital of BNP PARIBAS shall stand at 2,490,325,618 euros divided into 1,245,162,809 fully paid-up shares with a nominal value of 2 euros each.

### Article 5

The fully paid-up shares shall be held in registered or bearer form at the shareholder's discretion, subject to the French laws and regulations in force.

The shares shall be registered in an account in accordance with the terms and conditions set out in the applicable French laws and regulations in force. They shall be assigned by transfer from one account to another.

The Company may request disclosure of information concerning the ownership of its shares in accordance with the provisions of Article L. 228-2 of the French Commercial Code (*Code de Commerce*).

Without prejudice to the legal thresholds set in Article L. 233-7, paragraph 1 of the French Commercial Code (*Code de Commerce*), any shareholder, whether acting alone or in concert, who comes to directly or indirectly hold at least 0.5% of the share capital or voting rights of BNP PARIBAS, or any multiple of that percentage less than 5%, shall be required to notify BNP PARIBAS by registered letter with return receipt within the timeframe set out in Article L. 233-7 of the French Commercial Code (*Code de Commerce*).

Above 5%, the disclosure obligation provided for in the previous paragraph shall apply to 1% increments of the share capital or voting rights.

The disclosures described in the previous two paragraphs shall also apply when the shareholding falls below the above-mentioned thresholds.

Directors may be re-appointed, subject to the provisions of French law, in particular with regard to their age.

Each Director, including Directors elected by employees, must own at least 10 Company shares.

### 2/ Directors elected by BNP PARIBAS SA employees

The status of these Directors and the related election procedures shall be governed by Articles L. 225-27 to L. 225-34 of the French Commercial Code (*Code de Commerce*) as well as by the provisions of these Articles of Association.

There shall be two such Directors – one representing executive staff and the other representing non-executive staff.

They shall be elected by BNP PARIBAS SA employees.

They shall be elected for a three-year term.

Elections shall be organised by the Executive Management. The timetable and terms and conditions for elections shall be drawn up by the Executive Management in consultation with the national trade union representatives within the Company such that the second round of elections shall be held no later than fifteen days before the end of the term of office of the outgoing Directors.

Each candidate shall be elected on a majority basis after two rounds held in each of the electoral colleges.

Each application submitted during the first round of elections shall include both the candidate's name and the name of a substitute, if any.

Applications may not be amended during the second round of elections.

The candidates shall belong to the electoral college where they stand for election.

Applications other than those presented by a trade union representative within the Company must be submitted together with a document including the names and signatures of one hundred electors belonging to the electoral college where the candidate is presenting for election.

## Article 8

The Chairman of the Board of Directors shall be appointed from among the members of the Board of Directors.

Upon proposal from the Chairman, the Board of Directors may appoint one or more Vice-Chairmen.

5

Decisions shall be made by a majority of Directors present or represented. In the event of a split decision, the Chairman of the meeting shall have the casting vote, except as regards the proposed appointment of the Chairman of the Board of Directors.

The Board of Directors' deliberations shall be recorded in minutes entered in a special register prepared in accordance with French laws in force and signed by the Chairman of the meeting and one of the Directors who attended the meeting.

The Chairman of the meeting shall appoint the Secretary to the Board, who may be chosen from outside the Board's members.

Copies or excerpts of Board minutes may be signed by the Chairman, the Chief Executive Officer, the Chief Operating Officers (COOs) or any representative specifically authorised for such purpose.

## Article 11

The Ordinary General Shareholders' Meeting may grant Directors' attendance fees under the conditions provided for by French law.

The Board of Directors shall split these fees among its members as it deems appropriate.

The Board of Directors may grant exceptional compensation for specific assignments or duties performed by the Directors under the conditions applicable to agreements subject to approval, in accordance with the provisions of Articles L. 225-38 to L. 225-43 of the French Commercial Code (*Code de Commerce*). The Board may also authorise the reimbursement of travel and business expenses and any other expenses incurred by the Directors in the interests of the Company.

## SECTION IV

## DUTIES OF THE BOARD OF DIRECTORS, THE CHAIRMAN, THE EXECUTIVE MANAGEMENT AND THE NON-VOTING DIRECTORS (*Censeurs*)

## Article 12

The Board of Directors shall determine the business strategy of BNP PARIBAS and supervise the implementation thereof. Subject to the powers expressly conferred on the Shareholders' Meetings and within the limit of the corporate purpose, the Board shall handle any issue concerning the smooth running of BNP PARIBAS and settle matters concerning the Company pursuant to its deliberations. The Board of

the Board until the close of the General Shareholders' Meeting held to approve the financial statements for the year in which he reaches sixty-nine years of age. The Chief Executive Officer shall be deemed to have automatically resigned at the close of the General Shareholders' Meeting held to approve the financial statements for the year in which he reaches sixty-three years of age. However, the Board may decide to extend the term of office of the Chief Executive Officer until the close of the General Shareholders' Meeting held to approve the financial statements for the year in which he reaches sixty-four years of age.

## Article 15

The Chief Executive Officer shall be vested with the broadest powers to act in all circumstances in the name of BNP PARIBAS. He shall exercise these powers within the limit of the corporate purpose and subject to those powers expressly granted by French law to Shareholders' Meetings and the Board of Directors.

He shall represent BNP PARIBAS in its dealings with third parties. BNP PARIBAS shall be bound by the actions of the Chief Executive Officer even if such actions are outside the scope of the corporate purpose, unless BNP PARIBAS can prove that the third party knew that the relevant action was outside the scope of the corporate purpose or had constructive knowledge thereof in view of the circumstances. The publication of the Company's Articles of Association alone shall not constitute such proof.

The Chief Executive Officer shall be responsible for the organisation and procedures of internal control and for all information required by French law regarding the internal control report.

The Board of Directors may limit the powers of the Chief Executive Officer, but such limits shall not be binding as against third parties.

The Chief Executive Officer may delegate partial powers, on a temporary or permanent basis, to as many persons as he sees fit, with or without the option of redelegation.

The remuneration of the Chief Executive Officer shall be freely determined by the Board of Directors.

The Chief Executive Officer may be removed from office by the Board of Directors at any time. Damages may be payable to the Chief Executive Officer if he is removed from office without a valid reason, except where the Chief Executive Officer is also the Chairman of the Board of Directors.

In the event that the Chief Executive Officer is a Director, the term of his office as Chief Executive Officer shall not exceed that of his term of office as a Director.

## SECTION V

## SHAREHOLDERS' MEETINGS

## Article 18

General Shareholders' Meetings shall be composed of all shareholders.

General Shareholders' Meetings shall be convened and deliberate subject to compliance with the provisions of the French Commercial Code (*Code de Commerce*).

They shall be held either at the registered office or at any other location specified in the notice of meeting.

They shall be chaired by the Chairman of the Board of Directors, or, in his absence, by a Director appointed for this purpose by the Shareholders' Meeting.

Any shareholder may, subject to providing proof of identity, attend a General Shareholders' Meeting, either in person, or by returning a postal vote or by designating a proxy.

Taking part in the meeting is subject to the shares having been entered either in the BNP PARIBAS' registered share accounts in the name of the shareholder, or in the bearer share accounts held by the authorised intermediary, within the timeframes and under the conditions provided for by the French regulations in force. In the case of bearer shares, the authorised intermediary shall provide a certificate of participation for the shareholders concerned.

The deadline for returning postal votes shall be determined by the Board of Directors and stated in the notice of meeting published in the French Bulletin of Compulsory Legal Announcements (*Bulletin des Annonces Légales Obligatoires – BALO*).

At all General Shareholders' Meetings, the voting right attached to the shares bearing beneficial rights shall be exercised by the beneficial owner.

If the Board of Directors so decides at the time that the General Shareholders' Meeting is convened, the public broadcasting of the entire General Shareholders' Meeting by videoconference (visioconference) or all telecommunications and remote transmission means, including Internet, shall be authorised. Where applicable, this decision shall be communicated in the notice of meeting published in the French Bulletin of Compulsory Legal Announcements (*Bulletin des Annonces Légales Obligatoires – BALO*).

Any shareholder may also, if the Board of Directors so decides at the time of convening the General Shareholders' Meeting, take part in the vote by videoconference (visioconference) or all telecommunications and remote transmission means, including Internet, subject to compliance with the conditions set

11

The General Shareholders' Meeting may also decide to distribute sums levied from the reserves at its disposal.

However, except in the event of a capital reduction, no amounts may be distributed to the shareholders if the shareholders' equity is, or would become following such distribution, lower than the amount of capital plus the reserves which is not open to distribution pursuant to French law or these Articles of Association.

In accordance with the provisions of Article L. 232-18 of the French Commercial Code (*Code de Commerce*), a General Shareholders' Meeting may offer to the shareholders an option for the payment, in whole or in part, of dividends or interim dividends through the issuance of new shares in the Company.

## SECTION VIII

## DISSOLUTION

### Article 22

Should BNP PARIBAS be dissolved, the shareholders shall determine the form of liquidation, appoint the liquidators at the proposal of the Board of Directors and, in general, take on all of the duties of the General Shareholders' Meeting of a French Public Limited Company *(société anonyme)* during the liquidation and until such time as it has been completed.

## SECTION IX

## DISPUTES

### Article 23

Any and all disputes that may arise during the life of BNP PARIBAS or during its liquidation, either between the shareholders themselves or between the shareholders and BNP PARIBAS, pursuant to these Articles of Association, shall be ruled on in accordance with French law and submitted to the courts having jurisdiction.

Exhibit C

# BNP PARIBAS

Siège social : 16, boulevard des Italiens – 75009 PARIS
662 042 449 RCS PARIS

# S T A T U T S

Mis à jour au 10 janvier 2014

BNP PARIBAS peut également à titre habituel, dans les conditions définies par la réglementation bancaire, exercer toute autre activité ou effectuer toutes autres opérations que celles visées ci-dessus et notamment toutes opérations d'arbitrage, de courtage et de commission.

D'une façon générale, BNP PARIBAS peut effectuer, pour elle-même et pour le compte de tiers ou en participation, toutes opérations financières, commerciales, industrielles ou agricoles, mobilières ou immobilières pouvant se rapporter directement ou indirectement aux activités ci-dessus énoncées ou susceptibles d'en faciliter l'accomplissement.

## TITRE II

## CAPITAL SOCIAL – ACTIONS

### Article 4

Le capital social est fixé à 2.490.325.618 euros ; il est divisé en 1.245.162.809 actions de 2 euros nominal chacune entièrement libérées.

### Article 5

Les actions entièrement libérées sont de forme nominative ou au porteur, au choix du titulaire, sous réserve des dispositions légales et réglementaires en vigueur.

Les actions donnent lieu à inscription en compte dans les conditions et selon les modalités prévues par les dispositions législatives et réglementaires en vigueur et se transmettent par virement de compte à compte.

La Société peut demander communication des renseignements relatifs à la composition de son actionnariat conformément aux dispositions de l'article L. 228-2 du Code de Commerce.

Tout actionnaire agissant seul ou de concert, sans préjudice des seuils visés à l'article L. 233-7, alinéa 1, du Code de Commerce, venant à détenir directement ou indirectement 0,5 % au moins du capital ou des droits de vote de la Société ou un multiple de ce pourcentage inférieur à 5 % est tenu d'informer, par lettre recommandée avec avis de réception, la Société dans le délai prévu à l'article L. 233-7 du Code de Commerce.

Au-delà de 5 %, l'obligation de déclaration prévue à l'alinéa précédent porte sur des fractions du capital ou des droits de vote de 1 %.

Les administrateurs sont toujours rééligibles, sous réserve des dispositions légales relatives notamment à leur âge.

Chaque administrateur, y compris les administrateurs élus par les salariés, doit être propriétaire de 10 actions au moins.

### 2/ D'administrateurs élus par le personnel salarié de BNP PARIBAS SA

Le statut et les modalités d'élection de ces administrateurs sont fixés par les articles L. 225-27 à L. 225-34 du Code de Commerce, ainsi que par les présents Statuts.

Leur nombre est de deux, dont un représentant les cadres et l'autre les techniciens des Métiers de la banque.

Ils sont élus par le personnel salarié de BNP PARIBAS SA.

La durée de leurs mandats est de trois années.

Les élections sont organisées par la Direction Générale. Le calendrier et les modalités des opérations électorales sont établis par elle en concertation avec les organisations syndicales représentatives sur le plan national dans l'entreprise de telle manière que le second tour puisse avoir lieu au plus tard quinze jours avant la fin du mandat des administrateurs sortants.

L'élection a lieu dans chacun des collèges au scrutin majoritaire à deux tours.

Chaque candidature présentée lors du premier tour des élections doit comporter outre le nom du candidat celui de son remplaçant éventuel.

Aucune modification des candidatures ne peut intervenir à l'occasion du second tour.

Les candidats doivent appartenir au collège dans lequel ils sont présentés.

Les candidatures autres que celles présentées par une organisation syndicale représentative au niveau de l'entreprise doivent être accompagnées d'un document comportant les noms et signatures de cent électeurs appartenant au collège dont elles dépendent.

## Article 8

Le Président du Conseil d'administration est nommé parmi les membres du Conseil d'administration.

Sur proposition du Président, le Conseil d'administration peut désigner un ou plusieurs vice-Présidents.

5

Les délibérations sont prises à la majorité des voix des membres présents ou représentés. En cas de partage des voix, celle du Président de séance est prépondérante, sauf lorsqu'il s'agit de la proposition de la nomination du Président du Conseil d'administration.

Les délibérations du Conseil sont constatées par des procès-verbaux inscrits sur un registre spécial, établi conformément à la législation en vigueur et signés par le Président de séance, ainsi que par l'un des membres du Conseil ayant pris part à la délibération.

Le Président désigne le secrétaire du Conseil qui peut être choisi en dehors de ses membres.

Les copies ou extraits de ces procès-verbaux sont valablement signés par le Président, le Directeur Général, les Directeurs Généraux délégués ou l'un des fondés de pouvoirs spécialement habilité à cet effet.

## Article 11

L'Assemblée générale ordinaire peut allouer aux administrateurs des jetons de présence dans les conditions prévues par la loi.

Le Conseil d'administration répartit cette rémunération entre ses membres comme il l'entend.

Le Conseil peut allouer des rémunérations exceptionnelles pour les missions ou mandats confiés à des administrateurs dans les conditions applicables aux conventions sujettes à autorisation, conformément aux dispositions des articles L. 225-38 à L. 225-43 du Code de Commerce. Il peut aussi autoriser le remboursement des frais de voyage et de déplacement et des dépenses engagées par les administrateurs dans l'intérêt de la Société.

## TITRE IV

### ATTRIBUTIONS DU CONSEIL D'ADMINISTRATION, DU PRESIDENT, DE LA DIRECTION GENERALE ET DES CENSEURS

## Article 12

Le Conseil d'administration détermine les orientations de l'activité de BNP PARIBAS et veille à leur mise en œuvre. Sous réserve des pouvoirs expressément attribués aux Assemblées d'actionnaires et dans la limite de l'objet social, il se saisit de toute question intéressant la bonne marche de BNP PARIBAS et règle par ses

7

prolonger les fonctions du Directeur Général jusqu'à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 64 ans.

## Article 15

Le Directeur Général est investi des pouvoirs les plus étendus pour agir en toute circonstance au nom de BNP PARIBAS. Il exerce ces pouvoirs dans la limite de l'objet social et sous réserve de ceux que la loi attribue expressément aux Assemblées d'actionnaires et au Conseil d'administration.

Il représente BNP PARIBAS dans ses rapports avec les tiers. BNP PARIBAS est engagée même par les actes du Directeur Général qui ne relèvent pas de l'objet social, à moins qu'elle ne prouve que le tiers savait que l'acte dépassait cet objet ou qu'il ne pouvait l'ignorer compte tenu des circonstances, étant exclu que la seule publication des Statuts suffise à constituer cette preuve.

Le Directeur Général est responsable de l'organisation et des procédures de contrôle interne et de l'ensemble des informations requises par la loi au titre du rapport sur le contrôle interne.

Le Conseil d'administration peut limiter les pouvoirs du Directeur Général, mais cette limitation est inopposable aux tiers.

Le Directeur Général a la faculté de substituer partiellement dans ses pouvoirs, de façon temporaire ou permanente, autant de mandataires qu'il avisera, avec ou sans la faculté de substituer.

La rémunération du Directeur Général est fixée librement par le Conseil d'administration.

Le Directeur Général est révocable à tout moment par le Conseil. Si la révocation est décidée sans juste motif, elle peut donner lieu à dommages-intérêts, sauf lorsque le Directeur Général assume les fonctions du Président du Conseil d'administration.

Lorsque le Directeur Général est administrateur, la durée de ses fonctions ne peut excéder celle de son mandat.

## Article 16

Sur proposition du Directeur Général, le Conseil d'administration peut nommer, dans les limites légales, une ou plusieurs personnes physiques chargées d'assister le Directeur Général, avec le titre de Directeur Général délégué.

En accord avec le Directeur Général, le Conseil détermine l'étendue et la durée des pouvoirs conférés aux Directeurs Généraux délégués. Ces derniers disposent toutefois à l'égard des tiers des mêmes pouvoirs que le Directeur Général.

Lorsque le Directeur Général cesse ou est empêché d'exercer ses fonctions, les

Elles sont présidées par le Président du Conseil d'administration ou, à défaut, par un administrateur désigné à cet effet par l'Assemblée.

Tout actionnaire a le droit, sur justification de son identité, de participer aux Assemblées générales, en y assistant personnellement, en retournant un bulletin de vote par correspondance ou en désignant un mandataire.

Cette participation est subordonnée à l'enregistrement comptable des titres soit dans les comptes de titres nominatifs tenus par la Société soit dans les comptes de titres au porteur tenus par l'intermédiaire habilité, dans les délais et conditions prévus par la réglementation en vigueur. Dans le cas des titres au porteur, l'enregistrement comptable des titres est constaté par une attestation de participation délivrée par l'intermédiaire habilité.

La date ultime du retour des bulletins de vote par correspondance est fixée par le Conseil d'administration et communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

Dans toutes les Assemblées générales, le droit de vote attaché aux actions comportant un droit d'usufruit est exercé par l'usufruitier.

Si le Conseil d'administration le décide au moment de la convocation de l'Assemblée, la retransmission publique de l'intégralité de l'Assemblée par visioconférence ou par tous moyens de télécommunication et télétransmission y compris Internet est autorisée. Le cas échéant, cette décision est communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

Tout actionnaire pourra également, si le Conseil d'administration le décide au moment de la convocation de l'Assemblée, participer au vote par visioconférence ou par tous moyens de télécommunication et télétransmission y compris Internet dans les conditions prévues par la réglementation applicable au moment de son utilisation. En cas d'utilisation d'un formulaire électronique, la signature de l'actionnaire pourra prendre la forme soit d'une signature sécurisée soit d'un procédé fiable d'identification garantissant son lien avec l'acte auquel elle s'attache pouvant notamment consister en un identifiant et un mot de passe. Le cas échéant, cette décision est communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

## TITRE VI

## COMMISSAIRES AUX COMPTES

### Article 19

Au moins deux commissaires aux comptes titulaires et au moins deux commissaires

11

# TITRE VIII

# DISSOLUTION

## Article 22

En cas de dissolution de BNP PARIBAS, les actionnaires déterminent le mode de liquidation, nomment les liquidateurs sur la proposition du Conseil d'administration et, généralement, assument toutes les fonctions dévolues à l'Assemblée générale des actionnaires d'une société anonyme pendant le cours de la liquidation et jusqu'à sa clôture.

# TITRE IX

# CONTESTATIONS

## Article 23

Toutes les contestations qui peuvent s'élever au cours de l'existence de BNP PARIBAS ou lors de sa liquidation, soit entre les actionnaires, soit entre eux et BNP PARIBAS, à raison des présents Statuts, seront jugées conformément à la loi et soumises à la juridiction des tribunaux compétents.