Exhibit E

Court Exhibit 5
7/9/14



14cr 460 (LGS)

Paris, 30 June 2014

# PRESS RELEASE

The US Authorities have published today the agreement reached about the outcome of the pending procedures concerning BNP Paribas for transactions which in the past violated US applicable Law involving sanctions against specific countries (Sudan, Iran, Cuba) and Specially Designated Nationals. This involves a global money penalty of 8,9 bn$, a suspension of the capacity of the branch to clear in the US certain transactions for a period of one year starting January the 1st, 2015, a restriction on the employment of certain individuals and a specific compliance program.

ACPR, as the home supervisor of BNP Paribas, has examined the situation of BNP Paribas and has concluded that BNP Paribas Group has a solid solvency and liquidity position, which will allow it to absorb the anticipated consequences of these sanctions.

It has also considered that the present organization and controls enacted are adapted to the characteristics of its business, in particular its international activity. Thus with all licenses and authorizations maintained, the BNP Paribas Group is in a position to continue its business in full compliance with all applicable laws.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 10 2014

Press Office ACPR: +33 1 49 95 40 29

Press Office Banque de France : + 33 1 42 92 39 00



Paris, le 30 juin 2014

## COMMUNIQUE DE PRESSE

Les autorités américaines ont publié aujourd'hui l'accord conclu pour mettre un terme aux procédures ouvertes à l'encontre de BNP Paribas SA en raison de transactions contraires aux lois américaines, passées avec certains pays (Soudan, Iran, Cuba) et personnes physiques. Cet accord prévoit notamment une amende globale d'un montant de 8,9 milliards de dollars, une suspension de la capacité de la succursale à compenser à New York certaines transactions en dollars d'une durée de un an à compter du 1$^{er}$ janvier 2015, des restrictions en matière de personnel et la mise en œuvre d'un programme spécifique de conformité à l'échelle du groupe.

L'ACPR en tant que superviseur consolidé du groupe BNP Paribas a examiné la situation de BNP Paribas et constaté que le groupe présente une situation de solvabilité et de liquidité tout à fait solide, qui va lui permettre d'absorber les conséquences anticipées de ces sanctions. Elle a également estimé que l'organisation et les mécanismes de contrôle mis en place étaient appropriés aux caractéristiques de son activité, notamment son implantation internationale. Par conséquent le groupe BNP Paribas, avec ses agréments et autorisations inchangés, est donc en mesure de poursuivre son activité en respectant pleinement l'ensemble de la réglementation applicable.

Service Communication de l'ACPR –Tél. : + 33 (0)1 49 95 40 29

Service de presse de la Banque de France : 01 42 92 39 00