Court Exhibit 6  7/9/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                        :          14cr460(LGS)

                                              WAIVER OF INDICTMENT

BNP PARIBAS S.A.,                  :

         Defendant.            :

- - - - - - - - - - - - - - - - - x

       The above-named defendant, which is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                               /s/
                                          BNP Paribas S.A.

                                          By: George Dirani

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 10 2014

                                              /s/
                                          Witness

                                            /s/
                                          Counsel for Defendant

Dated:    New York, New York
          7/9_____, 2014