USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 0 2014

Court Exhibit 7  7/9/14

**ADVICE OF RIGHTS FORM**        14cr460 (LGS)

United States v. BNP Paribas S.A., ___ Cr. ___

     I, Georges Dirani, acting on behalf of BNP Paribas S.A. ("BNPP"), have received and read a copy of the Information and understand the nature of the charges made against BNPP. BNPP's representatives have had the opportunity to tell BNPP's lawyers all they know about the matters referred to in the indictment or information.

     BNPP understands the nature of the charges against it, its rights, and the punishment that could be imposed by the Court upon its plea of guilty, including: any maximum and mandatory minimum terms of imprisonment; the possibility of an order of forfeiture; the possibility of an order of restitution if any financial injury was caused by the offense; the fact that the Court must consider any applicable sentencing guidelines as well as the other factors enumerated in Title 18, United States Code, Section 3553(a), in imposing sentence; and the fact that the Court may depart from the sentencing guidelines in some circumstances.

     BNPP understands that if it pleads not guilty to Count I of the Information:

- It would be presumed under the law to be innocent of the charges against it.

- It would be entitled to a speedy, public trial by an impartial jury in which the burden would be upon the Government to establish its guilt beyond a reasonable doubt to the satisfaction of all 12 jurors.

- Upon such trial BNPP would be entitled, through its lawyer, to confront and cross-examine all witnesses against it; and it would be entitled to compulsory process of the Court to obtain witnesses to testify and evidence to be offered in its defense.

     BNPP understands that if its plea of guilty to any count or counts is accepted by the Court, it will give up the foregoing rights with respect to such count or counts and the Court will have the same power to sentence it as if a jury had brought in a verdict of guilty with respect to such count or counts.

     BNPP's decision to plead guilty is freely and voluntarily made. It has not been induced to plead guilty to any count by any promises other than those contained in any written plea agreement that it has signed. No one has promised it that it would receive leniency, a lesser sentence, or any other consideration if it pleaded guilty instead of going to trial. It has not been induced to plead guilty by any force or coercion.

     BNPP is pleading guilty because after discussing the case with its lawyers it believes that it is guilty. It is satisfied with how its lawyers have represented it.

     BNPP has had a full opportunity to discuss with its lawyers whether there are any meritorious defenses to the count to which it is pleading guilty. BNPP understands that, by pleading guilty, it is giving up the right to assert any such defenses.

BNPP has had a full opportunity to discuss with its lawyers whether there is a basis to seek suppression of some or all of the evidence against it. BNPP understands that, by pleading guilty, it is giving up the right to seek suppression of any of the evidence against it, unless the Court, as a condition of its guilty plea, specifically permits it to retain the right to appeal the denial of any suppression motion it has made or joined.

I am not under the influence of any substance, such as medication, narcotics or alcohol, that would affect my ability to understand the nature and consequences of BNPP's action in pleading guilty.

I have read and fully understand the foregoing statement.

_____
Signature on Behalf of Defendant

Dated: 07.09.14

I, the lawyer for the above-named defendant, have reviewed the foregoing with the defendant's representative, have explained to the defendant's representative the nature of the charges against the defendant, its rights, and the punishment that could be imposed upon entering a guilty plea. The defendant's representative has had a full opportunity to discuss with me whether there are any meritorious defenses to the count to which the defendant is pleading guilty. I have explained to the defendant's representative that, by pleading guilty, the defendant is waiving the right to assert any such defense. The defendant's representative also has had a full opportunity to discuss with me whether there is a basis to seek suppression of some or all of the evidence against the defendant on the ground that its rights were violated. I have explained to the defendant's representative that, by pleading guilty, the defendant is giving up the right to seek suppression of any of the evidence against it, unless the Court, as a condition of the guilty plea, specifically permits the defendant to retain the right to appeal the denial of any suppression motion it may have made or joined.

_____
Signature of Lawyer

Dated: July 9, 2014