```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
                -against-                                     :      14 Cr. 00460 (LGS)
                                                              :
BNP PARIBAS S.A.                                              :      ORDER
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      The parties are scheduled to appear before the Court on July 9, 2014.  As the parties are aware, the Court is tasked with considering the proposed Plea Agreement submitted by the parties, pursuant to which BNP Paribas S.A. ("BNPP") has agreed to forfeit to the United States a total of US$8,833,600,00.00, pursuant to Title 18, United States Code, Section 981 and Title 28, United States Code, Section 2461.  The Court hereby requests that **no later than 10:00 a.m. on July 7, 2014**, the parties submit a memorandum of law, not to exceed twenty-five (25) pages, summarizing the key facts of the case, including the relevance of each of the regulatory agreements submitted by the parties to this Court, and setting forth the legal standards and analysis on the basis of which the parties seek Court approval of the proposed Plea Agreement. The memorandum may be submitted either by the Government or the Defendant, or jointly by the parties, and should be sent to Chambers as a .PDF attachment at Schofield_NYSDChambers@nysd.uscourts.gov.

SO ORDERED

Dated: July 11, 2014
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                                        UNITED STATES DISTRICT JUDGE