```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
              -against-                                       :    14 Cr. 00460 (LGS)
                                                              :
BNP PARIBAS S.A.                                              :    ORDER
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/07/14

LORNA G. SCHOFIELD, District Judge:

The Court is in receipt of the parties' submissions pursuant to the Court's order of July 1, 2014.  The parties are hereby directed to submit **no later than 5:00 p.m. on July 8, 2014**, the following:

- Documents evidencing the authority conferred on the Board of Directors of BNP Paribas S.A. ("BNPP"), including the relevant provisions of the Articles of Association of BNPP and the French Commercial Code (*Code de Commerce*), to (a) consent to the proposed Plea Agreement, Waiver of Indictment and Stipulated Preliminary Order of Forfeiture/Money Judgment, admit to the Statement of Facts and plead guilty to the specified charge; and (b) delegate said authority to the individuals named in the Limited Certificate of Corporate Resolution appended to the Proposed Plea Agreement; and

- Documents evidencing the financial ability of BNPP to pay the forfeiture amount.

This request will be docketed as an order at the time this matter receives a case number.

SO ORDERED

Dated: July 07, 2014
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE