# BNP PARIBAS

Siège social : 16, boulevard des Italiens – 75009 PARIS
662 042 449 RCS PARIS

# S T A T U T S

Mis à jour au 10 janvier 2014

## S T A T U T S

## TITRE I

## FORME – DENOMINATION – SIEGE SOCIAL - OBJET

### Article 1

La Société dénommée BNP PARIBAS est une société anonyme agréée en qualité de banque en application des dispositions du Code Monétaire et Financier (Livre V, Titre $1^{er}$) relatives aux établissements du secteur bancaire.

La Société a été fondée suivant un décret du 26 mai 1966, sa durée est portée à quatre-vingt dix neuf années à compter du 17 septembre 1993.

Outre les règles particulières liées à son statut d'établissement du secteur bancaire (Livre V, Titre $1^{er}$ du Code Monétaire et Financier), BNP PARIBAS est régie par les dispositions du Code de Commerce relatives aux sociétés commerciales, ainsi que par les présents Statuts.

### Article 2

Le siège de BNP PARIBAS est établi à PARIS ($9^{ème}$ *arrondissement*) 16, Boulevard des Italiens.

### Article 3

BNP PARIBAS a pour objet, dans les conditions déterminées par la législation et la réglementation applicable aux établissements de crédit ayant reçu l'agrément du Comité des Etablissements de Crédit et des Entreprises d'Investissement en tant qu'établissement de crédit, de fournir ou d'effectuer avec toutes personnes physiques ou morales, tant en France qu'à l'étranger :

- tous services d'investissement,
- tous services connexes aux services d'investissement,
- toutes opérations de banque,
- toutes opérations connexes aux opérations de banque,
- toutes prises de participations,

au sens du Livre III, Titre $1^{er}$ relatif aux opérations de banque, et Titre II relatif aux services d'investissement et leurs services connexes, du Code Monétaire et Financier.

BNP PARIBAS peut également à titre habituel, dans les conditions définies par la réglementation bancaire, exercer toute autre activité ou effectuer toutes autres opérations que celles visées ci-dessus et notamment toutes opérations d'arbitrage, de courtage et de commission.

D'une façon générale, BNP PARIBAS peut effectuer, pour elle-même et pour le compte de tiers ou en participation, toutes opérations financières, commerciales, industrielles ou agricoles, mobilières ou immobilières pouvant se rapporter directement ou indirectement aux activités ci-dessus énoncées ou susceptibles d'en faciliter l'accomplissement.

# TITRE II

# CAPITAL SOCIAL – ACTIONS

## Article 4

Le capital social est fixé à 2.490.325.618 euros ; il est divisé en 1.245.162.809 actions de 2 euros nominal chacune entièrement libérées.

## Article 5

Les actions entièrement libérées sont de forme nominative ou au porteur, au choix du titulaire, sous réserve des dispositions légales et réglementaires en vigueur.

Les actions donnent lieu à inscription en compte dans les conditions et selon les modalités prévues par les dispositions législatives et réglementaires en vigueur et se transmettent par virement de compte à compte.

La Société peut demander communication des renseignements relatifs à la composition de son actionnariat conformément aux dispositions de l'article L. 228-2 du Code de Commerce.

Tout actionnaire agissant seul ou de concert, sans préjudice des seuils visés à l'article L. 233-7, alinéa 1, du Code de Commerce, venant à détenir directement ou indirectement 0,5 % au moins du capital ou des droits de vote de la Société ou un multiple de ce pourcentage inférieur à 5 % est tenu d'informer, par lettre recommandée avec avis de réception, la Société dans le délai prévu à l'article L. 233-7 du Code de Commerce.

Au-delà de 5 %, l'obligation de déclaration prévue à l'alinéa précédent porte sur des fractions du capital ou des droits de vote de 1 %.

Les déclarations mentionnées aux deux alinéas précédents sont également faites lorsque la participation au capital devient inférieure aux seuils ci-dessus mentionnés.

Le non-respect de déclaration des seuils, tant légaux que statutaires, donne lieu à privation des droits de vote dans les conditions prévues à l'article L. 233-14 du Code de Commerce sur demande d'un ou plusieurs actionnaires détenant ensemble au moins 2 % du capital ou des droits de vote de la Société.

## Article 6

Chaque action donne droit dans la propriété de l'actif social et dans le boni de liquidation à une part égale à la quotité de capital qu'elle représente.

Chaque fois qu'il sera nécessaire de posséder plusieurs titres pour exercer un droit quelconque, notamment en cas d'échange, de regroupement ou d'attribution de titres, ou à la suite d'une augmentation ou d'une réduction de capital, qu'elles qu'en soient les modalités, d'une fusion ou de toute autre opération, les propriétaires de titres en nombre inférieur à celui requis ne peuvent exercer leurs droits qu'à la condition de faire leur affaire personnelle du groupement et éventuellement, de l'achat ou de la vente du nombre de titres ou de droits formant rompus nécessaire.

## TITRE III

## ADMINISTRATION

## Article 7

La Société est administrée par un Conseil d'administration composé :

**1/ D'administrateurs nommés par l'Assemblée générale ordinaire des actionnaires.**

Leur nombre est de neuf au moins et de dix-huit au plus. Les administrateurs élus par les salariés ne sont pas pris en compte pour la détermination du nombre minimal et maximal d'administrateurs.

La durée de leurs fonctions est de trois années.

Lorsqu'en application des dispositions législatives et réglementaires en vigueur, un administrateur est nommé en remplacement d'un autre, il n'exerce ses fonctions que pendant la durée restant à courir du mandat de son prédécesseur.

Les fonctions d'un administrateur prennent fin à l'issue de la réunion de l'Assemblée générale ordinaire qui statue sur les comptes de l'exercice écoulé, tenue dans l'année au cours de laquelle expire son mandat.

Les administrateurs sont toujours rééligibles, sous réserve des dispositions légales relatives notamment à leur âge.

Chaque administrateur, y compris les administrateurs élus par les salariés, doit être propriétaire de 10 actions au moins.

**2/ D'administrateurs élus par le personnel salarié de BNP PARIBAS SA**

Le statut et les modalités d'élection de ces administrateurs sont fixés par les articles L. 225-27 à L. 225-34 du Code de Commerce, ainsi que par les présents Statuts.

Leur nombre est de deux, dont un représentant les cadres et l'autre les techniciens des Métiers de la banque.

Ils sont élus par le personnel salarié de BNP PARIBAS SA.

La durée de leurs mandats est de trois années.

Les élections sont organisées par la Direction Générale. Le calendrier et les modalités des opérations électorales sont établis par elle en concertation avec les organisations syndicales représentatives sur le plan national dans l'entreprise de telle manière que le second tour puisse avoir lieu au plus tard quinze jours avant la fin du mandat des administrateurs sortants.

L'élection a lieu dans chacun des collèges au scrutin majoritaire à deux tours.

Chaque candidature présentée lors du premier tour des élections doit comporter outre le nom du candidat celui de son remplaçant éventuel.

Aucune modification des candidatures ne peut intervenir à l'occasion du second tour.

Les candidats doivent appartenir au collège dans lequel ils sont présentés.

Les candidatures autres que celles présentées par une organisation syndicale représentative au niveau de l'entreprise doivent être accompagnées d'un document comportant les noms et signatures de cent électeurs appartenant au collège dont elles dépendent.

# Article 8

Le Président du Conseil d'administration est nommé parmi les membres du Conseil d'administration.

Sur proposition du Président, le Conseil d'administration peut désigner un ou plusieurs vice-Présidents.

## **Article 9**

Le Conseil se réunit aussi souvent que l'intérêt de la Société l'exige. Il se réunit sur convocation de son Président. Le tiers au moins des administrateurs peut demander au Président de convoquer le Conseil sur un ordre du jour déterminé, même si la dernière réunion date de moins de deux mois. Le Directeur Général peut également demander au Président de convoquer le Conseil sur un ordre du jour déterminé.

Les réunions du Conseil d'administration ont lieu soit au siège social, soit en tout autre endroit indiqué dans l'avis de convocation.

Les convocations sont faites par tout moyen et même verbalement.

Le Conseil peut toujours valablement délibérer, même en l'absence de convocation, si tous ses membres sont présents ou représentés.

## **Article 10**

Les réunions du Conseil d'administration sont présidées par le Président, un administrateur proposé par le Président pour ce faire, ou à défaut par l'administrateur le plus âgé.

Tout administrateur pourra assister et participer au Conseil d'administration par visioconférence ou par tous moyens de télécommunication et télétransmission y compris Internet dans les conditions prévues par la réglementation applicable au moment de son utilisation.

Tout administrateur empêché d'assister à une réunion du Conseil peut mandater, par écrit, un de ses collègues à l'effet de le représenter, mais chaque administrateur ne peut représenter qu'un seul de ses collègues et chaque pouvoir ne peut être donné que pour une réunion déterminée du Conseil.

La présence de la moitié au moins des membres du Conseil est nécessaire pour la validité des délibérations.

En cas de vacance pour quelque raison que ce soit d'un ou des sièges d'administrateurs élus par les salariés, ne pouvant donner lieu au remplacement prévu à l'article L. 225-34 du Code de Commerce, le Conseil d'administration est régulièrement composé des administrateurs élus par l'Assemblée générale des actionnaires et peut se réunir et délibérer valablement.

Des membres de la direction peuvent assister, avec voix consultative, aux réunions du Conseil à la demande du Président.

Un membre titulaire du comité central d'entreprise, désigné par ce dernier, assiste, avec voix consultative, aux séances du Conseil dans les conditions prévues par la législation en vigueur.

Les délibérations sont prises à la majorité des voix des membres présents ou représentés. En cas de partage des voix, celle du Président de séance est prépondérante, sauf lorsqu'il s'agit de la proposition de la nomination du Président du Conseil d'administration.

Les délibérations du Conseil sont constatées par des procès-verbaux inscrits sur un registre spécial, établi conformément à la législation en vigueur et signés par le Président de séance, ainsi que par l'un des membres du Conseil ayant pris part à la délibération.

Le Président désigne le secrétaire du Conseil qui peut être choisi en dehors de ses membres.

Les copies ou extraits de ces procès-verbaux sont valablement signés par le Président, le Directeur Général, les Directeurs Généraux délégués ou l'un des fondés de pouvoirs spécialement habilité à cet effet.

## Article 11

L'Assemblée générale ordinaire peut allouer aux administrateurs des jetons de présence dans les conditions prévues par la loi.

Le Conseil d'administration répartit cette rémunération entre ses membres comme il l'entend.

Le Conseil peut allouer des rémunérations exceptionnelles pour les missions ou mandats confiés à des administrateurs dans les conditions applicables aux conventions sujettes à autorisation, conformément aux dispositions des articles L. 225-38 à L. 225-43 du Code de Commerce. Il peut aussi autoriser le remboursement des frais de voyage et de déplacement et des dépenses engagées par les administrateurs dans l'intérêt de la Société.

## TITRE IV

### ATTRIBUTIONS DU CONSEIL D'ADMINISTRATION, DU PRESIDENT, DE LA DIRECTION GENERALE ET DES CENSEURS

## Article 12

Le Conseil d'administration détermine les orientations de l'activité de BNP PARIBAS et veille à leur mise en œuvre. Sous réserve des pouvoirs expressément attribués aux Assemblées d'actionnaires et dans la limite de l'objet social, il se saisit de toute question intéressant la bonne marche de BNP PARIBAS et règle par ses

délibérations les affaires qui la concernent. Le Conseil d'administration reçoit du Président ou du Directeur Général de la Société tous les documents et informations nécessaires à l'accomplissement de sa mission.

Les décisions du Conseil d'administration sont exécutées, soit par le Président, le Directeur Général ou les Directeurs Généraux délégués, soit par tout délégué spécial que le Conseil désigne.

Sur proposition de son Président, le Conseil d'administration peut décider la création de comités chargés de missions spécifiques.

## Article 13

Le Président organise et dirige les travaux du Conseil d'administration, dont il rend compte à l'Assemblée générale. Il veille au bon fonctionnement des organes de BNP PARIBAS et s'assure, en particulier, que les administrateurs sont en mesure de remplir leur mission.

La rémunération du Président est fixée librement par le Conseil d'administration.

## Article 14

Au choix du Conseil d'administration, la Direction Générale de la Société est assumée, sous sa responsabilité, soit par le Président du Conseil d'administration, soit par une autre personne physique nommée par le Conseil et portant le titre de Directeur Général.

Ce choix est porté à la connaissance des actionnaires et des tiers conformément aux dispositions réglementaires en vigueur.

Le Conseil d'administration aura la faculté de décider que ce choix est à durée déterminée.

Dans l'hypothèse où le Conseil déciderait que la Direction Générale est assurée par le Président du Conseil d'administration, les dispositions des présents Statuts relatives au Directeur Général s'appliqueront au Président du Conseil d'administration qui prendra dans ce cas le titre de Président Directeur Général. Il est réputé démissionnaire d'office à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 65 ans.

Dans l'hypothèse où le Conseil déciderait de la dissociation des fonctions, le Président est réputé démissionnaire d'office à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 68 ans ; toutefois, le Conseil peut décider de prolonger les fonctions du Président jusqu'à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 69 ans. Le Directeur Général est réputé démissionnaire d'office à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 63 ans ; toutefois, le Conseil peut décider de

prolonger les fonctions du Directeur Général jusqu'à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel il a atteint l'âge de 64 ans.

## Article 15

Le Directeur Général est investi des pouvoirs les plus étendus pour agir en toute circonstance au nom de BNP PARIBAS. Il exerce ces pouvoirs dans la limite de l'objet social et sous réserve de ceux que la loi attribue expressément aux Assemblées d'actionnaires et au Conseil d'administration.

Il représente BNP PARIBAS dans ses rapports avec les tiers. BNP PARIBAS est engagée même par les actes du Directeur Général qui ne relèvent pas de l'objet social, à moins qu'elle ne prouve que le tiers savait que l'acte dépassait cet objet ou qu'il ne pouvait l'ignorer compte tenu des circonstances, étant exclu que la seule publication des Statuts suffise à constituer cette preuve.

Le Directeur Général est responsable de l'organisation et des procédures de contrôle interne et de l'ensemble des informations requises par la loi au titre du rapport sur le contrôle interne.

Le Conseil d'administration peut limiter les pouvoirs du Directeur Général, mais cette limitation est inopposable aux tiers.

Le Directeur Général a la faculté de substituer partiellement dans ses pouvoirs, de façon temporaire ou permanente, autant de mandataires qu'il avisera, avec ou sans la faculté de substituer.

La rémunération du Directeur Général est fixée librement par le Conseil d'administration.

Le Directeur Général est révocable à tout moment par le Conseil. Si la révocation est décidée sans juste motif, elle peut donner lieu à dommages-intérêts, sauf lorsque le Directeur Général assume les fonctions du Président du Conseil d'administration.

Lorsque le Directeur Général est administrateur, la durée de ses fonctions ne peut excéder celle de son mandat.

## Article 16

Sur proposition du Directeur Général, le Conseil d'administration peut nommer, dans les limites légales, une ou plusieurs personnes physiques chargées d'assister le Directeur Général, avec le titre de Directeur Général délégué.

En accord avec le Directeur Général, le Conseil détermine l'étendue et la durée des pouvoirs conférés aux Directeurs Généraux délégués. Ces derniers disposent toutefois à l'égard des tiers des mêmes pouvoirs que le Directeur Général.

Lorsque le Directeur Général cesse ou est empêché d'exercer ses fonctions, les

Directeurs Généraux délégués conservent, sauf décision contraire du Conseil, leurs fonctions et leurs attributions jusqu'à la nomination du nouveau Directeur Général.

Les rémunérations des Directeurs Généraux délégués sont fixées librement par le Conseil d'administration, sur proposition du Directeur Général.

Les Directeurs Généraux délégués sont révocables à tout moment, sur proposition du Directeur Général, par le Conseil. Si la révocation est décidée sans juste motif, elle peut donner lieu à dommages-intérêts.

Lorsqu'un Directeur Général délégué est administrateur, la durée de ses fonctions ne peut excéder celle de son mandat.

Les fonctions des Directeurs Généraux délégués prennent fin au plus tard à l'issue de l'Assemblée générale statuant sur les comptes de l'exercice au cours duquel ils atteignent l'âge de 65 ans.

## Article 17

Sur proposition du Président, le Conseil d'administration peut désigner un ou deux censeurs.

Les censeurs sont convoqués et participent avec voix consultative aux réunions du Conseil d'administration.

Ils sont nommés pour six ans et peuvent être renouvelés dans leurs fonctions, de même qu'il peut à tout moment être mis fin à celles-ci dans les mêmes conditions.

Ils sont choisis parmi les actionnaires et peuvent recevoir une rémunération déterminée par le Conseil d'administration.

## TITRE V

## ASSEMBLEES DES ACTIONNAIRES

## Article 18

Les Assemblées générales sont composées de tous les actionnaires.

Les Assemblées générales sont convoquées et délibèrent dans les conditions prévues par le Code de Commerce.

Elles sont réunies au siège social ou en tout autre lieu indiqué dans l'avis de convocation.

10

Elles sont présidées par le Président du Conseil d'administration ou, à défaut, par un administrateur désigné à cet effet par l'Assemblée.

Tout actionnaire a le droit, sur justification de son identité, de participer aux Assemblées générales, en y assistant personnellement, en retournant un bulletin de vote par correspondance ou en désignant un mandataire.

Cette participation est subordonnée à l'enregistrement comptable des titres soit dans les comptes de titres nominatifs tenus par la Société soit dans les comptes de titres au porteur tenus par l'intermédiaire habilité, dans les délais et conditions prévus par la réglementation en vigueur. Dans le cas des titres au porteur, l'enregistrement comptable des titres est constaté par une attestation de participation délivrée par l'intermédiaire habilité.

La date ultime du retour des bulletins de vote par correspondance est fixée par le Conseil d'administration et communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

Dans toutes les Assemblées générales, le droit de vote attaché aux actions comportant un droit d'usufruit est exercé par l'usufruitier.

Si le Conseil d'administration le décide au moment de la convocation de l'Assemblée, la retransmission publique de l'intégralité de l'Assemblée par visioconférence ou par tous moyens de télécommunication et télétransmission y compris Internet est autorisée. Le cas échéant, cette décision est communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

Tout actionnaire pourra également, si le Conseil d'administration le décide au moment de la convocation de l'Assemblée, participer au vote par visioconférence ou par tous moyens de télécommunication et télétransmission y compris Internet dans les conditions prévues par la réglementation applicable au moment de son utilisation. En cas d'utilisation d'un formulaire électronique, la signature de l'actionnaire pourra prendre la forme soit d'une signature sécurisée soit d'un procédé fiable d'identification garantissant son lien avec l'acte auquel elle s'attache pouvant notamment consister en un identifiant et un mot de passe. Le cas échéant, cette décision est communiquée dans l'avis de réunion publié au Bulletin des Annonces Légales Obligatoires (BALO).

## TITRE VI

## COMMISSAIRES AUX COMPTES

## Article 19

Au moins deux commissaires aux comptes titulaires et au moins deux commissaires

aux comptes suppléants sont nommés par l'Assemblée générale des actionnaires pour six exercices, leurs fonctions expirant après approbation des comptes du sixième exercice.

## TITRE VII

## COMPTES ANNUELS

### Article 20

L'exercice commence le 1$^{er}$ janvier et finit le 31 décembre.

A la fin de chaque exercice, le Conseil d'administration établit les comptes annuels, ainsi qu'un rapport écrit sur la situation de la Société et l'activité de celle-ci pendant l'exercice écoulé.

### Article 21

Les produits de l'exercice, déduction faite des charges, amortissements et provisions constituent le résultat.

Le bénéfice distribuable est constitué par le bénéfice de l'exercice, diminué des pertes antérieures ainsi que des sommes à porter en réserve en application de la loi et augmenté du report bénéficiaire.

Sur le bénéfice distribuable, l'Assemblée générale a la faculté de prélever toutes sommes pour les affecter à la dotation de toutes réserves facultatives, ordinaires ou extraordinaires, ou pour les reporter à nouveau.

L'Assemblée générale peut également décider la distribution de sommes prélevées sur les réserves dont elle a la disposition.

Toutefois, hors le cas de réduction de capital, aucune distribution ne peut être faite aux actionnaires lorsque les capitaux propres sont ou deviendraient, à la suite de celle-ci, inférieurs au montant du capital augmenté des réserves que la loi ou les Statuts ne permettent pas de distribuer.

L'Assemblée générale peut, conformément aux dispositions de l'article L. 232-18 du Code de Commerce, proposer aux actionnaires une option du paiement du dividende ou des acomptes sur dividende en tout ou partie par remise d'actions nouvelles de la Société.

## TITRE VIII

## DISSOLUTION

### Article 22

En cas de dissolution de BNP PARIBAS, les actionnaires déterminent le mode de liquidation, nomment les liquidateurs sur la proposition du Conseil d'administration et, généralement, assument toutes les fonctions dévolues à l'Assemblée générale des actionnaires d'une société anonyme pendant le cours de la liquidation et jusqu'à sa clôture.

## TITRE IX

## CONTESTATIONS

### Article 23

Toutes les contestations qui peuvent s'élever au cours de l'existence de BNP PARIBAS ou lors de sa liquidation, soit entre les actionnaires, soit entre eux et BNP PARIBAS, à raison des présents Statuts, seront jugées conformément à la loi et soumises à la juridiction des tribunaux compétents.