## Article L225-56 du code de commerce

I. - Le directeur général est investi des pouvoirs les plus étendus pour agir en toute circonstance au nom de la société. Il exerce ces pouvoirs dans la limite de l'objet social et sous réserve de ceux que la loi attribue expressément aux assemblées d'actionnaires et au conseil d'administration.

Il représente la société dans ses rapports avec les tiers. La société est engagée même par les actes du directeur général qui ne relèvent pas de l'objet social, à moins qu'elle ne prouve que le tiers savait que l'acte dépassait cet objet ou qu'il ne pouvait l'ignorer compte tenu des circonstances, étant exclu que la seule publication des statuts suffise à constituer cette preuve.

Les dispositions des statuts ou les décisions du conseil d'administration limitant les pouvoirs du directeur général sont inopposables aux tiers.

II. - En accord avec le directeur général, le conseil d'administration détermine l'étendue et la durée des pouvoirs conférés aux directeurs généraux délégués.

Les directeurs généraux délégués disposent, à l'égard des tiers, des mêmes pouvoirs que le directeur général.

## Article L. 225-56 of the French commercial code

I. - The general manager shall be invested with the most extensive powers to act on behalf of the company in all circumstances. He shall exercise those powers within the corporate purpose and subject to those that the Law allocates explicitly to shareholders' meetings and to the board of directors.

He shall represent the company in its dealings with third parties. The company shall be bound even by those acts of the general manager not covered by the purpose of the company unless it is able to prove that the third party was aware that the act exceeded these objects or that it could not have known it in view of the circumstances, the simple publication of the articles of association being excluded from constituting this proof.

Provisions in the articles of association and decisions of the board of directors limiting the powers of the managers resulting from this article shall not be opposed to third parties.

II. - In agreement with the general manager, the board of directors shall determine the scope and the term of the powers conferred upon the assistant general managers.

The assistant general managers shall have the same powers as the general manager with respect to third parties.