

Paris, 30 June 2014

# PRESS RELEASE

The US Authorities have published today the agreement reached about the outcome of the pending procedures concerning BNP Paribas for transactions which in the past violated US applicable Law involving sanctions against specific countries (Sudan, Iran, Cuba) and Specially Designated Nationals. This involves a global money penalty of 8,9 bn$, a suspension of the capacity of the branch to clear in the US certain transactions for a period of one year starting January the 1st, 2015, a restriction on the employment of certain individuals and a specific compliance program.

ACPR, as the home supervisor of BNP Paribas, has examined the situation of BNP Paribas and has concluded that BNP Paribas Group has a solid solvency and liquidity position, which will allow it to absorb the anticipated consequences of these sanctions.

It has also considered that the present organization and controls enacted are adapted to the characteristics of its business, in particular its international activity. Thus with all licenses and authorizations maintained, the BNP Paribas Group is in a position to continue its business in full compliance with all applicable laws.

Press Office ACPR: +33 1 49 95 40 29

Press Office Banque de France : + 33 1 42 92 39 00