# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 26, 2015

<u>Via ECF</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. BNP Paribas S.A., 14 Cr. 00460 (LGS)</u>

Dear Judge Schofield:

      We respectfully submit this letter to request an adjournment of the sentencing date in the above-referenced matter.  The current sentencing date is set for February 3, 2014.  As you know, BNP Paribas S.A. ("BNPP" or the "Bank") has filed an application for a prohibited transaction exemption with the United States Department of Labor ("DoL") requesting that BNPP, along with its subsidiaries and affiliates, be allowed to continue to be qualified as a Qualified Professional Asset Manager pursuant to Prohibited Transactions Exemption 84-14 (the "QPAM Exemption").  If the QPAM Exemption is not in place prior to sentencing in this matter, BNPP will lose its QPAM status immediately upon sentencing.  BNPP has sought this exemption in the most expeditious way possible, but the DoL has not yet made a decision about the Bank's application, and we do not know when it will do so.

      We therefore respectfully request that the current sentencing date be adjourned to the afternoon of April 15, 2015.  The original date for the sentencing in this matter was October 3, 2014.  There were two previous requests for adjournment of the sentencing date in this matter, and each were granted.  We have communicated regarding this issue with the United States Attorney's Office for the Southern District of New York and the Department of Justice, and they have informed us that they consent to the adjournment.

Hon. Lorna G. Schofield -2-

        Please let us know if you have any questions or require additional information about this request.

        Respectfully submitted,

        /s/ Karen Patton Seymour

        Karen Patton Seymour

Cc:    Andrew Goldstein
       Martin Bell
       Micah Smith
       (U.S. Attorney's Office, Southern District of New York)

       Craig Timm
       Jennifer Ambuehl
       (U.S. Department of Justice, Asset Forfeiture and Money Laundering Section)