MARILYN WEIDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

      Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
ERNESTO "Che Guevara" Guevara, (Deceased,)
as an Individual,
Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

      Defendants

CASE NO.  10-34487 CA 23

_____/

## AMENDED FINAL JUDGMENT

Pursuant to the Order Granting Plaintiffs Motion to Amend Final Judgment, signed on

January 16, 2015, it is hereby ORDERED that the Final Judgment entered in this cause,

incorporates, as if fully and specifically set forth herein, the findings of fact and conclusions of law, entered and filed January 11, 2012, which were inadvertently not made part of, or attached to, the Final Judgment originally entered in this cause.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 01/22/15.

BARBARA ARECES
CIRCUIT COURT JUDGE

**No Further Judicial Action Required on THIS MOTION**
**CLERK TO RECLOSE CASE IF POST JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies furnished to:
All Counsel of Record
Republic of Cuba

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: **10-34487 CA 23**

MARILYN WIEDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

     Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba, the Estate of
Ernesto "Che Guevara" Guevara,
(Deceased,) a former,
Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

     Defendants

_____/


**PLAINTIFFS' MOTION TO AMEND FINAL JUDGMENT PURSUANT TO FLA.
RULES OF CIV. PRO. 1.540 (a) AND ACCOMPANYING MEMORANDUM OF LAW**


**(I)**     **Preliminary Statement**

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

1.      Plaintiff Marilyn Wiederspan ("Wiederspan") hereby moves this Honorable Court for entry of an Amended Final Judgment pursuant to Florida Rules of Civil Procedure (F.R.C.P) §1.540 (a). This court issued Findings of Fact and Conclusions of Law on January 12, 2012. ("Findings of Fact"). A Final Judgment and Order were issued on January 11, 2012. ("Final Judgment"). For the reasons specified in the accompanying Memorandum of Law, amendment of the Final Judgment and Order is appropriate.

2.      Plaintiff Wiederspan requests expedited treatment of the instant motion. There are pending matters in federal court for the Southern District of New York involving defendants in this case, and plaintiff's participation is imminent in the matter. The case is <u>Vera v. Republic of Cuba</u>, No.12 civ 1596-AKH, S.D.N.Y. (2012). In order to ensure Plaintiffs can properly proceed against defendants, it is necessary that the Final Judgment and Order clarify certain factual issues.

3.      Plaintiff Wiederspan's father, Jose Velazquez Fernandez, was employed by a contractor of the U.S government. After his assassination, threats continued against the lead Plaintiff Wiederspan and other family members through May, 2010. Plaintiff Wiederspan, through undersigned counsel, respectfully moves for the Judgment to be Amended. In support thereof, the following is submitted:

**(II)      Factual Background**

4.      The complaint was served on Defendants Fidel Castro, et al. via State Department channels on May 12, 2011, pursuant to 28 U.S.C. § 1608(a)(4). Defendants had until July 13, 2011, to file a responsive pleading. Thereafter, and up to the present, the Defendants have failed to plead or otherwise defend this action as provided by applicable state or Federal Rules of Civil


A TRUE COPY
CERTIFICATION ON LAST PAGE

Procedure, ("FRCP"). Enclosed as Exhibit "A" is a copy of the State Department letter, diplomatic note, and other documents submitted to Cuba's Ministry of Foreign Affairs.

5.     Plaintiff Wiederspan previously established her claim through the presentation of evidence satisfactory to the Court.

6.     Culpability for the thousands of extra-judicial killings has been attributed to the same Cuban government that has been in power since January 1, 1959. Cuba's terrorist activities have been previously established. See Weininger v.Castro, 462 F.Supp.2d 457 (S.D.N.Y. 2006); Alejandre v. Republic of Cuba, 183 F.3d 1277 (11th Cir. 1999).

7.     It is undisputed that Wiederspan's father, Jose Velazquez Fernandez, was a military officer in the Cuban Government prior to January 1, 1959. It has also been found by this court, that defendants held Velazquez for 30 days in prison, did not offer him a fair trial and eventually assassinated him. At one point, approximately FIVE THOUSAND U.S. DOLLARS ($5,000.00) were extorted from the family for Velazquez' release, but he was still assassinated. What had not been previously found by this court, was that Velazquez had been trained by the U.S Military and that the U.S Military had provided millions of dollars in funds, ammunition and training to the Batista-led Cuban military, prior to former Cuban President Fulgencio Batista's ouster on January 1, 1959.

8.     The Cuban Military was a "contractor" of the U.S government. In fact, extensive historical records show that all branches of the U.S military were involved in financing and strengthening the Batista military as it battled Castro's revolution. In "Cold War Cuba", the author recognizes that in the late 1950's, the U.S Department of Defense ("DOD") provided sophisticated military equipment to Cuba and arms transfers were valued at more than $16,000,000, and DOD-organized practical training programs were provided for hundreds of

3

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN. CLERK

agents of the Cuban government. Also attached to the affidavit are newspaper articles and other public records documenting the threats and assassinations by the Cuban government against U.S citizens and contractors.

12.    It is clear from the evidence that Cuba was designated to be a state sponsor of terrorism in 1982, at least in part by reason of the acts of terrorism described herein including the torture and extra-judicial killing of Jose Velasquez Fernandez, and that all statutory criteria for the exercise of jurisdiction under this statute [the FSIA] over a claim against Defendant Cuba and the remaining Defendants (who are agents or instrumentalities of Defendant Cuba) have been established by evidence satisfactory to the Court. We request that the Court find that Plaintiff Wiederspan is a U.S. citizen and that plaintiff Jose Velasquez Fernandez was an employee of a contractor of the U.S. government and, that Cuba had committed acts of terror against Wiederspan's father; and that partially as a result of those acts, Cuba was designated as a state sponsor of terrorism when Cuba was designated as a state sponsor of terrorism in 1982. We also respectfully request that the court find that agents of the Cuban government acting within the scope of their employment, assassinated Velasquez Fernandez. Cuba was designated as a state sponsor of terrorism in 1982; Cuba has provided training, intelligence, financial support and otherwise sponsored international terrorism groups, and Cuba's engagement and support of international terrorism has continued through the present day unabated.


**(III)    <u>Private Rights of Action Under FSIA, 28 U.S.C. § 1605 A (c)</u>**

13.    As previously mentioned in the Findings of Fact, in an action over which subject matter jurisdiction exists by virtue of a waiver of immunity under 28 U.S.C. § 1605 (a) (1), "[n]o judgment by default shall be entered by a court of the United States or of a state against a

A TRUE ...
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

foreign state … unless the claimant establishes his claim or right to relief by evidence satisfactory to the court." 28 U.S.C. § 1608(e); Roeder v. Islamic Republic of Iran, 333 F.3d 7228 at 232-33 (D.C. Cir. 2003). In default judgment cases, plaintiffs may present such evidence in the form of affidavits. Bodoff v. Islamic Republic of Iran, 424 F. Supp. 2d at 74, 82 (D.C. 2006). Campuzano v. Islamic Republic of Iran, 281 F.Supp.2d 250, 268 (D.D.C 2003). Upon evaluation, the court may accept any uncontroverted evidence presented by Plaintiffs as true. Estate of Heiser v. Islamic Republic of Iran, 466 F.Supp.2d 229, 255, (D.C. 2006), citing Campuzano, 281 F.Supp.2d at 268). This court previously accepted and credited the uncontested evidence and testimony submitted by Plaintiff and the declarants as true, not only in light of the fact that the Defendants in this action have not objected to it or even appeared in this action to contest it, but also because it is relevant and highly probative of the claims asserted. The new affidavits and other documentary evidence submitted with this Motion to Amend Final Judgment should similarly be accepted as true.

14. The FSIA does not provide a cause of action but rather "acts as a pass-through to substantive causes of action against private individuals that may exist in either state or international law." Blais v. Islamic Republic of Iran, 459 F.Supp.2d 40, 54 (D.D.C. 2006); see also Cicippio-Puleo v. Islamic Republic of Iran, 353 F.3d 1024, 1027 (D.C.Cir. 2004). After reviewing the new evidence submitted with the instant motion, this court previously found that a private right of action was appropriate in this case.

15. 28 U.S.C.§1605 A (c), states:

(c) Private Right of Action. --- A foreign state that is or was a state sponsor of terrorism as described in subsection (a)(2)(A)(i), and any official, employee, or agent of that

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN CLERK

foreign state while acting within the scope of his or her office, employment, or agency, shall be liable to ---

(1) A national of the United States,

(2) A member of the armed forces,

(3) An employee of the Government of the United States, or of an individual performing a contract awarded by the United States Government, acting within the scope of the employee's employment or

(4) The legal representative of a person described in a paragraph (1), (2), or (3),

for personal injury or death caused by acts described in subsection (a)(1) of that foreign state, or of an official, employee, or agent of that foreign state, for which the courts of the United States may maintain jurisdiction under this section for money damages. In any such action, damages may include economic damages, solatium, pain and suffering, and punitive damages. In any such action, a foreign state shall be vicariously liable for the acts of its officials, employees, or agents.

16.     As previously found by this Court, plaintiff Wiederspan is a national of the United States. For purposes of 28 U.S Code § 1605 A (c)(3), we respectfully request that the court also find that Wiederspan's father, who she tragically lost at the age six (6), was an employee of an entity (the Cuban military) performing a contract awarded by the U.S government, acting within the scope of the employee's employment. Furthermore, under section 1605 A (c) (4), Velazquez was a legal representative of a person described in paragraph (3).

A TRUE
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

17. We similarly request that the court find that defendants not only assassinated and tortured Velazquez, but that the evidence presented clearly shows that defendants continued to threaten plaintiffs Wiederspan and other members of her family with harm and potential assassination and killing through and including the year 2010. Defendants' actions are properly clarified as torture, assassination and extra-judicial killing. The acts continued after Cuba had been designated as a state sponsor of terrorism. As such, the instant action was timely commenced.

## IV. DAMAGES

18. Compensatory Damages

To obtain damages against defendants in an FSIA action, the plaintiff must prove that the consequences of the defendants' conduct were "reasonably certain (i.e., more likely than not) to occur, and must prove the amount of the damages by a "reasonable estimate consistent with the [Court's] application of the American rule on damages." Salazar v. Islamic Republic of Iran, 370 F.Supp 2d 105,115-116 (D.C. 2005), 370 F.Supp.2d at 115-16, quoting Hill v. Republic of Iran, 328 F.3d 680, 681 (D.C. Cir. 2003) (internal quotations omitted). Because there have been previous cases in this Court where family members have been killed by unlawful means by the Cuban Government, this Court is by no means writing on a proverbial "clean slate" in fashioning a damages remedy in this case. To the contrary, this Court is guided by remedial approaches and formulas, utilized in similar cases.

19. Plaintiff's Damages for Intentional Infliction of Emotional Distress ("IIED")

A TRUE COPY
CERTIFICATION ON LAST PAGE
DEPUTY CLERK

While the loss suffered by a daughter from the wrongful killing of her father is difficult to quantify, the Court should look at the specific circumstances regarding Mr. Velasquez Fernandez's death. One recent award of IEED damages in a similar case was the $2.8 billion dollar award in (Villoldo v. Republic of Cuba, 1:11-cv-09394 (S.D.N.Y. 2011). Based upon the wealth of cases involving immediate family members of civilians killed by Cuba's tyrannical government, this Court should maintain its previous award of IIED damages of $50,000,000 to Marilyn Weiderspan in her individual capacity as the daughter of the decedent. This award is appropriate in this case as it is not unlike awards in similar cases.

20. <u>Wrongful Death Damages Award</u>

Mr. Velasquez Fernandez could have worked for 40 more years and then, based on his life expectancy, received a pension for 15 additional years. Florida Statute §§ 768.21, allows minor children to recover for loss parental companionship, instruction and guidance and for mutual pain and suffering from the date of injury. The court's previous award of $1,000,000 per year while Plaintiff Wiederspan was a minor is reasonable under the Florida Statute. Therefore, one million dollars per year for twelve (12) years is appropriate, totaling $12,000,000 in wrongful death damages.

## C. Punitive Damages

The court previously found that a punitive damage award is not appropriate in this matter, and Plaintiffs believe that such finding should be maintained.

## V. CONCLUSION

A TRUS COPY
CERTIFICATION ON LAST PAGE
DEPUTY CLERK

Because Pflaintiff has established severe emotional distress as a direct and proximate result

of defendants' extreme and outrageous conduct, the wrongful death of her father and because

the evidence in the record amply supports the allegations in the Complaint, Plaintiff

respectfully requests that a judgment consistent with these findings  be entered against

Defendants in the total amount of $63,630,534.37. plus post-judgment interest accruing at 4.5%

from January 11, 2012, the date of the original Final Judgment, pursuant to 28 U.S.C. § 1605

(a)(7), codified since 2008, at 28 U.S.C. § 1605A.

/s William Jose Sanchez
**William J. Sanchez Esq.**
**William J. Sanchez P.A.**
12600 SW 120th Street, Suite 102
Miami Florida 33186
PH: 305.232.8889
FAX: 305.232.8819
William@wsanchezlaw.com

## Certificate of Service

Plaintiffs, by and through undersigned counsel, hereby attest that this motion, proposed order
and Amended judgment was sent by Private International Courier Service to the authorized
representative of Defendants – Ministerio de Relaciones, Bruno Eduardo Rodriguez Parrilla,
Calzada No. 360, Vedado, La Habana, Cuba.

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. _____ AD 20 ___
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____

/s William Jose Sanchez
**William J. Sanchez Esq.**
**William J. Sanchez P.A.**
12600 SW 120th Street, Suite 102
Miami Florida 33186
PH: 305.232.8889
FAX: 305.232.8819
William@wsanchezlaw.com

MARILYN WEIDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

CASE NO   10-34487 CA 23

     Plaintiffs

V

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
 Agency and Instrumentality of
The Republic of Cuba,
ERNESTO "Che Guevara" Guevara, (Deceased,)
as an Individual,
 Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
 the Republic of Cuba, and
THE REPUBLIC OF CUBA,
A foreign state

     Defendants

_____/

FILED FOR RECORD

2016 JAN 16  PH 3: 25

CLERK CIRCUIT COURT : COURTS
DADE COUNTY, FLA.
CIVIL #132

GERARDO BASAIL

## <u>ORDER GRANTING PLAINTIFFS</u>
## <u>MOTION TO AMEND JUDGMENT</u>

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

THIS MATTER is before the court upon Plaintiffs' Motion to Amend Final Judgment

pursuant to Florida Rule 1 54(a), filed on December 23,2014   The Court, having reviewed the

motion and being otherwise duly advised on the premises, hereby

ORDERS, Plaintiffs Motion to Amend Final Judgment is hereby GRANTED and an

Amended Final Judgment shall be entered, incorporating ~~all of the changes set forth in the~~

~~Motion~~ *The findings and conclusions of Law, filed Jan. 12, 2012,* Q *which were inadvertently not made part, is attached to the Final Judgment.*

DONE in Chamber, Miami, Florida, this *16* day of *Jan.*, 2015

_____
Circuit Court Judge

**Barbara Areces**
**Circuit Court Judge**

Copies furnished to
All Counsel of Record
Republic of Cuba

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office.  *Jan 26* AD 20 *15*
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk _____  38866

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: 10-34487 CA 23

MARILYN WEIDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

    Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba, the estate of
ERNESTO "Che Guevara" Guevara, (Deceased,)
as an Individual,
Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

    Defendants

_____/


A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

## ORDER

This action was heard on Plaintiff's motion for entry of a default judgment by the Court and

IT IS ADJUDGED that a default judgment is entered against FIDEL CASTRO RUZ, RAUL CASTRO RUZ, Estate of ERNESTO "Che Guevara" GUEVARA (Deceased), THE MINISTRY OF INTERIOR, The ARMY OF THE REPUBLIC OF CUBA, and THE REPUBLIC OF CUBA for failure to file or serve an Answer to Plaintiff's complaint as required by law.

ORDERED at Miami, Florida on ____ of _____, 2012.

_____
Judge Victoria S. Sigler

STATE OF FLOR~   COUNTY OF MIAMI

I hereby certify that the foregoing is a true and correct copy of the original on file in this office JAN 1 1 2012 AD _____

HARVEY RUVIN, CLERK
Circuit and County Courts

Deputy Clerk _____   (SEAL)

Copies to:   William J. Sanchez P.A.

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

MARILYN WIEDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELASQUEZ FERNANDEZ          CASE NO.10-34487-CA 23

        Plaintiffs,

v.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba, the Estate of
ERNESTO "Che Guevara" Guevara,
(Deceased,) a former,
Agency and Instrumentality of
The Republic of Cuba, THE MINISTRY OF
INTERIOR, An Agency and Instrumentality of
The Republic of Cuba, The ARMY OF
THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
a foreign state,

        Defendants
_____/

## PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff MARILYN WIEDERSPAN ("Wiederspan"), individually and as next of kin of ("Jose

Velasquez Fernandez") by and through undersigned counsel, hereby submits the following

Proposed Findings of Fact and Conclusions of Law based on the sworn declarations, exhibits,

and other evidence submitted to the Court in this matter in support of the entry of a default

1

A TRUE COPY
CERTIFICATION ON LAST PI
HARVEY RUVIN, CLERK

judgment in this action. This case arises from the Defendants 1959 murder, torture and extrajudicial killing of Plaintiff Wiederspan's father.

## I. INTRODUCTION AND PROCEDURAL HISTORY

(1.) Plaintiffs filed the Complaint in this Court seeking, inter alia, compensation for Plaintiff Wiederspan's mental and emotional distress due to the wrongful death, torture, and disappearance of her father. [1]

(2.) In accordance with 28 U.S.C. § 1608(a) and 22 C.F.R. § 93.2, Plaintiff caused the Complaint, Summons and Notice of Suit, along with translations of each, to be served on each Defendant.

(3.) Service of process was attempted by the U.S. Postal Service (U.S.P.S.) on each Defendant pursuant to 28 U.S.C. § 1608(a)(3). The USPS package was delivered; see Exhibit "A" attached hereto.

(4.) Service of process was further attempted via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4) by letter request. The documents were transmitted via the Embassy of Switzerland to Cuba's Ministry of Foreign Affairs under cover of diplomatic notes. Service was effective per 28 U.S.C. § 1608(c) (1), see Exhibit "B" attached hereto.

(5.) Defendants failed to enter any appearance and failed to respond to the Complaint. No responses have been made by any Defendants to date.

(6.) Plaintiffs requested that the clerk enter a default judgment but the clerk would not do so because the defendants were "out of state" defendants.

(7.) Plaintiffs moved for default judgment and judgment was entered on January 11, 2012.

---

[1] Counts I-III of the Complaint charge Defendants with torture, disappearance, and extrajudicial killing.

A TRUE COPY
CERTIFICATION ON LAST PAGE
DEPUTY CIVIL CLERK

## II. **FINDINGS OF FACT**

(8.) Jose Velasquez Fernandez was born in Cuba to General Jose H. Velasquez Perera and Efigenia Josefa Fernandez on July 9, 1932. At a young age, he was initially interested in military activities, as his father was a general in the Cuban army. During his teen years, he began to show an inclination toward this occupation.

(9.) He enrolled in the Cuban Academia Military and eventually became an officer in the Cuban Army, with a rank of First Lieutenant.

(10.) During the early 1950s, the country of Cuba underwent extreme societal and governmental turmoil. As a new democracy, this had only been liberated from Spanish colonial rule in 1898, Cuba struggled to elect new presidents and other officials.

(11.) Fulgencio Batista, a former president of the island, decided to wage a coup d'état on March 10, 1952. He was successful in the coup and became president through the end of 1958.

(12.) As is well known, historically, Defendant Fidel Castro led a separate military coup against the Batista government in 1953. Defendant Fidel Castro was subsequently jailed in Cuban prisons and released on May 15, 1955.

(13.) In the late 1950's, Defendant Fidel Castro led a separate armed revolt against the young island nation. Defendants Fidel Castro, Raul Castro and Guevara eventually assaulted and terrorized the Cuban population through a series of well-organized guerilla attacks. The group seized power illegally and forcefully on January 1, 1959, after former president Fulgencio Batista fled the island.

. .


TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

(14.) As a military officer, and representative of the Cuban government, Jose Velasquez Fernandez fought against the defendants' insurgency. Due to his valiant efforts against the guerilla insurgency, defendants took a particular interest in retaliating against Jose Velasquez Fernandez. On January 5, 1959, they found Jose Velasquez Fernandez and detained him at Cruces, Las Villas, Cuba.

(15.) He was held for 30 days in prison, and was never offered a fair trial. Defendants chose to use him as an example of what would happen to any other potential enemies of the new Cuban revolution. Shortly after his capture, Plaintiff Martha Velasquez Sanchez, the only sister of Jose Velasquez Fernandez, and her parents, were told that Jose Velasquez Fernandez would be eligible for release if the family paid certain proceeds to the defendants. Plaintiff Martha Velasquez Sanchez' father, former general Velasquez, did in fact pay monies for Jose Velasquez Fernandez' release from prison. (See Exhibit "C" which is three (3) affidavits from Marilyn Wiederspan, Otto Casals, Marta Velasquez)

(16.) On February 6, 1959, a priest from the prison Regimiento Leoncio Vidal visited Plaintiff Martha Velasquez' home and informed General Velasquez that Jose Velasquez Fernandez had been assassinated before a firing squad. He was physically tortured on numerous occasions while in jail. Jose Velasquez Fernandez was never allowed any proper trial or representation before military or non-military tribunals.

Defendants are responsible for his murder and have never been brought to trial for these atrocious acts, as well as countless others they committed and continue to commit on the Cuban people. (See Exhibit "D" Internet archive report on Che Guevara's forgotten victims in Cuba, and Blog for Cuba identifying Fidel Castro's victims of assassination and other human rights

4



violations. Jose Velasquez Fernandez is made reference to as a February, 1959, victim of assassination in both the Archive and The Blog)

(17.) Defendants eventually established a new form of government in Cuba which proceeded to violate all forms of human rights.

(18.) The 2009 U.S. State Department Human Rights Reports on Cuba has found that Cuba is a totalitarian state that does not tolerate opposition to official policy. The country is currently led by Raul Castro, who holds the positions of chief of state, president of the council of state and council of ministers, and commander in chief of the Revolutionary Armed Forces. Although the constitution recognizes the unicameral National Assembly as the supreme authority, the Communist Party (CP) is recognized in the constitution as the only legal party and "the superior leading force of society and of the state." Fidel Castro remained the first secretary of the only legal party and "the superior leading force of society and of the state. Fidel Castro remained as leader of the CP.

(19.) According to the U.S. State Department, the January 2008 elections for the National Assembly were neither free nor fair, and all of the candidates had to be preapproved by a CP candidacy commission, with the result that the CP candidates and their allies won 98.7 percent of the vote and 607 of 614 seats in the National Assembly. Civilian authorities, through the Ministry of the Interior, exercised control over the police, the internal security forces, and the prison system. The government continued to deny its citizens their basic human rights, including the right to change their government, and committed numerous and serious abuses. The following human rights problems were reported: beatings and abuse of prisoners and detainees, harsh and life-threatening prison conditions, including denial of medical care; harassment, beatings, and threats against political opponents by government-recruited mobs, police and state

ON LAST PAGE
CLERK

security officials acting with impunity, arbitrary arrest and detention of human rights advocates and members of independent professional organizations; and denial of fair trial, including for at least 194 political prisoners and as many as 5,000 persons who have been convicted of potential "dangerousness" without being charged with any specific crime.

(20.) The unit with principal responsibility for carrying out extrajudicial killings in 1959 was directly supervised and administered by Fidel Castro, Raul Castro and Che Guevara.

(21.) As Head of State, defendant Fidel Castro and his brother, defendant Raul Castro, had the legal authority and practical ability to exert control over subordinates, which included personnel of the army and police forces that participated in the abduction, torture and extrajudicial killing of Jose Velasquez Fernandez. Defendants Fidel Castro and Raul Castro's command over such forces included the authority and responsibility to give orders to, set policy for, and manage the affairs of intelligence forces under their control, and to appoint, remove, and discipline personnel of such forces.

(22.) At all relevant times, defendants Fidel Castro and Raul Castro had a duty, under customary international law, multilateral treaties, and Cuban law, to ensure the protection of civilians and to prevent violations of international law by the military.

Source: United States Department website.

(23.) The practice of arbitrary detention, torture, disappearance, and extrajudicial killing by units of the Cuban armed forces, particularly by Battalion 3-16 and its precursors, was widespread and systematic during the late 1950's and early 1960's. At all relevant times, defendants Fidel Castro and Raul Castro knew or should have known of a pattern and practice of gross human rights


COPY
...TION ON LAST PAGE
...VIN, CLERK

abuses being committed by or attributed to their subordinates, including the abuses suffered by Wiederspan's Father and their decedents.

(24.) Defendants Fidel Castro and Raul Castro failed or refused to take all necessary measures to investigate and prevent such abuses committed by or attributed to their subordinates, or to punish personnel under their command for committing such abuses.

(25.) Defendants Fidel Castro and Raul Castro planned, ordered, authorized, encouraged, or permitted subordinates to commit acts of torture, disappearance and extrajudicial killing, and exercised command responsibility over, conspired with, and aided and abetted such forces in their commission of, and in covering up, these abuses. These actions and omissions were outside the scope of their lawful authority, and were not authorized by Cuban law.

(26.) Plaintiffs have attempted to pursue legal remedies in Cuba. However, the courts have been unable or unwilling to consider evidence, to pursue any credible investigation,or to pursue charges, or have dismissed charges without substantial justification.

Today, despite the widespread attribution of responsibility to defendants for abductions, disappearances, and torture in the late 1950's and early 1960's, charges have never been filed against military officials and government officials and none of these cases have ever proceeded to trial. Despite plaintiffs' attempts to pursue domestic remedies, there are no adequate and available remedies for plaintiffs to exhaust in Cuba. See Plaintiff's Exhibit "E", Expert Report of Jaime Suchlicki ("Suchlicki Report").

(27.) As a result of the death of Jose Velasquez Fernandez, his estate suffered a loss of accretions.


TION ON LAST PAGE
AN, CLERK

This loss is based on a projected work history of additional years to retirement age and then receipt of a pension for his life expectancy of 86.8 years, based on the U.S. CDC's life expectancy tables. The total amount is $1,630,534.00.

(28.) Marilyn Weiderspan has suffered and continues to suffer severe emotional distress as the result of the gruesome death of her father. While not present at the site of the execution she learned about the assassination very shortly after it occurred, and she was immediately filled with fear and anxiety knowing that her life was also in danger.

(29.) Cuba was designated as a State Sponsor of Terrorism in 1982 and has been on the list ever since.

(30.) Cuba actively continues to oppose the U.S.-led Coalition prosecuting the global war on terror and has publicly condemned various U.S. policies and actions. To U.S. government knowledge, Cuba did not attempt to track, block, or seize terrorist assets, although the authority to do so is contained in Cuba's Law 93 Against Acts of Terrorism, as well as Instruction 19 of the Superintendent of the Cuban Central Bank. No new counterterrorism laws were enacted, nor were any executive orders or regulations issued in this regard. To date, the Cuban Government has taken no action against al-Qaida or other terrorist groups.

(31.) Cuba did not undertake any counterterrorism efforts in international and regional fora. Official government statements and the government-controlled press rarely speak out against al-Qaida or other designated Foreign Terrorist Organizations.

(32.) Cuba invests heavily in biotechnology, and there is some dispute about the existence and extent of Cuba's offensive biological weapons program. The Cuban Government maintains friendly ties with Iran and North Korea. Cuban Foreign Minister Perez Roque visited Iran on

8

TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

November 13, 2011. Earlier in the year, Iran offered Cuba a 20 million euro line of credit, ostensibly for investment in biotechnology. The Cuba-Iran Joint Commission met in Havana in January. Cuba and North Korea held military talks at the general staff level in Pyongyang. The North Korean trade minister visited Havana in November and signed a protocol for cooperation in the areas of science and trade.

(33.) The Cuban Government continues to permit U.S. fugitives to live legally in Cuba, and is unlikely to satisfy U.S. extradition requests for terrorists harbored in the country. In previous years, the Cuban government responded to requests to extradite U.S. fugitives by stating that approval would be contingent upon the U.S. returning wanted Cuban criminals. U.S. fugitives range from convicted murderers, two of whom killed police officers, to numerous hijackers. Most of those fugitives entered Cuba in the 1970s.

(34.) The U.S. Government periodically requests the Government of Cuba to return wanted fugitives to the United States. Cuba continues to be non-responsive. On the other hand, the Cuban regime publicly demanded the return to Cuba of five of its agents convicted of espionage in the United States. The Cuban Government refers to these individuals as heroes in the fight against terrorism. The five are variously accused of being foreign intelligence agents and infiltrating U.S. military facilities. One is accused of conspiracy to murder for his role in the Cuban Air Force's shooting down of two small civilian planes. Cuba has stated that it will no longer provide safe haven to new U.S. fugitives who may enter Cuba.

(35.) Cuba did not extradite suspected terrorists during the year, but demanded that the United States surrender to Cuba Luis Posada Carriles, whom it accuses of plotting to kill Castro and bombing a Cubana Airlines plane in 1976, which resulted in more than 70 deaths. Posada

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Carriles remains in U.S. custody. Cuba has also asked the United States to return three Cuban-Americans implicated in the same cases.

(36.) The Government of Cuba maintains close relationships with other state sponsors of terrorism such as Iran and North Korea, and has provided safe haven to members of ETA, FARC, and the ELN. There is no information concerning terrorist activities of these or other organizations on Cuban territory. Press reports indicate that U.S. fugitives from justice and ETA members are living legally in Cuba. The United States is not aware of specific terrorist enclaves in the country. (Information from Paragraphs 14-21 taken from the U.S. State Department's country Reports on Terrorism, 2006).

## III. CONCLUSIONS OF LAW

### A. Jurisdiction

1. In the United States, the Foreign Sovereign Immunities Act ("FSIA") establishes a broad rule that foreign states are immune from suit in United States courts. The statute also sets out certain exceptions to the rule for limited categories of cases. Thus, the FSIA provides the sole basis for asserting jurisdiction over foreign sovereigns. Argentine Republic v. Amerada Hess Shipping Corp., 488 U.S. 428, 434-34 (1989). A party may not generally bring an action for money damages in U.S. courts against a foreign state. 28 U.S.C. § 1604.

2. In order to subject a foreign sovereign to suit, a plaintiff must show that a foreign state waived its immunity either explicitly or by implication, notwithstanding any withdrawal of the waiver


A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

which the foreign state may purport to effect except in accordance with the terms of the waiver. 28 U.S.C. § 1605(a) (1).

B. **Service of Process**

Personal jurisdiction exists over a non-immune sovereign as long as service of process has been made under section 1608 of the FSIA. See Stern v. Islamic Republic of Iran, 271 F.Supp.2d at 298 (D.D.C. 2003); see also Fed. R. Civ. P. 4(j). In this case, service of process has been affected on all the Defendants under § 1608, see Exhibit "B". Accordingly, this Court has in personam jurisdiction over the Defendants.

C. **Legal Standard for FSIA Default Judgment**

As previously mentioned, in an action over which subject matter jurisdiction exists by virtue of a waiver of immunity under of 28 U.S.C. § 1605(a)(1) "[n]o judgment by default shall be entered by a court of the United States or of a state against a foreign state ... unless the claimant establishes his claim or right to relief by evidence satisfactory to the court." 28 U.S.C. § 1608(e); Roeder, 333 F.3d at 232-33. In default judgment cases, plaintiffs may present such evidence in the form of affidavits. Bodoff v. Islamic Republic of Iran, 424 F.Supp.2d at 82; (D.D.C.) Campuzano v. Islamic Republic of Iran, 281 F.Supp.2d 250, 268 (D.D.C. 2003). Upon evaluation, the court may accept any uncontroverted evidence presented by Plaintiffs as true. Heiser, 466 F.Supp.2d at 255 (citing Campuzano, 281 F.Supp.2d at 268). This Court accepts and credits the uncontested evidence and testimony submitted by Plaintiff and the declarants as true, not only in light of the fact that the Defendants in this action have not objected to it or even

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

appeared in this action to contest it, but also because it is relevant and highly probative of the claims asserted.

### D. **Liability**

The FSIA does not provide a cause of action but rather "acts as a pass-through to substantive causes of action against private individuals that may exist in either state or international law." Blais v. Islamic Republic of Iran, 459 F.Supp.2d 40, 54 (D.D.C. 2006); see Cicippio-Puleo v. Islamic Republic of Iran, 353 F.3d at 1027.

### E. **Choice of Law**

1. As to the state-law based claims, here, Florida's normally the forum jurisdiction's choice of law rules, Florida, apply to determine which state's law shall govern. Bodoff v. Islamic Republic, 424 F.Supp.2d at 79 (D.D.C. 2006). Normally, the law of the United States applies rather than the law of the place of the tort or any other foreign law because the United States has a "unique interest" in having its domestic law apply in cases involving terrorist attacks on United States citizens. Heiser, 466 F.Supp.2d at 266. See Dammarell, 2005 WL 756090 at *20, 2005 (U.S. Dist. LEXIS 5343 at *63 ("Dammarell II").

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

F. **Intentional Infliction of Emotional Distress (IIED)**

This tort has been recognized as a federal common law cause of action prior to January 2004. See, e.g., <u>Sutherland v. Islamic Republic of Iran,</u> 151 F.Supp.2d 27, 48-52 (D.D.C. 2001); <u>Cronin v. Islamic Republic of Iran,</u> 238 F.Supp.2d 222, 234-35 (D.D.C. 2002); <u>Surette v. Islamic Republic of Iran,</u> 231 F.Supp.2d at 268-269 (Dist. Court, Dist. of Columbia 2002); <u>Stethem v. Islamic Republic of Iran,</u> 201 F.Supp.2d at 91-92; <u>Dammarell v. Islamic Republic of Iran,</u> 281 F.Supp.2d at 188-89. These cases relied extensively on the Restatement (Second) of Torts, Section 46. Florida law may be applied. Florida law permits IIED claims as asserted by Plaintiffs. The elements of the IIED tort under Florida law are "(1) deliberate or reckless infliction of mental suffering; (2) outrageous conduct; (3) the conduct caused the emotional distress; and (4) the distress was severe." <u>Liberty Mutual Insurance Co. v. Steadman</u>, 968 So.2d 592, 594 (Fla. 2d DCA 2007). Additionally, the conduct must be "'so outrageous in character, and so extreme in degree, that it is considered "'atrocious and utterly intolerable in a civilized community. <u>Id.</u> Based on the evidence submitted in this case, these elements are satisfied here.

There is no question that torture and murder lead to deliberate infliction of mental suffering, and thus satisfy the first prong of the IIED analysis. In fact, the Alien Tort Claims Act and the Torture Victim Protection Act of 1991 combine to create a federal cause of action for aliens victimized by torture. Compensatory damages are available for the pain and suffering, medical expenses, and lost income suffered by plaintiffs and their families and punitive damages are available if the defendant's conduct is malicious, wanton, and oppressive. <u>Paul v. Avril</u>, 901 F. Supp. 330, 335-336 (U.S. S.D. Fla. 1994).

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

The second element of the IIED tort is also established here as the torture and extrajudicial killing was carried out intentionally and recklessly.

The third element of causing the plaintiff severe emotional distress is amply demonstrated here. Marilyn Wiederspan has established in detail in her Declaration the severe emotional distress that resulted from the brutal murder of her father.

It also cannot be overlooked in this case that Plaintiff Marilyn Weiderspan was virtually present throughout the events of this assassination and torture. She was well aware that her father was unlawfully detained by the Revolutionary forces of Fidel Castro Ruz, and that the likely result would be torture and assassination. She has suffered the loss of her father for over fifty (50) years.

Accordingly, the Court concludes that Marilyn Weiderspan is entitled to the recovery of damages for IIED caused by the brutal torture and murder of her father under Florida and Federal law.

## H. **Plaintiff's Wrongful Death Claims**

Wrongful death is a statutory cause of action in Florida. Florida Statutes § 768.19 states "When the death of a person is caused by the wrongful act, negligence, default, or breach of contract or warrant of any person... and the event would have entitled the person injured to maintain an action and recover damages if death had not ensued, the person ...that would have been liable in

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

damages if death had not ensued shall be liable for damages as specified in this act notwithstanding the death of the person injured..." Plaintiffs seek compensation for economic losses in the form of lost wages, benefit, and retirement, pay and funeral expenses incurred as the result of the extrajudicial killing of Jose Velasquez Fernandez under the direction of Defendants. Under Florida law the personal representative of the estate is the party in interest, who will seek to recover on behalf of all of the decedent's beneficiaries. See Florida Statutes § 768.20.

Here Marilyn Wiederspan is the party in interest who has standing to bring this claim, as she is allowed to do so by Florida law and because the FSIA jurisdiction requirements for bringing this cause of action have been satisfied.


In Florida, the rule for permissible damages for wrongful death is:

> All potential beneficiaries of a recovery for wrongful death, including the decedent's estate, shall be identified in the complaint, and their relationships to the decedent shall be alleged. Damages may be awarded as follows: (1) Each survivor may recover the value of lost support and services from the date of the decedent's injury to her or his death, with interest, and future loss of support and services from the date of death and reduced to present value. In evaluating loss of support and services, the survivor's relationship to the decedent, the amount of the decedent's probable net income available for distribution to the particular survivor, and the replacement value of the decedent's services to the survivor may be considered. In computing the duration of future losses, the joint life expectancies of the survivor and the decedent and the period of minority, in the case of healthy minor children, may be considered. (2) The surviving spouse may also recover for loss of the decedent's companionship and protection and for mental pain and suffering from the date of injury. (3) Minor children of the decedent, and all children of the decedent if there is no surviving spouse, may also recover for lost parental companionship, instruction, and guidance and for mental pain and suffering from the date of injury. For the purposes of this subsection, if both spouses die within 30 days of one another as a result of the same wrongful act or series of acts arising out of the same incident, each spouse is considered to have been predeceased by the other. (4) Each parent of a deceased minor child may also recover for mental pain and suffering from the date of injury. Each parent of an adult child may also recover for mental pain and suffering if there are no other survivors. (5) Medical or funeral expenses due to the decedent's injury or death may be recovered by a survivor who has paid them. (6) The decedent's personal representative may recover for the decedent's estate the following: (a) Loss of earnings of the deceased from the date of injury to the date of death, less lost support of survivors excluding contributions in kind, with interest. Loss of the prospective net accumulations of an estate, which might reasonably have been expected but for the wrongful death, reduced to present money value, may also be recovered: 1. If the decedent's survivors include a surviving spouse or lineal descendants; or 2. If the decedent is not a minor child as defined in s. 768.18(2), there are no lost support and services recoverable under subsection (1), and there is a surviving parent. (b) Medical or funeral expenses due to the decedent's injury or death that have become a charge against her or his estate or that were paid by or on behalf of decedent, excluding amounts recoverable under subsection (5). (c) Evidence of remarriage of the decedent's spouse is admissible. (7) All awards for the decedent's estate are subject to the claims of creditors who have complied with the requirements of probate law concerning claims.

15

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

Florida Statutes § 768.21

Wrongful Death Under Federal Common Law is also available. Utilizing the federal common law tort of wrongful death will avoid the issue of conflicting choice of law determinations that may arise. As amended by the NDAA, the Foreign Sovereign Immunities Act permits plaintiffs to seek economic damages from a foreign state for "death" caused by "extrajudicial killing". 28 .S.C. § 1605A(c). Courts have regularly awarded economic damages in the form of wages and retirement pay and out of pocket funeral expenses for the benefit of individuals who have had family members killed in terrorist acts. See, e.g., Kerr v. Islamic Republic of Iran, 245 F.Supp.2d 59, 65 (D.D.C. 2003); Surette, 231 F.Supp.2d at 274; Stethem, 201 F.Supp.2d at 28788; Wagner, 172 F.Supp.2d at 136, Flatow, 999 F. Supp. at 28.

The Court concludes that it is appropriate to utilize the federal common law wrongful death tort. There is a significant body of law supporting this decision.


## IV. DAMAGES


### A. Compensatory Damages

To obtain damages against defendants in an FSIA action, the plaintiff must prove that the consequences of the defendants' conduct were "reasonably certain (i.e., more likely than not) to occur, and must prove the amount of the damages by a "reasonable estimate consistent with the [Court's] application of the American rule on damages. Salazar, 370 F.Supp.2d at 115-16 (quoting Hill v. Republic of Iran, 328 F.3d 680, 681 (D.C. Cir. 2003) (internal quotations omitted). Because there have been previous cases in this Court where family members have been

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

killed by unlawful means by the Cuban Government (such as <u>Villoldo v. Republic of Cuba,</u> et al.), this Court is by no means writing on a proverbial "clean slate" in fashioning a damages remedy in this case. To the contrary, this Court is guided by remedial approaches and formulas, utilized in similar cases.

1. <u>Plaintiff's IIED Damage Awards</u>

While the loss suffered by a daughter is difficult to quantify, the Court should look at the specific circumstances regarding Mr. Velasquez Fernandez's death. One recent award to consider in a similar case was the One Billion Dollar ($1,000,000,000) award in Villoldo (<u>Villoldo v. Republic of Cuba,</u> et. al)

Based upon the wealth of cases involving immediate family members of civilians killed by Cuba's tyrannical government, this Court awards IIED damages of $50,000,000 to Marilyn Weiderspan in her individual capacity as the daughter of the Decedent. The Court believes this award is appropriate in this case as it is not unlike the awards in similar cases.

2. <u>Wrongful Death Damages Award</u>

Mr. Velasquez Fernandez could have worked for 40 more years and then, based on his life expectancy, received a pension for 15 additional years.

Florida Statute §§ 768.21, allows minor children to recover for loss parental companionship, instruction and guidance and for mutual pain and suffering from the date of injury. The court believes $1,000,000 per year while Plaintiff Wiederspan was a minor is reasonable under the Florida Statute. Therefore, one million dollars per year for twelve (12) years is appropriate. A total of 12 million US Dollars is awarded in wrongful death damages.


A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

## C. Punitive Damages

The court believes that a $100,000,000 punitive damage award is appropriate in this matter especially considering Cuba's constant disregard of human rights and many years of recognition by the U.S. State Department, as a terrorist nation.

## V. CONCLUSION

Because Plaintiff has established severe emotional distress as a direct and proximate result of Defendants' extreme and outrageous conduct, the wrongful death of her father and because the evidence in the record amply supports the allegations in the Complaint, a judgment consistent with these findings will be entered against Defendants in the total amount of $163,630,534.37.

- ($1,630,534.37 in loss accretion)
- ($50,000,000 for IIED Damages)
- ($12,000,000 for wrongful death damages while she was a child)
- ($100,000,000 punitive damages)

*[handwritten: $163,630,534.37]*

*[handwritten: Statutory interest 4.75%]*

*[handwritten: Dad Dure and Ordered at Miami Florida this (12) day of Jan, 2012]*

Dated: __January 12, 2012__

STATE OF FLOR~  COUNTY OF MIAMI  )

I hereby certify that the foregoing is a true and correct copy of the original on file in this office

JAN 1 2 2012 AD

HARVEY RUVIN, CLERK
Circuit and County Courts

(SEAL)

Deputy Clerk

CIRCUIT JUDGE

18

# EXHIBIT A



COUNTRY LAKES POSTAL STORE
Miami, FL 33177, Florida
3317799998
1158540091-0097
(305)969-6110

09/22/2010                    04:08:54 PM

| Product Description | Sales Receipt | | |
|---|---|---|---|
| | Qty | Sale Unit Price | Final Price |
| Cuba - Priority Mail Int'l Flat Rate Env 3.30 oz. | | | $13.45 |
| Issue PVI: | | | $13.45 |
| 44c Winslow Homer PSA | 10 | $0.44 | $4.40 |
| Total: | | | $17.85 |
| Paid by: Personal Check | | | $17.85 |

********************************************
Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
********************************************
Get your mail when and where you want it
with a secure Post Office box. Sign up for
a box online at usps.com/pobox.
********************************************
Prepare your international packages online
and save time.
Pay postage online and save money too.
www.usps.com/clickship

Bill#: 1000300088210
Clerk: 07

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
********************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
********************************************



## Instructions

1. Priority Mail flat rate envelope is required when shipping at flat rate.

2. Verify that all information populated in the form is correct.

3. Commercial senders: if known enter the 6 digit HS tariff number, which must be based on the Harmonized Commodity Description and Coding System developed by the World Customs Organization. "Country of Origin" means the country where the goods originated - e.g., were produced/manufactured or assembled.

4. Place your label so it does not wrap around the edge of the package.

5. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure edges are secure.

6. To mail International packages may NOT be placed in a USPS collection box. Please present to a retail associate in U.S. Postal Service retail outlet, hand to your letter carrier at the time of mail delivery or schedule a carrier pickup.

7. Item must be mailed on the mailing date selected.

8. The shipping label is unique and can be used only once.

---

## Online Label Record

### Customs Barcode Number:

LJ 655 517 422 US

| | | |
|---|---|---|
| Paid Online | | |
| Print Date: | 11/16/2010 | Priority Mail |
| Ship Date: | 11/16/2010 | International Postage: 13.45 |
| Weight: | 0 lbs 2 oz | Total: 13.45 |

**From:** WILLIAM SANCHEZ, P.A.
12600 SW 120 ST STE 106
MIAMI FL 33186

**To:** Ministerio de Relaciones
Bruno Eduardo Rodriguez Parrilla
Calzada No. 360
Vedado, La Habana, Cuba
CUBA



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: **10-34487 CA 23**


MARILYN WIEDERSPAN, et al.

    Plaintiffs

V.

THE REPUBLIC OF CUBA, et al.

    Defendants

_____/

### PLAINTIFF'S NOTICE OF SUIT

**TO:**        **THE REPUBLIC OF CUBA**
Bruno Eduardo Rodriguez Padilla
Minister of Foreign Relations
Calzada No. 360, Esquina AG
Vedado. Havana, Cuba


**THROUGH:**    **U.S. DEPARTMENT OF STATE**
Edward A. Betancourt
Director of Special Consular Services
2100 Pennsylvania Ave., NW
4FL (SA-29)
Washington, DC 20520



The Plaintiffs, Marilyn Wiederspan, et al. pursuant to 28 U.S.C. § 1068 (a), hereby gives notice that a lawsuit has been filed against the Republic of Cuba on June 18, 2010. The lawsuit involves the disappearance and extrajudicial killing of Jose Velasquez Fernandez. The Republic of Cuba is named as a defendant because it was responsible for the actions. The relief requested is damages that the court may find just and reasonable. The plaintiffs will be requesting over Fifty Million Dollars ($50,000,000.00 U.S.) in damages. A copy of the complaint and summons is attached.

Respectfully submitted,

**WILLIAM J. SANCHEZ, P.A.**

**12600 SW 120th St. Suite 106**
**Miami, Florida 33186**
**TEL: (305) 232-8889**
**FAX: (305) 232-8889**
**Email: info@wsanchezlaw.com**

By: 
William J. Sanchez
Fla. Bar No. 749060

DATED: March 17, 2011

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: **10-34487 CA 23**

MARILYN WIEDERSPAN, et al.

    Plaintiffs

V.

THE REPUBLIC OF CUBA, et al.

    Defendants

_____/

## AVISO DEL DEMANDANTE DE DEMANDA

**DIRIGIDO A:**        **THE REPUBLIC OF CUBA**
Bruno Eduardo Rodriguez Padilla
Minister of Foreign Relations
Calzada No. 360, Esquina AG
Vedado. Havana, Cuba

**HECHO A TRAVES DE:**    **U.S. DEPARTMENT OF STATE**
Edward A. Betancourt
Director of Special Consular Services
2100 Pennsylvania Ave., NW
4FL (SA-29)
Washington, DC 20520



Los demandantes, Wiederspan Marilyn, et al. de conformidad con 28 USC § 1068 (a), da

cuenta de que por este medio una demanda ha sido presentada contra la República de Cuba el 18

de junio de 2010. La demanda consiste en la desaparición y asesinato extrajudicial de José

Velásquez Fernandez. La República de Cuba es nombrado como acusado porque fue responsable

por las acciones. La reparación solicitada es daños y perjuicios que la corte puede encontrar justo

y razonable. Los demandantes se solicita más de cincuenta millones de dólares ($50,000,000.00

EE.UU.) en daños y perjuicios. Una copia de la denuncia y citación se adjunta.

Presentado respetuosamente,

**WILLIAM J. SANCHEZ, P.A.**

**12600 SW 120th St. Suite 106**
**Miami, Florida 33186**
**TEL: (305) 232-8889**
**FAX: (305) 232-8889**
**Email: info@wsanchezlaw.com**

De:

William J. Sanchez
Fla. Bar No. 749060

Fecha: March 17, 2011



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

CASE NO: **10-34487 CA 23**

MARILYN WIEDERSPAN, et al.

    Plaintiffs

V.

THE REPUBLIC OF CUBA, et al.

    Defendants

_____/

## PLAINTIFF'S NOTICE OF SUIT

**TO:**               **THE REPUBLIC OF CUBA**
                      Bruno Eduardo Rodriguez Padilla
                      Minister of Foreign Relations
                      Calzada No. 360, Esquina AG
                      Vedado. Havana, Cuba

**THROUGH:**        **U.S. DEPARTMENT OF STATE**
                      Edward A. Betancourt
                      Director of Special Consular Services
                      2100 Pennsylvania Ave., NW
                      4FL (SA-29)
                      Washington, DC 20520



# EXHIBIT B





May 26, 2011

Clerk of the Court
Eleventh Judicial Circuit Court
Miami-Dade County Florida
Lawson E. Thomas Courthouse Center
175 NW 1st Ave Suite 3016
Miami, FL 33128

**re: Marilyn Weiderspan, et al. v. Fidel Castro Ruz, et al.,
Case Number 10-34487CA23**

Dear Clerk of the Court:

I am writing regarding the Court's request for transmittal of a summons, complaint, and notice of suit to the Republic of Cuba pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the referenced case.

The U.S. Interests section of the Swiss Embassy in Havana, Cuba transmitted the summons, complaint and notice of suit to the Ministry of Foreign Affairs of Republic of Cuba on May 12, 2011 under cover of diplomatic note No. 202 dated May 11, 2011. A certified copy of the Embassy's diplomatic note and copies of the documents transmitted to the Ministry of Foreign Affairs are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

cc:    William Sanchez, P.A.
       12915 SW 132nd Street, Suite 5
       Miami, Florida 33186





# EMBASSY OF SWITZERLAND

United States of America Interests Section

Certification of Diplomatic Note

I, Martha Melzow, Consul General of the U.S. Interests Section, Embassy of Switzerland, in Havana, Cuba, certify that this is a true copy of the U.S. Interests Section's diplomatic note number 202 dated May 11, 2011, delivered to the Ministry of Foreign Affairs of the Republic of Cuba on May 12, 2011.

Martha Melzow
Consul General of the United
States of America





# EMBASSY OF SWITZERLAND
## United States of America Interests Section

No. 202

The U.S. Interests Section of the Embassy of Switzerland, in Havana refers the Ministry of Foreign Affairs of the Republic of Cuba to the lawsuit "Weiderpan V. Castro et al"., Case Number 10-34487, which is pending in the Eleventh Judicial Circuit in and for Miami-Dade County Florida in which the Republic of Cuba is named as a defendant. The United States Interests Section transmits a summons, complaint and notice of suit herewith. This note constitutes transmittal of these documents upon the Government of the Republic of Cuba as contemplated in Title 28, United States Code, Section 1608.

Under applicable United States law, a defendant in a lawsuit must respond to the summons, complaint and notice of suit within sixty (60) days or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments on its behalf. Accordingly, the U.S. Interests Section of the Swiss Embassy requests that the enclosed summons, complaint and notice of suit be forwarded to the appropriate authority of the Government of the Republic of Cuba with a view towards taking whatever steps necessary to respond to the summons, complaint, and notice of suit.

..2

...2

Please note that under United States law and procedure, neither the Interests Section nor the Department of State is in a position to comment on the present suit. Under the laws of the United States, any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States.

The United States of America Interests Section of the Embassy of Switzerland avails itself of this opportunity to renew to the Ministry of Foreign Relations of the Republic of Cuba the assurances of its consideration.

Ministry of Foreign Relations
Havana, May 11, 2011



# EXHIBIT C



CASE NO.  10-34487 CA 23

MARILYN WEIDERSPAN, Individually,
and as Administrator, Executor, Personal
 Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

     Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
 Agency and Instrumentality of
 The Republic of Cuba, the estate of
ERNESTO "Che Guevara" Guevara, (Deceased,)
as an Individual,
Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

    Defendants

_____/

**AFFIDAVIT MARTA VELASQUEZ SANCHEZ**



I, Marta Velasquez Sanchez, do swear and affirm that the following information is true and correct:

1. I was born on March 8, 1940in Havana, Cuba.

2. My parents' names are General Jose H. Velasquez Perera andEfigeniaJosefaFernadez.

3. I am the sister of Jose Velasquez Fernandez, who was born on July 9, 1932.

4. My brother was a First Lieutenant in the Cuban Army. He often was in charge of patrolling the area of Las Villas and was assigned various military activities. He fought against Fidel Castro's revolution in Cuba. Castro assumed unlawful control over the island on January 1, 1959.

5. On January 5, 1959, officials of the Castro regimeincarcerated my brother. He was jailed for what we believed would be a few days but instead turned to 30 days. While in prison, Jose was not given an adequate amount of food for his sustainability, so it was vital to his survival for me to take him food daily. Myfather went to speak to Mr. Carlos Prio Socarras, the former Cuban president, to plead for Jose's release.Carlos Prio said he could do nothing to help my brother. My brother was released from prison but within a couple of days, was incarcerated again. Shortly after, we were told that Jose would be eligible for release if our family paid approximately five thousand American dollars ($5000.00). My father did, in fact, pay hoping the new government would free my brother.

6. From my recollection of the short court hearing for my brother, there were approximately twelve other men being tried in court on the same day,late January in Manicaragua, Cuba.

7. He had a second hearing on February 5, 1959and my brother was so happy after the second hearing because he was under the impression that he would be absolved and free to return to our family and home.

8. On February 6, 1959, there was what was called a "lightning trial." None of us, his family, were told about it. A priest named Padre Cruz, who was close to our family, was present at the jail during the executions. He told us later that while he was there, a soldier came out and said for all the jailed men to come outside "to die." They were taken outside and shot in a firing squad. Padre Cruz also told us that my brother asked not to be blindfolded.

9. The government gave my brother's body to my father the followingday, which was February 7th somewhere between the times of 2am and 4am. Captain Luis Quevelo is the one that came to our house. My brother was buried in Habana Cemeterio Colon Zapato. For obvious fear of our lives, we left the country shortly thereafter.

IN THE CIRCUIT OF THE ELEVENTH
JUDICIAL CIRCUIT COURT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 10-34487 CA 23

MARILYN WEIDERSPAN, Individually,
and as Administrator, Executor, Personal
Representative and or Guardian of the Estate
of her Father, JOSE VELSQUEZ FERNANDEZ,
MARTHA VELSQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

     Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba, the Estate of
ERNESTO "Che Guevara" Guevara, (Deceased,)
a former,
Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
the Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

     Defendants

_____/

## OTTO CASALS AFFIDAVIT



I, Otto R. Casals, do swear and affirm that the following information is true and correct:

1. I, Otto R. Casals, reside at 1775 West 76 Street, Hialeah, Florida 33014 and my phone number is 305-336-4444. I was employed by the U.S. Federal Government for 23 years. I am currently retired.

2. My relationship with Jose Velasquez Fernandez began at the age of 10. We were close friends. We often spent time together playing sports and in numerous activities.

3. I knew the victim's sister, Martha Vasquez Sanchez, from the time she was 2 years old.

4. My paternal uncle, Rafael Casals Fernandez de Cueto ("Rafael"), was a close family friend of General Jose Velasquez and his family. Our families were very close. Rafael was Commander of the Police in Las Villas, and as a result he was also one of General Velazquez' Chief of Assistants. Their close relationship lasted over 20 years.

5. The farm was located at Guajimico, Las Villas Province. The farm belonged to my grandfather Pedro Fernandez who left it to his kids, my mother Socorro Fernandez Munoz and her sisters. It contained approximately 40 acres, where we grew malanga, yucca, and other fruits.

6. Jose Velasquez Fernandez ranked as a First Lieutenant in the Cuban Army, and often patrolled these areas of Las Villas.

7. Approximately a few months before Fidel took over Socorro, her sister, Rafael, and I had dinner with Jose Velasquez Fernandez on the family farm. That was the last time I saw Jose Velasquez Fernandez alive.

8. When Jose Velasquez Fernandez was caught by Castro's men, I was notified of his incarceration by my uncle Rafael Casals. I have personal knowledge of the fact that shortly after his first incarceration Jose Velasquez Fernandez was found not guilty, released and went to Havana. The family advised him to leave the house but he wouldn't. A few days later, they arrested him again. General Velazquez was asked to raise $5000 US dollars. At that time, it was illegal under the new Castro imposed Cuban law, to have US dollars on hand. So they asked the family to obtain $5000 US dollars illegally, in order to have Jose released. General Velazquez gave the money to the Cuban authorities, but Jose was never released. He was assassinated before a firing squad. We were obviously devastated by his killing, but the one who's suffered most was his daughter Marilyn Wiederspan.

I swear under perjury of the law that the information above is true and correct to the best of my knowledge.

I swear under perjury of law that the information above is true and correct to the best of my knowledge.

_____
Otto Casals
Subscribed and sworn to before
me this 27 day of December , 2010

_____

**Notary Public**

**My Commission Expires:** 11/17/2015



IRENE OBIAS-SANCHEZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE115822
Expires 11/7/2015

MARILYN WIEDERSPAN, Individually,
and as Administrator, Executor, Personal
 Representative and or Guardian of the Estate
of her Father, JOSE VELAZQUEZ FERNANDEZ,
MARTHA VELAZQUEZ SANCHEZ, Individually,
 and MARIA BRAVO DIAZ, Individually.

     Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
 Agency and Instrumentality of
 The Republic of Cuba, the estate of
ERNESTO "Che Guevara" Guevara, (Deceased,)
As an Individual,
 Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
The Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

    Defendants

## DECLARATION OF MARILYN WIEDERSPAN

    I, Marilyn Wiederspan hereby state as follows:



1.  My name is Marilyn Wiederspan, I am the lead Plaintiff in this case. I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently as to the matter contained in this Declaration.

2.  I was born to Jose Velazquez Fernandez and Maria Bravo Diaz on September 9, 1953 in Santa Clara, Cuba and lived there until the age of six. Currently I am a naturalized citizen of the United States.

3.  I attended college at the University of Nebraska at Kearney f/k/a Kearney State College where I graduated with a Bachelors of Arts Degree in Education.

4.  My life changed drastically in January 1959. Although I was too young to realize the details of what was happening, Cuba underwent a revolution and great social and political upheaval during this time. I remember leaving Cuba during that time under chaotic circumstances. My mother brought me to Florida, and after five years sent me to Nebraska to live with my Aunt and Uncle because we could not afford a private school and she felt a public school in Nebraska would be a safer environment.

5.  I was extremely confused during this time, as my peaceful upbringing in Santa Clara was completely disrupted. When I first inquired about my father, I was told that he had died in the revolution. As I grew older, it became apparent to me that my family was withholding details. By the time I was 18, I pressured my mother for those details. I remember she was reluctant to tell me herself and asked my aunt and uncle to help her.

6.  She eventually told me that he had been shot by a firing squad only one month after Fidel Castro's armed revolution.

7.  I also found out how he had been tortured while in prison. It is difficult to explain what it has been like to be raised without a father. Initially, my primary mental state was one of

confusion and overall loss, since I didn't understand what had happened to him and our formerly happy and serene life. After finding out how he had been executed, my sense of low and confusion turned to hatred and rage towards those who so violently and unjustly took my father from us. He had always been so loving and caring to me while he was alive. The thought that he had been murdered, and that the perpetrators are still running the country, is to this day something very difficult for me to talk about.

8.  I have always felt a deep sense of loss and loneliness since being separated from my father. The feeling is one of anguish, fear and anxiety. Imbedded deep inside of me is the hope that we could have lived a normal life, together with the hopelessness of knowing that it will never happen. I do believe in God and justice, and hope to be reunited one day with my father. I also hope and believe that justice will prevail when it comes to those murderers who took his life at the age of 27.

9.  My relationship with my father was a great one. I have attached a photograph of the two of us. His absence in my life has left a great void. I have had to make five short years worth of memories expand a lifetime. I have missed him.



I swear under perjury of law that the information above is true and correct to the best of my knowledge.

Marilyn Wiederspan

Subscribed and sworn to before me this 3d day of January, 2018

**Notary Public**

**My Commission Expires:** 11/17/2015

IRENE OBIAS-SANCHEZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE115822
Expires 11/7/2015



# EXHIBIT D




# DOCUMENTED VICTIMS OF CHÉ GUEVARA
# IN CUBA: 1957 TO 1959
## Updated September 30, 2009

The following list includes cases documented from primary and secondary sources. Names are cited as reported. Additional details, including sources, are available for each case at www.CubaArchive.org/database. This list is the result of best, yet imperfect, efforts to investigate events for which there is no official information. The exact number of Guevara's victims is unknown, although he acknowledged ordering many executions. All were carried out without due process of law. Deaths in which his responsibility was less direct as well as combat deaths caused by him or his subordinates in guerrilla operations are not listed below.

### 22 Executions by the Rebel Army at the Sierra Maestra (cited in Che's diary): 1957-1958
### 3 Executed for deserting the Rebel Army

| | | |
|---|---|---|
| René | Cuervo | Aug-57 |
| Aristidio | N/A | Oct-57 |
| Pedro | Guerra | 6/26/1957 |

### 8 Executed for collaborating with the Batista Army

| | | |
|---|---|---|
| "Chicho" | Osorio | 1/17/1957 |
| "El Negro" | Nápoles | 2/18/1957 |
| Eutimio | Guerra | 2/17/1957 |
| Two peasants | N/A | Apr-57 |
| Filiberto | Mora | 4/15/1957 |
| Batista collaborator | | Aug-57 |
| "Manolo Capitán" | (Manuel Fernández) | 5/10/1905 |

### 4 Executed for a assorted reasons

| | | |
|---|---|---|
| "The teacher" | | Oct-57 |
| José | Martí | Sep-57 |
| Two brothers | | Oct-57 |

### 7 Executed for committing crimes

| | | |
|---|---|---|
| José ("el chino") | Chang | Oct-57 |
| "The rapist" | | Oct-57 |
| "El Bisco" | Echevarría | Oct-57 |
| Dionisio | Oliva | Oct-57 |
| Juan | Lebrigio | Oct-57 |
| Rebel Army member | | Jun-58 |
| Rebel Army member | | Aug-58 |

### Executions ordered by Ché Guevara during his command in Santa Clara (Jan. 1-3, 1959)

| | | | |
|---|---|---|---|
| 1. | Ramón | Alba Moya | 1/3/195 |
| 2. | Joaquín | Casillas Lumpuy | 1/2/195 |
| 3. | Arturo | Pérez Pérez | 1/24/195 |
| 4. | Diego | Álvarez Martínez | 1/4/195 |
| 5. | José | Fernández Martínez | 1/2/195 |
| 6. | Héctor | Mirabal | Jan-5 |
| 7. | Félix | Montano Fernández | Jan-5 |
| 8. | Cano | Prieto | 1/7/195 |
| 9. | Ricardo | Rodríguez Pérez | 1/11/195 |
| 10. | Cornelio | Rojas Fernández | 1/7/195 |
| 11. | Francisco | Rosell | 1/11/195 |
| 12. | Ignacio | Rosell Leyva | 1/11/195 |
| 13. | Antonio | Ruíz Beltrán | 1/11/195 |
| 14. | Ramón | Santos García | 1/12/195 |
| 15. | Isidoro | Socarrás | 1/12/1959 |
| 16. | Manuel | Valdés | Jan-59 |
| 17. | José | Velázquez Fernández | 2/6/1959 |

*\*Reportedly before leaving Santa Clara, Ché ordered the death penalty of those listed above and executed after 1/3/59.*

### 1959 Executions at La Cabaña Fortress Prison

*Ché was in command at La Cabaña until November 26, 1959, although he traveled overseas from June 4th to September 8th. Reportedly, he signed execution orders carried out after 11/26/1959, cases that also appear below in a separate list. Executions in 1959 for which no month or day is available may have and probably did take place during Guevara's command.*

#### January 3 - November 26, 1959

| | | | |
|---|---|---|---|
| 1. | Vilau | Abreu | 7/3/1959 |
| 2. | Humberto | Aguiar Limonta | 1959 |
| 3. | Pelayo | Alayón | Feb-59 |
| 4. | Pedro | Alfaro | 7/25/1959 |
| 5. | José Luis | Alfaro Sierra | 2/6/1959 |
| 6. | Mariano | Alonso Riquelmo | 7/1/1959 |
| 7. | José | Alvaro | 3/1/1959 |
| 8. | N/A | Aniella | 1959 |
| 9. | Miguel | Ares Polo | 2/6/1959 |
| 10. | Alvaro | Argueira Suárez | 3/21/1959 |
| 11. | Eugenio | Becquer Azcárate | 9/29/1959 |
| 12. | Francisco | Becquer Azcárate | 7/2/1959 |
| 13. | Ramón | Bicet | 7/25/1959 |
| 14. | Roberto | Calzadilla | 1959 |
| 15. | Juan | Capote Fiallo | 5/1/1959 |
| 16. | Eladio | Caro | 2/6/1959 |
| 17. | Antonio | Carralero Ayala | 2/4/1959 |
| 18. | José | Castaño Quevedo | 3/7/1959 |
| 19. | Gertrudis | Castellanos | 5/7/1959 |
| 20. | José | Chamace | 10/15/1959 |
| 21. | Ángel María | Clausell García | 4/19/1959 |
| 22. | Raúl | Clausell Gato | 3/15/1959 |
| 23. | Demetrio | Clausell González | 2/1/1959 |
| 24. | Eloy | Contreras Rabiche | 4/1/1959 |
| 25. | N/A (brother) | Cuni | Jun- |
| 26. | Roberto | Cuni | Jun- |
| 27. | Antonio | De Beche | Jan- |
| 28. | Mateo | Delgado Pérez | 4/12/ |
| 29. | Ramón | Despaigne | 19 |
| 30. | José | Díaz Cabezas | Jul- |
| 31. | Fidel | Díaz Mecías | 04/09/ |
| 32. | Antonio | Duarte Becerra | 7/2/19 |

SCDU
Dade County, Florida

| 33. | Rudy | Fernández | 7/30/1959 |
| 34. | Ramón | Fernández Ojeda | 5/29/1959 |
| 35. | N/A | Ferrán Alfonso | 1/12/1959 |
| 36. | Salvador | Ferrero Canedo | 5/29/1959 |
| 37. | Eduardo | Forte | 3/20/1959 |
| 38. | Ugarte | Galán | 1959 |
| 39. | Jacinto | García | 9/8/1959 |
| 40. | Angel | García León | 5/1/1959 |
| 41. | Rafael | García Muñiz | 3/18/1959 |
| 42. | Evelio | Gaspar | 4/12/1959 |
| 43. | Secundino | González | 1959 |
| 44. | Ezequiel | González | Jan-59 |
| 45. | Evaristo Venerio | González | 11/14/1959 |
| 46. | José | González Malagón | 7/2/1959 |
| 47. | Luis Ricardo | Grao | 2/23/1959 |
| 48. | Evaristo | Guerra | 2/18/1959 |
| 49. | Oscar | Guerra Amador | 3/9/1959 |
| 50. | Gerardo | Hernández | 7/26/1959 |
| 51. | Secundino | Hernández Calviño | Jan-59 |
| 52. | Francisco | Hernández Leyva | 4/15/1959 |
| 53. | Jesús | Insua González Izquierdo | 7/22/1959 |
| 54. | Enrique | Portuondo | 7/23/1959 |
| 55. | Osmín | Jorrín Vega | 10/14/1959 |
| 56. | Silvino | Junco García | 11/15/1959 |
| 57. | Enrique | la Rosa | 1959 |
| 58. | Bonifacio | Lasaparla | 1959 |
| 59. | Ariel | Lima Lago | 8/1/1959 |
| 60. | Ambrosio | Malagón | 3/21/1959 |
| 61. | Armando | Más Torrente | 2/17/1959 |
| 62. | Onerlio | Mata Costa Cairo | 1/30/1959 |
| 63. | Elpidio | Mederos Guerra | 1/9/1959 |
| 64. | José | Medina | 9/17/1959 |
| 65. | Jose | Milián Pérez | 4/3/1959 |
| 66. | Luis | Mirabal | 1959 |
| 67. | Pedro | Morejón Montero | 1/31/1959 |
| 68. | Carlos | Muiño Varela. M.D. | 1959 |
| 69. | Viterbo | O'Reilly Díaz | 2/27/1959 |
| 70. | Félix | Oviedo González | 7/24/1959 |
| 71. | Manuel | Paneque Pedroso | 8/16/1959 |
| 72. | Pedro | Hernández | 4/12/1959 |
| 73. | Juan | Pérez Hernández | 5/29/1959 |
| 74. | José | Pozo López | 1959 |
| 75. | Emilio | Puebla | 4/30/1959 |
| 76. | Alfredo | Pupo Parra | 5/29/1959 |
| 77. | Secundino | Ramírez | 4/2/1959 |
| 78. | Ramón | Ramos Alvarez | 4/23/1959 |
| 79. | Pablo | Ravelo | 9/15/1959 |
| 80. | Rubén | Rey Alberola | 2/27/1959 |
| 81. | Mario | Riquelme | 1/29/1959 |
| 82. | Fernando | Rivera Reyes | 10/8/1959 |
| 83. | José | Saldara Cruz | 11/9/1959 |
| 84. | Juan | Silva Domínguez | Aug-59 |
| 85. | Fausto | Silva Guera | 1/29/1959 |
| 86. | Elpidio | Soler Puig | 11/8/1959 |
| 87. | Rogelio | Sopo Barreto | 3/14/1959 |
| 88. | Jesús | Sosa Blanco | 2/18/1959 |
| 89. | Renato | Sosa Delgado | 6/28/1959 |

| 90. | Pedro | Soto Quintana | 3/20/1959 |
| 91. | Rafael | Tárrago Cárdenas | 2/18/1959 |
| 92. | Francisco | Tellez | 1/3/1959 |
| 93. | Teodoro | Tellez Cisneros | 1/3/1959 |
| 94. | Francisco | Travieso | 2/18/1959 |
| 95. | Marcelino | Valdés | 7/21/1959 |
| 96. | Lupe | Valdés Barbosa | 3/22/1959 |
| 97. | Antonio | Valentín | 3/22/1959 |
| 98. | Sergio | Vázquez | 5/29/1959 |
| 99. | N/A | Verdecia | 1959 |
| 100. | Dámaso | Zayas | 7/3/1959 |

**11/27 - 12/31/1959**

| 1. | Severino | Barrios Ramírez | 12/9/1959 |
| 2. | Antonio | Blanco Navarro | 12/10/1959 |
| 3. | Alberto | Corbo | 12/7/1959 |
| 4. | Emilio | Cruz Pérez | 12/7/1959 |
| 5. | Eufemio | Chala Cano | Dec-5 |



www.CubaArchive.org

**FREE SOCIETY PROJECT, INC.**

P.O. Box 529
Summit, NJ 07902
Tel. 973.701-0520
Info@CubaArchive.org

**Reproduction and distribution of this material is authorized as long as its source is cited.**





# CHÉ GUEVARA'S FORGOTTEN VICTIMS
### By Maria C. Werlau
### November 13, 2009

Ernesto Guevara, better known as "Ché," is the ultimate poster boy of "revolutionary chic," a quintessential icon of mass culture. Ironically, most devotees of the Ché cult know little, if anything, about him -what he stood for, what he did, and the consequences of his quest. Yet, there is an irreconcilable dark truth behind the carefully constructed myth of Ché Guevara. A cursory look at the extensive bibliography on Ché, including his writings, makes that patently clear.

While Ché's face adorns t-shirts worn by opponents of capital punishment, he exhibited an acute disregard for the sanctity of human life. Signs of this pathology seem to have surfaced at an early age. His cousin, Alberto Benegas Lynch, relates in his book "My cousin Ché" that, as a boy, Ché took sadistic delight making animals suffer. At 25, he wrote a long and passionate note of revolutionary awakening on the margin of the "Travel Notes" from his motorcycle journey in the Americas; it is chillingly prophetic of the fervently violent course he would embark on.

> "(...) I now knew. ...I will be with the people, ...howling like one possessed, I will assault the barricades and trenches, will bathe my weapon in blood and, mad with fury, will slit the throat of any enemy that falls into my hands. ...I feel my nostrils dilated, tasting the acrid smell of gunpowder and blood, of dead enemy; my body contorts, ready for the fight, and I prepare my being as if it were a sacred place so that in it the bestial howling of the triumphant proletariat can resonate with the new vibrations and hopes."
> —Ernesto Guevara, Travel Notes, circa 1951-52.

Ché's long trail of blood began in Cuba's Sierra Maestra Mountains. As biographer Jon Lee Anderson writes, he spearheaded "the rebel army's new policy of 'swift revolutionary justice,' simultaneously launching his reputation for fierceness and implacability." Anderson well points to the "Calvinistic zeal evident in Ché's persecution of those who had strayed from the 'right path.'" What is most horrifying is that it led to ending many lives -some by his own hand, hundreds, maybe thousands, by his direct order, and countless tens of thousands at his urging.

A harsh disciplinarian even with his own troops, Ché played a leading or supporting role in the summary execution of at least 21 persons in the Sierra Maestra; at least one shot by his own hand. The victims were usually local peasants accused of collaborating with the Batista army, generally as informants. Some were volunteers of the rebel army who decided to abandon the fight, as it was being waged in terrible conditions, with the troops often going hungry for days. Some were local peasants accused of crimes ranging from annoying loitering, to stealing food intended for the rebels, to graver offenses such as rape or murder against the rural population. All were robbed of due process of law and essentially killed on the spot, at times almost casually at Ché's order. In his diary, Ché bears witness to this ruthlessness with many matter-of-fact accounts of the circumstances. His disposition was clear. In January of 1957, he wrote to his wife at the time, Hilda Gadea: *"Here, in the Cuban jungle, alive and thirsting for blood, I write to you these inflamed lines inspired by Martí."*

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

> **Eutimio Guerra Executed February 17, 1958**
>
> Guerra, a peasant who had joined the Rebel Army and served as guide, had apparently become a collaborator with Batista's Army. Guevara's authorized published diary discusses Guerra's treason and execution, but not that it was he who shot Guerra. But, the private uncensored diary that Ché's widow made available to biographer Jon Lee Anderson adds the macabre details. Guevara wrote that he shot Guerra with a .32 caliber pistol in the right side of the brain to solve an "uncomfortable problem," because no one wanted to do it. Witnesses to the events report that Ché then took Guerra's watch and other possessions and declared 'they are now mine.' Rebel Army Commander Jaime Costa witnessed Guerra's brief summary trial and confirms that even the head of the Tribunal, Ramiro Valdés, did not want to shoot Guerra. When Ché shoots Guerra, Costa hears him say for the first time a phrase he would come to famously coin: "When in doubt, execute."

Ché was merciless even if the offender was just a young foot soldier wearing the enemy uniform. One account has a 17 year-old Army soldier, captured and interrogated by Ché, begging for his life: *"I haven't killed anyone. I just arrived here. My mother is a widow and I am an only child, I joined the Army for the salary, to send it to her monthly. Don't kill me, don't kill me."* Reportedly, Ché replied: *"Why not?"* and had the boy tied in front of a newly dug grave and executed. Curiously, he famously refused to apply his stern revolutionary justice, as the law of the Sierra called for, when it interfered with his own interests. He rejected punishment for highly dependable underling who killed a young black member of the rebel army with a shot to the head simply for taking off his boots, which was against the rules.

In Santa Clara, in the Las Villas province of central Cuba, Ché led a short, but fierce and victorious battle against the Batista Army immediately before the dictator fled the country on December 31st 1958. He stayed in the city just two and a half days, but his orders to kill were faithfully executed past his departure for Havana. He and the Castro brothers were the main proponents of the necessity of taking lives to guarantee the hold on power of the new revolutionary order. Beginning immediately after Batista and his cohorts left the country, prisoners were rounded up in Santa Clara, Santiago, Manzanillo, and all over the island and summarily executed in front of journalists, photographers, and television cameras. Batista's top military men and executioners had fled the country or were in hiding or under diplomatic protection at embassies. Many had committed crimes. But, the majority of those left behind were the rank and file of the Armed Forces and Police. Many, if not most, merely served the duties of their uniform; the majority had seen no reason to hide or take safe refuge. Some were career members of the police or Armed Forces -often a tradition passed down for generations in the same family. Others came from poor families seeking to escape unemployment. Regardless, a lesson had to be delivered loud and clear to the "enemies of the Revolution." Guevara knew from his experience in Guatemala during the Arbenz coup and from his Communist self-education that terror was a necessary component of establishing revolutionary order. He was ready to take on the task of executioner; in the Sierra Maestra he had hardened into a serial killer.

> **Domingo Álvarez Martínez Executed in Santa Clara January 4, 1959**
>
> Member of the of the Armed Forces of Cuba working for the Military Intelligence Service (SIM). Ché signed his death sentence before leaving for Havana, for alleged war crimes. He was executed without a trial in the presence of his 17 year-old son. He left a wife and two sons, ages 17 and 21.

On January 3rd 1959, Fidel Castro appointed Ché Guevara Commandant of the imposing La Cabaña Fortress in Havana, built in the 18th century when Cuba was a Spanish colony. The fort served as a prison as well and Ché was also appointed Chief Judge of the Revolutionary Tribunals that were to get started there. Until then, there was no death penalty in Cuba, as Article 25 of the Constitution (of 1940) prohibited the death penalty except in cases of military treason. It had only been applied once to a German spy during the Second World War. But, on January 10th 1959 the new Revolutionary Council of Ministers modified the Constitution, ignoring constitutional

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

amendment provisions, and on February 10th 1959 promulgated a new Fundamental Law. These maneuvers gave the death penalty a vise of legality and allowed for its retroactive application.

Soon, around eight hundred to one thousand men were being held at La Cabaña prison, housed in facilities for no more than three hundred. Kept in dire conditions, they had to take turns sleeping. The "Cleansing Commission" ("Comisión de Depuración") that was to subject them to trials began working around the clock. Ché appointed his aide, Orlando Borrego, as Presiding Judge of the Revolutionary Tribunals, although he was only 21 years old and an accountant with no legal or judicial training. The operational procedure was established; appointed judges and prosecutors would meet with Ché prior to the trial to review the cases, decide on the prosecuting strategy to be followed, and pre-determine the fate (sentences) of the accused prisoners.

At the trials, basic rules of jurisprudence were ignored and the prosecutor's accusations were considered irrefutable proof of guilt. Although Ché was head of the revolutionary tribunals, he did not attend the trials; that was an unnecessary use of his time. José Vilasuso, who was in charge of reviewing and preparing the dockets of the accused, recounts in a filmed interview how Ché used to tell him: *"The investigating officer is always right; he always has the truth."* Other subordinates in the tribunals have reported that he would admonish them: *"Do not delay the proceedings. This is a revolution. Do not use bourgeois legal methods; evidence is secondary. We must proceed to convict."* They have testified that he would lecture them: *"There is no need for much inquiry to execute anyone. We only need to know if they should be executed -nothing else."*

Ché was head of the Appellate Court. He had the final word on capital punishment and did preside over the appeal hearings (known as "revisión de causa"). These were usually very short, sometimes just a few minutes, and there are no known reports that he overturned a single death sentence. The hearings often ended with his orders for the swift execution of the defendant. La Cabaña soon became an execution mill for the new revolutionary government. The prisoners awaited their fate while hearing the hammering of caskets being assembled prior to their trials. Rarely were they able to say goodbye to their families, who were then deprived of the body for a proper funeral.

The trials, appeal hearings, and executions were typically held late into the night, often at dawn, as Ché believed people were more subdued at night. Around the country, publicity was lavished on the trials and executions. In Havana and other cities, some trials were held at theaters and stadiums and bloodthirsty mobs were encouraged to attend. Some executions were televised and even moviegoers had to watch them as previews. The revolutionary leaders' intention was to spread fear and submission, sheer terror, among the population.

In the short period Ché was in charge at La Cabaña (January 3rd to November 26th 1959, with several months of travel in between), the documentation project "Cuba Archive" has reports of 100 executions presumably under Guevara's orders. (See Appendix and www.CubaArchive.org.) Twelve executions are documented for 1959 without a precise month or day. From January to May, when he was unquestionably present, 59 executions are recorded. During his travels abroad, from June 4th to September 8th, the degree of his involvement with the tribunals is unknown, although he remained in charge. Ten executions are documented from September 8th to November 26th, after he returned from his travels. Afterwards, he went to serve as President of the Central Bank of Cuba. It is possible, in fact, probable that he left orders for at least the 5 additional documented executions recorded until year-end. A witness relates to being present at a meeting of the Central Bank, with Ché in his new capacity, at which he was interrupted with the list of executions to be carried out the following day, which he signed off on.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

Other sources report a wide range in the number of executions at La Cabaña in 1959. Estimates by historians, biographers, and the U.S. Embassy in Cuba cite between 200 and 700. A former lawyer working at La Cabaña for Ché is cited as claiming that at least 600 executions had taken place by the end of June 1959. He may have been referring to executions all over Cuba. Cuba Archive has 981 documented executions in Cuba in 1959, of which 608 reportedly took place from January to June. This information cannot all be properly scrutinized, as Cuba's official records are not public and field work inside Cuba is not possible. Cuba Archive's existing record of documented cases has been assembled with the testimony of family members, witnesses, media reports, lists smuggled out of Cuba, and other secondary sources that recorded names and circumstances of death during the early days of the revolution. No matter the exact number, however, the fact that many executions were taking place all over the country, very prominently and deliberately, is not disputed.

After Guevara left his command for other key positions in the new government, the executions at La Cabaña continued. 417 executions are documented there by Cuba Archive for the period 1960 to 1965, for a total of 517 for 1959-1965. This is the period Ché was in Cuba, although his direct responsibility over executions in La Cabaña is not established after November 26, 1959.

Cuba Archive has documented to date 1,152 executions in the first two years of the revolutionary regime (1959 and 1960). Even if every single one of Batista's henchmen had been fodder for the firing squads, the extent of the ensuing carnage is at odds with the number of documented victims of the Batista dictatorship. To begin with, most of the killing and torture was committed by same group of people -the notorious paramilitary group Masferrer Tigers and a few well-known and feared members of the military or police. Thanks to the painstaking research of the late Armando Lago, Ph.D., Cuba Archive has recorded 707 deaths attributed to the Batista regime from 1952 to 1959 —687 extrajudicial killings or assassinations, 19 executions and 22 disappearances. Aside from widely inflated and discredited reports in Cuban media sources in the early days of 1959, there has been near absolute silence on the matter from official or academic sources in Cuba. The Cuban government has never published lists or reliable reports, probably with good reason; it appears that a victim-to-perpetrator ratio would prove illogical.

The intention of Cuba's new leaders was deviously clear. Carlos Franqui, the editor of the official newspaper *Revolución*, has reported that in a speech of May 18, 1962 at State Security officers in Havana, Ché Guevara stated: "It is logical that in times of excessive tension we cannot proceed with weakness. We have imprisoned many people without knowing for sure if they were guilty. At the Sierra Maestra, we executed many people by firing squad without knowing if they were fully guilty. At times, the Revolution cannot stop to conduct much investigation; it has the obligation to triumph."

Ché also spoke bluntly to the international community on the matter of the executions. At the United Nations in New York, where he delivered a speech on December 11th 1964, he responded to persistent questions about the executions by famously declaring: "Executions? Yes, we have executed, we are executing, and we will continue to execute." What is not as legendary, but even more chilling, is that during the Cuban Missile Crisis of October 1962, he had been in favor of unleashing nuclear war in order to "build a better world," presumably from ashes. A few weeks after the crisis, fuming about the Soviet betrayal in removing the missiles, he told a British journalist that if the missiles had been under Cuba's control, they (meaning the Cuban leadership) would have fired them. In fitting fashion, the cost in millions of lives —Americans and Cubans— was an expendable price to pay to achieve his greater goal.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

Ché's body count will likely never be known. Many people were killed in guerrilla uprisings he led in the Congo and Bolivia while countless died in uprisings and violent actions he planned and facilitated in Latin America. The totalitarian system he helped design and impose in Cuba has, in the last five decades, cost thousands more lives. Finally, not by his hand, but certainly with his endorsement, the Communist model of his devotion has led to a death toll in the 20th century calculated at over one hundred million -from the Soviet Union, to Eastern Europe, China, Cambodia, and beyond.

Whatever led Ché to his beliefs and actions is open to discussion. He seems to have been genuinely inspired to alleviate poverty and social injustices. Yet his compassion was remarkably selective; he had none for anyone who interfered with his vision for society. His worldview was deliberately anchored in hatred for those who didn't fit his dogmatic conceptions. The priest who looked after La Cabaña, a young Spaniard by the name Javier Arzuaga, had many conversations with Ché and attended many appeal hearings he presided. He recalls that Ché would often explain: *"The revolution cannot be made without killing and, to kill, it is best to hate."* In this he was consistent. Eight years later, this was still inspiring his vision of Communist revolution. In April of 1967 he wrote to the Tri-Continental conference, an anti-imperialist forum that had met in Havana in 1966 for the first time: *"...we shall follow the perennial example of the guerrilla, (...) hatred as an element of the struggle, a relentless hatred of the enemy, impelling us over and beyond the natural limitations that man is heir to and transforming him into an effective, violent, selective, and cold killing machine. Our soldiers must be thus; a people without hatred cannot vanquish a brutal enemy."* The problem is not as much what he believed, but that he took it upon himself to impose it at all costs and with frightful consequences. The tragedy is that he became a celebrity nonetheless —and a glorified one at that.

Aside from trampling on the right to life, Ché also advocated and inflicted repression of many more fundamental rights. His uncompromising approach required the subjugation of the Cuban population. Brutalizing and silencing opponents and dissenters were, in his view, key elements for success. In 1959 he told Cuban leftist journalist José Pardo Llada: *"We must eliminate all newspapers; we cannot make a revolution with free press. Newspapers are instruments of the oligarchy."* In 1961 he founded Cuba's first forced labor camp in western Cuba, at Guanacahabibes, to "re-educate" people who had committed "crimes against revolutionary morals." The "delinquents" were confined for drinking, vagrancy, laziness, playing loud music, practicing a religion, or disrespecting authorities. This later led to the establishment of hard labor concentration camps known by their acronym UMAP (Military Units to Assist Production) to hold homosexuals, Catholic priests, Jehova's Witnesses, practitioners of secret Afro-Cuban religions, and others considered "deviants" and "counter-revolutionaries."

Ché's ideal Communist "New Man" was to emerge through the eradication of individual freedoms and the concentration of power and resources in the hands of the Communist state apparatus. As head of Cuba's Central Bank, he oversaw the centralization of all economic activities and as director of the National Institute of Agrarian Reform, he led the confiscation of most land from its owners. On June 26, 1961 he was emphatic on Cuban television: *"Cuban workers must get used to living in a collectivist regime and under no circumstances can go on strike."* He led the way with the Castro brothers to banish free press, independent labor groups, free enterprise, practically all private property, and all political organizations other than the Communist Party. This was the model he sought to replicate abroad by leading or promoting rural guerrilla uprisings and exporting subversive violence.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

Those who idolize Ché cannot even claim that he was a visionary of a better world that was constructed by his inspiration. In fact, the debacle he left in his wake lasts to this day and has left Cuba in ruins, its people impoverished. From having the highest socio-economic indicators in Latin America in 1958, Cuba has steadily declined into one of the poorest countries in the world. Today, Cuba's GDP per capita is barely ahead of only Haiti in the Americas, and perhaps only because Cuba's methodology to calculate GDP ignores standard practice. A typical Ché t-shirt costs more than the entire monthly salary of a Cuban worker, which is an average of roughly US$17.00. Absurdly, Ché t-shirts are sold in Cuba mostly to foreign tourists bearing hard currency from capitalist countries or Cuban citizens with access to hard currency remittances from exiled relatives ("gusanos" or worms, as those fleeing or dissenting were promptly labeled by revolutionary militants). Clothes as well as food remain strictly rationed for Cuba's citizens since Ché had his hand on imposing rationing on March 12th 1962 (by Law No.1015). Ché's revolution, paid for with the blood of its countless victims, has never amounted to more than a deluded project imposed by a political dynasty initially by deception and manipulation of the masses, then by sheer terror and repression. Its economic sustenance has only been possible through the enslavement of its people and massive aid from willing political allies and naïve capitalist creditors who never get paid back.

The distortion of Ché's legacy is not his doing. In the Sierra Maestra, thanks to his diary, we know he hid his beliefs and true intentions so the rebel movement could appear as moderate, to not hurt its chance for victory. More than a year after gaining power, on April 28, 1960, he went on Cuban television to deny the government's involvement in a guerrilla operation in Nicaragua and declared that he was not a Communist. But, once Fidel Castro came clean in April 1961 about his Marxist-Leninist plan for Cuba and had forged an open alliance with the Soviet Union, Ché proclaimed heartily that he was an avowed and staunch proponent of Communist totalitarianism and dedicated his travels to spreading the message and fortifying that mission with strategic and economic alliances. If was still any doubt about Che's goal, his 1967 message to the Tri-Continental Conference, shortly before his death, passionately advocates the destruction of the United States.

In the era of mass consumption and mass media, Ché's just "cool" and prime capitalist merchandise. But, in the age of suicide bombers blowing up civilians in pursuit of fanatical quests, it may be timely to give Ché his due. The anti-establishment 1968 generation that was fertile ground for creating the Ché myth is long gone. Back then, his call for many more Vietnams may have sounded romantic, certainly less threatening and far from home. Today, the fact that he wanted us killed should elicit at minimum, awareness, and at best, some reflection. To his victims we owe, at the very least, an acknowledgement.

---

**Ché's Message to the Tri-Continental Conference of the Organization of Solidarity of the Peoples of Africa, Asia and Latin America.**

*"While envisaging the destruction of imperialism, it is necessary to identify its head, which is no other than the United States of America. (...) We must carry the war into every corner the enemy happens to carry it: to his home, to his centers of entertainment; a total war. It is necessary to prevent him from having a moment of peace, a quiet moment outside his barracks or even inside; we must attack him wherever he may be, make him feel like a cornered beast wherever he may move. (...) This means a long war. And, once more, we repeat it, a cruel war. (...) Our every action is a battle cry against imperialism, and a battle hymn for the people's unity against the great enemy of mankind: the United States of America."*

-Message "from somewhere in the world," made public in Havana by the news service Prensa Latina on April 16, 1967.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*



## Ché's Victims

Whereas everyone recognizes Ché -or his famous image on a t-shirt- his victims are mostly unknown. Generally, they were killed in the prime of their lives and left scores of orphans in their wake. The pain and grief Ché caused lives in the hearts of many anonymous souls who carry a heavy burden in traumatized silence -a son who lost his father, a mother who lost her son, a wife grieving for her life's companion and struggling to raise a family alone.

Curiously, Ché's best-selling biographers dedicate hundreds of pages to even the most inane minutia of his life, yet give almost no attention to his victims. In his 410-page biography of Ché (hardcover), Jorge Castañeda dedicates exactly six lines to the executions in the Sierra Maestra and eleven lines to the executions at La Cabaña, mentioning none of the individuals killed by name. With respect to any detail, this is the best Castañeda offers (p. 143): "Justifiable as these executions may have seemed at the time, they were carried without respect for due process. Estimates as to their exact number vary…"

Jon Lee Anderson is much more generous with the Sierra Maestra executions, quoting extensively from Ché's diary. He mentions over twenty cases, often with clarifying details. But, while his 768-page biography devotes twenty-seven pages to Ché's childhood and adolescence and another eight pages to his first love, only four pages of the entire book deal with the revolutionary tribunals and executions at La Cabaña. Four additional lines scattered in the volume makes passing references to the executions. To his credit, Anderson writes that Ché "as supreme prosecutor, took to his task with a singular determination, and the old walls of the fort rang out nightly with the fussilades of the firing squads." Plus, he exposes the lack of due process. Yet, he conveys the idea, or at least never questions it, that those who were executed were war criminals, torturers, and thugs of the Batista dictatorship. There is no reference to any of the human beings killed at La Cabaña, no indication of their family members or how their loss affected them, and no mention of any attempt by the author to inquire about or examine any one case tried at La Cabaña or contact anyone related to any of the victims.

Anderson mentions by name just two cases regarding the 1959 firing squads. One is that of Major Sosa Blanco, charged with, in Anderson's words "multiple acts of murder and torture." In fact, Fidel Castro had publicly promised that Sosa Blanco would pay with his life for the indiscriminate bombing of civilians in the Sierra Maestra. Sosa Blanco's trial, with two others, was famously held in a Havana stadium and the proceedings were nationally televised. But, the "guajiros" (peasants) brought from the mountains to testify against him were so clueless in their testimony and the trial was such an obvious and pathetic sham that Fidel Castro called it off midway. Sosa Blanco claimed that the charges were ludicrous, because he was in command elsewhere, had been at the Sierra Maestra just a few days, and had never ordered any attacks against civilians. He insisted there was evidence in the military's records to his favor. No matter, he was sent back to Ché at La Cabaña, and promptly tried there and immediately executed. The affair was a national scandal well-covered by the still existing Cuban media, recalled in many written accounts, and witnessed by many people alive today in exile who could talk without fear of reprisal. It seems that Anderson made no effort to look into it.

The other case mentioned in Anderson's "Ché" is that of the two Necolardes brothers, executed in the city of Manzanillo, and not by Ché. In fact, two of three brothers, whose last name is misspelled in the book, were part of the infamous paramilitary group Masferrer Tigers that committed most of the tortures and gory assassinations during Batista's rule. Their boss

*Ché Guevara's Forgotten Victims / Free Society Project. 2009. ©All rights reserved.*

and cousin, Rolando Masferrer, had left with the dictator. What Anderson doesn't mention is that a third brother, a high school teacher who was not involved in any political or paramilitary activities, was also dragged to the firing squad, perhaps on mistaken identity or maybe just for sharing the name for the sake of swift revolutionary justice.

In essence, Ché's clothing, appearance, archeological interests, asthma, sexuality, or correspondence with family members, have commanded more interest than the life he stole from any one of his multiple victims and the trail of pain he caused to their grief stricken families.

## Selected Profiles of Ché's Victims



## Ariel Lima Lago
Age 19
Executed February 18, 1959 at La Cabaña

When he was only 17 years old, Ariel joined the resistance against Batista as part of the 26th of July movement. In mid-1958, he was captured by forces serving under the infamous Chief of Police, Esteban Ventura. Allegedly, Ariel had been forced to inform on his co-conspirators after they told him they would rape his mother. Regardless, his sister reports that when Ariel was shown the evidence of communist infiltration in the 26th of July movement, he began to willingly collaborate with police.

As soon as the new revolutionary government took over, it ordered Ariel's arrest. They captured him in Pinar del Río, where he was trying to find a boat to flee the island. Sent to La Cabaña prison, a revolutionary tribunal there sentenced him to death.

The priest at La Cabaña recalls how he pled on his behalf with Ché Guevara, citing his young age. But, at the appeal hearing, Ché ratified the sentence. Ariel's mother threw herself on the floor and begged Ché for his life. Mockingly, he told her to talk to the priest, who "was a master at consoling people." One day at La Cabaña, as Ariel awaited his execution, Ché Guevara told Ariel's mother that his life would be spared. She went home very happy that evening, celebrating the news with her family. Early the next morning, Ariel's father, who worked a night shift, arrived with the newspaper prominently reporting on his execution together with that of Jesús Sosa Blanco, a Major in the Armed Forces accused of war crimes. The shock and trauma of the family was extreme. They pressured to retrieve Ariel's body for burial, but they were not allowed to hold a funeral and had to bury him immediately.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

The family was later told that Raúl Castro had visited La Cabaña and had demanded that Ariel and Sosa Blanco be executed immediately. Perhaps Ché Guevara had been trying to avoid a scene and potentially explosive reactions from the family, the community and other prisoners. The reason is unknown and only subject to speculation.

Aside from his parents, Ariel left a sister, age 17, and two brothers, ages 15 and 11. Tragically, two years later, Ariel's younger brother, José Antonio -only 17 at the time- was accused of counter-revolutionary activities and sentenced to 12 years of prison.



## Rafael García Muñiz
### Age 23 - Member of the National Police Force
### Executed by firing squad at La Cabaña
### March 18, 1959

García Muñiz had been a policeman in the radio patrol car division for only six months when the revolutionary government came to power January 1st, 1959. He had just married. His family is adamant that he had committed no crimes and had performed his duty faithfully. For this reason, he saw no need to go into hiding. In fact, the new revolutionary government initially kept him in his post. But, on January 30th a group of armed revolutionaries went to his police station and arrested all members of the police there.

Rafael was sent to La Cabaña Prison, accused of murdering three members of the 26 of July movement who had stolen a cache of arms from an armory. His family claims the charges were fabricated. At the trial, a member of the 26th of July movement testified he was innocent; the prosecutor prevented other witnesses from testifying of his innocence.

After Rafael was sentenced to death, his brother Sergio went to see Ché at La Cabaña, accompanied by a family friend and former member of the Rebel Army who had known Ché. They explained that Rafael was innocent and that killing him would be a mistake of the revolution. Guevara responded that they would forgive no one and that he must die "for having worn Batista's blue uniform" (the traditional uniform of the police force of the Republic of Cuba). Ché Guevara was the presiding judge at the appeal hearing and promptly ratified the sentence, sending him to be executed. The family was not allowed to see him before his death. The body was not released to the family for burial and a death certificate was never provided.



*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*



## Raúl Clausell Gato
**Age 33 – Sergeant in the National Police Force**
**Executed by firing squad at La Cabaña**
**March 15, 1959**

Clausell came from a long line of career police officers, going back a generation, and was serving prior to Batista's takeover. His brother and several cousins were also policemen. He was divorced and had a nine year-old son. In mid February Raúl was arrested and taken to La Cabaña prison.

His sister and former wife attended the trial and the appeal. They witnessed how a group of men was kept in a separate room and given instructions on what they had to testify. When the designated witness was brought forth and asked "Who is Clausell?" he pointed to someone else. He was still sentenced to death. The appeal was the following day and he was executed immediately after the hearing.

The family was devastated by Raúl's unjust death. His young son was traumatized. His parents' lives were, in their daughter's words, "destroyed." One of his sisters shared her pain: "I always think that my tears don't matter, because I was young and better able to overcome this horror. But I can never forgive my parents' tears." She adds: "I could relate so many things we endured, it seems almost endless." Among those awful things, their cousins Angel and Demetrio, who were also policemen, were executed as well.

The family did have one very lucky break. Raúl's brother, also a policeman, was being held at El Morro prison. The prosecutor was calling for the death penalty for him. But, his trial was delayed and he was transferred to Boniato prison in Santiago. Surprisingly, he was tried by a civilian court, which absolved him. He was released after having served one and a half years of prison.

**Angel Maria Clausell García**
**Age 35 - Sergeant in the National Police**
**Executed by firing squad at La Cabaña**
**April 29, 1959**
Sentenced to 30 years in prison for what the family claims were false charges, the night before his scheduled transfer to Isla de Pinos prison, he was taken from his cell and executed without explanation.

**Demetrio Clausell González**
**Age 21 - Guard in the National Police**
**Executed by firing squad at La Cabaña**
**February 1, 1959**
Charged with having gunned down a member of the 26th of July movement.



*Ché Guevara's Forgotten Victims / Free Society Project. 2009. ©All rights reserved.*



## Cornelio Rojas Fernández
**Age 59 – Lieutenant Colonel and Chief of Police of Santa Clara**
**Executed by firing squad in Santa Clara**
**January 7, 1959**

Rojas came from a line of distinguished generals of the independence wars against Spain. His father, grand-father, and other members of his family were part of Cuba's police force and military. He had attended the Military Academy and risen through the officer ranks well before Batista came to power. Among his previous assignments, he had served as Inspector General of Cuba's National Police. On January 1, 1959, he was serving as Chief of Police for Santa Clara.

Almost immediately after the revolutionary forces came to power, Rojas was arrested. The family knew he had disappeared, but did not know his whereabouts. On January 7th, 1959, revolutionary forces surrounded their home and burned a family car. His wife and daughter were watching television when unexpectedly the programming was interrupted to transmit his execution. It was the first of many that would be televised to the nation. In horror, his daughter went into labor prematurely. Not allowed to leave the house to go to a hospital, she delivered her son at home, on her father's bed.

Ché Guevara had ordered Rojas' death before leaving Santa Clara to take command of La Cabaña in Havana. There had not been a trial and his family has never known of any specific charges against Rojas. At his execution, he behaved with great dignity in front of the firing squad, refusing a blindfold and declaring in a firm voice: "Viva Cuba. 'Muchachos,' you now have the revolution. It stays with you; don't lose it. I am now at your command." Then he gave the order to fire.

He left a wife, a daughter (married to a police-man), and four sons, who were in the military.

The collage to the right appeared in a widely circulated magazine in Cuba. Many members of the media had been invited to witness the execution.





*Ché Guevara's Forgotten Victims / Free Society Project. 2009. ©All rights reserved.*



## Miguel Ares Polo
### Age 27
### Member of the National Police Force of Cuba
### Executed by firing squad at La Cabaña
### February 6, 1959

"Miguelito" had been a policeman for just two to three months before the triumph of the revolution. His family insists he had nothing to do with politics and did not commit any atrocities. While he did not belong to any political group, he had helped friends in the resistance who sold bonds to support the Rebel Army and had assisted a close friend in hiding arms. The latter turned him in to the new revolutionary government. On January 8th he was detained and taken to La Cabaña Fortress Prison. When he arrived, the men who had to process him did not even know how to write. He sat at the typewriter and filled out his own record.

Miguel was sentenced to death on what he consistently insisted were fabricated charges; he had never even seen the witnesses. One of his sisters was allowed to attend the appeal, presided by Ché Guevara, in the early morning hours. When his sentence was confirmed, she shook Ché by the shoulders and told him: "My brother is innocent and he is no traitor. You communists, you are the traitors." Ché's eyes widened and his bodyguard put his rifle over her shoulders, to make her back off. Miguel was immediately led to his execution. He refused a blindfold.

Father Arzuaga, the priest at La Cabaña was with Miguel until the end. They had become close, as Miguel had attended Catholic school and would help the father deliver communion to the prisoners. Miguel had forgiven his accusers. Before he died, he passed under the door of his cell for his sister a small book he had kept on the life of Christ. On the front pages, he had written with forgiveness for those who had falsely accused him, writing that he prayed for his friend who betrayed him and begged mercy for his prosecutor. He also wrote: "A coward dies every new day, the brave die just once."

The morning of his appeal hearing, February 5th, one of Miguel's sisters went to La Cabaña and stood out front, by the entrance where the rebel soldiers came and went. She was there for a long time and it was cold. A soldier came over, offered her a blanket and asked if she had a family member there. When she told him about her brother, he reported to her that he had been selected for his firing squad, but had refused because he would not shoot an innocent and unarmed person. After the execution, one of Miguel's sisters went to a Havana newspaper to denounce the injustice. She was told that, although Miguel might have been innocent, "the Revolution could not be attacked."

In October 1961, Miguel's family was getting ready to leave Cuba for exile when his sister heard a loud shattering sound. A print of the Sacred Heart had crashed down; Miguel had brought it home from school when he was young and his mother had framed and hung it on a wall. The glass was in pieces, so she rolled the print and decided to take it with her, hiding it under her clothes in the bag she would be carrying. The government only allowed people to take a certain list of essential personal belongings, so she was afraid it would be confiscated. But, when the bag was searched at the airport, the guards missed the print. Today, the Sacred Heart hangs on the wall at her home in Miami.

This is the first time in nearly 50 years that any member of the Ares family has spoken about these traumatic events. Though very painful, they feel it is their duty to tell their truth.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009 ©All rights reserved.*



### José de Jesús Castaño Quevedo
**Age 44 - First Lt. of the Constitutional Army of the Republic of Cuba**
**Executed by firing squad at La Cabaña**
**March 7, 1959**

Castaño had forged a career in the Army and was a renowned international expert in criminology and Communism who spoke many languages. His father had also been in the military. He had risen from Assistant Director of Military Intelligence (SIM - Servicio de Inteligencia Militar) to Deputy Chief of the Bureau of Repression of Communist Activities (BRAC), which traced Communist activities in Cuba as well as in Central and South America. Castaño was reportedly in charge of research and investigations, but the BRAC had become a feared agency during the Batista regime. As the revolutionary war heated up, its agents tracked members of the resistance, some of whom ended up tortured and killed.

After Batista fled the country, Castaño presented himself to the High Command who took over the Armed Forces. He was told there should be no problem with him and sent home. But, he was soon arrested and sent to La Cabaña. A revolutionary tribunal there sentenced him to death after a summary trial. Castaño's wife and daughter, the only family members allowed to attend the trial, and others who were present report that no evidence of specific crimes attributed to him had been presented. Nonetheless, he was charged with "murder, abuses, torture, rape and theft." The family reports that seven or eight members of the opposition movement 26th of July tried to offer testimony of how Castaño had helped them, but were turned away. They saw how witnesses presenting fabricated charges were being instructed to lie. At the trial, Castaño reportedly stated: "I did not serve the Batista dictatorship; I only worked against the Soviet infiltration of my country." The news of his death sentence provoked a loud public outcry and protests by influential public figures, the Catholic Church, the U.S. embassy, and others. But, after a brief appeal hearing, Ché Guevara gave orders to execute him at once. He rejected an offer of the U.S. government to exchange him for three top Batista officials who had fled and were well known to have committed crimes. As the firing squad waited, the head of La Cabaña's tribunals, Duque Estrada, asked the priest at La Cabaña to accompany him to see Fidel Castro. He wanted to request for the case to be tried again for insufficient evidence. Fidel was giving a speech and signaled his agreement. Castaño was told not to worry, that he would not be executed that night. When Fidel finished his long speech, in the middle of the night, he called Duque Estrada for more details. Inquiring how Ché stood on the matter, when he heard that Ché wanted Castaño killed, he ordered the execution to proceed. Castaño was immediately taken from his cell and executed, at around 3:00AM.

Castaño left a wife, a daughter, age 16, and two sons, ages 18 and 19. Ché is said to have taken possession of all the BRAC's files; there were rumors that he had them burnt. Javier Arzuaga, the priest for La Cabaña, is convinced to this day that Castaño was an honorable and duty-bound man innocent of any crimes. He was familiar with the case against him, attended the trial and appeal hearing, had long conversations with Castaño, and was with him at his execution. He believes Ché Guevara and the Cuban Communist Party wanted Castaño killed at all costs.

Philip Agee, the former CIA agent who retired in Cuba, is said to have related that Castaño had been the BRAC liaison with the CIA station in the U.S. Embassy. The CIA Chief of Station, on learning of Castaño's death sentence, sent a journalist collaborator who had interviewed Ché in the Sierra Maestra to see him and plead for Castaño's life. Ché told him to tell the CIA chief that Castaño was going to die, if not because he was an executioner of Batista, then because he was an agent of the CIA. Upon hearing this, the CIA Chief of Station, Agee relates, stated: "This is a declaration of war." Indeed, it was.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

### Fidel Díaz Merquías
Age around 50
Member of Cuba's Constitutional Army
Executed by firing squad at La Cabaña
April 9, 1959



Fidel was a career member of the military working as an Assistant in the Military Intelligence Service (SIM) for the area of Bauta, Havana province. Several members of his family were also in the military, including a brother who had retired long before the revolution came to power.

Because he had committed no crimes, he had not gone into hiding or tried to leave the country. But, he was arrested and accused of murdering a resistance member whose body was found near Mariel, where his family was from. Taken as a prisoner first to Mariel, he was confident he would be released once the investigation revealed he was innocent. Instead, he was sent to La Cabaña, where he was sentenced to 25 years of prison. His younger sister would visit there, always returning home traumatized after also having to face insults and harassment from the guards.

The family received news one day that Fidel had been executed. He left a widow and a son plus five more children from other mothers.

One of Fidel's brothers, Cosme, who had also been in the military, had been arrested at his post in Camaguey. Later sent to Isla de Pinos prison, he did not have a trial for three years and was released when his case was reviewed.

One of Fidel's nephews was 10 years old when the events took place. He had watched one of the televised trials of former members of the military under Batista and was impacted by the atrocities of which they were charged. He and his uncle were very close. So, when his uncle was arrested, he realized they had been fooled; it was impossible for such a good man to commit such crimes. To this day, for all these years, he says, he and his family have lived with that pain and loss.



*Ché Guevara's Forgotten Victims / Free Society Project, 2009 ©All rights reserved*

## Sources

*Note:* All primary and secondary sources for cited victim cases can be found in each case record at www.CubaArchive.org/database.

Alarcón Ramírez, Dariel (Benigno). Memorias de un soldado cubano: Vida y muerte de la revolución, Barcelona: Tusquets, 2003.

Arzuaga, Javier. Telephone interview, September 29, 2009.

Arzuaga, Javier. Cuba 1959: La galera de la muerte. Editorial Carta de Cuba (Eagle Litographers, Inc.), Miami, 2006.

Arzuaga, Javier. Transcript of radio program "Magazine Cubano," December 17, 2006 (LiberPress - Futuro de Cuba.Org, 25/01/2007).

José R. Moreno Cruz, "El último santuario," CubaEncuentro.com (Encuentro en la red), Santa Clara, 9 octubre 2003.

Kantor, Miles. "Killer Chic," FrontPageMagazine.com, March 8, 2004 <http://www.cubaliberal.org/english/040308-killerchic.htm>.

Anderson, Jon Lee. Ché Guevara. A Revolutionary Life, New York: Grove Press, 1997.

Bennet, Philip. "Finding Ernesto Guevara in the Myth of Ché," The Boston Globe, 1997. <http://www.ilcircolino.it/Ché/bennett.htm>

Berman, Paul. "Don't applaud The Motorcycle Diaries." Slate.com, September 24, 2004.

Berman, Paul. "The Cult of Ché," Slate.com, October 30, 1997.

Blázquez, Agustín. "Ché's Motorcycle Follies," La Nueva Cuba, October 28, 2004.

Cañizares, Julio. Interview, Miami, February 9, 2009.

Castañeda, Jorge G. Compañero. The Life and Death of Ché Guevara, New York: Alfred A. Knopf, 1997.

Castaño, Rolando. Interview, August 27, 2009.

Clausell, Miriam. Telephone interview, September 29, 2009 and several telephone interviews in 2007.

Corzo, Humberto (Bert), "Ché Guevara: Por La Boca Muere El Pez," 23 de enero de 2009 <http://www.cubanet.org/CNews/y09/enero09/2 3_0_4.html>.

Courtois, Stephane, Kramer, Mark, et.al. The Black Book of Communism: Crimes, Terror, Repression, Cambridge, Harvard University Press, 1999.

Cuba Archive, Database of Documented Cases <www.CubaArchive.org/database>.

Daniels, Anthony, "Trés Ché," National Review, September 15, 1997. <http://www.nationalreview.com/15sept97/danie ls091597.html>

Daniels, Anthony. "The real Ché," The New Criterion, October 2004 <http://www. criterion.com/archive/23/oct04/Ché.htm>

Díaz Castro, Tania. "Un relato verídico," La Habana, octubre 2004. www.cubanet.org, 15 octubre, 2004.

Farber, *Samuel*. "The Resurrection of Ché Guevara," New Politics, Vol. 7, No. 1 (New Series), whole no. 25, Summer 1998 <http://www.wpunj.edu/~newpol/issue25/farber 25.htm>.

Fernandez Zayas, Marcelo. Telephone interviews, 2003 and 2004.

García Ares, Argelia. Telephone interview, May 20, 2008.

García Muñiz, Sergio. Telephone interview, November 14, 2008.

Guevara, Anatomía de un Mito. Guardia, Luis (director). Caimán Productions / Instituto de la Memoria Histórica contra el Totalitarismo, 2005.

Guevara, Ernesto (Ché). Message to the Tricontinental Conference (Message "from somewhere in the world" to the Organization of Solidarity of the Peoples of Africa, Asia and Latin America, made public in Havana by Cuba's news service Prensa Latina, April 16, 1967) <http://www.marxists.org/archive/guevara/1967/ 04/16.htm>.



Guevara, Ernesto (Ché). The African Dream: The Diaries of the Revolutionary War in the Congo. Translated from Spanish by Patrick Camiller. Grove Press: New York, 1999.

Kornbluh, Peter. "The Death of Ché Guevara: Declassified," National Security Archive Electronic Briefing Book No. 5 <http://www2.gwu.edu/~nsarchiv/NSAEBB/NSAEBB5/>

Lago Armando M, "El Fraude de los 20 Mil Muertos De Batista", Encuentro en la red, Año III. Edición 469. Jueves, 10 octubre 2002 <http://arch.cubaencuentro.com/rawtext/sociedad/2002/10/10/10203.html>

Lago, Armando M. "The Human Cost of Social Revolution." Unpublished manuscript.

Lequerica de la Vega, Sara ( Profesor Emeritus at Los Angeles Valley College). "Ruthless Killer" <http://www.today.ucla.edu/1997/971010ChéShow.html>

Libre Magazine, Vol. I, Sept-Nov, 1971, p.6.

"Nieto del Ché: La revolución cubana fue 'asesinada' por quienes la crearon," www.CubaEncuentro.com, Oct. 18, 2004.

Norland, Rod and Hammer, Joshua. "Return of the Rebel," Newsweek, July 21, 1997, p.17-23.

O'Hagan, Sean. "Ché Guevara ... The Dark Underside of the Romantic Hero," The Guardian, July 11, 2004, Roundup: Media's Take on the News <http://hnn.us/roundup/comments/6300.html>

O'Hagan, Sean. "Just a pretty face? ", The Observer, Sunday July 11, 2004 <http://observer.guardian.co.uk/review/story/0,6903,1258340,00.html>.

Osborne, Lawrence. "Ché Trippers," The New York Observer, 6/16/2003, p. 17.

Rangel, Bárbara. Telephone interviews, September 22, 2009 and September 30, 2009.

Pabón, Roberto. Interview, New Jersey, February 14, 2009.

Sokol, Brett. "Ché Guevara--Still Popular as a Handy Symbol of Cool," MiamiNewTimes.com (Feb. 5, 2004), Roundup: History Being Talked About <http://hnn.us/roundup/comments/3456.html>.

Vilasuso, José. Testimony of an officer under Ché Guevara in La Cabaña prison, in Biografía del Ché RedCubana.com, Foro: Ché, el chacal de La Cabaña <http://www.bayamon.inter.edu/jvilasus/Ché.html>.

Wahlenberg (lima), Maria Elba. Telephone interview, November 13, 2009.

"Zenith and Eclipse: A Comparative Look at Socio-Economic Conditions in Pre-Castro and Present Day Cuba," Released by the Bureau of Inter-American Affairs, February 9, 1998, Revised June 2002 <http://www.state.gov/p/wha/ci/14776.htm>

### About the author

Maria C. Werlau is Executive Director of Cuba Archive, project that is documenting the cost in lives of the Cuban Revolution. It is an initiative of the Free Society Project, a non-profit organization that promotes human rights primarily through research and publications.



www.CubaArchive.org

FREE SOCIETY PROJECT, INC.
P.O. Box 529
Summit, NJ 07902
Tel. 973.701.0520
Info@CubaArchive.org

Reproduction and distribution of this material is authorized as long as its source is cited.

Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.




## Cuba Archive

# DOCUMENTED VICTIMS OF CHÉ GUEVARA IN CUBA IN 1959

### Work in progress updated September 30, 2009

Ché Guevara was in command of Santa Clara from January 1st until the afternoon of January 3rd. Before leaving, he reportedly ordered the death penalty of those listed below but executed afterwards. He was then in command at La Cabaña until November 26, 1959, although he traveled overseas from June 4th to September 8th. Reportedly, he signed execution orders carried out afterwards.

Cuba Archive stands by its best efforts to collect credible information and report its findings with the highest standards of objectivity and transparency. The accuracy of each case record, however, only reflects the precision of the sources from which the information was obtained. The following list includes cases documented with primary and secondary sources. This may not be a complete record of all actual cases. For details, see: www.CubaArchive.org/database.

### Executions in Santa Clara
### Ordered by Ché January 1-3, 1959

| | | |
|---|---|---|
| 1. Ramón | Alba Moya | 1/3/1959 |
| 2. Arturo | Pérez Pérez | 1/24/1959 |
| 3. Domingo | Álvarez Martínez | 1/4/1959 |
| 4. Joaquín | Casillas Lumpuy | 1/2/1959 |
| 5. José | Fernández Martínez | 1/2/1959 |
| 6. Héctor | Mirabal | Jan-59 |
| 7. Félix | Montano Fernández | Jan-59 |
| 8. Cano | Prieto | 1/7/1959 |
| 9. Ricardo | Rodríguez Pérez | 1/11/1959 |
| 10. Cornelio | Rojas Fernández | 1/8/1959 |
| 11. Francisco | Rosell | 1/11/1959 |
| 12. Ignacio | Rosell Leyva | 1/11/1959 |
| 13. Antonio | Ruíz Beltrán | 1/11/1959 |
| 14. Ramón | Santos García | 1/12/1959 |
| 15. Isidoro Jesús | Socarrás | 1/12/1959 |
| 16. Manuel | Valdés | Jan-59 |
| 17. José | Velázquez Fernández | 2/6/1959 |

## SIERRA MAESTRA EXECUTIONS

### Executed for deserting the Rebel Army
René Cuervo. August 1957.

Aristidio. October 1957.

Pedro Guerra. June 26, 1958.

### Executed for collaborating with the Batista Army
"Chicho" Osorio, local peasant. 1/17/1957.

"El Negro" Nápoles, local peasant member of the Rebel Army. 2/18/1957.

Eutimio Guerra, local peasant member of the Rebel Army. 2/17/1957.

Two unidentified peasants, April 1957.

Filiberto Mora, local peasant, 4/15/1957.

Batista Army collaborator. August 1957.

"Manolo Capitán" (Manuel Fernández). Member of the Rebel Army. 1957.

### Executed for a assorted reasons
"The teacher," peasant member of the Rebel Army, executed October 1957 for trying to impress the local women pretending to be Ché Guevara.

José Martí, peasant member of the Rebel Army killed September 1957 by fellow rebel Lalo Sardiñas for taking off his boots, violating rules. Ché and Fidel refused to punish Sardiñas.

Two brothers, accused of spying, executed October 1957. Names unknown.

### Executed for committing crimes
José ("el chino") Chang. Cuban-Chinese member of the Rebel Army executed October 1957 for collaborating with police and brutalizing the local population.

"The rapist." Member of Chang's gang executed October 1957 for raping a peasant girl.

"El Bisco" Echevarría Martínez. Member of the Rebel Army executed October 1957 for robbing local farmers at gunpoint.

Dionisio Oliva and Juan Lebrigio. Brothers-in-law, suppliers and collaborators of the Rebel Army executed October 1957 for stealing food and supplies.

Member of the Rebel Army, Cuban Army deserter, executed June 1958, accused of murder.

Member of the Rebel Army, Cuban Army deserter, executed August 1958 for trying to rape a girl.

*Ché Guevara's Forgotten Victims / Free Society Project, 2009. ©All rights reserved.*

## Executed at La Cabaña Fortress Prison, 1959

| # | First | Last | Date |
|---|-------|------|------|
| 1 | Humberto | Aguiar Limonta | 1959 |
| 2 | N/A | Aniella | 1959 |
| 3 | Roberto | Calzadilla | 1959 |
| 4 | Ramón | Despaigne | 1959 |
| 5 | Ugarte | Galán | 1959 |
| 6 | Secundino | González | 1959 |
| 7 | Enrique | la Rosa | 1959 |
| 8 | Bonifacio | Lasaparla | 1959 |
| 9 | Luis | Mirabal | 1959 |
| 10 | Carlos | Muiño Varela. M.D. | 1959 |
| 11 | José | Pozo López | 1959 |
| 12 | N/A | Verdecia | 1959 |
| 13 | Ezequiel | González | Jan-59 |
| 14 | Secundino | Hernández Calviño | Jan-59 |
| 15 | Francisco | Tellez | 1/3/1959 |
| 16 | Teodoro | Tellez Cisneros | 1/3/1959 |
| 17 | Antonio | De Beche | Jan-59 |
| 18 | Elpidio | Mederos Guerra | 1/9/1959 |
| 19 | N/A | Ferrán Alfonso | 1/12/1959 |
| 20 | Mario | Riquelme | 1/29/1959 |
| 21 | Fausto | Silva Guera | 1/29/1959 |
| 22 | Onerlio | Mata Costa Cairo | 1/30/1959 |
| 23 | Pedro | Morejón Montero | 1/31/1959 |
| 24 | Pelayo | Alayón | Feb-59 |
| 25 | Demetrio | Clausell González | 2/1/1959 |
| 26 | Antonio | Carralero Ayala | 2/4/1959 |
| 27 | José Luis | Alfaro Sierra | 2/6/1959 |
| 28 | Miguel | Ares Polo | 2/6/1959 |
| 29 | Eladio | Caro | 2/6/1959 |
| 30 | Armando | Más Torrente | 2/17/1959 |
| 31 | Evaristo | Guerra | 2/18/1959 |
| 32 | Jesús | Sosa Blanco | 2/18/1959 |
| 33 | Rafael | Tárrago Cárdenas | 2/18/1959 |
| 34 | Francisco | Travieso | 2/18/1959 |
| 35 | Luis Ricardo | Grao | 2/23/1959 |
| 36 | Viterbo | O'Reilly Díaz | 2/27/1959 |
| 37 | Rubén | Rey Alberola | 2/27/1959 |
| 38 | José | Alvaro | 3/1/1959 |
| 39 | José | Castaño Quevedo | 3/7/1959 |
| 40 | Oscar | Guerra Amador | 3/9/1959 |
| 41 | Rogelio | Sopo Barreto | 3/14/1959 |
| 42 | Raúl | Clausell Gato | 3/15/1959 |
| 43 | Rafael | García Muñiz | 3/18/1959 |
| 44 | Eduardo | Forte | 3/20/1959 |
| 45 | Pedro | Soto Quintana | 3/20/1959 |
| 46 | Alvaro | Argueira Suárez | 3/21/1959 |
| 47 | Ambrosio | Malagón | 3/21/1959 |
| 48 | Lupe | Valdés Barbosa | 3/22/1959 |
| 49 | Antonio | Valentín | 3/22/1959 |
| 50 | Eloy | Contreras Rabiche | 4/1/1959 |
| 51 | Secundino | Ramírez | 4/2/1959 |
| 52 | Jose | Milián Pérez | 4/3/1959 |
| 53 | Fidel | Díaz Merquías | 04/09/59 |
| 54 | Mateo | Delgado Pérez | 4/12/59 |
| 55 | Evelio | Gaspar | 4/12/1959 |
| 56 | Pedro | Pedroso Hernández | 4/12/1959 |
| 57 | Francisco | Hernández Leyva | 4/15/1959 |
| 58 | Ángel María | Clausell García | 4/19/1959 |
| 59 | Ramón | Ramos Alvarez | 4/23/1959 |
| 60 | Emilio | Puebla | 4/30/1959 |
| 61 | Juan | Capote Fiallo | 5/1/1959 |
| 62 | Angel | García León | 5/1/1959 |
| 63 | Gertrudis | Castellanos | 5/7/1959 |
| 64 | Ramón | Fernández Ojeda | 5/29/1959 |
| 65 | Salvador | Ferrero Canedo | 5/29/1959 |
| 66 | Juan | Pérez Hernández | 5/29/1959 |
| 67 | Alfredo | Pupo Parra | 5/29/1959 |
| 68 | Sergio | Vázquez | 5/29/1959 |
| 69 | N/A (brother) | Cuni | Jun-59 |
| 70 | Roberto | Cuni | Jun-59 |
| 71 | Renato | Sosa Delgado | 6/28/1959 |
| 72 | Mariano | Alonso Riquelmo | 7/1/1959 |
| 73 | Francisco | Becquer Azcárate | 7/2/1959 |
| 74 | Antonio | Duarte Becerra | 7/2/1959 |
| 75 | José | González Malagón | 7/2/1959 |
| 76 | Dámaso | Zayas | 7/3/1959 |
| 77 | Marcelino | Valdés | 7/21/1959 |
| 78 | Jesús | Insua González | 7/22/1959 |
| 79 | Enrique | Izquierdo Portuondo | 7/23/1959 |
| 80 | Félix | Oviedo González | 7/24/1959 |
| 81 | Pedro | Alfaro | 7/25/1959 |
| 82 | Ramón | Bicet | 7/25/1959 |
| 83 | Gerardo | Hernández | 7/26/1959 |
| 84 | José | Díaz Cabezas | Jul-59 |
| 85 | Rudy | Fernández | 7/30/1959 |
| 86 | Ariel | Lima Lago | 8/1/1959 |
| 87 | Juan | Silva Domínguez | Aug-59 |
| 88 | Manuel | Paneque | 8/16/1959 |
| 89 | Jacinto | García | 9/8/1959 |
| 90 | Pablo | Ravelo | 9/15/1959 |
| 91 | José | Medina | 9/17/1959 |
| 92 | Eugenio | Becquer Azcárate | 9/29/1959 |
| 93 | Fernando | Rivera Reyes | 10/8/1959 |
| 94 | Osmin | Jorrin Vega | 10/14/1959 |
| 95 | José | Chamace | 10/15/1959 |
| 96 | Elpidio | Soler Puig | 11/8/1959 |
| 97 | José Evaristo | Saldara Cruz | 11/9/1959 |
| 98 | Venerio | González | 11/14/1959 |
| 99 | Silvino | Junco García | 11/15/1959 |

**11/27 - 12/31/1959**

| # | First | Last | Date |
|---|-------|------|------|
| 100 | Severino | Barrios Ramírez | 12/9/1959 |
| 101 | Antonio | Blanco Navarro | 12/10/1959 |
| 102 | Alberto | Corbo | 12/7/1959 |
| 103 | Emilio | Cruz Pérez | 12/7/1959 |
| 104 | Eufemio | Chala Cano | Dec-59 |

*Ché Guevara's Forgotten Victims / Free Society Project. 2009. ©All rights reserved.*



# Blog for Cuba

10 June 2011

## Castros Liars

## BRIGADA 2506 Y EL PERIODICO 20 DE MAYO
### PRESENTAN Y RECUERDAN
# ¡MENTIROSOS!



MITOMANIA AMBULANTE

FIDEL: "Mi revolución es verde como las palmas".
FIDEL: "Jamás toleraré una injusticia".
FIDEL: "Jamás toleraré una inmoralidad".
FIDEL: "Urrutia es aquí el que manda".
FIDEL: "No es posible que haya ningún tipo de convergencia entre la Unión Soviética y los que acaban de emancipar a su pueblo. La Unión Soviética aplastó las libertades de una docena de pueblos".
FIDEL: "El comunismo no tendrá en Cuba justificación".

PERIODISTA: Comandante Raúl Castro, ¿es usted partidario de una nueva "Constitución"?
RAUL CASTRO: ¡Ni hablar!... Eso es lo que quieren muchos, porque en nuestra Constitución hay una serie de puntos bien claros y precisos que nunca se han cumplido, pero que trataremos de cumplir. Nosotros vamos a hacer cumplir la Constitución de 1940 fielmente.



RAUL CASTRO
TONO BURLON

### MONCADA: MURIERON 33 JOVENES Y 16 SOLDADOS CUBANOS





**ATAQUE AL "GOICURIA" 29 DE ABRIL DE 1956. 10 MUERTOS**

**ATAQUE A PALACIO 25 JOVENES MUERTOS**





LOS MUERTOS DEL ATAQUE A PALACIO EL 13 DE MARZO DE 1957

## ¡TRAIDORES!
*Por Orlando Atienza*

Fidel y Raúl, los muertos del cuartel "Moncada", los del cuartel "Goicuria" y los del ataque a "Palacio", 68 jóvenes en total que perdieron sus vidas preguntan: ¿Dónde estaban Fidel y Raúl a la hora de los ataques?

Thanks to the newspaper May 20 .

Posted at 11:13 a.m. | Permalink | Comments (0) | TrackBack (0)     ShareThis

## Tired of being Told by the MSM how you think?



**Read and Be Heard:**

**Welcome Hispolitica :**

> **HISPOLITICA** Seeks to Influence the Political Within the Latino community debate as well as in the country at large.First and foremost, We Believe That the *Overwhelming Majority of Latinos live and embrace conservative values-hard work, self reliance, Belief in God, Respect for Life* , and Have an Increasing distrust of expansive That Seeks Greater Government control over private Their Economic Activity.
>
> During The 2010 election campaign, Democrat Senator Harry Reid That shamefully commented **"I do not know any one of Hispanic heritage to Republican Could Be** . "It is precisely this kind of bigotry and ignorance soft we believe That Needs to Be Confronted.Memo to Harry Reid-Latinos and Hispanics Can Think for Themselves-and it is not you or the Democrat Party who knows what is best for Them; Rather it is to be individuos Who Happen That of Latino descent already know what is in Their Best Interests and dog form accordingly Their Own Without Your Political opinions are ill-informed advice.

Go visit and enjoy .

Posted at 10:35 a.m. | <u>Permalink</u> | <u>Comments (0)</u> | <u>TrackBack (0)</u>    <u>ShareThis</u>

06 June 2011

## Rafael Ibarra Roque is a man who sacrificed everything for the love of freedom

Rafael Ibarra Roque

PRESIDENT AND FOUNDER OF THE DEMOCRATIC PARTY NOVEMBER 30 FRANK PAIS.

There are men who sacrifice everything, FOR THE LOVE AND FREEDOM.

Raphael is one of those men.



DEMOCRATIC PARTY NOVEMBER 30 FRANK PAIS





04.29.2011 This day set by party members in Bejucal Mayabeque housing Hector Caraballo Garrido. We gathered to demand the release of Rafael, who was arrested and imprisoned by the very fact found a party in 06/17/1994 sentenced to 20 years in prison. Today, all party members ask for their release in all governorates. Hoping that our peaceful voices of freedom comes to those who like us want that freedom and democracy can be achieved in our country.

Today we work hard to make our brother to be freed from much suffering and pain for him and his family. We all have the right mindset to put forward our ideas for our benefit and prosperity for all. Nobody has the right to suppress our thoughts and action whenever a peaceful way.

Everyone has the right to improve our lives and those of others Rafael is one of the men who want development and prosperity ( our people spent in misery and repression.

When there are men who try to defend an ideal or manifest to improve the lives of others or protest to bring down the chains tha are subject to try to delete it from the sight of their people.

All human beings need a prosperous society that produces realistic fruit that gives you the maximum opportunity for everyone to achieve the ultimate goal of happiness and peace.

For.Garrido Hector Caraballo.Mayabeque Bejucal delegate.Courtesy.Garrido Hector Caraballo.

Participants: Hector Caraballo Garrido, Reinaldo Perez Romero, Carlos Jesús Medina Parra, Antonio Sánchez Pérez



When we speak of freedom we think first of the equal freedom of all we must not think at any point in replacing one system with another. But strive for the welfare of others and especially children who will inherit our basic freedom love harmony and peace among all men on earth.

We do not want weapons to enforce our rights weapons only destroy lives cause pain and suffering at home.Need to be strong in our ideas and make known the truth to our people that our struggle is necessary to achieve the best results.The authority of a government to be fair must be approved by the governed.The government can not have an individual right to remove their essential freedoms to express their ideas in favor of others.

## By Ishmael.Thank you.

Posted at 01:44 PM | Permalink | Comments (0) | TrackBack (0)     ShareThis

03 June 2011

## Castro Victimae or Socialism.

For lavozdecubalibre thanks.

If you think the style of the immoral Gabriel Garcia Marquez, Rigoberta Menchu and Adolfo Perez Esquivel, and the sector of the Mothers of the Plaza de Mayo and its president Hebe Bonafini ...not care about the victims of more than 40 years in power the fascist government of Cuba, for you is not this page.

- If you are a leftist latte, you need not read it.

- If you are foreign tourists traveling to Cuba to abuse and exploit the hunger and misery of the Cuban people ...stain reading this page.

- If you are the foreigners who traveled to Cuba and immorally negotiate with the Cuban government and thus helps to prolong the agony of the Cuban people, you do not need to.

- If you are still being Cubans outside the island, with a full belly, even applaud, the Cuban government or mak it play, stop here, read no further.

- If you are someone who forgot the land of their birth ...you be lost, you lost everything, you do not read it.

But if you is none of the above, then you have all the moral world to do, then look at the horror of more than 5 years of Castro's dictatorship, these are just some of those who have been counting ...a victim 3223

One day, we were horrified, thinking he had seen everything, when we discover that this list is but a lost needl in a haystack compared to all crime carried out by a fascist government disguised left.

January 1959, shooting, Telles Ramon Cisneros Cabaña

January 1959, shooting, Cabin Alfonso Roberto Tabares

January 1970, Drowned in the sea Julio Cesar Ramirez

January 1959, shot, Holguín, OR.José Viamonte Calzadilla

January 1972, shot, Omar Villavicencio La Cabaña

January 1959, shot, Santiago de Cuba Filiberto Torres Lopez

January 1974, Missing at sea Placido Salazar Triana

January 1974, Missing at sea Triana Luis Salazar

January 1959, shot, Mario Santiago de Cuba Romero

January, 1959, shot, Rosell Francisco Santa Clara

January 1959, shot, San Severino, Matanzas Ernesto Díaz Rodríguez

January 1959, shot, Bayamo, OR.José Rodríguez Peñalver

January 1966, shot, Guanito, Pinar del Río Carlos Hernandez

January 1967, died in prison, Mijial, Juan Ramos Sosa East



January 1959, shot, Santa Clara, LV.Cornelio Rojas

January 1961, killed in battle, Las Villas Ambrosio Hernandez Cruz

January 1952, shot, Juguaní, OR.Muncie Gabriel González

January 1959, shot, Havana, LH.Alberto Esteban Lastra

January 1961, killed in battle, Las Villas, LV.Adriano Lazpart

January 1961, shot, Pinar del Rio, PR.Rafael Martinez Chaviano

January 1959, shot, Santiago de Cuba, OR.Armando Reyes Chaviano

January 1998 disappeared at sea Izora Mendez, Brooch

January 1998, Missing at sea José Méndez

January 1968, died in prison, Sandino, Pinar del Rio Adalberto Martínez Morera

January 1988, shot, Pinar del Río Manuel Nogueira

January 1963, shot, Las Villas Del Valle Alfredo

January 1959, shot, Bayamo, OR.Sabino Cedeño

January 1962, in prison, Castillo del Principe died of tuberculosis Alvelo Jesus Sosa

January 1970, Missing at sea Rene Barreto

January 1961, killed in battle, Las Villas Zenén Anton Bárzaga

January 1971, Missing at sea Arocha Raul

January, 1959, shooting, Habana Leonardo Merodio Baró

January 1959, shot, Holguín, OR.Silvano Lescay

January 1980, Missing at sea Ojeda Oved

January 1964, Missing at sea José Betancourt

January 1962, killed in battle, Camagüey Hilario Toledo Maceda

January 1961, Solomon shot Marrero Prado

January 1959, shot, Emilio Cruz Perez La Cabaña

January 1966, Death in Prison, Isla de Pinos Felix Cruz

January 1961, shot, Santa Clara Silverio Sotolongo Cuevas

January 1959, shot, Santiago de Cuba Rafael Collazo Ocaña

January, 1960, shot, Santiago de Cuba Arturo Hernandez Alvarez

January 1959, shot, Santa Clara Lumpuy Joaquin Casillas

Shot in January 1959, Manzanillo, OR.Geraldo Alvarez Izaguirre

January 1959, shot, Manzanillo, OR.Benitez Modesto Leal

January 1959, shot, Baracoa, OR.Benitez Roberto Sosa

January 1967, Murdered, Migial, Mario Alvarez East

January 1979, Missing at sea Ignacio Blanco

January 1959, shot, Guantanamo Bay, OR.Brausen Remberto

January 1961, killed in battle, Las Villas, LV.Martin Castillo

January 1964, shot, The Campana, Las Villas, LV.Tomas Bravo



January 1963, killed in battle, Las Villas, LV Valeriano (Vale) Montenegro

January 1959, shot, Banes, OR.Genaro Delgado

January 1959, shot.Celestino Noa Angel Brito

January 1959, shot, Holguín, OR.Abelardo Antonio Batista

January 1959, shot, Santiago de Cuba Antonio Abreu

January 1962, Murdered, Perico, MA.Jaime Gutierrez adducin

January 1959, shot, Bayamo, OR, Captain Cairo xxxx

January, 1959, shot, Cienfuegos, LV.Bayona Garcia

January 1, 1959, Murdered, Santiago de Cuba Arencibia Hate Israel

January 1, 1959, shot, Cienfuegos, LV.Ramon Becerra

January 1, 1961, shot, LV.Hugo Alarcon

January 1, 1967, machine guns, Remedios, trying to get by boat.Ramon Alcala

January 1, 1962, Missing at sea Alvarez Jorge Bernal

January 1, 1980, Missing at sea Luis Rodríguez Alvarez

January 1, 1968, Missing at sea Ernesto Alfonso Duran

January 1, 1959, murdered in Santiago de Cuba Alvaro Suarez Angueira

January 1, 1959, murdered in Santiago de Cuba M.Gentleman

January 1, 1959, in Santiago de Cuba Killed Aldo Cabrera Navarro

January 1, 1959, murdered in Santiago de Cuba Antonio Ramirez Caballero

January 1, 1959, murdered in Santiago de Cuba Mario Romero

January 1, 1959, murdered in Santiago de Cuba Celsus Savedra Pineda

January 1, 1959, Killed in Savedra Francisco Santiago de Cuba Romero

January 1, 1959, murdered in Santiago de Cuba ARCID Solred

January 1, 1982, Missing at Sea Robert Covarubias

January 1, 1984, Missing at Sea Ariel Cisneros

January 1, 1990, Missing at Sea Strings Benjamin

January 2, 1963, killed in battle, Las Villas, LV.Francisco Aguila

January 2, 1962, killed in battle, Las Villas, LV.Luciano Bermudez

January 2, 1981, shot, Havana Cipriano Marín García

January 2, 1981, shot, Havana, LH.Eugenio García Marín

January 2, 1959, in Cardenas Sergio Arsugaray

January 2, 1959, Killed in Guantanamo Marciano Abreu

January 2, 1959, Killed in Guantanamo Aris Mario Polo

January 2, 1959, Killed in Guantanamo Antonio Ayala

January 2, 1959, Killed in Guantanamo Abal Castillo

January 2, 1959, Killed in Guantanamo Francisco Tamayo Bell

January 2, 1959, Killed in Guantanamo Efrem Bello Fajardo

January 2, 1959, Killed in Guantanamo Ramon Bermudez

January 2, 1959, Killed in Guantanamo Sebastian Bermudez

January 2, 1959, Killed in Guantanamo Fernando Blanco

January 2, 1959, Killed in Guantanamo Juan Pedro Gorgon

January 2, 1959, Killed in Guantanamo busket Antonio Aguiar

January 2, 1959, Killed in Guantanamo Irenio Cabrera

January 2, 1959, Killed in Guantanamo Mariano Cabrera

January 2, 1959, Killed in Guantanamo Carderon Ricardo Erasmus

January 2, 1959, Killed in Guantanamo Aurelio E.Carer

January 2, 1959, Killed in Guantanamo Lumpui Arcadio Casillas

January 2, 1959, Killed in Guantanamo Leo Castillo Valdivia

January 2, 1959, Killed in Guantanamo Claucedo Demetrio Gonzalez

January 2, 1959, Killed in Guantanamo Joaquin Consuegra

January 2, 1959, Killed in Guantanamo Eulogio Cordero

January 2, 1959, Killed in Guantanamo Alberto Choir

January 2, 1959, Killed in Guantanamo Carlos Slide

January 2, 1959, Killed in Guantanamo Crucible Jose Segura

January 2, 1959, Killed in Guantanamo Cusco Jose Viera

January 2, 1959, Killed in Guantanamo Jorge Roberto Chanquete

January 2, 1959, Killed in Guantanamo Genaro Delgado Sosa

January 2, 1959, Killed in Guantanamo Claro Diaz

January 2, 1959, Killed in Guantanamo Mario Diaz Gonzalez

January 2, 1959, Killed in Guantanamo Miguel Hechevarria

January 2, 1959, Killed in Guantanamo Pataleon Fernandez Ramos

January 2, 1959, Israel assassinated in Guantanamo Ramon Fernandez

January 2, 1959, Killed in Guantanamo Jose Martinez Fernandez

January 2, 1959, Killed in Guantanamo Blas Rosa Figueredo

January 2, 1959, Killed in Guantanamo Agelo Garcia

January 2, 1959, Killed in Guantanamo Eduardo Garcia Delgado

January 2, 1959, John L. Killed at GuantanamoHerrera

January 2, 1959, Killed in Guantanamo Manuel Hardiman

January 2, 1959, Killed in Guantanamo Eugenio Molina Dueñas

January 2, 1959 in Havana Anacleto Arencibia

January 2, 1959, in the cabin Rene Menendez

January 2, 1959, lost at sea Ruben Tapia

January 2, 1962 in Santa Clara Rafael Izquierdo



January 2, 1963 in Santa Clara Rafael Izquierdo

January 3, 1962, shooting, Cabaña, Havana, LH.Enrique Abreu Villau

January 3, 1963, shooting, County, Las Villas Late Benjamin Hernandez

January 3, 1964, shot, Manacas, Las Villas Francisco Varela Romero

January 3, 1959 in Guantanamo Theodore Miro Telles

January 3, 1959, in Havana, Manuel M.Rodriguez Christ

January 3, 1959 in Havana Tabarez Roberto Alfonso

January 3, 1959 in Havana Francisco Telles

January 3, 1959 in Havana Telles Ramon Cisneros

January 3, 1959, San Severino, Matanzas Ernesto Diaz Rodriguez

January 3, 1963, shooting, County, Las Villas Late Camilo Hernandez

January 3, 1964, shot in the G2, Havana Jose M.Morales Rodriguez

January 3, 1965, shot, Cinco y Medio, Juan Cuevas PR

January 4, 1959, shot, Havana, LH.Alvaro Suarez Angueira

January 4, 1963, killed in battle, Manicaragua, LV.Juan Blanco

January 4, 1962, shot, Manacas, LV.Eliecer Delgado

January 4, 1959, Murdered, Chamizo Pedro Santiago de Cuba

January 4, 1963, killed in battle, Manicaragua, LV.Jose Ramon Crespo

January 4, 1963, killed in battle, Manicaragua, LV.Alfredo Luque

January 4, 1962, shot, Palmira, LV.Eugene Montagu

January 4, 1962, shooting, County, Las Villas Pedroso Filiberto Gonzalez

January 4, 1963, killed in battle, Manicaragua, LV.Rene Sanchez Mendez

January 4, 1963, killed in battle, Manicaragua, LV.Julián Hernández Cruz

January 4, 1963, killed in battle, Manicaragua, LV.Porfirio Guillen

January 4, 1959, in Petty, Julian Jose Perez Leon East

January 4, 1959 in Havana Eladio Caro

January 4, 1961, Missing at sea Tomasa Rodriguez

January 4, 1962, killed in Palmira, LV.Eugene Monteagudo

January 4, 1965, Murdered in the cabin Manuel Moya

January 4, 1972, Melena two Sunday Figuerola PR

January 5, 1962, shooting, Cabaña, Havana Manuel Moya

January 5, 1959, shot, Francisco Mora Holguin

January 5, 1989, Murdered, Santiago de las Vegas, Havana Félix Rodríguez Mesa

January 5, 1959, shot, Guanito, PR.Jose Luis de la C.Aguiar

January 5, 1959, Murdered, Guantanamo Bay, OR.Marcelo Agüero

January 5, 1959, shot, Los Palacios, PR Maurilio Betancourt

January 5, 1985, Killed in Prison, Kilo 7 Camagüey James Roche Valley



January 6, 1959, shot, Guantanamo Bay, OR.Rene Aguero

January 6, 1959, shot, Guantanamo Bay, OR.Naya Leoncio

January 6, 1959, shot, Camagüey Leobaldo Hernández

January 6, 1962, shooting, Pons Church Isaiah Cabaña

January 7, 1959, shot, Manzanillo, OR.Victor Rojas Nicolarde

January 7, 1959, shot in Santa Clara Cano Prieto's compatriot

January 7, 1959, shot, Manacas, LV.Grisel Jose Segura

January 7, 1959, shot, Manacas, LV.Cornelio Rojas Fernandez

January 7, 1968, shot, Sandino PR.Martinez Adalerto Noronha

January 7, 1987, shot, Villa Marista, La Habana Manuel Suarez

January 8, 1966, Killed in Prison, Isla de Pinos Geronimo Codines

January 8, 1966, Killed in Prison, Isla de Pinos Enrique Linares Baire

January 8, 1959, Missing, Nuevitas, CA.Cardenas Ermeregildo

January 8, 1970, shot, Camagüey Carlos Hernández Peña

January 8, 1962, shooting, hut.Delio Antonio Torres Hernandez

January 8, 1959, shot in Trinidad LV.Gallo Modesto Cruz

January 8, 1959, shot, Nuevitas, Camaguey.Manuel Harman

January 8, 1959, guns, cashews.David Perez

January 9, 1962, killed in battle, Jovellanos, MA.Lazaro Milian

January 9, 1959, shot, Perico, MA.Sergio Santana Alzugaray

January 10, 1959, shooting, Cabaña, Havana Lima Abel Lake

January 11, 1991, Murdered, Central Mabay.Miguel Calderon Spin

January 11, 1964, shot, Agramonte, MA.Eliecer Martinez Socorro

January 11, 1967, Murdered, Alquizar, LH.Heriberto Vázquez

January 11, 1959, shot, Antonio Ruiz Beltran Santa Clara

January 12, 1959, shot, Santiago de Cuba, OR.Armando Martin Montero

January 12, 1959, shot, Santiago de Cuba, OR.Nicolas Hernandez Novas

January 12, 1959, shot, Santiago de Cuba, OR.Oduardo Eraclio

January 12, 1959, shot, Santiago de Cuba, OR.Angel Leiva

January 12, 1959, shot, Santiago de Cuba, OR.Aristides De la O

January 12, 1959, shot, Santiago de Cuba, OR.Calá Leonel de la Rosa

January 12, 1959, shot, Santiago de Cuba, OR.Fernando Alvarez Diaz

January 12, 1959, shot, Santiago de Cuba, OR.Antonio Alvarez

January 12, 1959, shot, Santiago de Cuba, OR.Silva Antonio Barrero

January 12, 1959, shot, Santiago de Cuba José Bravo Montalvo

January 12, 1959, shot, Santiago de Cuba Rafael Bocana Collaso

January 12, 1959, shot, Santiago de Cuba Juan Bautina Polí



January 12, 1959, shot, Santiago de Cuba Juan Bautinal Bell

January 12, 1959, shot, Santiago de Cuba Eladio Abreu, Pedroso

January 12, 1959, shot, Santiago de Cuba Luis Angel Lopez Balboa

January 12, 1959, shot, Santiago de Cuba Fidel Aragon

January 12, 1959, shot, Santiago de Cuba Evelio de la Rosa Beltran

January 12, 1959, shot, Santiago de Cuba Enrique Moret Despaigne

January 12, 1959, shot, Santiago de Cuba Pedro Valdes Morejon

January 12, 1959, shot, Santiago de Cuba Alberto Martín Céspedes

January 12, 1959, shot, Santiago de Cuba Pedro Castillo Ramírez

January 12, 1959, shot, Santiago de Cuba René Pérez Coso

January 12, 1959, shot, Santiago de Cuba Sunday Olea G.

January 12, 1959, shot, Santiago de Cuba Miguel Ignacio Olea G.

January 12, 1959, shot, Santiago de Cuba Alfredo Gil Raimundo

January 12, 1959, died in prison, Camagüey Rogelio Sánchez Vázquez

January 12, 1959, shot, Santa Clara, LV.Jesus Isidro Socarras

January 12, 1959, shot, José Velázquez Fernández Santa Clara

January 12, 1959, shot, Toledo Central, Havana Lazaro Vega

January 12, 1959, shooting, Vicente Garcia Cabaña

January 12, 1959, shot, Santiago de Cuba Juan Gutiérrez García

January 12, 1959, shot, Santiago de Cuba Antonio Gutiérrez Valdés

January 12, 1959, shot, Santiago de Cuba José Hernández Morales

January 12, 1959, shot, Santiago de Cuba Herrera Duque, Eliodoro (Eliotón)

January 12, 1959, shot, Santa Clara García Ramón Santos

January 12, 1959, shot, Santiago de Cuba Manuel de Jesús González Guillot

January 12, 1959, shot, Santiago de Cuba Ramón Heredia

January 13, 1959, shot, Santiago de Cuba Oliu Federico Cordero

January 13, 1959, shot, Santiago de Cuba Arencibia Hate Israel

January 13, 1959, shot, Jose R. Santiago de CubaMorffi Castillo

January 13, 1959, shot, Santiago de Cuba Antonio Morales Carrillo

January 13, 1964, shot, Melena del Sur, LH.Enrique Molina

January 13, 1959, shot, Santiago de Cuba Pedro Olivera Azaín

January 13, 1959, shot, Oscar A. Santiago de CubaMilian

January 13, 1959, shot, Santiago de Cuba Miguel Curiet

January 13, 1961, shot, Santa Clara, LV.Dr. Luis Buezo

January 13, 1959, shot, Antonio Alvarez Santiago de Cuba

January 13, 1959, shot, Santiago de Cuba Angel Alvarez Leyva

January 13, 1959, shot, Santiago de Cuba Francisco Alvarez Diaz



January 13, 1959, shot, Santiago de Cuba Israel Arencibia

January 13, 1959, shot, Santiago de Cuba Oscar Amador

January 13, 1959, shot, Santiago de Cuba Celia Alfonso

January 13, 1959, shot, Santiago de Cuba Fidel Aragon

January 13, 1959, shot, Manzanillo, OR.Worthy Alvarez

January 13, 1959, shot, Santiago de Cuba Ramon Alvarez

January 13, 1959, shot, Santiago de Cuba Andrés Roque Alvarez

January 13, 1959, shot, Santiago de Cuba, OR.Antonio Borrero Silva

January 13, 1959, shot, Santiago de Cuba, OR.René Pérez Case

January 13, 1959, shot, Santiago de Cuba, OR.Victor M.Lora Castro

January 13, 1959, shot, Benito Santiago de Cuba, E.Maldonado Cortez

January 13, 1959, shot, Santiago de Cuba, OR.Montes de Oca Eleodoro

January 13, 1959, shot, Santiago de Cuba Benigno Roque del Toro

January 13, 1959, shot, Santiago de Cuba, OR.Ambrosio Rodriguez

January 13, 1959, shot, Urula Santiago de Cuba, Juan

January 13, 1959, shot, Santiago de Cuba Pedro Gutiérrez Valdés

January 13, 1959, shot, Angel E. Santiago de CubaGarcía González

January 13, 1959, shot, Santiago de Cuba, OR.Angel Esteban Garay

January 13, 1959, shot, Santiago de Cuba, OR.Antonio Ramirez Caballero

January 13, 1959, shot, Santiago de Cuba Juan Rivera Nordet

January 13, 1959, shot, Santiago de Cuba Antonio Reitor

January 13, 1959, shot, Francisco Saavedra Santiago de Cuba Romero

January 14, 1959, shot, Santiago de Cuba, OR.Mulet Orlando Marrero

January 14, 1966, Murdered, Isla de Pinos Rafael Chemate

January 14, 1959, shot, Santiago de Cuba, OR.Medina Luis Cedeño

January 14, 1959, shot, Santiago de Cuba, OR.Pedro Garcel

January 14, 1959, shot, Santiago de Cuba, OR.Luis S.Alarcón Gamboa

January 14, 1974, shooting, Manuel Ruiz del Cristo Cottage

January 14, 1969, shot, Socorro Rodriguez Rafael La Cabaña

January 14, 1959, shot, Carlos Garcia Santiago de Cuba

January 14, 1959, shot, Santiago de Cuba Ismael Garcia Guerra

January 14, 1959, shot, Santiago de Cuba Joaquín Torres Quintana

January 14, 1959, shot, Santiago de Cuba Luis Guillen Triana

January 14, 1959, shot, Santiago de Cuba, OR.Sotero Francisco Piña

January 14, 1959, shot, Emeterio Santiago de Cuba Raymond Silvera

January 14, 1959, shot, Santiago de Cuba Cubas José González



January 14, 1959, shot, Santiago de Cuba Augustine Sabino Arthes

January 14, 1959, shot, Santiago de Cuba Ramón Herrera

January 14, 1959, shot, Santiago de Cuba Tomás Guevara

January 14, 1959, shot, Victor Hernandez Santiago de Cuba Briondo

January 15, 1964, Murdered, Carretera Moron Camagüey Calzadilla Gregory Vivanco

January 15, 1973, in prison, Sweet Potato, Let dying of hunger huega.Olegario Charlot

January 15, 1964, Murdered, Carretera Morón - Ciego, Camaguey, Raul Brizuela C.

January 15, 1980, Murdered, Kilo 7, Camagüey, CA.Mario José Guerra Fernández

January 15, 1959, shot, Santiago de Cuba Rafael María Hernández

January 16, 1961, shooting, Diaz Balbino Balboa Cabin

January 16, 1959, shot, Holguín, OR.Mario Ocampo Aldeacoa

January 16, 1959, shooting, Jose Mesa López Cabana

January 16, 1959, shot, Holguín, OR.Mario Campos Aldeacoa

January 16, 1993, Murdered, Ciego de Avila, CA.Antonio Castellón

January 16, 1959, shot, Holguín, OR.Anibal Correoso

January 16, 1959, shot, Holguín, OR.Ochoa Luis Mulet

January 16, 1965, Murdered, G2, Santiago de Cuba Murillo (or Bulido) Rodriguez

January 16, 1959, shot, Holguín, OR.Aldo Rodriguez Mela

January 16, 1963, shot, Santa Clara, LV.José González

January 17, 1961, shot, Las Villas, LV.Andrés Ocaña

January 17, 1961, shot.Solano Miranda Miranda

January 17, 1966, shot, Varadero, MA.Fulgencio Milian

January 17, 1959, shot, Pinar del Rio.Mario Capo

January 17, 1959, shot, Camagüey.Alejandro Cabrera Navarro

January 17, 1959, shot, Camagüey Abel E.Gutierrez Baró

January 17, 1959, Murdered, CA.Rafael German Guarderramas

January 17, 1959, shot, Peter German Guarderrama Camagüey

January 17, 1959, shot, Pedro Angel Alvarez Castro Camagüey

January 17, 1961, shot, Corralillo, LV.Carlos Fernandez Balboa

January 17, 1964, killed in battle, Las Villas, LV.(The Black) Calderon

January 17, 1961, shot, Las Villas, LV.Sotero Soler Junco

January 17, 1972, rifle, Reinaldo Leon Grande Villas

January 17, 1959, shot, Antonio Jacinto Hernández Mesa Camagüey

January 17, 1961, shot, OR.Rafael Hernández Carranza

January 17, 1970, Missing at sea Esteban Gomez

January 17, 1961, shot.Rufus Granados

January 17, 1959, shot, Elio Garcia Diaz Camagüey



January 17, 1961, shot.Bernardo Garcia Egües

January 17, 1959, shot, Santa Clara Humberto Izquierdo

January 17, 1959, Murdered, Camagüey Abel Eugenio Varó

January 17, 1959, shooting, Eugenio Havana Varó Melodie

January 17, 1961, shot, Manacas, Las Villas Suarez Julio Antonio Yebra

January 17, 1959, shot, Palma Soriano, OR.Gustavo Sanchez

January 17, 1961, shot, Corralillo, LV.Juan R.Gonzalez

January 17, 1959, shot, Palma Soriano, Domingo Rodríguez Sosa OR

January 17, 1961, rifle, Valentin Reyes Ocaña Villas

January 17, 1959, shot, Palma Soriano, OR.Pedro Ramos Pardo

January 17, 1959, shot, Palma Soriano, OR.Ramirez Juan Dieguez

January 17, 1960, shot, Matanzas, MA.Juan Gonzalez

January 17, 1964, shot, Havana Regino Perez Germain

January 18, 1963, shot, Camagüey.Ismael Morales Batista

January 18, 1961, shooting, Orlirio Luis Méndez Pérez Cabaña

January 18, 1959, shot, Pinar del Río Pedro Amador Cueto

January 18, 1959, shooting, Angel M. HavanaClausell Garcia

January 18, 1961, shooting, July Casielles Amigó Cabaña

January 18, 1961, shooting, Dr. Alfredo Botet Cabaña

January 18, 1959, shot, Camagüey Alejo Manuel Echevarría

January 18, 1959, shot, Pinar del Rio Incarnation Benitez

January 18, 1992, shot Julio Miguel Almeida Inojosa

January 18, 1962, shot, Agramonte, CA Orlando Barrabí

January 18, 1959, shot, Pinar del Rio Encarnación Hernández Benitez

January 18, 1959, shot, Pinar del Rio Emilio Calderón Aureliano

January 18, 1959, shot, Pinar del Rio, PR.Jose Capote

January 18, 1961, shooting, William Le Sante Cabin Mager

January 18, 1979, shooting, Rubén Machado Cabaña

January 18, 1962, killed in combat Antonio Martinez Robert Camagüey

January 18, 1960, killed in battle, Las Villas Heriberto Santana Roque

January 18, 1990, Murdered, Havana City, Havana Santoyo William Morejon

January 18, 1962, killed in battle, Key Women Camagüey Amado Perez Ugalde

January 19, 1959, shot, Pinar del Rio Santiago Martinez Verdecia

January 19, 1961, shot, Rosario Jiménez Santiago de Cuba

January 19, 1959, shot, Camagüey Manuel De Armas

January 19, 1959, shot, Santiago de Cuba Santiago Gregorio Cruz

January 19, 1959, shot, Pinar del Río Armando Casola Sardana

January 19, 1959, shot, Jose Antonio Alvarez Camaüey

January 19, 1959, shot, Guantanamo Bay, OR.(Sergeant) Weapons

January 19, 1959, shot, Abilio Cabrera Camagüey

January 19, 1959, shot, Camagüey Joseph A.Alvarez

January 19, 1959, shot, Pinar del Río Suárez Sánchez Israel

January 19, 1959, shot, Pinar del Río Jesús Hernández Castillo

January 19, 1959, shot, Camagüey Amador Gerardo Trujillo

January 19, 1962, shooting, Ramos Guillermo Vidal Cabaña

January 20, 1969, shot, Guantanamo Bay, OR.Daniel Delgado

January 20, 1959, shot, Pinar del Rio Antonio Diaz

January 20, 1961, shot, Cienfuegos, LV.Manuel Ramirez

January 20, 1959, Murdered, Guantanamo Bay, OR.Maximum Galán Saldivar

January 20, 1961, Murdered, G2, Havana LH.Demetrio Salgado

January 21, 1959, shot, Antonio Mesa Hernández Camagüey

January 21, 1991, Murdered, Pinar del Rio José Fernández Abrahante

January 21, 1959, shot, Holguín, OR.Orlando Amador Guerra

January 21, 1959, shot, Pinar del Río Felipe Lopez Barrios

January 21, 1964, shot, Havana Frank Ramírez Barrios

January 21, 1959, shot, Baracoa, OR.Eugenio Castillo Aranda

January 21, 1959, shot, Pinar del Rio Villafranca Victor Acosta

January 21, 1959, shot, Pinar del Río Felipe Lopez Cebarrio

January 1959, shot, Santa Clara Felix Garcia Cepero

January 21, 1961, rifle, Rosario Jiménez Villas

January 21, 1959, shot, Gregorio Cruz Santiago Santa Clara

January 21, 1967, shooting, Enrique González Cabaña

January 21, 1959, shot, Holguín, OR.Eduardo Salgado Tamayo

January 21, 1959, shot, Pinar del Rio Onelio Olegario Rodriguez

January 21, 1959, shooting, Antonio Hernandez Cabaña

January 21, 1959, shot, Camagüey Eugenio Rosales

January 21, 1959, shot, Holgín, OR.Mariano Velazquez

January 21, 1964, shot, Colon, MA.Jose Antonio Ramirez Mendez

January 22, 1959, shot, Holguín, OR.Silvano Lezcay

January 22, 1959, shot, Holguín, OR.Jesus Delgado

January 22, 1959, shot, Holguín, OR.Carlos Delgado Pérez

January 22, 1959, shot, Holguín, OR.Nodal Ceresara

January 22, 1963, shot, Dr. Luis Cardenas Santa Clara Morales





January 22, 1963, shot, Ramon Cardenas Paredes Santa Clara

January 22, 1959, shot, Campechuela, OR.Luis E.Martinez

January 22, 1984, Murdered, Las Tunas, Martinez Baguer OR

January 22, 1983 Death in Prison, East Combined Juan Rodriguez Ordoñez

January 22, 1959, shot, Holguín, OR.Luis González Muñiz

January 22, 1961, shot, Santiago de Cuba Raul Ramos

January 22, 1964, Murdered, G2, Havana José Santiesteban Monteagudo

January 22, 1967, shooting, Sergio Zanabria Cabaña

January 22, 1964, Killed, Sweet Potato, OR.Ebilio Rivera Pérez

January 22, 1983, Murdered, combined East Havana Juan Rodriguez Ordoñez

January 23, 1961, shooting, Carlos Manuel Matos Garcia Cabaña

January 23, 1959, shot, Holgín, OR.Agustin Martinez

January 23, 1962, shot, Matanzas Leonardo Martínez Jiménez

January 23, 1961, shot, Pinar del Rio Miranda Jorge Luis Laza

January 23, 1959, shot, Santa Clara, LV.Peter Borrell

January 23, 1959, shot, sweet potatoes, OR.Adalberto Torres Castellanos

January 23, 1961, shot, Pinar del Rio Miranda Clodomiro

January 23, 1962, Murdered, Guamaré, CA.Enrique Arturo Diaz

January 23, 1962, Murdered, Guamaré, CA.Bebo Amechazurra Castro

January 23, 1961, shooting, Dr. Juan Carlos Alvarez Cabin Aballí

January 23, 1959, shot, Pedro Santa Clara Borell

January 23, 1959, shot, Holgín, OR.Agustin Magana

January 23, 1959, shot, sweet potatoes, Santiago de Cuba, OR.Abelardo A.Batiste

January 23, 1959, shot, Holgín, OR.Orlando Lara Martin

January 23, 1982, shooting, Omar Villavicencio Cabaña

January 23, 1964, shot, Santiago de Cuba, OR.Celso Gonzalez Torres

January 23, 1959, shot, Louis Libin Santiago de Cuba Río Sánchez

January 23, 1963, shot, Santiago de Cuba José Rodríguez Andrés Terrero Changuilí

January 24, 1961, Murdered, Loma los Coches, Pinar del Rio Jorge Luis Lastra

January 24, 1961, shot, Loma los Coches, Pinar del Rio Bernardo Corrales

January 24, 1959, shot, Santa Clara Antonio Sardui

April 24, 1967, shot, Palma Soriano, OR.Roberto Santiesteban

January 24, 1969, shooting, Enrique Hernández Cabaña

January 24, 1959, shot, Santa Clara Eligio Zuley

January 24, 1959, shot, Juan Salas Cañizares Matanzas

January 25, 1963, shot, Consolacion del Sur, PR.Israel Morales



January 25, 1962, Murdered, Guantanamo Bay, OR.Eduardo Masvidal

January 25, 1959, shot, San Juan y Martínez, OR.Humberto Martinez

January 25, 1983, shooting, Cabin Angel Martínez García Donato

January 25, 1986, Murdered, G2, Pedro Lima Havana

January 25, 1983, shooting, Ezequiel Díaz Rodríguez Cabana

January 25, 1983, shooting, Jose Luis Diaz Romero Cabin

January 25, 1991, Missing at sea Jorge Barrios

January 25, 1962, shooting, Carlos Campos Martinez Cabin

January 25, 1963, Murdered, Santiago de Cuba, OR.Juan Montes de Oca

January 25, 1962, shooting, Francisco Sarmiento Cabaña

January 25, 1983, shooting, Cabaña Carlos Garcia Diaz

January 25, 1983, shooting, Benito Garcia Olivera Cabaña

January 26, 1959, shot, Jiguaní, OR.Moreno Garramasino

January 26, 1972, shooting, Prince Alfonso José Sánchez

January 26, 1983, Missing at Sea Thomas Izquierdo

January 26, 1963, shooting, County, Las Villas Miguel Reyes Castro

January 27, 1966, Murdered, Isla de Pinos, LH.Felix Cruz

January 27, 1966, Murdered, Isla de Pinos Geronimo Cardenas

January 27, 1961, shot, Santa Clara Martínez Hernández Diosdado

January 27, 1965, Missing at sea, Rafter.Margarito Martinez

January 27, 1959, shot, Santa Clara Fabio Ocesa

January 27, 1959, shot, Santa Clara Pablo Rodriguez, Carazo

January 27, 1974, Missing at sea Reinaldo Hernandez

January 27, 1991, Missing at sea Miguel Guerra

January 27, 1963, shot, Matanzas Facundo Herrera

January 28, 1966, shooting, Jose Mesa Carbonell Cabaña

January 28, 1963, shooting, Felix Martinez Cabin

January 28, 1959, shot, Santa Clara Naranjo Rafael Calderon

January 28, 1966, shooting, Cabaña, Havana José Delgado

January 28, 1959, shot, Santa Clara Alvarez Manuel Jimenez

January 28, 1959, shot, Nuevitas, CA.Manuel Jauma

January 28, 1990, Missing at sea Rene Basulto

January 28, 1959, shot, Santa Clara Martínez José Manuel Castillo

January 28, 1959, shot, Santa Clara Cervantes Juan Gualberto

January 28, 1959, shooting, Raul Clauset Havana Cat

January 28, 1962, shot, Rhodes, LV.Angel Alberto Gonzalez Garnica

January 28, 1961, killed in battle, Las Villas Ismael (Black Whip) Heredia Roldán



January 28, 1963, shooting, Rafael Rico Cabin

January 28, 1962, Murdered, Rhodes, LV.Rafael Rosales Sosa

January 28, 1962, Murdered, Rhodes, LV.Angel B González Garriga

January 28, 1993, Murdered, G2, Armando Torres Havana Treto

January 28, 1959, shot, Santa Clara, LV Horacio Hernandez

January 28, 1959, shot, Santa Clara Francisco Hernandez Leyva

January 29, 1976, Missing at sea Ramón Cordero

January 29, 1976, Missing at sea Miguel Twin Sister

January 29, 1959, shot, Havana José Clauset

January 29, 1959, shooting, Abelino Fausto Silva War Cabin

January 29, 1962, shooting, Bell, Las Villas Menendez Rolando Rocha

January 29, 1959, shooting, Mario Cabana Risquelme

January 29, 1965, shooting, Puebla Joaquin Cabaña

January 29, 1965, died in pricion, El Principe, La Habana Guillermo Tapia

January 30, 1959, shot, Manzanillo, OR.Fermin Oduardo

January 30, 1959, shooting, Cabaña, Havana Enelio Mata Costacairo

January 30, 1962, Murdered, Juvenile Prison, Havana Mata Naldo

January 30, 1987, Murdered, combined East Havana Samuel Lara

January 30, 1964, Murdered, Marianao, LH.Nicolás Leiva Leon

January 30, 1959, shot, Manzanillo, OR.Silvio Cabrera

January 30, 1962, executed, MA.Braulio Amador Quesada

January 30, 1964, Killed, G2, Marianao, LH Gomez Arias Aracelia

January 30, 1959, shot, Manzanillo, OR.César Calá Reitor

January 30, 1961, Missing at sea Adelina González Quevedo

January 30, 1959, shot, Manzanillo, OR.Ramon Trujillo

January 30, 1961, shooting, Arencibia García Diosdado Cabaña

January 30, 1961, Missing at sea Roberto Gullauma

January 30, 1959, shot, Manzanillo, OR.Blas Rosa Figueredo

January 30, 1962, in Matanzas Braulio Amador Quesada

January 30, 1962, in Trinidad, LV Noel Peña

January 30, 1964, in the G2 Mariano Gomez Arias Aracelia

January 31, 1959, shooting, Cabin Montero Pedro Morejon

January 31, 1959, shooting, Valdez Pedro Morejon Cabaña

January 31, 1959, shot, Santa Clara Alejandro Garcia Olayón

January 31, 1959, shot, Santa Clara Narciso Romero

January 31, 1959, shot, Santa Clara de la Rosa Andres Bonilla



January 31, 1965, Missing at sea William Prairies.

February 1996, Demolished by plane from Brothers to the Rescue, Carlos A.Coast

February 1959, died in prison, Cardenas, MA.Morejon Rogelio Gil

February 1961, killed in battle, Las Villas Osvaldo Martinez

February 1968, Death in Prison, Isla de Pinos Rigoberto Mirabal

February 1959, shot, Santiago de Cuba, OR.Peter E.Martin Perez

February 1961, killed in battle, El Mamey, Las Villas Osvaldo Martin

February 1959, shot, Camagüey Jacinto Hernández More

February 1961, killed in battle, Las Villas Agapito Hernandez

February 1964, killed in battle, Las Villas Norberto Slogans

February 1959, shot, Santa Clara Manuel Paneque Larrubia

February 1989, Missing at sea Pastrana Jesus Cabrera

February 1990, Missing at sea Lazaro Castro Castellanos

February 1959, shot, Matanzas, MA.Jose Rangel Igarza

February 1964, shot, Matanzas Bebo Castro

February, 1961, killed in action, The Villas Renato Caballero

February 1962, shot, Palmira, LV.Pedro Cantero

February 1959, Hanged in Prison, Santa Clara Abreu Jorge Bermudez

February, 1959, shooting, Pelayo Alayón Cabaña

February 1959, shot, Colon, MA.Juan Leonardo

February 1975, shooting, Enrique Torres Perez Cabaña

February 1959, shooting, Ruben King Cabin Alberola

February 1963, shot, Santa Clara, LV.Benigno Soriano

February 1977, died in prison, Mijial, Victoriano Santos East Venia

February 1963, shot, Cuff, MA.Manuel (Manolo) Santana

February 1960, shot, Batabano, LH.Miguel Valdés

February 1991, Missing at sea Cordero Ramon Vargas

February 1962, killed in battle, Artemis, PR Lazaro Valdes

February 1985, Missing at sea Valle Miguel Almeida

February 1965, killed in battle, Matanzas Eduardo Valdes

February 1959, shot, Santa Clara Kennel Jose Velazquez

February 1, 1959, shot, Martin Orlando Santiago de Cuba

February 1, 1959, shot, Pedro A. Santiago de CubaMarti Maceo

February 1, 1959, shot, Valencia Santiago de Cuba Marengo Gaspar

February 1, 1977, Murdered, Santa Clara Thomas Andariaga

February 1, 1977, Missing at sea Pastrana Jesus Cabrera



February 1, 1963, killed in battle, Las Cuevas, Las Villas O.Rojas Borges

February 1, 1959, shot, Abreu Mariano Santiago de Cuba

February 1, 1959, shot, Santa Clara Manuel F.Acosta Basulto

February 1, 1962, shot, Potrerillo, LV.Porfirio Gonzalez

February 1, 1959, shot, Pinar del Rio, PR.Anastasio Guerra Bello

February 1, 1959, shot, Pinar del Río Alberto Izquierdo García

February 1, 1959, shot, Santiago de Cuba, OR.Jesus Moya León

February 1, 1962, Murdered, G2, Matanzas Lazaro Gonzalez Muniz

February 1, 1974, Murdered, Sandino, Pinar del Rio, PR.Baire Linares

February 2, 1966, Murdered, Joaquin F. North ConsolationMiranda Hernandez

February 2, 1961, Murdered, Santa Clara Barroso Octavio

February 2, 1959, shot, Banes, OR.Leovigildo Rodriguez Iturriaga

February 2, 1967, Killed, Mata Hambre, Pinar del Rio Luis Diaz Reyes

February 2, 1959, shot, Banes, OR.Geraldo Delgado

February 2, 1959, shot, Santa Clara Octavio Gómez Barroso

February 2, 1959, shot, Guanito, PR.Alfredo Morejon

February 2, 1961, shooting, Jose Antonio Muiño Gómez Cabana

February 2, 1959, shot, Guanito, PR.Hector Hood

February 2, 1959, shot, Guanito, PR.Juan José generator chip

February 2, 1964, Murdered, G2, Havana, LH.Ramon Romero

February 2, 1959, shot, Banes, OR.Theophilus Sablon

February 3, 1963, shot, Guanito, PR.Orlando B.Rodriguez

February 3, 1959, shot, Santiago de Cuba Antonio Barrera

February 3, 1963, shot, Guanito, PR.Choir Angel Paez

February 3, 1961, shot, Finca La Majagua.OR.Mario Marin

February 3, 1959, shot, Santiago de Cuba Antonio Barreras

February 3, 1991, Murdered, Guantanamo Bay, OR.Jorge Contreras

February 3, 1959, shot, Santa Clara, LV.Alba Moya

February 3, 1986, died in prison, Juan González del Este Combined

February 3, 1963, shooting, Pilot cabin Jorrín

February 3, 1961, Death by accident Central America - Camps.Zeno Diego

February 3, 1962, shooting, Guillermo Torres Cabaña

February 3, 1963, shot, Guanito, PR.Pedro Sanchez

February 3, 1959, shot, Pinar del Río José Sánchez Capote

February 3, 1963, shot, Guanito, PR.Vazquez Soler

February 4, 1961, Murdered, Colon, MA.Geraldo Castillo



February 4, 1961, shot, Santiago de Cuba, OR.Genaro Castillo

February 4, 1960, Murdered, Santa Clara Edmundo Jimenez

February 4, 1963, killed in battle, Las Villas Enrique Carballo

February 4, 1959, shooting, Antonio Carralero Alaya Cottage

February 4, 1964, Murdered, Migial, OR.Juan Sosa Ramos

February 4, 1972, Killed, Sweet Potato, OR.Esteban Ramos Keisell

February 4, 1960, shot, Santa Clara Sunday Treto

February 5, 1959, shot, Santiago de Cuba, OR.Chamizo Andrés Almora

February 5, 1967, shot, Guanito, PR.Juan Suarez Cruz

February 5, 1959, shot, Holgín, OR.Eugenio Rosabal Rosabal

February 5, 1959, shot, Holgín, OR.Vidal Leocadio

February 5, 1959, shot, Holgín, OR.José Viamonte Calzadilla

February 5, 1959, shot, Holguín, OR.Beto Rodriguez Venero

February 5, 1959, shot, Holgín, OR.Remigio Valdés

February 5, 1959, shot, Holguín, OR.Eugenio Rosales Rozabal

February 5, 1959, shot, Holgín, OR.Varela Jose Valiente

February 5, 1959, shot, Holgín, OR Venereo Aristides Rodriguez

February 5, 1959, shot, Holgín, OR.Guillermo Rojas

February 6, 1959, shot, Santa Clara La Rosa Bonilla Antero

February 6, 1963, shot, Manacas, Las Villas Roberto Torres

February 8, 1959, shooting, Cabin Evelio Rodriguez Mata

February 8.1981, Murdered, Embassy of Ecuador, Owen Delgado Early

February 8, 1960, shooting, Rodolfo Torres Cabaña

February 8, 1991, Murdered, Mabay, Bayamo, OR.James Valeriano Alvarez

February 8, 1971, died in prison, Cinco y Medio, Pinar del Rio Ferdinand the Bull

February 8, 1964, shooting, Gilbert Cabana Suarez Palmer

February 8, 1964, Murdered, guano, PR.Juan Ramirez Rojas

February 9, 1960, shot, Santa Clara Felix Abreu

February 9, 1962, shot, Santiago de Cuba, OR.Enrique Canto

February 9, 1960, shot, Santa Clara Andres Rangel

February 11, 1963, shot, Santa Clara Jesus Anido

February 11, 1964, shooting, Manuel Manzo Cabaña La Guardia

February 12, 1959, shot, Palma Soriano, OR.Efrain Rodriguez Cuadra

February 14, 1959, shot, Nicolas Miranda Esquivel Camagüey

February 14.1961, killed in battle, Las Villas Remberto Borell L.

February 14, 1961, shot, Baracoa, OR.Borges Mariano Mendoza

February 14, 1959, shot, José Rodríguez Valle Camagüey



February 14, 1959, shot, Camagüey Rey Aurelio Sosa

February 14, 1959, shot, Camagüey.Luis Ramirez Alvarez

February 14, 1961, shooting, Nicomedes Cabin Ruíz Díaz

February 14, 1961, shot, Agramonte, MA.Oliver Moises Ruiz

February 14, 1963, shot, Macurijes, MA.Venancio Geraldo Suarez

February 14, 1968, died in prison, La Cabaña Rafael Socorro Dominguez

February 15, 1959, shot, Camagüey.Vazquez Enrique Paez

February 15, 1959, shot, Raul Rojas Romero Camagüey

February 15, 1962, shooting, José Santamaría Cabaña

February 15, 1959, shot, Camagüey, CA.Rafael Ruiz Pleasures

February 17, 1959, shot, Torrente La Cabaña Armando Mas

February 17, 1962, shot, José Mateo Santiago de Cuba

February 17, 1962, shot, Santiago de Cuba José (son) Matthew

February 17, 1959, shot, Palma Soriano, OR.Augusto Sanchez

February 17, 1959, shot, Palma Soriano, OR.Antonio Rojas Cordero

February 18, 1959, shot, Pinar del Río José R.Alfonso Cordero

February 18, 1962, shooting, Bell, Las Villas Mauricio Perez Marrero

February 18, 1966, shot, Santa Clara Perdomo Carlos Milian

February 18, 1959, shot, Pinar del Rio Emilio Medina

February 18, 1959, shooting, Jesus Sosa Blanco Cabin

February 19, 1975, Missing at sea Cardoso Miguel Morales

February 19, 1979, shooting, Marcial Machado Cabaña

February 19, 1963, executed German Alfredo Diaz

February 19, 1959, shot, Ciego de Avila, CA.Roberto Valdivia

February 19, 1991, Drowned in the sea Jorge Rodriguez, Machin

February 20, 1993, Drowned in the sea, John Machin

February 20, 1960, Murdered, Camagüey Evelio Nodal Cereceda

February 21, 1962, shot, San Nicolas de Bari, LH.Morgolles Francisco

February 21, 1962, shooting, Cabin John Montes de Oca Rodríguez

February 21, 1959, shot, Santa Clara, LV.Adalberto Castellanos Campanioni

February 21, 1964, shooting, Roberto Alvarez Alvarez Cabaña

February 21, 1959, shot, Pinar del Rio Alfonso Margarito

February 22, 1960, Killed, El Vedado, La Habana Julio Alfonso Matos

February 22, 1961, shooting, King Valdesusso Antonio Cabaña

February 22, 1961, shot, Raul Ramos Santa Clara

February 23, 1979, died in prison, Dr Alberto Combined East De la Cruz

February 23, 1980, shot, Camaguey, Santiago Ramos Oliva

February 23, 1963, shot, Sancti Spiritus, LV.Joseph Brunet

February 23, 1963, shot, Santa Clara Carlos Betancourt

February 23, 1963, Murdered, Sancti Spiritus, LV.Llorente Ismael

February 23, 1961, Murdered, La Cabaña Raul Fantoni

February 23, 1962, Murdered, Remedios, LV.Geronimo Camacho

February 23, 1963, Murdered, Sancti Spiritus, LV.Carlitos Rodriguez

February 23, 1964, Murdered, La Campana, LV.Vega Belen

February 23, 1970, Murdered, Santiago de Cuba Jose Quesada Fernandez

February 24, 1996, Demolished by plane Pablo Morales

February 24, 1996, Demolished by plane, the Florida Straits, Brothers to the Rescue Mario de la Pena

February 24, 1996, Demolished by plane, Brothers to the Rescue.Armando Alejandre Jr.

February 24, 1989, Murdered, Lisa, La Habana Julio Alvarez

February 24, 1959, shooting, Luis Mariano Randich Cabaña

February 24, 1962, shooting, Elizardo Cabaña Rojas Nicolarde

February 26, 1986, Murdered, Matanzas Luis Alfonso

February 26, 1959, shot, Camagüey Martínez Lázaro Castellón

February 26, 1991, Missing at sea Alfredo Matamoros

February 26, 1964, shot, Morón, CA.Linares, Sixto

February 28, 1959, shooting, Miguel Carrillo Cabaña

February 28, 1967, Murdered, Isla de Pinos Francisco Morales Menendez

February 28, 1967, Murdered, Isla de Pinos Francisco (son) Nadal

February 28, 1966, Ceiba Mocha, Matanzas Leopoldo Herrera


March 1961, shot, The Campana, Las Villas, LV.(El Curro) Rondon

March 1959, shooting, Pedro Antonio Soto Quintana Cabin

March 1991, Missing at sea Duro Antonio Travieso

March 1959, shot, Santiago de Cuba, OR.Rene Serrano

March 1971, Killed, Passenger Aguada, LV.Enrique Aguiar Travesa

March 1961, killed in battle, Las Villas, LV.Israel Salinas

March 1961, Murdered in Prison, Isla de Pinos, Havana, LH.José Rest

March 1978, died in prison, combined Eastern Delgado Rafael Santamaría

March 1961, shot, Perico, MA.Salcedo Angel Muñiz

March 1959, shot, Camagüey, CA.Francisco Sosa

March 1971, died in prison, Las Villas Eliecer Rios Reyes

March 1962, shot, Las Villas Benancio Rivera Milian

March 1967, shot, Havana, LH.Miguel Veliz Martinez



March 1985, died in prison, Ciro Lima East Combined Valenzuela

March 1963, shot, Pinar del Rio Ambrosio Malagon

March 1961, died in combat, The War Martell Antonio Villas

March 1985, Murdered, Villa Marista, La Habana Ivan Martinez

March 1974, shot, Mass Adalberto Lopez La Cabaña

March 1963, shot, Manacas, Las Villas Morales Oscar Pascual

March 1986, shot, La Cabaña Carlos Nieves

March 1962, shot, Manacas, Las Villas (the bloke) Gonzalez

March 1964, shot, Matanzas Otis Gil

March 1965, shot, Camagüey Estervino Gutierrez

March 1968, shot, Benito Herrera La Cabaña

March 1963, shot, Matanzas Leopoldo Herrera

March 1962, shot, Rene Izquierdo's Cabin

March 1963, shot, Bolondrón, MA.Ramon Correa

March 1965, shot, Holguín, OR.Ramon Sarmiento Cruz

March 1963, shooting, Cabin Cubelas Antonio Rodriguez

March 1963, died in prison, Sweet Potato, OR.Jose Castillo del Poso

March 1962, Murdered, Gilberto Castro Havana

March 1993, Murdered, Havana Roger Carbonell

March 1991, drowned at sea Botet Ronaldo Felix P.

March 1991, drowned at sea Botet P. Nelson

March 1961, shot, Martí, José Santiago Bolaños MA

March 1963, shot, Corralillo, LV.Antonio Besu

Killed in combat in March 1963, Las Villas Balzal Candelario

March 1962, Murdered, Candelaria, PR.Armando Arias

March 1959, shot, Camagüey Angel R.Alvarez Guevara

March 1964, shot, sweet potatoes, Santiago de Cuba Juan Bello

March 1962, rifles, Bicet Angel Polo Villas

March 1, 1963, killed in battle, Las Villas, LV.Armando Gil Saavedra

March 1, 1963, shooting, Felipe Vidal Santiago Cabana

March 1, 1963, killed in battle, Las Villas, LV.David Tomás San Gil Diaz

March 1, 1959, Murdered, Artemis, PR.Rodríguez, Andrés

March 1, 1959, shot, Artemis, PR.Juan Rodríguez López

March 1, 1963, shot, Santiago de Cuba, OR.Fausto Morales

March 1, 1962, Murdered, Santiago de Cuba Manuel de Jesus Birth

March 1, 1959, shot, Artemis, PR.René A.Betancourt

March 1, 1959, shot *, José L. La CabañaAlvaro

March 1, 1963, shot, Santiago de Cuba Pedro René Hernández García

March 1, 1959, shot, Pinar del Rio Ignacio Manresa

March 1, 1965, Murdered, Cast Aparicio, Daniel Marquez Havana

March 1, 1965, shooting, Aurelio Martinez Ferro Cabaña

March 2, 1959, shot, Pinar del Rio Eugenio Martinez Marquez

March 2, 1959, shot, Pinar del Rio Rodriguez Mata Hebelio

March 2, 1959, shot, Santiago de Cuba Francisco Augusto Quiroa

March 2, 1959, shot, Pedro Santiago de Cuba Hechevaria Montai

March 2, 1961, Murdered, The Jovito, Oriente Lopez Guillermo Granados

March 2.1959, shot, Santiago de Cuba Juan Guillermo Cossio Insua

March 2, 1961, shot,, The Jovito, Santiago de Cuba Agustin Alonso Aloma

March 2, 1961, Murdered, The Jovito, Efrain Garay East Carbonell

March 2, 1962, shot, Pinar del Río Juan Bermudez Torriente

March 2, 1962, shot, Rodrigo Puente Las Villas Margarito (Tondike) Launches Flores

March 3, 1959, shot, Santiago de Cuba Manuel Larrea

March 3, 1959, shot, Leonardo Hernández Santiago de Cuba

March 3, 1959, shooting, Eugenio Matos Torres Cabaña

March 4, 1963, shot, Santiago de Cuba Pedro Ruiz Kindelan

March 4, 1962, shot, Mario Caraballo Santiago de Cuba Betancourt

March 4, 1961, Murdered, Roberto Alfonso Cruz Havana

March 5, 1959, shot by Hubert Matos and Armando Suarez Suarez Suquet Dionysus

March 6, 1961, death by shooting, street Egido, Havana Mario Rodriguez Anderson

March 6, 1959, murdered in prison, La Cabaña José Castaño Quevedo

March 6, 1961, killed in battle, Manatee, OR.Naples Cesário

March 7, 1959, shot by Hubert Matos and Juan Artemio Hernandez Suarez Dionysus

March 7, 1967, Killed in Prison, Isla de Pinos Nodal Francisco Mendez

March 7, 1966, shot, Santiago de Cuba Erasmo Nunez

March 7, 1959, shot, Santa Clara Pedro Luis Oquendo

March 7, 1961, shooting, Amador Radames Cruzata Cabaña

March 7, 1961, shot, Camagüey White Benitez

March 7, 1971, Murdered, Castillo del Principe, José Antonio Alonso Sánchez

March 8, 1961, shooting, Cabaña, Havana, LH.Rolando Gitiérrez Tamargo

March 8, 1963, shooting, Cabaña, Havana, LH.Pedro Roque Martinez

March 8, 1961, shooting, Cabaña, Havana, LH.Jose Rodriguez Linares

March 8, 1961, shot.Dago Apolinar Lamas

March 8, 1963, murdered in his farm, Aguada Passenger, Joseph (Father) Gonzalo



March 6, 1959, murdered in the farm, Aguada Passenger, Joseph (Father) González

March 8, 1961, shooting, Rigoberto Hernandez Estevez Cabaña

March 8, 1961, rifle, Apolinar Villas Lake Ladies

March 9, 1961, shot, Pinar del Río González Angel Venereo

March 9, 1986, shot *, Matanzas Emilio Castro

March 9, 1959, Murdered, Palma Soriano, OR.John Roger

March 10, 1961, shooting, Anastasio Cabaña Rojas Eire

March 10, 1964, shooting, Cabaña, Havana Drake Angel Linares

March 10, 1959, shot, Camagüey Eredia Hernández Martínez

March 10, 1961, shooting, Amador Radames Cruzata Cabaña

March 10, 1961, shooting, Suarez Infante Welcome Cabin

March 11, 1961, shooting, Cabaña, Havana Zayas Jesus Carrera

March 11, 1961, shooting, William A. ShackMorgan Ruderth

March 12, 1998, Drowned at sea War Elizabeth Sanchez

March 12, 1998, Drowned in the sea Aurelio Sanchez

March 12, 1993, Drowned in the sea Luis Alonso

March 12, 1998, Drowned at sea War Raquel Capote

March 13, 1961, killed in battle, Las Villas Lorenzo Rodriguez Montelier

March 13, 1962, shot, Santa Clara, LV.Elizardo Santana Bonilla

March 13, 1959, shot, Manzanillo, OR.Jose Agustin Anaya

March 13, 1968, in Puerto Boniato East Antonia Delgado Gerardo Avila

March 14, 1963, Killed, Passenger Aguada, LV.Florentino Verona

March 14, 1963, killed in battle, Las Villas de la Caridad Suarez Felipe Diaz

March 14, 1961, shooting, Cabaña, Havana, LH.Innocent Rojas

March 14, 1961, shooting, Bell, Las Villas Robirosa War

March 14, 1961, killed in battle, Las Villas Luis Bacallao

March 14, 1961, killed in battle, Las Villas Terry Humberto Armentero

March 14, 1961, killed in battle, LV.Pedro Pérez Aguila

March 14, 1961, killed in battle, Las Villas Alberto Gonzalez Bercerra

March 14, 1963, killed in battle, Las Villas Gilberto Castro Ojeda

March 14, 1961, killed in battle, Las Villas Benites José Antonio Abdala

March 14, 1963, killed in battle, Las Villas Joseph (Pipe) Mendez

March 14, 1961, shooting, Dagoberto Muñoz Rodríguez Cabana

March 14, 1979, died in prison, Havana Juan Jose Maldonado Diaz

March 15, 1963, shot, Manacas, Las Villas Ramírez Alberto Montesino

March 15, 1960, Murdered, Bauta, OR.Eduardo Alvarez Machin

March 16, 1959, died in prison, La Cabaña, Havana, LH.Sopo Rogelio Barreto



March 17, 1959, Murdered, Manzanillo, OR.Armando Arias Callejo

March 17, 1959, shot, Manzanillo, OR.Geraldo Alvarez

March 18, 1961, shooting, Cabaña, Havana, LH.Jose Ramon Rodriguez Borges

March 18, 1959, shooting, Rafael García Muñiz Cabaña

March 19, 1960, shot, Santiago de Cuba, OR.Emilio Vera

March 19, 1971, shot, Santiago de Cuba, OR.Rafael Torres

March 19.1971, Killed in Prison, Stgo.Armando Rodriguez of Cuba Someillan

March 19, 1969, shooting, Sergio Blanco Cabin

March 19, 1971, Murdered, Boniato, Santiago de Cuba Raul Balmaceda

March 20, 1959 Eduardo Forte in the Cabana

March 20, 1959 at the Cabana Pedro Antonio Soto Quintana

March 20, 1959 at the Cabana Fonseca Mario Toribio

March 20, 1961 in Santa Clara, Las Villas Danilo Perez

March 20, 1963 in Havana Felix G2 Palu

March 20, 1965 Pine Islands Ricardo Jimenez

March 20, 1967 in Santa Clara Ramiro Machin

March 20, 1967 in the arrest of Jose Pereira Aguica Matanzas

March 20, 1965, Death in Prison, Isla de Pinos Ricardo Jimenez

March 21, 1964, shooting, Jose Silva Tejeiro Cabaña

March 21, 1968 in Havana Silvia G2 Perdomo

March 22, 1959, shooting, L. CabanaValdés Balbosa

March 22, 1959 in Valdez cabin Valboza Lupo

March 22, 1959 at the cabin Juan Valdez Brisuela

March 22, 1959 at the cabin Antonio Valentin Padron

March 22, 1959 at the cottage Daniel F.Vasquez

March 22, 1959 at the cabin Mariano Vasquez

March 22, 1963 in Matanzas Luis Leon

March 22, 1964 in G2 of Havana Jose Fernandez Fernandez

March 22, 1965 in East Ramon Olguin Crusarmiento

March 22, 1991 in the office of the State in Guantanamo Carlos Perez Fernandez

March 22, 1991 disappear into the sea Mr Silvio Francecena

March 22, 1991 Silvio disappear into the sea Francecena Valdez

March 22, 1991 disappear into the sea Andres Garcia Alvarez

March 22, 1991 disappear into the sea Rolando Guzman

March 22, 1991 disappear into the sea Joel Martinez Valdez

March 22, 1991 disappear into the sea Raul Alvarez Quevedo

March 22, 1991 disappear into the sea Maira Estrada Valdez



March 22, 1991 disappear into the sea Maria Estrada Valdez

March 22, 1962 in Candelaria, Pinar del Rio Celestino Anagasil Case

March 22, 1963 in Bolondron, Matanzas Luis Perez La Rosa

March 22, 1964 in the G2 Manuel Ovalle

March 22, 1964 in Rule Osvaldo Rodriguez

March 22, 1966 in Havana Alberto G2 Aroes of Chan

March 22, 1967 in Prince Mario Robau

March 22, 1972 in Santa Clara, Las Villas Verdezia Miguel Perez

March 22, 1972 in Santa Clara, Las Villas Leon Rafael Rivero

March 22, 1980 in Camaguey Santiago Ramos Oliva

March 22, 1963, killed in battle, Matanzas Francisco Cabrera Rivero

March 22, 1963, shot, Matanzas Luis León

March 22, 1963, shot, Matanzas José Moreno

March 23, 1973, died in prison, Havana Pedro Leon Venegas

March 23, 1963, shot, Bolondrón, MA López Roberto Delgado

March 23, 1963, shot, Bolondron, MA.Roberto Alfonso

March 23, 1963, killed in battle, Matanzas Francisco Hernandez

March 23, 1963, killed in battle, Matanzas Roberto Morales

March 27, 1964, shooting, Oscar Marquez Castro Cabaña

March 27, 1959, shot, Santa Clara U. José Carracedo

March 27, 1959, Murdered, Las Villas Alvaro Bravo

March 27, 1959, shot, Santa Clara Manuel Diaz Campanioni

March 27, 1962, Murdered, Havana Mario Alfonso

March 28, 1962, killed in battle, Triana, Las Villas, LV.Pedro Roque Ruiz

March 28, 1962, shot, Candelaria, PR.Armando Arias Medina

March 28, 1962, shot, Columbus, MA Bernardo Barrabí

March 29, 1959, killed in battle, MA.Carlos German

March 29, 1964, shot, Camagüey Eutiminio Leyva

March 30, 1998, Murdered, G2 Madruga, LH.Wilfredo Martínez Pérez

March 30, 1961, death by accident, Training Base, Trax, Guatemala Gustavo Cuervo Rubio Fernández

March 30, 1959, shot, Pinar del Rio Amado Llanes

March 31, 1961, shooting, Bell, Las Villas, LV.Antonio Ruiz Acosta

March 31, 1961, Murdered, Jagüey Grande, MA.Rey Hernandez

March 31, 1961, Murdered, Jagüey Grande, MA.Osvaldo Oliva

March 31, 1959, Murdered, Isla de Pinos Facundo Betancourt



April 1961, killed in battle, Las Villas Mariano Molina Santana

April 1975, shot, Manzanillo, OR.Santoya Ramón Lago

April 1964, lost at sea, Caimanera, Guantánamo Walfrido Solorzano

April 1959, shot, Camagüey Aurelio Sosa Paulino Ramos

April 1963, killed in battle, Manicaragua, LV.René (Soterito) Sotero

April 1963, shot, José Suárez Matanzas Rizzo

April 1987, died in prison, combined Eastern Angel Tamayo

April 1959, shot, San Antonio de los Baños, LH.Julian Travieso

April 1964, Missing, Banes, OR.Emilio Tribons Batut

April 1963, killed in battle, the Guayabo, Camagüey Lorenzo Trujillo García

April 1959, shot, Guantanamo Bay, OR.Valdespino Rafael Moreno

April 1961, shot, Sagua la Grande, LV.Miguel del Valle

April 1998, explosion, Caimanera, OR, to stepping on a landmine death trying to escape from Cuba to the U.S. Base, Zone Cuba.Amaury Rod Noel

April 1991, Missing at sea Carlos Vázquez Pérez

April 1960, shot, Luis Vidal Aguilera's Cabin

April 1963, shot, Santa Clara Freddie Yanes

April 1961, killed in battle, Las Villas Arturo de la Rosa

April 1963, killed in battle, El Naranjo, Las Villas Medina Osmani

April 1962, shot, The Campana, Las Villas Virgil King

April 1964, killed in battle, Camagüey Julio Rubio Parra

April 1963, killed in battle, Guayabo, Humberto Sagarribay Camagüey

April 1970, shot, Santiago de Cuba, OR.Lazaro Sanchez

April 1963, killed in battle, Guayabo, Camagüey Pedro Ramirez Artiles

April 1962, shot, Cardenas, MA.Manuel (Manolo) Molina

April 1963, Died in battle area, Varadero, MA.Ramon Montenegro

April 1959, shot, Fernando Martínez Guevara Camagüey

April 1961, killed in battle, Oriente, OR.Marcelino Magana

April 1968, shot, Corralillo, LV.Juan Sotelo Lunas

April 1959, Murdered, Bayamo, OR.Arturo Thief

April 1959, shot, Holguín, OR, Luis Ochoa

April 1963, shot, Matanzas Late Hector Ramos

April 1961, shot, Ranchuelo, LV.Antonio Herrera

April 1975, shot, Manzanillo, OR.Santoya Ramón Lago

April 1978, died in prison, combined Eastern Marrero Aramis Galindo

April 1959, shot, Camagüey Juan Hernandez Herrera

April 1963, shot, Pedro García Luján Camagüey

April 1963, killed in battle, Lemons, MA.Juan José Catalá C.



April 1963, shot, Santa Clara Fernando Lima

April 1965, shot, Matanzas Armando A. Castro

April 1993, Drowned in the sea Orestes Cartaya

April 1959, Murdered in Prison, Isla de Pinos Juan Manuel Capote Fiallo

April, 1968 shooting, Carlos Manuel Calvo Martinez Cabin

April 1963, died in combat, Guasimal, Las Villas Ismael Borges

April 1961, Missing, G2 Havana Jorge F.Borroto

April 1965, shot, sweet potatoes, Santiago de Cuba Ramon Batista

April 1960, died in prison, Sagua la Grande José C.Barrios

April 1959, shot, Pinar del Rio Fortunato Morejon Chirino

April 1961, killed in battle, Las Villas Mariano Molina Santana

April 1961, killed in battle, Las Villas Santana Moises Gonzalez

April 1963, killed in battle, CA.Ovid Andrew Frances

April 1960, Death in Prison, Isla de Pinos, LH.José Arencibia

April 1963, shot, Jagüey Grande, MA.Roberto Delgado

April 1961, killed in battle, Las Villas Arturo de la Rosa

April 1963, killed in battle, Guayabo, Humberto Sagarribay Camagüey

April 1970, shot, Santiago de Cuba Lázaro Sánchez

April 1, 1961, Suicide, At home, Santi Spiritus, LV, was tortured and raped in jail.Teresita Perez Saavedra

April 1, 1963, shot, Camagüey Evelio Gutierrez

April 1, 1963, shot, Matanzas Israel Delgado

April 1, 1962, shooting, County, Las Villas Roberto, A.Lemus Barrel

April 1, 1959, shot, Bayamo, OR Gilberto Costa Cairo

April 2, 1959, shot, Pinar del Río Luis Morejon Fortunato

April 2, 1959, shot, Santiago de Cuba Pedro Nave Isaac Montero

April 3, 1963, killed in battle, Aguada Passenger, LV.Gonzalo Felo

April 3, 1963 Died in combat, Aguada Passenger, LV.Gonzalo Dionisio

April 4, 1962, shot, Julio Mora Argote Santa Clara

April 4, 1963, Murdered, San Antonio de los Baños, LH.Leonel Sunday Mijares

April 4, 1959, shot, Matanzas José Manuel Perez Milian

April 4, 1961, Murdered, Bayamo, OR, murdered in prison.Martinez Arael Mojeda

April 4, 1963, Missing, San Antonio de los Baños, LH.Manuel Cardo

April 4, 1961, Murdered, G2, Jorge Vera Vilabé Havana

April 4, 1959, shot, San Antonio de los Baños, LH.Juan Valdez

April 4, 1959, shot, San Severino, Matanzas Eulogio Tanker

April 4, 1964, shot, Pinar del Rio Leonardo Camallea



April 4, 1963, Murdered, Oriente, Cuba try to escape Heriberto Carcaces

April 4, 1963, shot, Luis Moreno Brooch Camagüey

April 4, 1964, shooting, Tomás García Valley Cabin

April 4, 1964, shot, Pinar del Río González Osvaldo Carrillo

April 4, 1961, shot, Anibal Rodriguez Santiago de Cuba

April 4, 1959, shot, Matanzas Miguel Angel Rodriguez

April 4, 1970, shooting, Leandro Rubio Cabaña

April 5, 1965, shooting, Manuel Izquierdo González Cabaña

April 5, 1963, shot, Matanzas, MA.I congratulate Martínez González

April 5, 1959, shot, Pinar del Río Valdez Mario Mosquera

April 5, 1978, died in prison, sweet potatoes, Manuel Rivera Santiago de Cuba

April 5, 1977, died in prison, combined Roque del Este Fermin Betancourt

April 6, 1961, killed in battle, Matanzas Eliover González

April 6, 1972, Death in Boniato Prison, Santiago de Cuba Ibrahim Torres Martinez

April 6, 1963, shot, Santa Clara, LV.Orlando Armas

April 6, 1962, Murdered, Ranchuelo, LV.Raymond Aragon

April 6, 1962, Murdered, Ranchuelo, LV.Bernard Carrasco

April 6, 1984, Bejucal, LH.Eliodoro Horsemen

April 6, 1963, shot, Rhodes, LV.Dagoberto Lemus

April 7, 1961 at the cabin Orestes Cross

April 7, 1961 at the cabin Carlos Manuel Durado

April 7, 1961 at the cabin Felix Hernandez Martinez

April 7, 1963 at the cottage Welcome Infate Suarez

April 7, 1975 in Havana Osvaldo Castellanos

April 7, 1961, shooting, Felix Hernandez Martinez Cabin

April 7, 1963, killed in battle, Matanzas Pedro Sánchez Hernández

April 7, 1975, Murdered, Melena del Sur, LH.Osvaldo Castellanos

April 7, 1961, shooting, Orestes Cross Cabin

April 7, 1961, shooting, Carlos Manuel Delgado Durado Cabaña

April 8, 1961, shooting, Shack, Oscar Cruz Sosa

April 8, 1959, shot, Sagua la Grande, LV.Gustavo Berberena

April 8, 1988, shot, Louis Rivera Havana

April 8, 1986, shot, Victoria de las Tunas, OR.Jorge Rodriguez

April 8, 1963, shot, Santa Clara, LV.Gilberto Vera

April 9, 1991, Missing at sea Pedro Jose Rodriguez Morejon

April 9, 1967, shot, Guantanamo Bay, OR.Armando Del Busto

April 9, 1965, shot, Santa Clara, LV.Antonio Jiménez Auzcar

