April 9, 1991, Missing at sea Morejon Alexander Allo

April 9, 1991, Missing at Sea Lion Mario Carabellea

April 9, 1963, shot, Camagüey Francisco Gonzalez Cruz

April 9, 1963, killed in battle, Matanzas Raúl Sánchez Hernández

April 9, 1964, Missing at sea Maricela Rodríguez Gago

April 9, 1959, Murdered, G2, July Camagüey Naples Rodriguez

April 9, 1964, Missing at sea Andrés Rodríguez Gago

April 9, 1964, Missing at sea Idalia Gago (Fernandez)

April 9, 1965, shot, Antonio Martínez Valladares Santa Clara

April 9, 1991, Missing at sea Cardenas Osvaldo Morejon

April 10, 1964, shooting, Marcos Rodríguez Alfonso Habana

April 10, 1963, shot, Holguín, OR.Jose Avila

April 10, 1964, shot, Pinar del Rio Lázaro Hernández

April 11, 1963, shot, Aguada Passenger, LV.Ricardo Saura

April 11, 1959, shot, Manzanillo, OR.Roberto Rosabal

April 11, 1964, shot, Cuff, MA.Orestes Garcia

April 11, 1959, shot, Santa Clara Angel García Ascuy

April 11, 1963, shot, San Severino, Francisco Castaneda Matanzas

April 11, 1963, shot, Santiago de Cuba Amancio Rodriguez Mosquera

April 11, 1959, shot, Ignacio Rosell Santa Clara

April 11, 1963, shot, Aguada Passenger, LV.Ricardo Saura

April 11, 1959, shot, Rafael Manuel Cienfuegos Urdanivia

April 11, 1962, shot, Gabino La Cabaña Ulacia

April 11, 1961, shooting, County, Las Villas Jorge Alberto William

April 12, 1979, died in prison, Cinco y Medio, Pinar del Rio Adolfo Sierra Cabrera

April 12, 1959, shot, Palma Soriano, OR.Ramon Godinez Placencia

April 12, 1993, Missing at sea Castro Jose Angel Baez

April 12, 1993, Missing at sea Javier Carrasco

April 12, 1959, shot, Palma Soriano, OR.José Luis González Arce

April 12, 1964, shot, Cardenas, MA.Israel Neraya

April 12, 1967, shot, Santiago de Cuba, OR.Luis Ocala

April 12, 1993, Drowned in the sea Luis Silvares

April 12, 1963, shooting, Bell, LV.Belen Alvarez Vega

April 12, 1979, died in prison, Cinco y Medio, Pinar del Rio Rodolfo Sierra Cabrera

April 12, 1965, shot, Victoria de las Tunas, OR.Mariano Verdecia

April 12, 1993, Drowned in the sea Luis Silvares



April 13, 1959, shot, San Severino, Matanzas Lázaro Santana Almeida

April 13, 1959, shot, San Severino, Matanzas Carlos Sanchez Rodriguez

April 13, 1959, shot, San Severino, Matanzas Narciso Ruiz Santana

April 13, 1959, shot, Manzanillo, OR Francisco Moreno

April 13, 1963, shooting, Abelardo Cabin Aguiar Alonso

April 13, 1959, shot, San Severino, Matanzas Turro Anaya

April 13, 1959, shot, Manzanillo, OR.Victor Montero

April 13, 1959, shot, San Severino, Matanzas Carlos Sanchez Rodriguez

April 13, 1959, shot, San Severino, Matanzas Jesus Suarez

April 13, 1959, shot, San Severino, Matanzas Tamayo Rafael Cabrera

April 13, 1959, shot, San Ceverino, Matanzas Teer Valdés

April 13, 1959, Fuila, San Ceverino, Matanzas Ponce Juan Valdes

April 13, 1959, shot, San Severino, Jose Tapanes Matanzas

April 13, 1959, shot, San Severino, Matanzas Leonardo Sosa

April 13, 1959, shot, San Severino, Matanzas Lázaro Santana Almeida

April 13, 1959, shot, San Severino, Matanzas Javier Velazco

April 13, 1959, shot, San Severino, Matanzas García Velázquez

April 14, 1962, shot, San Severino, Carlos Ulloa Matanzas

April 16, 1962, killed in action, The Villas Osvaldo Ramirez Garcia

April 17, 1961, Killed in Prison, Isla de Pinos René Santana

April 17, 1961, killed in battle, Playa Giron, Victor I.León González

April 17, 1961, killed in battle, Playa Giron, Julio Acosta Ruiz

April 17, 1961, killed in battle, Playa Giron, Eduardo Escobedo de las Casas

April 17, 1961, killed in battle, Playa Giron, Alberto Gonzalez Recio

April 17, 1961, shooting, Eduardo Navarro Cabin Viton

April 17, 1961, killed in battle, Playa Giron, Raul A. Vianello

April 17, 1961, Killed in Prison, Isla de Pinos, Havana René Santana

April 18, 1961, killed in battle, Playa Giron, Ambrose Soler Estrada

April 18, 1961, shooting, Filiberto Rodriguez Ravelo Cabaña

April 18, 1961, killed in battle, Playa Giron Rogelio Rodriguez Pedroso

April 18, 1961, killed in battle, Playa Giron, Antonio L.Alonso Ramos

April 18, 1961, death in combat, Playa Giron Ceballo Montes de Oca Justo

April 18, 1961, Dead in Mission, Jinotega, Nicaragua Juan de Mata Gonzalez Romero

April 18, 1961, killed in battle, Playa Giron, Eduardo González Ramírez

April 18, 1961, killed in battle, Playa Giron Pedro Alonso Sergio Cuellar

April 18, 1961, killed in battle, Playa Giron Clemente, I.Cruz de la Torre

April 18, 1961, killed in battle, Playa Giron, Armando Cañizares Gamboa

April 18, 1961, killed in battle, Playa Giron, Armando Camizares Gamboa

April 18, 1961, shooting, Filiberto Rodriguez Ravelo Cabaña

April 18, 1961, killed in battle, Playa Giron, Rogelio Rodriguez Pedroso

April 18, 1961, shooting, José Ramón Cabaña Trelles

April 18, 1961, shooting, Alberto Tapia Ruano Angel Cabin

April 18, 1961, killed in battle, Playa Giron, Ramon Luis Tamayo Company

April 18, 1961, killed in battle, Playa Giron Pablo Rojas Hugo Ramos

April 18, 1961, killed in battle, Playa Girón José Catá Cordovés

April 18, 1961, killed in battle, Playa Giron Fernando Gómez Casanova

April 18, 1961, killed in battle, Playa Giron Ramon Ginorio Mulgan

April 18, 1961, killed in battle, Playa Giron, Roberto Amorim Sotelo

April 18, 1961, killed in battle, Playa Giron Pedro I.Abreu Amaro

April 18, 1961, killed in battle, Playa Girón Antonio Amaro Diaz

April 18, 1961, killed in battle, Mario Galvez Lopez Playa Giron

April 18, 1961, Dead in Mission, Jinotega, Nicaragua Crispin Lucio Garcia Fernandez

April 18, 1961, killed in battle, Playa Giron, Elio German Passenger Aguada Armenteros

April 18, 1961, killed in battle, Playa Giron, J. NMarcelo Aguada PassengerApollos Viqueira

April 18, 1961, killed in battle, Playa Giron, Aguada Passenger Eufrasio German German

April 18, 1961, killed in battle, Playa Giron, Aguada Passenger Camejo Ovidio Lopez

April 18, 1961, shooting, Virgilio Campanería Cabaña

April 18, 1961, killed in battle, Playa Giron, Rafael Campo Aguada Passenger Gutierrez

April 18, 1961, shooting, Carlos Rodríguez Cobas Cabaña

April 18, 1961, killed in battle, Playa Giron, Carlos Ariza Aguada Passenger Garcia

April 18, 1961, Killed, Havana, LH.Digna Arufe

April 18, 1961, killed in battle, Playa Giron, Aguada Passenger Benito Blanco Cruz

April 18, 1961, shooting, Jose Boiler Shack

April 18, 1961, killed in battle, Playa Giron Marcelo Carmenate Cebrián

April 18, 1961, killed in battle, Playa Giron, Joseph A.Grasso Crespo

April 18, 1961, killed in battle, Playa Giron Clemente I.Cruz de la Torre

April 18, 1961, killed in battle, Playa Girón Carlos Inclán Guas

April 18, 1961, killed in battle, Playa Girón Omar Guerra Gutierrez

April 18, 1961, killed in battle, Playa Giron William E.Guerra Gutierrez

April 18, 1961, killed in battle, Playa Giron Gilberto Ramirez Hernandez

April 18, 1961, killed in battle, Playa Giron, Jorge A.Jones Castro

April 18, 1961, killed in battle, Playa Girón Carlos Julio Padron

April 18, 1961, killed in battle, Playa Giron Herman Koch, Gene

April 18, 1961, shooting, Efren Rodriguez Lopez Cabana



April 18, 1961, killed in battle, Playa Giron, Vicente León León

April 18, 1961, killed in action, Amado Antonio Sánchez Girón Playa Granda

April 18, 1961, killed in battle, Playa Giron Pedro Roque Raúl Norda

April 18, 1961, killed in battle, Playa Girón Manuel Rionda del Monte

April 18, 1961, shooting, Carlos Rodríguez Cobas Cabaña

April 18, 1961, killed in battle, Playa Giron Oscar Felipe Rondón, Caminero

April 18, 1961, killed in battle, Camagüey Jose Santos Millan

April 18, 1961, killed in battle, Playa Giron Tomas Felix Serrano Camejo

April 18, 1961, killed in battle, Playa Giron, Reinaldo Vidal Mazola

April 18, 1961, killed in battle, Playa Giron Victor Manuel Vila Acebal

April 18, 1961, killed in battle, Playa Giron, Gustavo Vila Figuera

April 18, 1961, killed in battle, Camagüey, CA.Santos José Millan

April 18, 1961, killed in battle, Playa Giron Ambrose Soler Estrada

April 18, 1961, killed in battle, Playa Girón Carlos Solis Shelton

April 18, 1961, killed in action, Amado Antonio Sánchez Girón Playa Granda

April 19, 1961, shot, Pinar del Río Francisco García Guardarramas

April 19, 1961, shot, Joaquin Del Rio Pinar del Cueto Rodriguez

April 19, 1961, killed in battle, Playa Giron, Aguada Passenger, LV.José Ramón Carrazana Trimiño

April 19, 1961, shot, Pinar del Rio Gilberto Betancourt Chacón

April 19, 1961, Murdered, Havana Antonio Rodriguez Calvo

April 19, 1961, shot, Pinar del Río Martínez Gladstone

April 19, 1961, shot, Pinar del Rio Marciano Bello Martínez

April 19, 1961, shot, Pinar del Rio, PR.Marcial Arrifes

April 19, 1961, shot, Pinar del Rio Villanueva Manuel Barreto

April 19, 1961, killed in battle, Playa Giron, Aguada Passenger, LV, airline pilots, USA.Riley Shamburger

April 19, 1961, shot, Pinar del Rio Howard F. Anderson

April 19, 1961, killed in battle, Playa Giron, Leo Baker Aguada Passenger

April 19, 1961, killed in battle, Playa Giron, Aguada Passenger Wade Gray

April 19, 1961, shot, Pinar del Río Juan Leal Estrada

April 19, 1961, shot, Pinar del Rio Marciano Martinez Bello

April 19, 1961, shot, Pinar del Río August McNair

April 19, 1961, killed in battle, Playa Giron, Aguada Passenger Ray Thomas W

April 19, 1961, killed in battle, Riley Shamburger Playa Giron

April 20, 1959 in Bayamo Ladron de Guevara Arturo

April 20, 1961 in Camaguey Rafael Romero

April 20, 1961 at the cabin Rafael I .Reyes Ramirez

April 20, 1961 at the cabin Eugenio Fernandez Ortega



April 20, 1961 at the cabin Eugenio Fernandez Ortega

April 20, 1961 at the cabin Rogelio Gonzalez Corso

April 20, 1961 Felix Hernandez in the cabin

April 20, 1961 at the cabin Manuel "Nong" Puig Miyar

April 20, 1961 at the cabin Nenecio Rodriguez Navarrete

April 20, 1961 at the cabin Manuel Pui Billard

April 20, 1961 at the cabin Comandate Sori Marin

April 20, 1961 at the cabin Sunday Varona

April 20, 1962 at the cabin Misera Felix Reyes

April 20, 1962 at the cabin Hilario Rodriguez

April 20, 1962 in Ranchuelo, Las Villas Antonio Herrera

April 20, 1962 in Ranchuelo, Las Villas Sirius Pedro Matos

April 20, 1962 in Ranchuelo, Las Villas Jorge Medina

April 20, 1962 in Ranchuelo, Las Villas Humberto Rodriguez

April 20, 1962 in Ranchuelo, Las Villas Sotolongo Crespo

April 20, 1963 Guamaré, Camaguey laPinta Roberto Castro

April 20, 1972 at the cabin Jose Manuel Cortina

April 20, 1979 in Francisco Fernandez Galvan Atarez

April 20, 1988 at the combine Eastern Oscar Blanco

April 20, 1990 in Lorenzo Bey State Security

April 20, 1961, shooting, Gaspar Shack Sunday Trueba Varona

April 20, 1961, shot, Humberto Sori Marin's Cabin

April 20, 1961, killed in battle, Las Villas Church Rafael Romero

April 20, 1961, shooting, Rogelio Cabin (Francisco) Gonzalez Corzo

April 20, 1988, died in prison, combined East Havana Oscar Blas

April 20, 1961, shooting, Efren Rodriguez Cabin, Cape

April 20, 1961, shooting, Menesi Cabaña Rodriguez Navarrete

April 20, 1961, shooting, Gabriel Riano Cabaña

April 20, 1963, Murdered, Guáimaro, CA.Roberto Castro L.

April 20, 1962, shooting, Cabin Nicer Felix Reyes

April 20, 1961, shot, Camagüey Rafael Ramirez Reyes

April 20, 1961, Killed in Prison, Isla de Pinos Higinio Ruiz

April 21, 1961, murdered in his house, Playa Giron Digna Fernandez Olga Cañizares

April 21, 1961 in Isla de Pinos Iginio Ruiz

April 21, 1961 in Las Villas Teresita Espiritu Santi Perez Savedra

April 21, 1961 in Havana Aruga Marcial Delgado

April 21, 1961 in Escambray Leonardo Peña

April 21, 1961 in Virgil King Escambray

April 21, 1961 in Escambray Ismael Rojas

April 21, 1961 in Escambray Jesus Sosa

April 21, 1967 in Matanzas M.Carmona

April 21, 1967 in Matanzas Francisco Diaz Alvarez

April 21, 1969 at the military hospital in Havana Carmelo Cuadra

April 21, 1976 at the cabin Tomas Machado

April 21, 1961, killed by asphyxiation, Playa Girón José Tabares Daniel Vilarello

April 21, 1961, killed by asphyxiation, Playa Giron Soublete René Silva

April 21, 1961, killed by asphyxiation, Playa Girón González Moises Santana

April 21, 1961, killed by suffocation, José Ignacio Girón Playa del Monte Macia

April 21, 1961, killed by asphyxiation, Playa Girón Ramos Santos Alvarez

April 21, 1976, shooting, Thomas Machado Cabaña

April 21, 1961, killed by asphyxiation, Playa Giron Jose Santos Millan Velasco

April 21, 1959, shot, Camagüey Edelso Blanco Rodriguez

April 21, 1961, killed by asphyxiation, Playa Giron Alfredo Jose Cervantes Lake

April 21, 1961, killed by asphyxiation, Playa Giron Rojas Pedro Mir

April 21, 1961, killed by asphyxiation, Playa Girón González Moisés Santana

April 21, 1961, killed by asphyxiation, Playa Giron Soublete René Silva

April 22, 1962 at the Cabana Elionilio Hernandez

April 22, 1962 at the Cabana Isaias Alejandro Iglesias Ponce

April 22, 1962 in Cabin Viada Guillermo Reyes

April 22, 1970 at the Cabana Jose Rodriguez Perez

April 22, 1975 in the state DSS Obdulia Duare Suares

April 22, 1975 at the Cabana Julio Rodriguez Santander

April 22, 1960, shot, sweet potatoes, Santiago de Cuba, OR.Norma Martinez Felipe

April 22, 1961, shooting, Benitez Reyes Lázaro Cabaña

April 23, 1959 at the Cabana Olegario Hernandez Rodriguez

April 23, 1959 in Pinar del Rio Juan J.Ramos

April 23, 1959 in Pinar del Rio Maria Ramon Ramos

April 23, 1959 in San Luis, Oriente Leonardo H.For Martinez

April 23, 1959 in Santiago de Cuba Santiago Ricardo Sobrino

April 23, 1961 at the headquarters Rios Rivera, Ramon Diaz Pinar del Rio Calderin

April 23, 1961 at the headquarters Rios Rivera, Armando Escoto Rio Pinar del Aloy

April 23, 1961 at the headquarters Rios Rivera, Pinar del Rio Valdez Pedro Montano

April 23, 1962 in Havana Mayor G2 Alba



April 23, 1977 in San Juan Desiderio L. Martinez Valladares Navarro

April 23, 1961, shot, Pinar del Río Pedro Valdés Montano

April 23, 1959, shooting, Olegario Hernandez Cabaña

April 23, 1963, machine guns, trying to escape Cuba Oriente. Rosalba Alberto Arza

April 23, 1963, Murdered, East trying to escape Cuba. Rosalba Victor Arza

April 23, 1963, shot, Pinar del Rio Calderín Ramon Diaz

April 24, 1967, shot, Palma Soriano, OR. Roberto Santiesteban

April 24, 1961, shot, San Severino, Abilio Abreu Matanzas Sotolongo

April 24, 1961, executed, MA. Gonzalez Abreu Ebilio

April 24, 1959, shot, Pinar del Río Francisco Rodriguez Barrera

April 24, 1961, shot, San Severino, Matanzas Julian Sotolongo

April 25, 1965, shot, Cienfuegos, LV. Sotero Gonzalez Jimenez

April 25, 1970, killed in battle, Baracoa, OR. Vicente Méndez

April 26, 1961, Murdered, Kilo 7, Camagüey Miguel Calderón Espin

April 26, 1988, shot, Cienfuegos, LV. Luis Andino

April 26, 1963, shooting, County, Las Villas Andres Delgado

April 27, 1964, shooting, Cabin Angel Diaz Lucas Medinas

April 27, 1966, shooting, Sosa Rangel Theobald Cottage

April 28, 1969, shot, Matanzas, MA. Pedro Ramos

April 28, 1963, shot, Matanzas Mario Bravo

April 28, 1964, shooting, Rolando Martinez Cabin Anodia

April 29, 1959, shot, Santa Clara Borrell Braulio Brunet

April 29, 1985, shooting, Cabin John Barrientos

April 30, 1959, Death in Prison, Isla de Pinos Rodríguez Pedro Coto

April 30, 1963, shooting, County, Las Villas Juan Moreno

April 30, 1964, Murdered, San Antonio de los Baños, LH Elio Laviña


May 1959, shooting, Cabin Francisco Sánchez Mirabal
May 1963, killed in battle, Arroyo Grande, Las Villas Ruben Trápaga
May 1964, shot, Valdes Alfredo Linares La Cabaña
May 1961, shot, County, Las Villas Napoleon Cesario
May 1959, Killed in Prison, The Mijial, East Caciana Jorge Alvarez
May 1969, Killed, 2 Melena, Havana Alfredo Carrión
May 1959, shot, Santiago de Cuba Elizardo Cristobal Cabrera
May 1963, shot, Camagüey Rolando Sousa Cabrisas
May 1961, Missing at sea Kenan Arnordo Alvarez
May 1959, killed in battle, Pinar del Rio Novo Esteban Marin
May 1980, Murdered, G2 Cepero Ismael Alfonso Havana
May 1966, shot, Matanzas (Cundo) Herrera
May 1959, shot, Pablo Rivero Pérez La Cabaña



May 1991, Drowned in the sea Juan Ramón Rivero

May 1962, killed in battle, Pinar del Rio Francisco (Machete) Robaina

May 1964, killed in battle, Las Villas Francisco Manso

May 1964, killed in battle, Las Villas Manso Victor Manuel Brizuela

May 1964, killed in battle, Los Palacios, PR.Esteban Marquez Novo

May 1962, shot, Rene Martinez Fraga Camagüey

May 1965, murdered, Santa Maria del Rosario.Pedro Zamora Sanchez

May 1963, shot, Agramonte, MA.Ramiro Socarras

May 1970, shooting, Cabin Francisco Tabares

May 1961, killed in battle, El Naranjo, Las Villas Israel Torrecilla

May 1991, drowned in the sea Catalina Vargas Bello

May 1961, shot, Palma Soriano, OR.Bourbon Rupert Rivero

May 1964, shot, Las Piedras, Curbelo East War

May 1962, killed in battle, Las Villas Vicente Hernández Rodríguez

May 1963; squad, County, Las Villas José Ramón Iznaga

May 1960, shot, Roberto La Cabaña Lan

May 1964, killed in battle, Las Villas Jose Leon Jimenez

May 1991, disappear in the sea Belkis Rodriguez Estrada

May 1964, killed in battle, Pinar del Río San Román Rodríguez Gilberto

May 1992, Drowned in the sea Raul Rojas

May 1, 1963, shot, Bolondrón, MA.Juan Gonzalez

May 2, 1959, shot, Santiago de Cuba Rigoberto González Rodríguez

May 2, 1959, shot, Santiago de Cuba, OR, Roberto Reyes

May 2, 1964, killed in battle, Las Villas Mendez Ruben Cordoba

May 2, 1959, shot, Santiago de Cuba Juan Romero Ramirez

May 2, 1967, shooting, Cabana Jaime Barreto

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.José Angulo García Montes

1961 Death of days at sea, Gulf of Mexico: April 19 to May 3, 1961, Retreat boat, B2506.Jorge Espinosa

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Raul García Menocal Fowler

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Manuel J.Vicente Garc Rosales

Death by days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Miguel Hernandez Cossio

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Marcos Tulio García Turino

Death by days at sea, Gulf of Mexico April 19 to May 3, 1961, Retreat boat, B2506.Julio Caballero González

May 3, 1959, shot, Santiago de Cuba Heredia Armando Castro

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Rubén Ortiz Vera

1961 Death of days at sea, Gulf of Mexico, April 19 to May 3, 1961, Retreat boat, B2506.Jesus Quintana Vilarchao

May 4, 1962, death in combat, Mayarí, OR.Cruz Prado

May 5, 1964, shot, Las Tunas, OR.Cancio Natalio

May 5, 1965, shooting, Hope, LV.Vincent Cuevas

May 5, 1963, shot, Matanzas Infante José Hidalgo

May 6, 1961 at the cabin Enrique Gilad

May 6, 1961 at the cabin Tuto Pupo

May 6, 1961 at the cabin Mario Torance



May 6, 1961 in Santa Clara Cesario Napoleon

May 6, 1963 in the cemetery of Rhodes Dagoberto Lumos

May 6, 1975 in Melena, La Habana Candido Diaz Cordero

May 6, 1975 in Melena, La Habana Gonzalo Martel

May 6, 1961, died in prison, La Cabaña Enrique Guiral

May 6, 1961, killed in battle, Victoria de Las Tunas, OR.Mario Torranzo

May 7, 1965, shot, Matanzas Juan Manuel Rivera

May 8, in Pinar del Rio Francisco Figueredo Rodriguez

May 8, in Pinar del Rio Miguel Flores Aguirre

May 8, in Pinar del Rio Gonzalez Ramon Gonzalez

May 8, in Pinar del Rio Andres Gonzalez Lines

May 8, in Pinar del Rio Herrera Roberto Guevara

May 8, in Pinar del Rio Miguel Gonzalez Hernandez

May 8, in Pinar del Rio Hidalgo Juan Valdez

May 8, in Pinar del Rio Pablo Martinez Linares

May 8, in Pinar del Rio Cera Nelson Pineda

May 8, in Pinar del Rio Carlos Sosa Rodriguez

May 8, in Pinar del Rio Orlando Valle

May 8, in Pinar del Rio Gonzalez Ramon Diaz

May 8, 1963 in Matanzas, Reynaldo Martin Guinares

May 8, 1986 in State Security Ortega Laser

May 8th, 1991 disappeared at sea Catalina Vargas Bello

May 8th, 1991 disappeared at sea Cabrera Duri Esteri

May 8th, 1991 disappeared at sea Conception Rolando Cuellar

May 8th, 1991 disappeared at sea Hershey Ricardo Galves

May 8th, 1991 disappeared at sea Macdiel Gonzalez Bello

May 8th, 1991 disappeared at sea Bellido Rodriguez Estrada

May 8, 1991, Drowned in the sea Rafael Bello Eduardo Aguiar

May 8, 1961, Missing at sea Orlando García Alba

May 8, 1991, Drowned in the sea Camilo C.German Pineda

May 8, 1980, Murdered, Havana Linares Reinaldo Martín

May 9, 1963 in Las Villas Jose Ramon Isnaga

May 9, 1963 in Baracoa beach Antidio Castillo

May 9, 1963 in Santa Clara Arnold Villalobos

May 9, 1983 in State Security Luis Felipe Hernandez

May 9, 1991 disappeared at sea Alexander Perez Batista

May 10, 1959 in Camaguey Sujet Armando Suarez

May 10, 1962 in Havana Pure G2 Castilian

May 10, 1962 in Matanzas Berto Lopez

May 10, 1963 in Guira de Melena Perico Sanchez

May 10, 1963 in Grande Jaguey Socarras Ramiro Almeida

May 10, 1963 in Jaguey Grande Sergio Alfonso Espina

May 10, 1963 in Grande Jaguey Montero Ramon Morejon

May 10, 1964 in Matanzas Jose Ramon Rivera

May 10, 1963, shot, Matanzas Eulalio Cabrera Medina

May 10, 1964, shot, Matanzas José Ramón Rivera

May 10, 1963, killed in battle, Guira de Melena.Pedro Sanchez Gonzalez

May 10, 1959, shot, Armando Suárez Suquet Camagüey



May 11, 1959 killed in the G2 Guanabacoa Gullo Andrés Torres

May 11, 1960 Castaño Quevedo in the Cabin

May 11, 1961 in the cabin Jorge Alberto Milian

May 11, 1961 in Santa Clara Jorge Alberto William

May 11, 1963 in Havana G2 Manuel Rodriguez Martinez

May 11, 1963 in Havana Damazo G2 Rodriguez Perez

May 11, 1963 in Santa Clara Pedro Gonzalez Francisco

May 11, 1967 in Havana Alberto Perez Cabrera

May 11, 1967 in Ponce Alfredo Rosell Cabaña

May 11, 1967 in Two Melena, Habana Alfredo Carreon

May 11, 1971 at the Hospital of Rene Hernandez Martinez Mazorra

May 11, 1974 in Two Melena, Habana Enriquez Rivero

May 11, 1991 in Playa Angel Castro Mariano Delgado

May 11, 1964, killed in battle, Camagüey Pedro Gaspar Cano

May 11, 1964, killed in battle, CA.Justo Perez Alvarez

May 11, 1964, killed in battle, Camagüey Israel Matias Castro

May 11, 1964, killed in battle, Camagüey Pablo Matias Castro

May 11, 1961, shooting, Alberto Cabin Jorge Milian

May 11, 1964, killed in battle, Camagüey War Isidro Rosales

May 13, 1963, shot, Placetas, LV.Francisco P.Gonzalez

May 13, 1967, Murdered, Sagua la Grande, LV.Antonino Hernandez

May 14, 1981, rifle, Avelino Cabin Linares Sosa

May 14, 1959, shot, Ciego de Avila Raul Perez Loredo

May 14, 1964, shot, Pinar del Rio Novo Esteban Rodriguez

May 15, 1963, shot, Guira de Melena.Pedro Sanchez Rodriguez

May 16, 1964, shot, Pinar del Rio Armando Anaya

May 16, 1964, Murdered, Pinar del Rio Lázaro Anaya

May 16, 1964, shot, Pinar del Río San Ramon Roman

May 17, 1980, Murdered, Arroyo Naranjo.Reinaldo Simeon Catalá

May 17, 1959, shot, Bayamo, OR.Sergio Alvarez

May 17, 1959, shot, Bayamo, OR.Medina José Montes de Oca

May 17, 1971, shooting, Nemesio Saborit Cabaña

May 18, 1959 in G2 of Havana Odin Oscar Reyes

May 18, 1963 in Bolondron, Matanzas Roberto German

May 18, 1963 in the Central Adela Gonzalez Brothers

May 18, 1963 in the Central Arauco, Matanzas Roberto Hernandez

May 18, 1963 in the city of Matanzas Eulalio Cabrera Medina

May 18, 1963 in the city of Matanzas Idyll Fernandez Fernandez

May 18, 1963 in the city of Matanzas Braulio Idalgo Infante

May 18, 1963 in the city of Matanzas Jose Gabriel Infante Idal

May 18, 1966 in the G2 Havana Hostels Dr. Carlos Guerrero

May 18, 1967 at the Cabana Felix Montecino

May 18, 1969 in Havana, Juan Francisco Mora

May 18, 1963, shot, Bolondrón, MA.Robert German

May 18, 1963, shot, Araujo, MA.Roberto Hernandez

May 18, 1963, shot, Matanzas Braulio Hidalgo Infante

May 18, 1965, shooting, Jose Ramon Martinez Diaz Cabaña

May 19, 1959 in Las Tunas Peña Soldiers



May 19, 1962 in Santa Clara Vito Llera

May 19, 1963 in Piedras Cubert East War

May 19, 1966 in Santa Cruz del Norte Ermenegildo Braijal Vestal

May 19 1971 lost at sea Marcos Conde

May 19, 1980 at the Cabana Ramon Vera

May 19, 1987 in state security Alejandro Garcia

May 19, 1991 in East Geraldo Gonzalez Gonzalez Manzanillo

May 19, 1962, shot, Santa Clara Adito Llera

May 19, 1962, shot, Providencia, Las Villas Rivera Stanislaw Milian

May 21, 1959, shot, Santa Clara Hugo Mirabal

May 21, 1975, in prison, P.River, left to die on hunger strike Reynaldo Cordero Izquierdo

May 22, 1962, shooting, County, Las Villas Biamonte Rafael Vara

May 22, 1975, died in prison, Melena del Sur Felipe Olivera Artiles

May 22, 1991, Drowned in the sea Alberto Alfonso Martínez

May 22, 1975, died in prison, Melena, Melena del Sur Rene Bueno Amadeo

May 23, 1963, shot, Agramonte, MA.Mesa Ramiro Socarras

May 23, 1963, shot, Matanzas Angel Morejon Ramón Montero

May 24, 1972, died in prison, Castillo del Principe, left to die on hunger strike.Pedro Luis Boitel Abraham

May 25, 1963, rifle, Fredy Bernal Villas Yanes

May 26, 1963 in Camaguey Amauri Fernandez

May 26, 1963 in Prince Rolando Diaz Morejon

May 26, 1963 in Holguin Bilel East Calero

May 26, 1963 in East Holguin Raul Rosales Jeracio

May 26, 1964 in Holguin Erasmus East Arevalo

May 26, 1966 in Prince Laurent Ramon Rojas

May 26, 1976 in Cienfuegos, Las Villas Luis Camacho

May 26, 1976 in Guantanamo Cosafreda Joaquin Rodriguez East

May 26, 1987 in Las Villas Sequndino Spiritu Santi Peñate

May 26, 1964, shot, Holguín, OR Erasmus Arévalo

May 27, 1965, shot, Juan José Rodríguez Dalmau Camagüey

May 27, 1959, shot, Manzanillo, OR.Francisco Acuña spoiled

May 28, 1959 in Camaguey Antonio Hernandez Mesa

May 28, 1959 in Camaguey Enriquez Perez Valdez

May 28, 1961 in Cabin Fundora Ramon Gonzalez

May 28, 1962 in Medina Eugenio Diaz Cabaña

May 28, 1963 in Matanzas A fellow named Reyes

May 28, 1964 in Havana Fe Alfonso Vicente

May 28, 1964 at the Cabana Laislao Gonzalez Benites

May 28, 1964 in Elias Rivera Bello Cabin

May 28, 1964 in Valdez Alfredo Linares Cabaña

May 28, 1964 at the Cabana Felipe Vidal Santiago

May 28, 1969 Vicente Sanchez in Havana

May 28, 1986 in the combined East Blanco Lopez Marino

May 28, 1967, died in prison, Boniato, Santiago de Cuba José Auzcar Mener

May 28, 1963, shot, Matanzas, MA.Carlos (Vampire) Reyes

May 28, 1964, shot, Santiago de Cuba Elias Rivera Bello

May 29, 1965, killed in battle, Havana Armando Romero

May 29, 1962, Killed, El Cano, LH.Joaquin Carrero



May 29, 1970, Murdered, Ciro Redondo Juan de Dios Alvarez Brito

May 29, 1966, killed in battle, Havana Guillermo Alvarez

May 29, 1962, shooting, Almeida Alfaro Cabaña

May 30, 1992, Murdered, Alquizar, LH.Jorge Luis Trujillo Bacallao

May 31, 1963, shot, Camagüey Francisco Cruz Morales

May 31, 1963, shooting, Ricardo Olmedo Moreno Cabaña


June 1962, shot, Gibara, OR.Juan León Rodríguez

June 1963, killed in battle, Monte Gordo, Matanzas Pedro Jimenez Ugalde

June 1964, killed in battle, Las Villas Evelio (El Charro) Ureta

June 1962, killed in battle, Las Villas (Cholo) Toledo

June 1962, Killed in Prison, Havana RaúlTorres Perez

June 1963, rifles, Luciano Villas Yanes

June 1964, shot, Jovellanos, MA.Gerardo Abreu Yanes

June 1959, shot, Viamonte Francisco Mirabal Camagüey

June 1962, killed in action, Toledo Area, Havana Pacheco Manuel Vicario

June 1963, rifles, Adolfo Villas Sargen

June, 1959, shot, Santiago de Cuba Juan de la Rosa Suarez

June 1990, Murdered, Gibara, OR.Campos José Antonio Sainz

June 1973, Murdered, Varadero Mayan Cecilio Rodriguez

June 1990, Missing at sea Guillermo Navarro

June 1982, shot, Bauta, LH.Noa Armando Sanabria

June 1964, shot, Santiago de Cuba Miguel Angel Ocana Drag

June 1963, shot, Camajuaní, LV.Justo Moreno

June 1962, killed in battle, Camagüey Edelio Molina Sánchez

June 1962, died in prison, Castillo del Principe Jaime Hernandez Montes

June 1959, shot, Manzanillo, OR.Luis Ernesto Martinez Vega

June 1963, shot, The Campana, Las Villas Ramon Machado

June 1964, killed in battle, Las Villas Jimémez Jose Leon

June 1964, shot, Santiago de Cuba Francisco Serrano Linares

June 1963, shot, Camaguey Jorge Martinez Labrada

June 1965, killed in battle, Camagüey Heriberto Martinez Labrada

June 1963, shot, Argelio Hernandez Medina's Cabin

June 1964, shot, Matanzas Felo Guerra

June 1962, shot, Oriente, OR.Garson Redecales Avalos

June 1963, shot, Rhodes, LV.José Catalá

June 1962, Murdered, Jagüey Grande, MA.Casanova Sergio L.

June 1964, killed in battle, Camagüey Ulises Carrero

June 1966, died in prison, Taco Taco, Pinar del Rio Rojas Juan Campos

June 1988, died in prison, combined Eastern Armando Martinez

June, 1961, Murdered, Havana Cabana Dr. Oscar Garcia

June 1964, killed in battle, The Ramones, The Villas Bravo Mario Cervantes

June 1964, killed in battle, Camagüey Gregorio Cervantes Bravo

June, 1966, shooting, Angel María Betancourt Cuetongel Havana

June 1962, shot, José Blanco Simon East

June 1966, Murdered, Isla de Pinos Dany Alonso

June 1962, died in prison, G2 Almirót Jose Santa Clara

June 1962, shot, Sancti Spiritus, LV. Raul Arcia



June 1962, shot, Sancti Spiritus, LV. Raul Arcia

June 1980, shooting, Diego Bermudez Cabaña

June 1, 1961 in Isla de Pinos Jesus Lopez Cuevas
June 1, 1963 in Isla de Pinos Esteban Fernandez Hil
June 1, 1963 in the cabin Argelio Hernandez Medina
June 1, 1963 Francisco Rodriguez in the cabin Shipping
June 1, 1964 in Camaguey Gregorio Cervantes Braves
June 1, 1967 in the cabin Carlos R.Diaz
June 1, 1960 in Pinar del Rio Lino Gonzalez
June 1, 1973 the State Security, Julia Gonzalez Havana Insane
June 1, 1974 the State Security Havana Herrera Jorge Benites
June 1, 1978 in Cap Luis Qivican
June 2, 1961 at the cabin Sergio Blanco Borges
June 2, 1965 lost at sea Felipe Correa Jorge Cruz
June 2, 1964, shot, Marcelino Martinez Tapia Camagüey
June 3, 1959 in Santiago de Cuba Salvador Herrera
June 3, 1961 Bolondron, Matanzas Fernando Corrales Hil
June 3, 1962 in Havana, Raul Perez Torres
June 3, 1971 in the cabin Maria Arteaga
June 3, 1988 in Pinar del Rio Luis Hernandez
June 3, 1971, shooting, Cabanas Maria Arteaga
June 3, 1959, shot, Santiago de Cuba Salvador Herrera
June 5, 1978, Murdered, Quivican, LH.Luis Tapanes
June 6, 1963, shot, Sagua la Grande, LV.Rupert Amores
June 8, 1961 in the cabin Teodoro Domene
June 8, 1964 in the cabin Arpuro Lazaro
June 8, 1979 in the typical Tunas, Oriente Leandro Milanes
June 9, 1959 in Santa Clara Luis Aswee
June 9, 1961 at the cabin Serafin Diaz
June 9, 1962 in Pinar del Rio Rico Rafael Martinez
June 9, 1963 in Jesus G2 Greta Carpenter
June 9, 1963 in Prince Arvelo Jesus Sosa
June 9, 1963 in Angola Africa Ariel Felix Diaz Cabrera
June 9, 1962, shot, Pinar del Rio Rico Rafael Martinez
June 9, 1963, shooting, County, Las Villas Armando Villalobos
June 10, 1965, shooting, Cabin Mesquia Rodolfo Palma
June 10, 1976, shot trying to reach U.S. naval base Adolfo Chamizo
June 10, 1964, killed in battle, Florence, Everaldo Diaz Brunet Camagüey
June 10, 1984, Murdered, Madruga, LH.Arturo Bueno
June 10, 1964, shot, Yaguajay, LV.Floro Camacho
June 10, 1964, killed in battle, Yaguajay, LV.Raul Romero
June 10, 1992, Drowned in the sea Eduardo Tamayo
June 11, 1959 in Campechuela, Mario East Fonceca
June 11, 1961 in Jovellanos, Matanzas Antonio Moreno
June 11, 1961 in Jonellanos, Matanzas Alberto Peralta
June 11, 1963 in Jonellanos, Matanzas Cervando Verubiles Rodriguez
June 11, 1961 at the cabin Mario A.Alvarez
June 11, 1961 in Jaguey Grande, Matanzas Sergio Casanovas Lubei



June 11, 1962 in Jaguey Grande, Matanzas Adelio Garcia

June 11, 1962 in Jaguey Grande, Matanzas Jose Antonio Gil

June 11, 1963 in Rhodes, Las Villas Victor Alvarez

June 11, 1963 in Rhodes, Las Villas Jose Catala

June 11, 1963 in Rhodes, Las Villas Ojeda Rigoberto Prieto

June 11, 1965 in Santa Fe, La Habana Reynaldo Cardoso Avila

June 11, 1965 in Santa Fe, Havana Luis Avila Sanchez

June 11, 1963, shot, Matanzas Socarrás Ramiro Almeida

June 11, 1961, shooting, Mario A. CabanaAlvarez

June 12, 1959 in Manzanillo, Oriente Lorenzo Manuel Llorente

June 12, 1961 at the cabin Rafael Diaz

June 12, 1962 in Havana Gillermo G2 Jorge Valladares

June 12, 1965 in Gilberto Hernandez Moreno Escambray

June 12, 1959 in Manzanillo, Oriente Argeo Sarmiento

June 12, 1962 in the G2 Jaguey Grande, Matanzas Michael Hernandez

June 12, 1962 in Matanzas Rene Martinez

June 12, 1962 in Israel Arcia Espiritu Santi

June 12, 1963 in Matanzas Zacarias Adalberto Diaz

June 12, 1965 in Falcon Bridges, David Ferrer Silva Las Villas

June 12, 1967 in Sagua La Grande, Las Villas Antonio Hernandez

June 12, 1980 in Boniato East Ochoa Jose Betancourt

June 12, 1980 at the cabin Juan Bautista Vega

June 12, 1981 at the cabin Avilio Gonzalez

June 12, 1981 at the cabin Emilio Relova Sardui

June 12, 1965, shooting, Bell, Las Villas Gilberto Hernández Moreno

June 12, 1959, shot, Manzanillo, OR.Lorenzo Manuel Llorente

June 13, 1980, shot, Pinar del Rio Vega Juan Batista

June 13, 1981, shooting, Rodolfo Alonso Roche Cabaña

June 13, 1963, shot, Matanzas Zacarias Alberto Diaz

June 14, 1962 at Finca La quietness, Pinar del Rio Jesus Paneque

June 14, 1962 at Finca La quietness, Jose Ramos Pinar del Rio

June 14, 1962 at Finca La quietness, Pinar del Rio Rojas Armando Fernandez

June 14, 1962 at Finca La quietness, Pinar del Rio Ruiz Calero

June 14, 1962 in Pinar del Rio Fernandez Ramon Ross

June 14, 1962 in Pinar del Rio Arturo Garcia

June 14, 1962 in Pinar del Rio Tito Portales Socorro

June 14, 1962 in Pinar del Rio Leandro Valdez Valdez

June 14, 1973 in Varadero Mayan Cecilio Rodriguez

June 14, 1974 in Santa Clara, Las Villas Marcelo Sanchez Gutierrez

June 14, 1964, shot, Marcelo Sanchez Gutierrez Santa Clara

June 15, 1959 in Placetas, Las Villas Manuel Coronel Darubia

June 15, 1960 in Santiago de Cuba, Oriente Beaton Cipriano Martinez

June 15, 1960 in Santiago de Cuba, Oriente Beaton Manuel Martinez

June 15, 1960 in Santiago de Cuba, Felipe Martinez Eastern Standard

June 15, 1960 in Santiago de Cuba, Oriente Arnaldo Jimenez

June 15, 1960 in Santiago de Cuba, Oriente Sunday Socarras

June 15, 1960 in Santiago de Cuba, Oriente Cers Torres

June 15, 1972 in Matanzas Ramon Sanchez Fundora



June 15, 1964 in Noguera, Jose Camacho Alfaro Las Villas

June 15, 1985 in Cardenas, Matanzas Juan Miguel Jimenez Garcia

June 15, 1985, Murdered, Juan Miguel Jiménez García Cárdenas

June 15, 1960, shot, Santiago de Cuba Manuel M. Beaton

June 15, 1960, shot, Santiago de Cuba Cipriano Martínez Beaton

June 15, 1964, shot, Yaguajay, LV.Jose Camacho Alfaro

June 16, 1965 in G2, La Habana Israel Torres

June 16, 1961 at the cottage Balboa Balbino Diaz

June 16, 1962 in Matanzas Ruben Gonzalez Pinales

June 16, 1962 in Santa Clara Jose Amauri

June 16, 1963 in Moreno Justo Camajuani

June 16, 1982 in the combined Noa Armando Sanabria

June 16, 1962, Murdered, Havana, LH.Israel Arda

June 16, 1962, died in prison, G2 Santa Clara, LV, suicide.José Amaurt

June 17, 1959 in Manzanillo, Oriente Ernesto Martinez Vega

June 17, 1959 in Manzanillo, Oriente Salvador Garcia Solano

June 17, 1968 in Matanzas Humberto Soriano

June 17, 1975 at Cinco y Medio, Pinar del Rio Carlos Gerade

June 17, 1959, shot, Manzanillo, OR.Salvador García Solano

June 17, 1968, shot, San Severino, Matanzas, MA.Humberto Soriano

June 18, 1961 in G2, Havana Amado Santamaria

June 18, 1962 in Paul Garcia Cardenas

June 18, 1962 G2, Varadero Raul Garcia

June 18, 1962 G2, Agustin Vantigua Varadero

June 18, 1963 in Camaguey Reynaldo Perera Calero

June 18, 1963 in Camaguey Aldo Prado

June 18, 1963 in Matanza Hidelio Ortega

June 18, 1964 G2, Juan Havana Adoyo

June 18, 1964 Las Piedras, Las Villas Adalberto Mendez Esquijarosa

June 18, 1968 G2, Havana Arsides Leon Rodriguez

June 19, 1959 at Marti, Matanzas Santiago Delgado

June 19, 1959 at Marti, Matanzas Pedro Diaz

June 19, 1962 in Isle of Pines Orlando Arencibia Pestana

June 19, 1962 in Sierra Maestra, Oriente Hector Gonzalez

June 19, 1962 at the cabin Oscar Miranda

June 19, 1990 the sea disappear Traidon Nadaniel Garcia

June 19, 1990 the sea disappear Caneiva Victor Hernandez

June 19, 1990 the sea disappear Guillermo Navarro

June 19, 1990 the sea disappear Lazaro Quintana

June 19, 1976, shot, Santa Clara Orlando Bolanos

June 20, 1962 in Jovellanos, Matanzas Ineldo Quinea Rivera

June 20, 1962 in Jovellanos, Matanzas Lorenzo Lorenzo Suarez

June 20, 1962 at the cabin Oto Medina Machado Gladiolus

June 20, 1964 in Matanzas Felo Guerra

June 20, 1965 G2, Gloria Havana Casaño

June 20, 1976 in Stanislaus cabin Arconsil

June 20, 1975 at the cabin Pedro De La Hude

June 20, 1990 in Jibara, East Sains Jose Antonio Campos



June 20, 1962, shot, Jovellanos, MA.Dill Rivera

June 20, 1976, shot, Santa Clara, LV: Minor.Alfonso Estanislao

June 20, 1963, shot, Camagüey Otto Machado Medina

June 21, 1959 in Manzanillo, Oriente Suarez Anacleto Morejon

June 21, 1972 in Jibara, Felix Arguelles East

June 21, 1972 in Jibara, East compatriot Ajil

June 21, 1972 in Jibara, East Calderon's compatriot

June 21, 1972 in Jibara, East compatriot War

June 21, 1972 in Jibara, East Genaro Leon Jr.

June 21, 1972 in Jibara East, Mr. Genaro Leon

June 21, 1972 in Jibara, Juan Leon Rodriguez East

June 21, 1972 in Jibara, East John May

June 21, 1972 in Jibara, May Lile East Salinas

June 21, 1972 in Jibara, May Radamez East Salinas

June 21, 1972 in Jibara, May Gerardo Salinas East

June 21, 1972 in Jibara, Mr. Pedro Toledo East

June 21, 1972 in Jibara, East Toledo Carlos Betancourt

June 21, 1972 in Jibara, East Toledo Carlos Betancourt Jr.

June 21, 1968 in Havana Andres Arguelles

June 21, 1962 in San Juan, Jose White Simon East

June 21, 1977 at the cabin Ramon Cruz

June 21, 1973 in Santiago Jose State Security Sardi

June 21, 1962, Murdered, Gibara, OR.John May Salina

June 21, 1962, shot, Gibara, OR.May Radames Sardiñas

June 21, 1962, shot, Gibara, OR.Felix Arguelles

June 21, 1962, shot, Havana Andrés Argüelles

June 21, 1962, shooting, Candelaria, Genaro East (Father) Leon

June 21, 1962, killed in battle, Gibara, OR.Pedro Antonio Toledo

June 22, 1959 in Santa Clara, Las Villas Omar Miraval

June 22, 1961 in Matanzas Bolufer Sergio Blanco

June 22, 1962 in the G2 Perico Estrella Gutierrez

June 22, 1962 at the cabin Julio Emilio Carretero Escajadillo

June 22, 1962 in Santiago de Cuba, Oriente Balmacera Lauriano Rodriguez

June 22, 1964 at the cabin Irenio Borges

June 22, 1964 at the cabin Mario Borges

June 22, 1964 in Montier Cecena Cuckoo Cottage

June 22, 1964 in Raul Morel cabin Viciego

June 22, 1964 at the cabin Manuel Mons Salaguardia

June 22, 1964 at the cabin Pedraja Benito Rodriguez

June 22, 1965 in San Seberino, Matanzas Herman Perez Santana

June 22, 1969 at the cabin Artemio Lara

June 22, 1973 in Pinar del Rio Hernandez Jose Rodriguez

June 22, 1964, shooting, Morell Raul Viciego Cabaña

June 22, 1962, shot, Laureano Rodriguez Santiago de Cuba Valmaseda

June 22, 1969, Murdered, Artemio Lara La Cabaña

June 22, 1964, shooting, Valentin Hernandez Cabaña

June 22, 1964, shooting, Manuel Mounzer Guard Shack

June 22, 1964, shooting, Borges Irenio González Cabaña



June 22, 1964, shooting, Maro Cabin Borges

June 22, 1961, shot, Matanzas Sergio Blanco F.

June 22, 1964, shooting, Julio Emilio Carretero E. Cabana

June 22, 1964, shooting, Francisco Cedeno Montelier Cabaña

June 22, 1964, shooting, Shack (Male) Jimenez

June 23, 1962 in Santa Clara, Las Villas Welcome Abreu

June 23, 1963 in Prince Jaime Fernandez Montes

June 23, 1963 at the cabin Adolfo Garcia

June 23, 1973 in Santa Clara, Las Villas Enrique Garcia Cuevas

June 23, 1963 in Camaguey Sixto Rodriguez Linares

June 23, 1962, Died in battle: LV.Welcome Abreu

June 24, 1965 at Cinco y Medio, Pinar del Rio Cinecio Peraza

June 24, 1983 in East Combined Felipe Rodriguez

June 26, 1959 at the Headquarters Rios Rivera, Pinar del Rio Herrera Ledesma Eliodoro

June 26, 1971 at the cabin Roberto Cruz

June 26, 1963 at the cabin Lima Raul Concepcion

June 26, 1973 in Belen cabin Orta

June 26, 1975 in State Security Nostare Gerardo

June 26, 1959, shot, Pinar del Rio Herrera Ledesma Heliodoro

June 26, 1964, shot, Cienfuegos, LV.Luis Camacho

June 27, 1959 in Manzanillo, Oriente Luis Arsuaga Cristino

June 27, 1971 at the cabin Jorge Calviño

June 27, 1963 in Jaruco, Havana Ron Diaz Padron

June 27, 1962 in Pedro Betancourt, Matanzas Castillo Sergio Hernandez

June 27, 1973 in Camaguey Roberto Fragela

June 27, 1966 in Holguin, Oriente Lavani Eulalio

June 27, 1985 in Combinado del Este, Havana Julio Rodriguez

June 27, 1959, shot, Manzanillo, OR.Luis Cristino Arzuaga

June 27, 1961, shooting, Jorge Calviño Cabaña

June 27, 1983, shot, San Miguel del Padron Luis Martínez Rivero

June 28, 1959 at the cabin Sosa Renato Delgado

June 28, 1961 at the cabin Roberto Aqin

June 28, 1965 in Escambray Monteagudo Cepeda Bentura

June 28, 1967 at the cabin Luis Nuñez Otaño

June 28, 1974 disappeared at sea Raul Mendoza

June 28, 1981 lost at sea Antonio Toromo

June 28, 1968, shooting, Jesus Cabrera Cabaña

June 28, 1961, Murdered, Roberto La Cabaña Aguin

June 28, 1919, Murdered, Escambay, Las Villas Monteagudo Cepero

June 29, 1959 in Santiago de Cuba Jose Simon White

June 29, 1961 in Havana Estuquiña Lazaro Garcia

June 29, 1962 in Moron, Camaguey Adalberto Jimenez Cifuentes

June 29, 1962 in Santa Clara, Las Villas Ismael Medina

June 29, 1963 in Santa Clara, Las Villas Romero Innocent

June 29, 1964 at the Central Reform, Las Villas Luis Diaz Lopez

June 29, 1964 at the cabin Gonzalez Marcelo Gonzalez

June 29, 1965 in Agramonte, Camaguey Ismael Perez Galindo

June 29, 1965 in Colon, Matanzas Castillo Caballero Ventura



June 29, 1965 in Colon, Matanzas Armando Castro Milian
June 29, 1965 in Jaguey Grande, Matanzas Ismael Gonzalez Ruiz

June 29, 1965 on the Arabs, Matanzas Rigoberto German War
June 29, 1975 in San Jose de los Ramos Rodolfo Garcia Rodriguez
June 29, 1976 in Santa Clara, Las Villas Orlando Bolanos
June 29, 1976 in Santa Clara, Las Villas Casildo Camacho
June 29, 1976 in Santa Clara, Las Villas Casimiro Camacho
June 29, 1976 in Santa Clara, Las Villas Pedro Chavez
June 29, 1976 in Santa Clara, Las Villas Way Heriberto
June 29, 1976, shot, Santa Clara Heriberto Trimiño
June 29, 1965, shot, Agramonte, MA.Israel Galindo Perez
June 29, 1976, shot, Santa Clara Pedro Bermudez
June 29, 1969, shot, Colon, MA.Caballero Castillo Ventura
June 29, 1965, shot, Colon, MA.Armando Castro Milian
June 29, 1976, shot, Santa Clara, LV, Casimiro Camacho Minor
June 29, 1983, shot, Banes, OR.Diego Lorenzo Periche Roche
June 29, 1963, shooting, County, Las Villas Romero Innocent
June 30, 1964, shooting, County, Las Villas Eduardo Molina
June 30, 1961, Murdered, Lomas de Cubitas, CA.Rafael Alonso
June 30, 1960, Murdered, Lomas de Cubitas Camagüey Pedro Cardoso
June 30, 1962, shot, Santiago de Cuba Julio José Simon White


July 1959, shooting, Zayas Damaso Cabana
July 1963, shot, Santa Clara Luis (vein) Yanes
July 1961, Murdered, Havana Agustin Vazquez Rodriguez
July 1959, shot, Marcelino Valdés La Cabaña
July 1962, killed in battle, La Botella, Las Villas Pablo Triana
July 1965, shot, Santa Clara Hernández Blas Tardio
July 1961, shot, Matanzas, MA.Eulogio Tabaquero
July 1989, shooting, Hope, LV.Carlos Miguel Suárez García
July 1962, shot, Sagua la Grande Eduardo Santos
July 1962, shot, Santo Domingo, LV.Serafin Ruiz
July 1990, Missing at sea Rodolfo Ruiz
July 1964, killed in battle, Las Villas Francisco Rosa Alegre
July 1971, shooting, Jose Rodriguez Mosquera Cabaña
July 1971, Murdered, Agüica Matanzas Pedro Navarro
July 1960, shooting, Roberto Mejias Cabaña
July 1962, shot, Julio Medina Diaz Jaruco
July 1963, shot, Manacas, Las Villas, LV.Carlos Machado
July 1987, died in prison, combined East Ramon Ortega Luaces
July 1964, killed in battle, La Mota, Las Villas Francisco La Rosa
July 1962, shot, Camagüey Erineo Hernández
July 1963, shot, Manacas, Las Villas Pedro Garcia
July, 1959, Murdered, Mariano Jose Manuel Cabrera Oliva
July 1963, shot, Matanzas Alarcón Miranda
July 1990, Murdered, G2 Guantanamo Bay, OR.Erick Bosa
July 1971, shooting, Jose Luis Caraballo Pacheco Cabaña



July, 1987, shot *, Sancti Spiritus, LV.Ramon Carmenate

July 1962, shot, Camajuaní, LV.Reinaldo Castellanos

July 1987, died in prison, Kilo 7, Camagüey Ubaldo Hernandez Consuegra

July 1, 1959, shooting, Jose Luis Alfaro Sierra Cabin

July 1, 1959, shooting, Mariano Alfonso Riquelme Cabaña

July 1, 1965, shooting, Alvariño Welcome Cabin

July 2, 1959, shooting, Cabin Azcarrate Francisco Becquer

July 3, 1959 in Santiago de Cuba Alberto Garcia Valdez

July 3, 1959 in Santiago de Cuba Eusebio Hernandez Fernandez

July 3, 1959 in Santiago de Cuba Edelmiro Menendez

July 3, 1959 in Santiago de Cuba Sabino R.Gandia Milian

July 3, 1959 in Santiago de Cuba Pablo Ramirez

July 3, 1959 in Santiago de Cuba Ramon M.Alvarez Ramos

July 3, 1959 in Santiago de Cuba Serafin Rodriguez

July 3, 1959 in Santiago de Cuba Valdez Pedro Morejon

July 3, 1961 in Cubita, Rafael Alonzo Camaguey

July 3, 1961, diced Camaguey Pedro Cardoso

July 3, 1961, diced Camaguey Francisco Falcon

July 3, 1961 in Manacas, Las Villas Delgado Diesel

July 3, 1962 County, Las Villas Garzon Redecales Avalos

July 3, 1967 in the cabin Eduardo Molina

July 3, 1969 in Havana, Luis Angel Castillo

July 3, 1989 in East Combined Armando Martinez Calderin

July 3, 1966, Killed in Prison, Isla de Pinos Julio Tang Texier

July 4, 1965, shot, Aguada Passenger, LV.Sunday Capote Landin

July 5, 1966, shot, Artemis, PR.Antonio Llera Calderín

July 5, 1962, shooting, Roberto Hernández Hernández Cabaña

July 5, 1976, killed in battle, Las Villas Alcala Ramon Bravo

July 6, 1962, shooting, Bell, Las Villas Placencia Jesus Mollinedo

July 6, 1959, shot, Santiago de Cuba Luis Mariano Randich

July 6, 1980, Murdered, Rio Canimar, Sergio Aguila Yanes Matanzas

July 6, 1962, Killed, Pinar del Rio Armenteros Felipa Benitez

July 7, 1960 in Santa Clara, Las Villas Felix Ramos

July 7, 1961 in the G2 Cotorro Jesus Marin

July 7, 1961 in Guanajay, Pinar del Rio Bebe Perez Lopez

July 7, 1961 in Guanajay, Pinar del Rio Lydia Perez Lopez

July 7, 1963 in Santa Clara, Las Villas Castillo Ventura

July 7, 1973 in Prince Luis Nuñez

July 7, 1973 at the cabin Oscar Teitur

July 7, 1979 in Havana Barter Gonzalo Gonzalez

July 7, 1992 in Santa Clara, Las Villas Martinez Orelvis Limonta

July 7, 1979, died in prison, Melena del Sur Barnet Gonzalo Gonzalez

July 7, 1965, killed in battle, Juan Alberto Martinez Andrade Camagüey

July 8, 1960 in Santa Maria del Rosario Rodriguez Lieutenant Francisco

July 8, 1961 in the cabin Pedro Castellon

July 8, 1962 in the college guides Ramon Llanes Baldor

July 8, 1963 County, Las Villas Jose Ruiz

July 8, 1963 in Santa Clara, Las Villas Carlos Machado



July 8, 1963 in Santiago de Cuba John B.Kelton

July 8, 1963 in Trinidad Cadet Jose Modesto Vasquez

July 8, 1963 in Trinidad Rosendo Valdez Cordoba

July 8, 1963 in Trinidad Lazaro Winemakers

July 8, 1963 in Trinidad Carlos Montenegro Davel

July 8, 1963 in Trinidad Gregorio Perez

July 8, 1963 in Trinidad Real Raul Hernandez

July 8, 1963 in Trinidad Jorge Saldine

July 8, 1963 in Trinidad Rupert Ulacia

July 8, 1965 in Encrusijada, Las Villas Roberto Palomino

July 8, 1965 in the cabin Bernardo Segura

July 8, 1963, shot, Santiago de Cuba Caramel Lewis

July 9, 1969 in Mariel, Pinar del Rio Ignacio Turned

July 9, 1971 at the cabin Jose Luis Caraballo Pacheco

July 9, 1973 in State Security Armando Garcia

July 9, 1962, shot Antonio German

July 10, 1962, shooting, Medina Eugenio Diaz Cabaña

July 10, 1962, shooting, Roberto Hernandez Cabaña

July 10, 1989, Murdered, Havana Cuellar Julian Cela

July 11, 1963, shot, Aguada Passenger, LV. Juan Méndez González

July 11, 1963, shot, Manacas, Las Villas Adalberto Mendez Esquijarrosa

July 11, 1959, shooting, Antonio Valdes Havana Mena

July 12, 1961, shot, Pinar del Río Vicente Bello

## "The slaughter of the tugboat 13 de Marzo"
## July 13, 1994 - HAVANA - CUBA
## Killed by state security police - Partial list:

Giselle Alvarez Borges Age 4

Cindy Rodriguez Fernandez Age 2

Age 11 Perodin Yaser Almanza

Rivero Rodriguez Yolindys Age 2

Angel Ruiz Abreu Age 3

Jose C.Anaya Nicol Age 3

Juan Mario Gutierrez Garcia Age 10

Eliecer Suarez Garcia Age 11

Joel Suarez Garcia Age 24

Fernando Rivero Myladys Age 27

Caridad Leyva Tacoronte Age 4

Eduardo Suarez Ezquivel Age 35

Helen Martinez Enriquez Age 6 months

Omar Rodriguez Suarez Age 30

Manuel Gayol Age 58

Lazaro Borges Prieto Age 34

Reynaldo Marrero Age 48

Odalys Garcia Munoz Age 21

Mendez Mayulis Tacoronte Age 17

Leonardo Notario Góngora Age 27

Marta Vega Tacoma Age 33



Perez Yousel Tacoronte Age 11
Pilar Almanza Romero Age 30

Yuliana Enriquez Carrazana Age 23
Carrasco Anaya Yaltamira Age 22
Marta Carrasco Anaya Age 45
Mario Gutierrez Age 35
Fidelio Ramel Age 50
Ernesto Alfonso Loureiro Age 25
Augusto Guerra Martinez Age 45
Amando Gonzalez Ruiz Age 50
Lissette Alvarez Guerra Age 24
Age 35 Julia Ruiz Blanco
Jorge Flores Lebrigio Age 28
Estrella Suarez Esquivel Age 45
Puig Mayor Rosa?
José Gregorio Balmaceda Castillo?
Guillermo Cruz Martínez?
Jorge Flores Lebrigio?
Manuel Sanchez Cayol?
Zanabria Midalis Cabrera?

July 13, 1989, shooting, Arnaldo Ochoa Sanchez Havana
July 13, 1963, shooting, Ceiba, Las Villas Eladio Diaz Romay
July 13, 1989, shooting, Antonio de la Guardia Havana
July 13, 1963, shot, Buenavista, Las Villas Iznaga Jose Beltran
July 13, 1963, shooting, Ceiba, Sancti Spiritus Angry Cristobal Perez
July 13, 1962, shot, Sancti Spiritus, LV.Raul Arda
July 13, 1963, shooting, Ceiba, Sancti Spiritus, LV.López Alvarez Lister
July 13, 1962, shooting, Ceiba, Las Villas Jose Beltran Hernandez
July 13, 1963, shot, Manacas, Las Villas Perdomo Pablo Beltran
July 13, 1963, shooting, Ceiba, Las Villas Zenén Bencourt Rodriguez
July 13, 1963, killed in battle, Matanzas BernardoCaballero P.
July 13, 1963, shooting, Ceiba, Las Villas Francisco Martínez Zuñiga
July 14, 1970, shot, Camagüey Carlos Torres
July 15, 1959 in Mariel, Pinar del Rio Lucilo Benitez Alpizar
July 15, 1961 in Havana Berto G2 Esquijarosa Mendez
July 15, 1965 at the cabin Nerei Jose Vasquez
July 15, 1967 at the cabin Javier Gonzalez
July 15, 1973 at the cabin Enrique Blanco
July 15, 1989 in Santiago de las Vegas, Havana, Juan Garcia Gomez
July 15, 1959, shot, Matanzas Alpizar Luciano Benitez
July 15, 1973, Murdered, Enrique Blanco La Cabaña
July 15, 1965, shooting, Jose Vazquez Nerey Cabaña
July 16, 1960, shot, Punta Brava, LH.Antonio Vazquez Stops
July 17, 1961, shot, Santiago de Cuba Sunday Socarras
July 18, 1962, shooting, County, Las Villas (Pucho) Castellanos
July 18, 1963, shot, Roberto Hernandez Trujillo Bolondrón
July 19, 1962, shot, County Las Villas, LV.Elio Balmaceda



July 19, 1970, shooting, Cabin Efren Sanchez Salas

July 20, 1965, shot, Leon Eulogio Ramiro Cardenas

July 21, 1991, death by suffocation, Airport, Madrid, Spain, 20 years old, Escaping Line Iberia plane, landing gear Cardenas Jose Manuel Acevedo

July 21, 1991, death by suffocation, Airport, Madrid, Spain, 19 years old, Escape from Cuba by air line Iberia Landing Alexis Hernández Chacón

July 21, 1962, shooting, Candelaria, East Genaro Leon

July 21, 1959, shot, Manzanillo, OR.Ernesto Argote Duany

July 21, 1963, shot, Santa Clara, LV.Alejandro Barcena

July 21, 1963, shot, Manacas, Las Villas Brunet Carlos Alvarez

July 21, 1963, shot, Santa Clara Brunet Walterio

July 22, 1961, shot, Santa Clara Lorenzo Rodriguez Montelier

July 22, 1965, shooting, Caney, OR.Rolando Paredes Aguero

July 22, 1959, shooting, Insua Jesus González Cabaña

July 23, 1959, shooting, Enrique Izquierdo Cabin Portuondo

July 23, 1977, shooting, Cabana, Carlos Rivero Collazo

July 24.1962, shot, Bolondrón, MA.Delio Martinez Almeida

July 24, 1962, shot, Matanzas, MA Almeida Elio

July 24, 1973, died in prison, Santa Clara García Enrique Cuevas

July 25, 1959, shooting, Pedro Alfaro Cabaña

July 25, 1959, shooting, Ramon Bicet Cabaña

July 25, 1963, shot, sweet potatoes, Santiago de Cuba, OR.Victorio Carrero

July 26, 1961, Murdered, San Antonio de Cabezas Dr. Damaso Hernandez Valdez

July 27, 1963, killed in battle, Jaronu, CA.Jorge Rodríguez León

July 27, 1962, shooting, Epifanio Ramoya Cabaña

July 28, 1989, Murdered, Concepción Martínez Jorge Mariano

July 29, 1975, shooting, Cabin Pulido Francisco Marrero

July 30, 1963, shooting, Bell, Las Villas Pedro Ruíz

July 31, 1980, Murdered, Mariel, PR.Batista Silvio Rojas

August 1963, shot, San Severino, Matanzas Carlos (The Gunsmith) Yong Pan

August 1964, shot, Santa Clara, LV Ureta (Tito)

August 1962, shot, Mario Valdes Campanioni Camagüey

August 1962, shot, Santa Clara, LV.Pino Rod

August 1962, shooting, Ernesto Vargas Cabaña

August 1959, shot, Pinar del Río Vázquez Daniel Montenegro

August 1961, shooting, Mario Cabana Taulet

August 1963, shot, Manacas, Las Villas (El Flaco) Toledo

August 1959, shot, Sosa Sergio Hernández's Cabin

August 1959, shot, Pinar del Rio Armando Suárez Luque

August 1961, shooting, Datil, Las Villas Late Lupe Hernandez

August 1962, Murdered, Bolondrón Joaquín Hernández Santiago

August 1959, shot, Quemado de Guines Juan Gualberto Sanchez

August 1960, shot, Francisco Rodríguez Fuentes La Cabaña

August 1965, Murdered, Baracoa, OR Arturo José Rangel

August 1964, Murdered, Cienfuegos, LV Martin Muñoz

August 1963, shot, Martí, MA.Juan Manuel Milian

August 1978, Murdered, Guanajay, PR.Michael Leandro

August 1961, killed in battle, Las Villas, LV.Bernardo Leon Jimenez



August 1963, shot, Bolondrón, MA.Jose Gomez

Agosto 1964, Fusilado, Santa Clara, LV Raúl Díaz Naranjo

Agosto 1963, Muerto en combate, Las Villas Luis Dennis

Agosto 1962, Fusilado, Santa Clara, LV. Juan Cueto Sanchez

Agosto 1962, Fusilado, La Habana, LH. Filiberto Coto Gómez

Agosto 1960, Fusilado, Trinidad, LV. Aquilino Cerguera Conesa

Agosto 1991, desaparecido en el mar Gabriel Carmona Pérez

Agosto 1965, desaparecido en el mar Heliodoro Castillo Lemus

Agosto 1959, Fusilado, Matanzas, MA. José Luis Castillo Fornaris

Agosto 1975, Fusilado, La Habana, LH. Ramón Castillo

Agosto 1962, Fusilado, La Cabaña, La Habana, LH. Luis Castillo

Agosto 1961, Fusilado, La Campana, Las Villas, LV. Julian Cañizares

Agosto 1964, Fusilado, La Cabaña, La Habana, LH. Nestro Cedeño

Agosto 1961, Muerto en combate, Las Villas, LV. M. Urbano Calzadilla

Agosto 1963, Muerto en combate,LV Manuel Borges Rodríguez

Agosto 1963, Fusilado, Pedro Betancourt, MA Jesús Bringas

Agosto 1962, Fusilado, Santa Clara, LV. Oscar Broché

Agosto 1963, Fusilado, Jovellanos, MA Juan José Boitel

Agosto 1961, Fusilado, Matanzas, LV. Edelmiro Betancourt

Agosto 1961, Asesinado,Colón, MA Jesus Barrios Rodríguez

Agosto 1977,Asesinado, G2,Santa Clara, LV. Jose Barrios

Agosto 1962, Fusilado, Oriente, OR Paulino Bacallao Ruiz

Agosto 1962, Fusilado, La Habana Sergio Alfonso

Agosto 1962, Fusilado, La Habana Celio Alfonso

Agosto 1, 1962 Fusilado, Matanzas Aurelio Albuerne Villanueva

Agosto 1, 1991 Ahogado en el mar Humberto Ur Echevarria

Agosto 2, 1970 Fusilado, Santiago de Cuba Luis Aurelio Nazario

Agosto 2, 1962, fusilado, Camagüey Hemerio Hernández

Agosto 3, 1959 en Pinar del Rio Alvaro Moranda Puenza

Agosto 3, 1959 en Pinar del Rio Luis Vigoa

Agosto 3, 1962 en G2 de La Habana Delia Navarro

Agosto 3, 1963 en Trinidad, Las Villas Aldo Prieto

Agosto 3, 1963 en el G2 de Pinar del Rio Maria Isabel Torrado

Agosto 3, 1964 en Santiago de Cuba Raudel Arciaclara

Agosto 3, 1964 en Santiago de Cuba Augusto Casola Bernal

Agosto 3, 1964 desaparecido en el mar Ruben Curbelo

Agosto 3, 1964 en Camaguey Esterbino Gutierrez

Agosto 3, 1973 en Boniato, Oriente Lazaro Morejon

Agosto 3, 1981 en La Habana Edmundo Serat

Agosto 3, 1986 en la direccion de seguridad Domingo Gonzalez Mondoy

Agosto 3, 1973, Fusilado, Trinidad, LV. Juan Lima Soltero

Agosto 4, 1959 en Pinar del Rio Leonardo Chamiso

Agosto 4, 1962 Guira de Melena Epifanio Guerra

Agosto 4, 1962 en Santa Clara Roberto Issac Mendieta

Agosto 4, 1965 en la cabaña El compatriota Morejon

Agosto 4, 1975 en la cabaña Leandro Razo Montalvo

Agosto 4, 1991 desaparece en el mar Gabriel Carmona Perez

Agosto 4, 1991 desaparece en el mar El compatriota Doctor Carranza



Agosto 4, 1991 desaparece en el mar Roberto Perez

Agosto 4, 1962, Muerto en combate, Las Villas, LV. Angel Cobiella

Agosto 5, 1959 en Pinar del Rio Angel Escobar Matos

Agosto 5, 1959 Santiago de Cuba Andres Lopez Chamiso

Agosto 5, 1960 en Marianao Geordano Delgado Conte

Agosto 5, 1963 en la cabaña Eleuterio Garcia Alonzo

Agosto 5, 1964 en Rodas, Las Villas Matias Muñoz

Agosto 5, 1967 Guantanamo Rene Cuza

Agosto 5, 1982 Quiro 7, Camaguey Francisco Sedeño Montedia

Agosto 5, 1961, Fusilado, Manacas, LV. Oriol Acosta

Agosto 5, 1961, Asesinado, Candelaria, PR. Antonio Amador Rodriguez

Agosto 6, 1959 en la cabaña Coronel Bonifacio Asa Graso

Agosto 6, 1959 Pinar del Rio Emiliano Miranda

Agosto 6, 1959 Pinar del Rio Orlando Vigoa Garcia

Agosto 6, 1961 en Candelaria, Pinar del Rio Antonio Amador Rodriguez

Agosto 6, 1962 en G2 de La Habana Francisco Pico

Agosto 6, 1978 Boniato, Oriente Luis Viña Valdez

Agosto 6, 1980 Villa Maria Celso Olivera Blanco

Agosto 7, 1959 en Pinar del Rio Manuel Betancourt

Agosto 7, 1961 Pinar del Rio Luis Batiste

Agosto 7, 1959 Santa Clara Juan Cueto Sanchez

Agosto 7, 1963 en la cabaña Israel Garcia

Agosto 7, 1964 en Colon, Matanza Jose Campos Rivero

Agosto 7, 1974 Moron, Camaguey Diosdado Camejo Reyes

Agosto 7, 1961, Asesinado en Prisión. Gustavo Sabino Artiles

Agosto 8, 1959 Pinar del Rio Justo Luis Blanco

Agosto 8, 1960 Guiamaro, Camaguey Dagoberto Martinez

Agosto 8, 1961 Pinar del Rio Rey Diaz

Agosto 8, 1962 en Camaguey Erenio Hernandez Pupu

Agosto 8, 1962 en Camaguey Mario Valdez Campanioni

Agosto 8, 1962 Santa Clara, Las Villas Coronel Custodio Bisel Col

Agosto 8, 1963 Boniato, Oriente Jose Antonio Castillo

Agosto 8, 1963 Boniato, Oriente Luis Hechevarria

Agosto 8, 1963 Boniato, Oriente Gaspar Quiroga

Agosto 8, 1963 Boniato, Oriente El compatriota Shelton

Agosto 8, 1970 Manacas Jose Oreola Acosta

Agosto 8, 1970 Manacas Jose Oreola Acosta Jr.

Agosto 8, 1980 en La Habana Bernardo Carmona

Agosto 8, 1963 en la cabaña Jose Ricardo LLanio

Agosto 8, 1961, Fusilado, Pinar del Río Luis Batista

Agosto 9, 1959 Pinar del Rio Mario Milian

Agosto 9, 1959 Santa Clara, Las Villas Avelino Perez

Agosto 9, 1962 Guanajay, Pinar del Rio Porlo Comopira

Agosto 9, 1962 Guanajay, Pinar del Rio Jose Parapar

Agosto 9, 1963 en Santa Clara Ramon Machado

Agosto 9, 1964 Isla de Pino Ernesto Diaz Madruga

Agosto 9, 1965 Santa Clara Lalo Morras

Agosto 9, 1966 Isla de Pinos Jose L. Ona



Agosto 9, 1900 Isla de Pinos José L. Oña

Agosto 9, 1967 en el principe, huelga de hambre Luis Alvarez Rios

Agosto 9, 1967 en el principe Luis Alvarez Ruiz

Agosto 9, 1967 en Sagua La Grande Jesus Cuellar

Agosto 9, 1987 en la direccion de seguridad de La Habana Arturo Suarez

Agosto 9, 1964, Asesinado en Prisión, Isla de Pinos Claro Ernesto Díaz Madruga

Agosto 10, 1975, Muere en el Castillo del Principe Luis Nuñez

Agosto 10, 1970, Fusilado, La Habana Luis Abad

Agosto 10, 1965, Fusilado, Holguín, OR. Napoles Avila

Agosto 11, 1959 Pinar del Rio Rafael Pedraza

Agosto 11, 1962 Luis Castillo

Agosto 11, 1965 en la cabaña El Capitan Antonio Chacon Flores

Agosto 11, 1965 en la cabaña Antonio Chao Flores

Agosto 11, 1965 en la cabaña Emilio Gonzalez

Agosto 11, 1965 en la cabaña Roberto Fernandez Cobo

Agosto 11, 1965 en la cabaña Sabino Sopena Inojosa

Agosto 11, 1967 en Arquiza Carlos Manuel Cruz

Agosto 11, 1982 en el G2 de La Habana Frederick Carter

Agosto 11, 1967, Asesinado, Alquizar, LH. Manuel Cruz Carlos

Agosto 12, 1959 Jaguey Grande, Matanzas Justo Diaz

Agosto 12, 1963 en el G2 de La Habana Saturnino Gallardo

Agosto 12, 1963 en el G2 de La Habana Marcelo Valle Altuve

Agosto 12, 1963 en Matanzas Carlos John Pan

Agosto 12, 1966 en el G2 de Bolleros Angel Maria Betancourt

Agosto 12, 1969 asesinado en el mar Carmelo Morales

Agosto 12, 1978 en la cabaña Alberto James

Agosto 13, 1959 Los Palacios, Pinar del Rio Bartolo Doredo

Agosto 13, 1959 Los Palacios, Pinar del Rio Bartolo Perez Loredo

Agosto 13, 1963 Manacas, Las Villas El compatriota de apellido Franco

Agosto 13, 1963 Manacas, Las Villas Ramon Garcia

Agosto 13, 1963 Manacas, Las Villas Antonio Gonzalez

Agosto 13, 1963 Manacas, Las Villas Blas Marin Navarro

Agosto 13, 1963 Manacas, Las Villas Roberto Montalvo Cabrera

Agosto 13, 1963 Manacas, Las Villas Amado Padron Trujillo

Agosto 13, 1963 Manacas, Las Villas Ramon Perez

Agosto 13, 1963 Manacas, Las Villas Aquilino Zerquera Canosa

Agosto 13, 1967 en el Manguito Manolo Santana

Agosto 13, 1963 en Santa Clara Macario Quintana

Agosto 13, 1963, Fusilado, Manacas, Las Villas Ignacio Zuñiga

Agosto 13, 1963, Fusilado, Manacas, Las Villas Ruperto Ulacia Montiel

Agosto 13, 1963, Fusilado, Ceiba, Las Villas Blas Enrique Rueda Muñoz

Agosto 13, 1963, Fusilado, Manacas, Las Villas Carlos Curbelo del Sol

Agosto 13, 1963, Fusilado, Manacas, Las Villas Alejandro Lima

Agosto 13, 1959, Muerto en combate, Trinidad Ramon Betancourt Osorio

Agosto 13, 1963, Fusilado, Manacas, Las Villas Carlos Brunet

Agosto 13, 1963, Fusilado, Manacas, Las Villas Zenen Betancourt

Agosto 13, 1963, Fusilado, Manacas, Las Villas Lister Alvarez

Agosto 13, 1963, Fusilado, Manacas, Las Villas Pablo Beltran Mendoza

Agosto 13, 1963 Santa Clara, Las Villas Quintero Rivas



Agosto 14, 1959 Santa Clara, Las Villas Quintero Rivas

Agosto 14, 1961 Santa Clara, Las Villas Cifredo Molina

Agosto 14, 1963 en Isla de Pino Maximiliano Velasquez

Agosto 14, 1963 en la cabaña Daniel Cardo Reyes

Agosto 14, 1965 en La Salud Felipe Bocanegra

Agosto 14, 1966 en la cabaña Pedro Raul Chacon Orellana

Agosto 14, 1967 en la cabaña Guisardo Necolardes

Agosto 14, 1966 Isla de Pinos Jose L. Ona

Agosto 15, 1959 Pinar del Rio Segundo Perez Rodriguez

Agosto 15, 1960 Santiago de Cuba Raul Lopez Fajardo

Agosto 15, 1964 Boniato, Oriente Raul Diaz Naranjo

Agosto 15, 1965 en el Escambray Fidel Hernandez Perez

Agosto 15, 1966 en Villa Marista Juan Hernandez

Agosto 15, 1968 en el principe Francisco Balvuena Calsadilla

Agosto 15, 1983 en la cabaña Alberto John Olivera

Agosto 16, 1959 en la cabaña Manuel Faneque

Agosto 16, 1959 en Matanzas El Capitan Jose Luis Castillo Fornal

Agosto 16, 1961 en la cabaña Miguel Villa Leonardo

Agosto 16, 1961 Santa Clara, Las Villas Gaudencio Camacho

Agosto 16, 1968 en el G2 de Cardenas Blacaman Alvarez

Agosto 16, 1981 en Camaguey Alberto Rumbau

Agosto 16, 1987 fusilado en Bejucal Roberto Arrieta

Agosto 16, 1987 en Santa Cruz del Norte Hiran Sanchez Hernandez

Agosto 16, 1963, Fusilado, La Cabaña, La Habana Leonardo Miguel Villa

Agosto 17, 1959 en Antilla, Oriente Rosendo Ramirez Peregrin

Agosto 17, 1959 en Antilla, Oriente Eudaldo Cerrera Almendares

Agosto 17, 1962 en Antilla, Oriente Aquiles Garcia Vel

Agosto 17, 1959 en Matanzas Antonio Cevalla

Agosto 17, 1961 en Limonar, Matanzas Hector Figueredo

Agosto 17, 1961 en Limonar, Matanzas Jorge Fundora

Agosto 17, 1962 en Camaguey Carlos Gonzalez Mantilla

Agosto 17, 1962 en Camaguey Soilo Miqueo

Agosto 17, 1962 en Camaguey Carlos Andres Pupo

Agosto 17, 1962 en Camaguey Osmendo Rodriguez Acevedo

Agosto 17, 1962 en Camaguey Augusto Sanchez

Agosto 17, 1962 en Camaguey Alfredo F. Estrada Machado

Agosto 17, 1963 en Manacas, Las Villas Francisco Marrero Castillo

Agosto 17, 1963 en Santa Clara Rolando Mateu Paz

Agosto 17, 1965 desaparecido en el mar Eliodoro Castillo Lemus

Agosto 17, 1965 en Matanzas Rev. Reynaldo Duarte Valdez

Agosto 17, 1965 en la playa de Baracoa Rev. Arturo Rangel

Agosto 17, 1965 en Villa Marista Arturo Bernardo Rangel Sosa

Agosto 17, 1962 en la cabaña Francisco Aguirre Vidaurreta

Agosto 17, 1979 en el combinado del este Vicente Alonso Cruz

Agosto 17, 1982 en el combinado del este Jose Maria Pardo Rivera

Agosto 17, 1984 en Santiago de las Vegas Lazaro Robaina

Agosto 17, 1984 en el combinado del este Orlando Valdez Pastor

Agosto 17, 1990 en Santa Clara, Las Villas Roman Gonzalez Nuñez

Agosto 17, 1960, Fusilado, Manzas, Las Villas, LV, Rolando Mateu Paz



Agosto 17, 1963, Fusilado, Manacas, Las Villas, LV. Rolando Mathieu Paz

Agosto 17, 1962, Fusilado, Manacas, Las Villas, LV. Manuel Marrero Castillo

Agosto 17, 1964, Muerto en combate, Oriente José Gaspar Martínez Quiroga

Agosto 18, 1959 en Matanzas Jorge Fernandez Diaz

Agosto 18, 1963 en Matanzas Joaquin Benitez

Agosto 18, 1964 en Cienfuegos, Las Villas Martin Muñoz

Agosto 18, 1964 en Cienfuegos, Las Villas Felix Rosales

Agosto 18, 1966 en la cabaña Raul Rodriguez Mzsel

Agosto 18, 1967 en la cabaña Rafael Fernandez Varela

Agosto 18, 1964, Muerte en Prisión, Morón Diosdado Camejo Reyes

Agosto 19, 1959 en Matanzas Carolino del Carmen

Agosto 19, 1959 en Matanzas Francisco Montero

Agosto 19, 1959 en Pinar del Rio Agustin Nero Rescan

Agosto 19, 1960 en Pinar del Rio Luis Lopez

Agosto 19, 1961 en el G2 de La Habana Guillermo Aesa

Agosto 19, 1963 en la cabaña Mario Martinez

Agosto 19, 1965 en Varadero Orlando Garcia Hernandez

Agosto 19, 1966 en la cabaña Efrain Ortega

Agosto 19, 1966 en Santiago de Cuba Ramon Ortega

Agosto 19, 1966 en Villa Marista Pedro Enrique Ortega

Agosto 19, 1966 en Varadero Fernando Ramos

Agosto 19, 1962, Fusilado, El Condado, Las Villas Fidel Suero Portal

Agosto 20, 1959 en la cabaña Sergio Sosa Hernandez

Agosto 20, 1960 en Pinar del Rio Lazaro Santos Abreu

Agosto 20, 1962 en Santa Clara, Las Villas Ramon Valmaceda

Agosto 20, 1962 en Santa Clara, Las Villas Evelio Regil Diaz

Agosto 20, 1962 en Santa Clara, Las Villas Jacinto Rivera Blanco

Agosto 20, 1962 en Santa Clara, Las Villas Pino Vara

Agosto 20, 1963 en el Escambry Pino Gonzalez Garcia

Agosto 20, 1963 en el Escambry Felipe Leon Ortega

Agosto 20, 1963 en la cabaña Cornelio Felix

Agosto 20, 1963 en Santa Clara Efrain Peña

Agosto 20, 1964 en Santa Clara Jose Luis Socarras

Agosto 20, 1964 en Santa Clara Tito Ureta

Agosto 20, 1988 en Pedro Betancourt Jose Muñoz

Agosto 20, 1960, Fusilado, Pinar del Río Lazaro Santos Abreu

Agosto 20, 1963, Muerto en combate, Las Villas Inocente Romero

Agosto 20, 1963, Muerto en combate, Las Villas Rogelio Reyes

Agosto 20, 1963, Muerto en combate, Las Villas Felipe Leon Ortega

Agosto 20, 1963, Muerto en combate, Las Villas Miner De la Torre

Agosto 21, 1959 en Matanzas Cecilio Fernandez Suero

Agosto 21, 1962 en la cabaña Amado Alvarez Bocanegra

Agosto 21, 1963 en Agramonte, Camaguey Osvaldo Rodriguez Suarez

Agosto 21, 1964 en la cabaña Braulio Roque

Agosto 21, 1965 en la cabaña Luis Diaz Hernandez

Agosto 21, 1968 en Melena Dos Jose Franco Mira

Agosto 21, 1968 en Sandino, Pinar del Rio Carlos Marrero

Agosto 21, 1984 en la cabaña Jorge Luis Monterey Garcia



Agosto 21, 1962, Fusilado, Cabanas, PR. Celio Alfonso

Agosto 21, 1962, Fusilado, La Habana Heriberto Almeida

Agosto 22, 1959 en Pinar del Rio Armando Suarez Luque

Agosto 22, 1961 en el G2 de La Habana Elio Rodriguez

Agosto 22, 1963 en la cabaña Carlos de la Fe Delgado

Agosto 22, 1964 en la cabaña Manuel Guillo Lara

Agosto 22, 1975 en Boniato, Oriente Ramon Castillo

Agosto 22, 1977 en combinado del este Rafael del Pino

Agosto 22, 1977 en Santa Clara Jose Barrios

Agosto 23, 1959 en Quemado de Guines Juan Gualberto Sanchez

Agosto 23, 1963 en el G2 de La Habana Alberto Mora

Agosto 23, 1977 en Santa Clara Domingo Cruz

Agosto 23, 1986 en Seguridad de La Habana Manolo Bello

Agosto 23, 1963, Muerto en combate, Las Villas Roberto Tartabul Chacón

Agosto 24, 1959 en Isla de Pinos Domingo Ortega

Agosto 24, 1959 en Matanzas Teniente Coronel Juan Salas Cañisares

Agosto 24, 1959 en Santa Clara Evelio Hernandez Rodriguez

Agosto 24, 1960 en la cabaña Jose Miranda

Agosto 24, 1978 Guanajay, Pinar del Rio Michael Leandro

Agosto 24, 1979 en el G2 de Matanzas Oto Garcia

Agosto 24, 1987 en Kilo 7, Camaguey Uvaldo Consuegra Hernandez

Agosto 25, 1959 en Marianao Vicente Sanchez Jimenez

Agosto 25, 1959 en Pinar del Rio Teniente Daniel Vasquez Montenegro

Agosto 25, 1960 en Santiago de Cuba Augusto Chavez

Agosto 25, 1962 en la cabaña Heriberto Almeida

Agosto 25, 1965 en Boniato, Oriente Fernando Hechevarria

Agosto 25, 1969 en Quivican, La Habana Audelio Garcia Lopez

Agosto 25, 1969 en Boniato, Oriente Armando Garcia Valdez

Agosto 26, 1959 en Pinar del Rio Jose Chon Marcos

Agosto 26, 1961 en Santa Clara Miguel Camacho

Agosto 26, 1962 en San Juan, Oriente Rafael Alvarez Roman

Agosto 27, 1961 en Baes, Las Villas Angel Perdomo

Agosto 27, 1964 en la cabaña Ismael Marquez

Agosto 27, 1964 en la cabaña Felix Perñalber

Agosto 27, 1964 en la cabaña Benito Piedra

Agosto 27, 1964 en la cabaña Gilberto Rodriguez

Agosto 27, 1964 en la cabaña Lourdes Valladares

Agosto 27, 1965 en la cabaña Alfredo Herrera Cabello

Agosto 28, 19xx en la cabaña Mario Taulet

Agosto 28, 1962 en Trinidad Enriquez Villa

Agosto 28, 1963 en Florida, Camaguey Julio Perez Gomez

Agosto 28, 1960 en el G2 de La Habana Rosendo Collazo Valdez

Agosto 28, 1963 en Matanzas Jose Gomez

Agosto 28, 1962, fusilado, Camagüey Arsemio Hernández

Agosto 29, 1964 en la cabaña Nestor Cedeños

Agosto 29, 1964 en la cabaña Armando Ernesto Madrugas

Agosto 29, 1964 en la cabaña Inez Malagon

Agosto 30, 1961 en el G2 de La Habana Emilio Gracia Queser



Agosto 30, 1962 en Bolondron, Matanzas Martin Blanco Martinez

Agosto 30, 1962 en Bolondron, Matanzas Jose A. Caballero Chavez

Agosto 30, 1962 en Bolondron, Matanzas Juan Luis Cruz Mederos

Agosto 30, 1962 en Bolondron, Matanzas Justo Hernandez Aleman

Agosto 30, 1962 en Bolondron, Matanzas Israel Hidalgo

Agosto 30, 1962 en Bolondron, Matanzas Lauriano R. Perez Izquierdo

Agosto 30, 1962 en Bolondron, Matanzas Jose Rodriguez Tarafa

Agosto 30, 1962 en Bolondron, Matanzas Joaquin Santiago Hernandez

Agosto 30, 1962 en la cabaña Manuel Guillot Castellano

Agosto 30, 1962 en Pinar del Rio Armando Arias

Agosto 30, 1982 en Santiago de Cuba Luis Sanchez

Agosto 30, 1963 en la cabaña Ernesto Sanchez

Agosto 30, 1964 en la cabaña Hector Antunes

Agosto 30, 1964 en la cabaña Lazaro Batista

Agosto 30, 1964 en la cabaña Armando Bernal Lubo

Agosto 30, 1984 en Guanajay Dora Victoria Reyes

Agosto 30, 1962, fusilado, Bolondrón Alemán Hernández

Agosto 31, 1959 en Palmira, Las Villas Eulogio Abreu Becerra

Agosto 31, 1959 en Santa Clara Jose Ramon Walter Mendia

Agosto 31, 1960 en Santiago de Cuba Pablo Delgado Allon

Agosto 31, 1960 en Santiago de Cuba Miguel Fornier

Agosto 31, 1960 en la cabaña Francisco Rodriguez Fuentes

Agosto 31, 1960 en la cabaña Ernesto Vargas

Agosto 31, 1961 en la cabaña Felix Hernandez Montes

Agosto 31, 1962 en El Pipero, Matanzas Filiberto Coto Gomez

Agosto 31, 1962 en Guinez Gilberto Cato

Agosto 31, 1962 en el G2 de La Habana Cosma Ramirez Garcia

Agosto 31, 1962 en la cabaña Jose Caballero

Agosto 31, 1962 en la cabaña Luis Cruz Rivera

Agosto 31, 1962 en Matanzas Jose Alvarez Quintana

Agosto 31, 1962 en Matanzas Ricardo Martinez

Agosto 31, 1963 en Matanzas Enriquez Garcia Palomino

Agosto 31, 1963 en Matanzas Tito Sardiña

Agosto 31, 1965 en Camaguey Cesario Medrano

Agosto 31, 1977 en G2 de La Habana El chino Gomez Domingo

Agosto 31, 1962, Asesinado, La Habana Cosme Ramírez García

Septiembre 1977, Fusilado, Manacas, Las Villas, LV. Alberto Zamora

Septiembre 1967, Fusilado, Taco Taco, Pinar del Río Aurelio Vázquez

Septiembre 1987, Muerte en Prisión, La Habana Raúl Valladares

Septiembre 1964, Fusilado, Manacas, Las Villas, LV. Enrique Vara,

Septiembre 1962, Fusilado, Corralillo, LV. Salvador Umorca

Septiembre 1964, Muerte en Prisión, Isla de Pinos, La Habana José Solarana

Septiembre 1961, Fusilado, La Cabaña, La Habana Armando Socorro,

Septiembre 1963, Muerto en combate, Las Villas Alvaro Santos

Septiembre 1962, Fusilado, La Ceiba, Las Villas Victoriano Santamaría Cuyer

Septiembre 1962, Fusilado, La Cabaña Pedro San Martín

Septiembre 1982, Fusilado, Kilo 7, Camagüey Heriberto Rubio Cedeño

Septiembre 1968, Muerte en Prisión, Pinar del Rio Eduardo Rodríguez Santos



Septiembre 1983, Asesinado, San Miguel del Padrón Martín Rivero

Septiembre 1990, Desaparecido en el mar, Caimanera, OR, Octavio Reyes Martínez

Septiembre 1990, Desaparecido, Caimanera, OR. Eduardo Ramos

Septiembre 1959, Fusilado, Santa Clara, LV. Pablo Rabelo

Septiembre 1964, Muerte en Prisión, Isla de Pinos Luis Nieves Cruz

Septiembre 1983, Asesinado, Agüica, Las Villas Wilson Naranjo

Septiembre 1989, Desaparecido en el mar Andrés Morales Fleita

Septiembre 1960, Muerto en combate, Yateras, OR. Ramón Mondelo Cisnero

Septiembre 1962, Fusilado, La Cabaña, La Habana Felix Martínez Alonso

Septiembre 1989, Ahogado en el mar Marcial Alarcón

Septiembre 1961, Muerte en Prisión, Isla de Pinos Antonio Manteira Caballero

Septiembre 1963, Fusilado, La Campana, Las Villas Eulalio Madrigal Hernández

Septiembre 1962, Asesinado, Jagüey Grande, MA. Reinaldo Lizarde

Septiembre 1963, Asesinado, Latibonico, CA. Armando León

Septiembre 1962, Fusilado, La Cabaña Lazo, Jesús

Septiembre 1978, Muerte en Prisión, Combinado del Este Alberto Lazo Pastrana

Septiembre 1976, Muerte en Prisión, Boniato, Santiago de Cuba José Hernández

Septiembre 1964, Fusilado, Boniato, Santiago de Cuba Natalio Hernández

Septiembre 1961, Fusilado, El Condado, Las Villas Miguel García Camacho

Septiembre 1960, Fusilado, La Cabaña Adalberto Cuevas Herrera

Septiembre 1963, Desaparecido en el mar Wilfredo Castañeda

Septiembre 1975, Fusilado, La Cabaña Orestes Carabeo

Septiembre 1966, Fusilado, La Habana Sandalio Cabrera

Septiembre 1963, Asesinado, La Habana Pastor Bermudez

Septiembre 1962, Muerto en combate, Güines, LH. Orlando Barrios

Septiembre 1983, Ahogado en el mar Lorenzo Argüelles

Septiembre 1968, Fusilado, La Cabaña, La Habana, Ramon Amador Navarro

Septiembre 1962, Fusilado, La Cabaña Mateo Acosta

Septiembre 1, 1959 en Bayamo, Oriente Capitan Cairo

Septiembre 1, 1959 en Bayamo, Oriente Juan de la Rosa Suarez

Septiembre 1, 1959 en Pinar del Rio Ramon Hidalgo Blanco

Septiembre 1, 1962 en Santiago de Cuba Edilberto Peña Leiva

Septiembre 1, 1975 en Boniato, Oriente Geraldo Gonzalez Alvarez

Septiembre 1, 1978 en el combinao del este Alberto Lazaro Pastrana

Septiembre 1, 1982 Kiro 7, Camaguey Heriberto Rubio Sanchez

Septiembre 1, 1975, Asesinado Boniato, Stgo de Cuba Gerardo González Alvarez

Septiembre 2, 1962 en Santiago de Cuba Lauriano Rene Perez

Septiembre 2, 1963 Juan Lima

Septiembre 2, 1964 en Manacas, Las Villas Enrique Vara

Septiembre 2, 1990 en combinado del este Ivan Polanco

Septiembre 3, 1962 en G2 de La Habana Jose Hanet

Septiembre 3, 1964 en Camaguey Avelino Pontonholla

Septiembre 3, 1965 Guantanamo Alonso Gonzalez

Septiembre 3, 1966 en Isla de Pinos Julio Tan Tixdale

Septiembre 3, 1973 en Villa Maritsa Guillermo Diaz

Septiembre 3, 1974 en Santiago de Cuba Emilio Quintana Gonzalez

Septiembre 3, 1979 en el combinado del este Dr. Alberto Cruz Caro

Septiembre 3, 1989 desaparecido en el mar Luis Chan



Septiembre 3, 1970 en Ciego de Avila Juan de Dios Brito Alvarez

Septiembre 3, 1964, Muerto en combate, Los Arabos, LV. Nibaldo Vega

Septiembre 3, 1963, Muerto en combate, Los Arabos, MA. Lázaro Ramos

Septiembre 3, 1964, Muerto en combate, Los Arabos, MA. Milo Morejón

Septiembre 4, 1960 en la cabaña Adalberto Cuevas Soto

Septiembre 4, 1964 en la cabaña Manuel Esteves Lugo

Septiembre 4, 1962 Pinar del Rio Armando Calderin

Septiembre 4, 1962 Soroa, Pinal del Rio Mario Capoa Aldecoa

Septiembre 4, 1962 Soroa, Pinal del Rio Raul Carmona

Septiembre 4, 1964 en Santa Clara Wilfredo Gutierrez

Septiembre 4, 1964 en Santa Clara Claro Ruiz

Septiembre 4, 1967 en Villa Marista Armando Sigler Suarez

Septiembre 4, 1976 en Boniato Jose Hernandez

Septiembre 4, 1979 en San Jose de las Lajas Roberto Gonzalez Palmero

Septiembre 4, 1979 en Santiago de Cuba Carlos Eloy Quesada

Septiembre 4, 1982 en combinado del este Juan Calderin

Septiembre 4, 1964, Muerto en combate, Matanzas, MA. Leocadio Riviera Milian

Septiembre 4, 1964, Muerto en combate, Matanzas José Martí Campos Linares

Septiembre 4, 1964, Muerto en combate,MA. Onelio Aguilera Gil

Septiembre 4, 1964, Muerto en combate, Matanzas Benito Campos

Septiembre 5, 1960 en G2 de La Habana Lazaro Rodriguez Plaza

Septiembre 5, 1960 en Pinar del Rio Daniel Porras

Septiembre 5, 1961 San Jose de los Ramos Ruperto Daniel Mesa

Septiembre 5, 1962 en Pinar del Rio Osmundo Delgado Vallejo

Septiembre 5, 1963 en Jaruco Daniel Cardo Jr.

Septiembre 5, 1971 Cinco y Medio, Pinar del Rio Roberto Camejo Herrera

Septiembre 5, 1979 en Manzanillo Gustavo Herman Hernandez

Septiembre 5, 1979, fusilado, Manzanillo, OR. Gustavo German Hernández

Septiembre 5, 1962, Fusilado, Pinar del Río Esmundo Delgado Vallejo

Septiembre 6, 1960 en Santa Fe, La Habana Fernando Montes

Septiembre 6, 1974 en Melena, La Habana Miguel Cachinba

Septiembre 6, 1981 en Tacotaco. Pinar del Rio Roberto Colas

Septiembre 6, 1984 en Pinar del Rio Luis Baez

Septiembre 7, 1959, Fusilado, Pinar del Río Manuel Martínez Conill

Septiembre 7, 1960, Muerte por accidente, Base de entrenamiento, Guatemala, GA, B2506. Carlos Rodríguez Santana Estevez

Septiembre 8, 1959 en la cabaña Jacinto Garcia

Septiembre 8, 1959 en la cabaña Herman Aguirre Moya

Septiembre 8, 1961 en el cementerio de Santa Clara Ramon Caldiño Insua

Septiembre 8, 1961 en el cementerio de Santa Clara Jorge King Young

Septiembre 8, 1961 en el cementerio de Santa Clara Antonio B. Padron Cardenas

Septiembre 8, 1961 en el cementerio de Santa Clara Rafael Soler Puig

Septiembre 8, 1961 en Topez de Collantes Herelio Morales

Septiembre 8, 1962 en Manacas, Las Villas Bara Til

Septiembre 8, 1963 en el principe Adam Pos Hidalgo

Septiembre 8, 1965 en la cabaña El compatriota Aguirre

Septiembre 8, 1967 en la cabaña Audelio Vazquez

Septiembre 8, 1967 en G2 de Alquizar Nicolas Vazquez



Septiembre 8, 1972 en Seguridad de estado, La Habana Roberto Perrera Lopez

Septiembre 8, 1972 en la cabaña Roberto Perrera Lopez, hijo

Septiembre 8, 1987 en Kilo 7, Camaguey Santiago Roche Valle

Septiembre 8, 1990 desaparecido en el mar Angel Godoy Rua

Septiembre 8, 1960, Fusilado, La Cabaña German Aguirre Moya

Septiembre 8, 1961, Fusilado, Santa Clara, LV, Desembarcó el 17 de Abril de 1961. B2506. Rafael Emilio Soler Puig

Septiembre 8, 1963, Fusilado, La Cabaña Amado Hernández Suárez

Septiembre 8, 982, Asesinada en Prisión, G2, La Habana Edmunda Serrat

Septiembre 8, 1969, Fusilado, La Cabaña Aurelio Vázquez

Septiembre 9, 1959 en Guanajay, Pinar del Rio Vicente Caridad Gonzalez

Septiembre 9, 1963 en Santa Clara Eulalio Madrigal Hernandez

Septiembre 9, 1973 en la cabaña Sergio Cruz

Septiembre 9, 1982 en la cabaña Armando Hernandez Gonzalez

Septiembre 9, 1985 en La Habana Cristobal Castañeda

Septiembre 9, 1988 en Seguridad del Estado, La Habana Alberto Montero Cespedes

Septiembre 9, 1988 en la Vigia, Camaguey Rolando Perez Mejia

Septiembre 9, 1961, Fusilado, Santa Clara Desembarcó el 17 de Abril de 1961, B2506. Jorge Kin Yun

Septiembre 9, 1964, Fusilado, Santiago de Cuba Lorenzo Trimiño Guerra

9 Septiembre 1961, Fusilado, Santa Clara, LV: B2506, (desembarcó el 17 de Abril 1961). Ramón Calviño Insua

Septiembre 9, 1962, Fusilado, Gibara, OR. Juan Radames

Septiembre 9, 1987, Asesinado, Moron, CA. Ramón Alvarez

Septiembre 11, 1964, Fusilado Carlos Alfonso Hidalgo

Septiembre 11, 1964, Fusilado, Colón, MA. José Ramón Castañeda

Septiembre 11, 1977, Asesinado, Isla de Pinos Tomás Aguirre

Septiembre 11, 1972, Fusilado, Matanzas Jesús González Alvarado

Septiembre 11, 1983, Fusilado, Guanajay, PR. Rigoberto Mirabal Ramírez

Septiembre 11, 1962, Fusilado, La Cabaña Valerio Vasallo Becerra

Septiembre 12, 1977, Asesinado, Caimanera, OR. Humberto Hernández

Septiembre 12, 1963, Fusilado, Matanzas Antonio Larrinaga Vega González

Septiembre 13, 1989, Asesinado, Holguín Julio Betancourt Pérez

Septiembre 13, 1988, Asesinado, Boyeros Lázaro Martínez Seguí

Septiembre 13, 1962, Fue hecho prisionero y luego desaparecido, Las Villas Andres De Graux (Andy El Americanito),

Septiembre 14, 1959 en el G2 de Marianao Moises Diaz

Septiembre 14, 1960 en Santa Clara Luis Caridad Rodriguez

Septiembre 14, 1960 en Santa Clara Jose Suarez

Septiembre 14, 1962 en la cabaña Elpidio Carralero

Septiembre 14, 1964 en Camaguey El compatriota Venega Garcia

Septiembre 14, 1964 en Melena Dos, La Habana Hernando Hernandez Hil

Septiembre 14, 1964 en Camaguey Jose Tarafa Machado

Septiembre 14, 1965 en la playa Siboney, Oriente Pedro Laurdet Castillo

Septiembre 14, 1966 en el principe Jose Ramon Rodriguez

Septiembre 14, 1976 en San Miguel del Padron Hipolito Hernandez

Septiembre 14, 1986 en el combinado del este Juan Gomez

Septiembre 14, 1964, Fusilado, Moron José Tarafa Machado

Septiembre 14, 1976, Asesinado, San Miguel del Padrón Hipolito Hernández

Septiembre 14, 1962, Asesinado, Cifuentes, LV. Rigoberto Aguilera



Septiembre 15, 1959 en la cabaña Pablo Rabelo Jr.

Septiembre 15, 1959 en Santa Clara Pablo Rabelo Sr.

Septiembre 15, 1961 en Las Villas Miguel Garcia Camacho

Septiembre 15, 1961 en la cabaña Roberto Fernandez Toledo

Septiembre 15, 1961 en la cabaña Rafael Heria Bravo

Septiembre 15, 1961 en Pedro Betancourt, Matanzas Jose Miguel Garcia

Septiembre 15, 1963 en cabaña Benjamin Acosta Valdez

Septiembre 15, 1961 en Pedro Betancourt Miguel Garcia Lopez

Septiembre 15, 1961 en Pedro Betancourt Nabildo Hernandez Arencibia

Septiembre 15, 1963 en Las Villas Francisco Castillo Valdivia

Septiembre 15, 1963 en Las Villas Mario Bernardo Hernandez

Septiembre 15, 1963 en Las Villas Rolando Martin Amodia

Septiembre 15, 1963 en Las Villas Emilio Perez Rosquete

Septiembre 15, 1963 en Las Villas Cundo Valera

Septiembre 15, 1965 en la cabaña Mariano Escopel

Septiembre 15, 1966 en Marianao Sergio Castillo

Septiembre 15, 1966 en Isla de Pinos Luis Gaston Vidal

Septiembre 15, 1974 en Boniato, Oriente Manuel Soto Plutin

Septiembre 15, 1975 en Lauton, La Habana Caridad Placencia

Septiembre 15, 1987 en Melena del Sur Raul Valladares

Septiembre 15, 1961, Fusilado, La Cabaña Rafael Félix Heria Bravo

Septiembre 15, 1966, Muerte en Prisión, Isla de Pinos Gastón Vidal

Septiembre 15, 1963, Muerto en combate, Las Villas Rigoberto Ojeda

Septiembre 16, 1961, Fusilado Galban Mariano Abreu

Septiembre 16, 1961, Fusilado, Pinar del Río Anibal Rodríguez Fernández

Septiembre 17, 1960 en Santa Clara Sagistiano Gibelga

Septiembre 17, 1960 en Santa Clara Jorge Palma

Septiembre 17, 1960 en Santa Clara Gustavo Pimentel

Septiembre 17, 1962 desaparecidos en el mar Eustacio Valiente

Septiembre 17, 1963 en la cabaña Ambrosio Perñarver Raguna

Septiembre 17, 1965 en la cabaña Julio Medina

Septiembre 17, 1966 en Caimanera, Oriente Danian Gomez

Septiembre 17, 1986 en Arroyo Naranjo Maria Catil

Septiembre 17, 1988 en Santi Espiritu Genoveo Griñan

Septiembre 17, 1960, Muerto en combate, Las Villas Salustiano Jiberga

Septiembre 17, 1959, Fusilado, Camagüey Pedro Ángel Alvarez Castro

Septiembre 17, 1963, Fusilado Benjamín Acosta Valdés

Septiembre 18, 1975, Asesinado, La Cabaña Armando Blanco

Septiembre 18, 1961, Fusilado, Pinar del Rio Bernardo Corrales

Septiembre 18, 1961, Fusilado, Pinar del Río René Suárez Pérez

Septiembre 18, 1962, Fusilado, Camajuaní Jesús Castellanos

Septiembre 19, 1962, Fusilado, La Cabaña Manuel Alvarez Margolles

Septiembre 19, 1962, Fusilado, La Cabaña Evelio Hernández Morales

Septiembre 19, 1961, Fusilado, Yateras, OR. Napoleón Blanco

Septiembre 19, 1962, Fusilado, La Cabaña Guillermo Reyes Viada

Septiembre 19, 1962, Fusilado, La Cabaña Celio Armentero Aruca

Septiembre 20, 1961, Fusilado, La Cabaña Cecilio Herrera Delgado

Septiembre 20, 1962, Fusilado, La Cabaña Bernal Cruz Alvarez



Septiembre 20, 1961, Fusilado, La Cabaña Carlos González Vidal

Septiembre 20, 1962, Fusilado, La Cabaña Cruz Alvarez Bernal

Septiembre 20, 1962, Fusilado, La Cabaña Jesús Sierra

Septiembre 20, 1962, Fusilado, La Cabaña Tomás Ruíz Santana

Septiembre 21, 1961 en Pinar del Rio Rene Suarez Suqet

Septiembre 21, 1962 en la cabaña Pedro Manuel Gil Matos

Septiembre 21, 1962 en la cabaña Enriquez Roblo Sierras

Septiembre 21, 1962 en la cabaña Francisco Margolla

Septiembre 21, 1962 en la cabaña Juan Carlos Montesdioca Rodriguez

Septiembre 21, 1962 en la cabaña Carlos Sanchez Campartier

Septiembre 21, 1962 en la cabaña Sergio Valdez Sanchez

Septiembre 21, 1962 en la cabaña Pastor Bermudez

Septiembre 21, 1962 en la cabaña Juan Galis Menedez

Septiembre 21, 1963 en Las Villas Fidel Alvarez

Septiembre 21, 1963 en Las Villas Daudeano Alvarez

Septiembre 21, 1963 en Santa Clara Eridio Perdomo

Septiembre 21, 1964 en Isla de Pinos Jose Alfonso Toleron

Septiembre 21, 1964 en la cabaña Valentin Frometa

Septiembre 21, 1964 en Las Villas Elio Peña

Septiembre 21, 1965 en la cabaña Agustin Hernandez

Septiembre 21, 1965 en Marianao Rafael Monson

Septiembre 21, 1965 en Marianao Clodomiro Reyes

Septiembre 21, 1966 en la cabaña Leopoldo Hernandez

Septiembre 21, 1971 en Pinar del Rio Avelino Lescano Blanco

Septiembre 21, 1986 asesinada en Sta Cruz del Norte Ana Marta Garcia Delgado que se encontraba en estado

Septiembre 21, 1992 desaparecido en el mar Pedro de la Caridad Alvarez

Septiembre 21, 1962, Fusilado, La Cabaña Sergio Valdés Sánchez

Septiembre 21, 1962, Fusilado, La Cabaña Francisco Margolles

Septiembre 21, 1962, Fusilado, La Cabaña Luis Carlos Sánchez Carpentier

Septiembre 21, 1971, Asesinado, G2, Pinar del Río Avelino Lezcano Blanco

Septiembre 21, 1965, Fusilado, La Cabaña Agustín Hernández

Septiembre 21, 1963, Fusilado, La Cabaña José María Arteaga

Septiembre 21, 1986, Asesinado, Manacas, LV. Eugenio Albizar

Septiembre 21, 1964, Asesinado, Isla de Pinos José Alfonso Olarama

Septiembre 22, 1961 en la cabaña Manuel Blanco Navarro

Septiembre 22, 1961 en la cabaña Braulio Contreras Maso

Septiembre 22, 1961 en la cabaña Angel Posada

Septiembre 22, 1961 en la cabaña Jorge Rojas Castellanos

Septiembre 22, 1962 en la cabaña Bernal Alvarez Cruz

Septiembre 22, 1962 en la cabaña Comandante Jose Evelio Perez Menendez

Septiembre 22, 1963 en Colon, Matanzas Wilfredo Castañeda

Septiembre 22, 1964 en la cabaña Ruperto Avila

Septiembre 22, 1977 en Santa Clara, Las Villas Jose Barrios Perez

Septiembre 22, 1981 en combinado del este Felipe Hernandez Martinez

Septiembre 22, 1961, Fusilado, La Cabaña Jorge Rojas Castellanos

Septiembre 22, 1961, Fusilado, La Cabaña Braulio Contrera Mazó

Septiembre 22, 1964, Fusilado, La Cabaña Ruperto Avila

Septiembre 23, 1960 en Conchita, Pinar del Rio Victor Garcia



Septiembre 23, 1960 en el Cobre, Oriente Modesto LLavar

Septiembre 23, 1960 en Guanabacoa Juan Manuel Pinto Menedez

Septiembre 23, 1961 en Camaguey William Patten Tabares

Septiembre 23, 1962 en la cabaña Rene Perez

Septiembre 23, 1963 en la Campana, Las Villas Ariste Desalva

Septiembre 23, 1963 en la Campana, Las Villas Emilio Ojeda Prieto

Septiembre 23, 1963 en El Vedado Florentino Buena

Septiembre 23, 1964 en Boniato, Oriente Natalio Hernandez

Septiembre 23, 1965 en la cabaña Ramon Barbosa

Septiembre 23, 1976 en Isla de Pinos Jose Alfonso Soladan

Septiembre 23, 1985 en Kiro 7, Camaguey Rene De La Caridad

Septiembre 23, 1960, Asesinado, Santiago de Cuba Manuel Hernández Borges

Septiembre 23, 1961, Fusilado, La Cabaña Manuel Blanco Navarro

Septiembre 23, 1965, Fusilado, La Cabaña Ramón Barbosa

Septiembre 24, 1965, Fusilado, Pinar del Río Carlos Baez

Septiembre 24, 1963, Fusilado, Aguada de Pasajeros, LV. Martín Morejón Rodríguez

Septiembre 25, 1962, Fusilado, Camagüey, OR. Arbelio León Rondón

Septiembre 26, 1964, Ahogado en el mar Jesús Alvarez Amador

Septiembre 26, 1987, Muerte en Prisión, Combinado del Este Ramón Lanza Ortega

Septiembre 26, 1963, Fusilado, La Cabaña Emilio Ojeda

Septiembre 26, 1964, Muerte en Prisión, La Cabaña Jesús Rodríguez Mosquera

Septiembre 26, 1960, Fusilado, Santa Clara Leonel Martínez López

Septiembre 26, 1961, Fusilado, Santiago de Cuba Marcos Antonio Vázquez Gómez

Septiembre 26, 1960, Fusilado, Boniato, Santiago de Cuba José Borrero

Septiembre 27, 1966, Fusilado, La Cabaña Anselmo Suárez Amoró

Septiembre 27, 1960, Fusilado, Sancti Spíritus Juan Becerra

Septiembre 28, 1968, Fusilado, La Cabaña Arístides Armengol

Septiembre 29, 1959 en la cabaña Eugenio Becker

Septiembre 29, 1959 en Santa Clara Israel Campos

Septiembre 29, 1962 en La Habana Hector Salgado Guzman

Septiembre 29, 1962 en la cabaña Felix Martinez Alonso

Septiembre 29, 1962 en la cabaña Oto Rodriguez Diaz

Septiembre 29, 1962 en Pedro Betancourt, Matanzas Alejandro Martinez

Septiembre 29, 1962 en Pedro Betancourt, Matanzas Pedro Moralez

Septiembre 29, 1962 en Pedro Betancourt, Matanzas Alejo Pino

Septiembre 29, 1962 en Pedro Betancourt, Matanzas Genaro Valdez

Septiembre 29, 1964 en Colon, Matanzas Rodolfo Garcia

Septiembre 29, 1965 en Kylo 7, Camaguey Julio Hernandez

Septiembre 29, 1965 en la playa Siboney, Oriente Pedro Tabera Prades

Septiembre 29, 1968 en Camaguey Alberto Gonzalez Ramos

Septiembre 29, 1985 en combinado del este Luis Cuesta

Septiembre 29, 1985 en La Habana Gustavo Tejas

Septiembre 29, 1965, Fusilado, Siboney, Oriente Pedro Tavera

Septiembre 29, 1962, Fusilado, La Cabaña Otto Rodríguez Díaz

Septiembre 30, 1961 en Pinar del Rio Ernesto Perez Morales

Septiembre 30, 1963 en Cayo Sabinal Jorge Guerra Morales

Septiembre 30, 1963 en el condado Las Villas Enrique Hernandez

Septiembre 30, 1963 en Cumanayagua, Las Villas Luis Rodriguez



Septiembre 30, 1963 en Cumanayagua, Las Villas Miguel Vazques

Septiembre 30, 1990 en el G2 de Camaguey Eduardo Calderon

Septiembre 30, 1963, Fusilado, Cumanayagua, LV. Miguel Vázquez

Octubre 1962 Muerto en combate, Yaguajay Efraín Cruz Oropesa

Octubre 1960 Fusilado, El Condado, Las Villas Benito Gandara

Octubre 1961 Fusilado, La Campana, Las Villas Cuco Gomez

Octubre 1965, fusilado, Victoria de las Tunas Cancio Hernandez

Octubre 1964, Muerto en combate, Barca, Las Villas Pedro Gonzalez

Octubre 1963, fusilado, Ranchuelos, LV. Obdulio Hernandez

Octubre 1966, Asesinado en la cabaña Luis Hernandez Garcia

Octubre 1978, Muerte en Prisión, Sandino, Pinar del Río Alfredo Hernandez

Octubre 1969, Muerto en combate, Oriente Roberto (Tito) Herrera

Octubre 1959, Fusilado en la cabaña Osmin Jorin Vega

Octubre 1964, Muerto en combate, Las Villas Andres La Villa

Octubre 1969, Muerto en combate, Baracoa, OR Justo Leyva

Octubre 1961, Fusilado, Jovellanos, Matanzas Jose Leon (Cheito)

Octubre 1962, Fusilado en la cabaña Isacc Leon

Octubre 1966, Fusilado en la cabaña Eusebio Llanes

Octubre 1965, Asesinado, Isla de Pinos Jose Llerena Andrade

Octubre 1963, Fusilado, Manguito, MA. Ismael Luzardo

Octubre 1967, Fusilado, La Cabaña Santiago Maldonado

Octubre 1963, Fusilado, El Condado, Las Villas Efrain Manso

Octubre 1962, Muerto en combate, Las Villas Leonel Martinez

Octubre 1963, Muerto en combate, Las Villas Caridad Martinez

Octubre 1991, Desaparecido en el mar Amelio Jimenez Morales

Octubre 1961, Fusilado, Sagua la Grande Jose Antonio Muriño

Octubre 1966, Muerte en Prisión, Isla de Pinos Manuel Nardo

Octubre 1967, Fusilado, Guantánamo Eustaquio Navarro

Octubre 1976, Fusilado, La Cabaña Justino Navarro

Octubre 1983, Fusilado, La Cabaña Efren Nogueras Barroso

Octubre 1969, Fusilado, Santa Clara Indalecio Ramirez

Octubre 1966, Desaparecido en el mar Rolando Ravelo

Octubre 1960, Fusilado, Santiago de Cuba Adolfo Reyes de la Cruz

Octubre 1959, Fusilado, Caibaiguan, LV. Jose Reyes

Octubre 1960, Fusilado, Santiago de Cuba Fulgencio Felipe Paladon Rodriguez

Octubre 1962, Fusilado, Bolondrón Jose Rodriguez Tarafa

Octubre 1962, Muerto en combate, Pinar del Río Pastor Rodriguez Roda

Octubre 1963, Fusilado, Matanzas Juan Irene Sotolongo

Octubre 1964, Fusilado, Matanzas Felix Enrique Tapanes

Octubre 1960, Fusilado, San Juan, Santiago de Cuba Allan Thompson

Octubre 1960, Fusilado, Santiago de Cuba Nelson Trujillo Correa

Octubre 1965, Fusilado, La Cabaña Claudio Ulloa Olivera

Octubre 1965, Fusilado, La Cabaña Enrique Ung Roque

Octubre 1960, Fusilado, La Cabaña Pastor Orlando Valdes

Octubre 1962, Muerto en Combate, Guamacaro Rigoberto Valle

Octubre 1967, Asesinado, Guantánamo, OR. Jose Vargas

Octubre 1964, Fusilado, Pinar del Río Antonio Vidal

Octubre 1962, Las Villas Nicolas Viera (Sumba)



Octubre 1960, Fusilado, Santiago de Cuba Anthony Zarba

Octubre 1968, Fusilado, Colón H. Cardenas Zequeira

Octubre 1990, Asesinado, G2 Camagüey Eduardo Calderon

Octubre 1961, Fusilado, Sagua la Grande Gilberto Amores

Octubre 1964, Asesinado, Isla de Pinos Hermeregildo Ballester Arrechea

Octubre 1964, Ahogado en el mar Ramon Cabaña Conde

Octubre 1963 en Matanzas Irene Sotolongo

Octubre 1965 en el G2 Pinar del Rio Francisco Rodriguez Martinez

Octubre 1966 en Boniato, Oriente Victorino Illa

Octubre 1968 en Colon, Matanzas Hildo Sequeria Cardenas

Octubre 1980 en el combinado del este Luis F. Almeira

Octubre 1, 1959 en la cabaña Pedro Rodriguez

Octubre 1, 1960 en la cabaña Roberto Cruz Alfonso

Octubre 1, 1962 en G2 de La Habana Eriberto Gomez Piedra

Octubre 1, 1963 en la cabaña Pedro Castellon

Octubre 1, 1965 en Camaguey Dr. Cezar Perez

Octubre 1, 1965 en el G2 de La Habana Evelio Rabelo

Octubre 1, 1968 en Santiago de Cuba Fernando Doniz

Octubre 1, 1970 en el Condado, Las Villas Candido Sanchez Suluetas

Octubre 1, 1962 en Rio Seco, Oriente Tomas Almager

Octubre 1, 1982 fusilado en la cabaña Ramon Toledo Jr.

Octubre 1, 1988 en el G2 de Boyeros Ricardo Martinez Rodriguez

Octubre 2, 1960 en Jaruco Luis Medina Diaz

Octubre 2, 1963 en Matanzas Irene Sotolongo

Octubre 2, 1965 en el G2 Pinar del Rio Francisco Rodriguez Martinez

Octubre 2, 1966 en Boniato, Oriente Victoriano Illa

Octubre 2, 1968 en Colon, Matanzas Hildo Sequeria Cardenas

Octubre 2, 1980 en el combinado del este Luis F. Almeira

Octubre 3, 1959 en La Habana Mario Chavez

Octubre 3, 1960 en la cabaña Pastor Valdez

Octubre 3, 1960 en la Campana, Las Villas Angel B. Ramirez del Sol

Octubre 3, 1960 en Boniato, Oriente Reynaldo Lopez Esquivel

Octubre 3, 1960 en Santiago de Cuba Reymundo Emerito Lopez Silveira

Octubre 3, 1960 en Santiago de Cuba Idelfonso Santos

Octubre 3, 1961 en Santiago de Cuba Fernando Valle Galindo

Octubre 3, 1964 en la cabaña Jose Morejon

Octubre 3, 1966 en la cabaña Eucebio Llanes

Octubre 3, 1967 en Santi Espiritu Oscar Nuñez Armas

Octubre 3, 1989 en desaparecido en el mar Orlando Marcial Alarcon

Octubre 3, 1989 en Union de Reyes Pedro Perez Sr.

Octubre 3, 1989 en Union de Reyes Pedro Perez Jr.

Octubre 4, 1961 en Sagua La Grande Jose Antonio Nieblas

Octubre 4, 1961 en San Juan, Oriente Santiago Esequieldia

Octubre 4, 1961 en Santiago de Cuba Jose Diaz

Octubre 4, 1961 en Santiago de Cuba Esequiel Diaz

Octubre 4, 1961 en Santiago de Cuba Alberto Soza

Octubre 4, 1962 en Camaguey Rafael Fonton

Octubre 4, 1962 en Camaguey Emilio Perez



Octubre 4, 1964 en la cabaña Natalio Hernandez Cancio

Octubre 4, 1965 en Victoria de Las Tunas Elpidio Vidal Carreño

Octubre 4, 1967 en Camaguey Roberto Martinez

Octubre 4, 1970 en el Condado, Las Villas Benoti Gandara

Octubre 4, 1973 en seguridad del estado Miguel Paz

Octubre 4, 1977 en seguridad, La Habana Evaristo Milian

Octubre 4, 1983 en la cabaña Efren Nogeira Baroso

Octubre 4, 1983 en la cabaña Saul Paz

Octubre 4, 1983 en la cabaña Jesus Prieto Suares

Octubre 5, 1960 desaparecido en el mar Juan Carranzas

Octubre 5, 1960 en Bahia de Nava, Oriente Armenio Ferrias

Octubre 5, 1961 en Alquizar Israel Sanchez

Octubre 5, 1964 en Pinar del Rio Antonio Vidardes Valdes

Octubre 5, 1964 en Pinar del Rio Luis Vidardes Valdes

Octubre 5, 1980 en Boniato, Oriente Roberto Periche

Octubre 5, 1985 en Manacas, Las Villas Eugenio Gonzalez

Octubre 5, 1988 en Santiago de Cuba Rafael Romero Verdecia

Octubre 5, 1965 en El Condado, LV Candido Zulueta Sanchez

Octubre 6, 1959 en Consolacion del Sur Jose Antonio Nieblas

Octubre 6, 1964 en Isla de Pinos Jose Rangel

Octubre 6, 1964 en Sagua la Grande Jose Rodriguez Cifuentes

Octubre 6, 1961 en Sagua la Grande Gilberto Asores

Octubre 6, 1961 fusilado en Pinar del Rio Ismael Diaz Garcia

Octubre 6, 1962 fusilado en Bolondron, LV Rafael Hernandez Almendares

Octubre 6, 1961 asesinado en Las Villas Emiliano Muria

Octubre 6, 1961 fusilado, Pinar del Rio Ismael Sanchez Suarez

Octubre 6, 1961 fusilado, Sagua la Grande Rolando Suarez

Octubre 7, 1959 en Guanes, Pinar del Rio Luis Valdes

Octubre 7, 1960 en el G2 de La Habana Mariano Polo Aguiler

Octubre 7, 1962 en Victoria de Las Tunas Luisa Maria Escobar

Octubre 7, 1970 en el Condado, Las Villas Arcadio Casamayor Montane

Octubre 7, 1973 en Camaguey Jesus Cabrera

Octubre 7, 1982 en la cabaña Nelson Navarro Mastose

Octubre 7, 1986 en Nueva Paz, La Habana Jose Motin

Octubre 8, 1959 en La Habana Fernando Rivera Linares

Octubre 8, 1962 en la cabaña Martin Sanchez Allende

Octubre 8, 1962 en Manati, Oriente Ricardo Arencibia Busto

Octubre 8, 1962 en Manati, Orient Paulino Bacallao Ruiz

Octubre 8, 1963 en la cabaña Armando Hernandez Suares

Octubre 8, 1966 desaparecido en el mar Jorge Garcia

Octubre 8, 1966 desaparecido en el mar Alberto Gonzalez

Octubre 8, 1966 desaparecido en el mar Leticia Herrera

Octubre 8, 1966 desaparecido en el mar Rolando Rabelo

Octubre 8, 1966 desaparecido en el mar Genobebo Rodriguez

Octubre 8, 1966 desaparecido en el mar Maria Caridad Rodriguez

Octubre 8, 1966 en el G2 de La Habana Gustavo Ganberge

Octubre 8, 1966 en el G2 de La Habana Pablo Ganberge

Octubre 8, 1966 en el G2 de La Habana Amado Marquez



Octubre 8, 1966 en el G2 de La Habana Roberto Marquez

Octubre 8, 1966 en Villa Marista Enrique Diaz

Octubre 8, 1967 en el Cotorro Jose Alvarez

Octubre 8, 1966 en Villa Marista Enrique Diaz

Octubre 8, 1982 en Sagua La Grande Lazaro Quevedo

Octubre 8, 1962 fusilado en la cabaña Osvaldo Calzadilla Perez

Octubre 9, 1959 en San Juan, Oriente Sr. Cano

Octubre 9, 1959 en San Juan, Oriente Pedro Cantera

Octubre 9, 1959 en San Juan, Oriente Joaquin Carda

Octubre 9, 1959 en San Juan, Oriente Diaz Santiago

Octubre 9, 1959 en San Juan, Oriente Diaz Varona

Octubre 9, 1959 en San Juan, Oriente Diaz Samora

Octubre 9, 1959 en San Juan, Oriente Aurelio Fernandez

Octubre 9, 1959 en San Juan, Oriente Leonel Garcia

Octubre 9, 1963 ametrallado en el mar Sixto Ramon Montenegro

Octubre 9, 1963 Guanacaro, Matanzas Jesus Junco

Octubre 9, 1963 Guanacaro, Matanzas Tomas Junco

Octubre 9, 1963 en la cabaña Pedro Jordan

Octubre 9, 1965 en Camaguey Clemente Aragon Aragon

Octubre 9, 1967 en el G2 de La Habana Emeterio Rodriguez Garcia

Octubre 9, 1967 en el G2 de Pinar del Rio Caridad Estende

Octubre 9, 1968 en Guanajay, Pinar del Rio Filiberto Pollero Morales

Octubre 9, 1972 en Bayamo, Oriente Rene Paon

Octubre 9, 1985 en seguridad Matanzas Luis Orlando Alvarez

Octubre 10, 1966 en el G2 de Batabano Horacio Hernandez

Octubre 10, 1967 en Caimanera, Oriente Eustaquio Navarro

Octubre 10, 1967 en Caimanera, Oriente Iraldo Navarro

Octubre 10, 1967 en Caimanera, Oriente Jose Vargas

Octubre 10, 1970 en la cabaña Luisa Va

Octubre 10, 1982 en la cabaña Ramon Toledo Lugo

Octubre 10, 1989 desaparecido en el mar Mario Rodriguez

Octubre 10, 1962 fusilado, Santiago de Cuba Rafael Alvarez Román

Octubre 11, 1960 en San Juan, Oriente Francisco Gonzalez Campo

Octubre 11, 1960 en San Juan, Oriente Aldo Lorenzo

Octubre 11, 1962 en San Juan, Oriente Francisco Perez Clausel

Octubre 11, 1962 en San Juan, Oriente Carlos Pascual

Octubre 11, 1963 en San Juan, Oriente Aparicio Rosel

Octubre 11, 1966 en San Juan, Oriente Teniente Valdes Montenegro

Octubre 11, 1961 en San Severino, Matanzas Jorge Fundora Fernandez

Octubre 11, 1962 en la cabaña Rafael Angel Alvarez

Octubre 11, 1963 en Matanzas Benjamin Gas Leon

Octubre 11, 1963 en Condado, Las Villas Efrain Manso

Octubre 11, 1970 en la cabaña Esteban Areas

Octubre 11, 1977 en Santa Clara Julio Tarton Molina

Octubre 11, 1960 fusilado, Santiago de Cuba Arturo Alvarez Fernandez

Octubre 12, 1960 en San Juan, Oriente Teofilo Alvarez

Octubre 12, 1960 en San Juan, Oriente Arturo Alvarez Fernandez

Octubre 12, 1960 en San Juan, Oriente Andres Capote Medina



Octubre 12, 1960 en San Juan, Oriente Antonio Castellanos Fernandez

Octubre 12, 1960 en San Juan, Oriente Roberto Otis Fuller

Octubre 12, 1960 en San Juan, Oriente Desiderio Fontela Ruiz

Octubre 12, 1960 en San Juan, Oriente Adolfo Reyes de la Cruz

Octubre 12, 1960 en San Juan, Oriente Luis Felipe Rivera Perez

Octubre 12, 1960 en San Juan, Oriente Alan Dale Thompson

Octubre 12, 1960 en San Juan, Oriente Nelson Trujillo Correra

Octubre 12, 1960 en San Juan, Oriente Anthony Salas

Octubre 12, 1962 en Encenada, Oriente Baldomero Leon Piña

Octubre 12, 1962 en Encenada, Oriente Raul Diaz Cueto

Octubre 12, 1962 en Encenada, Oriente Juan Bacallao Subreta

Octubre 12, 1962 en Santa Clara Rene Gonzalez Herrera

Octubre 12, 1962 en Santa Clara Eduardo Isaguirre

Octubre 12, 1963 en Isla de Pinos Jose Alfonso Soladana

Octubre 12, 1975 en el combinado del este Enrique Torres Perez

Octubre 13, 1964 fusilado en Pinar del Rio Jose Barroso Alfonso

Octubre 13, 1963 fusilado en Pinar del Rio Jose Barroso Fernandez

Octubre 13, 1960 en la Campana, LV Angel Ruiz

Octubre 13, 1960 en la Campana, LV Sinecio Walsh Rios

Octubre 13, 1960 en la Campana, LV Jose A. Palomino Colon

Octubre 13, 1960 en la Campana, LV Jose Perdomo

Octubre 13, 1960 en la Campana, LV Prieto Ruiz

Octubre 13, 1960 en la Campana, LV Porfirio Reemberto Ramirez Ruiz

Octubre 13, 1960 en la Campana, LV Ineldo Recano Aguiar

Octubre 13, 1960 en la Campana, LV Ricardo Rios Oliver

Octubre 13, 1960 en la Campana, LV Angel Rodriguez del Sol

Octubre 13, 1960 en San Juan, Oriente Felipe Pedro Rivas

Octubre 13, 1960 en San Juan, Oriente Felipe Rivero

Octubre 13, 1960 en San Juan, Oriente Fulgencio Rodriguez Parajon

Octubre 13, 1962 en Ciego de Avila Manuel Frontela

Octubre 13, 1962 en la cabaña Guillermo Gonzalez Lopez

Octubre 13, 1964 en Los Palacios PR Juan Palacio

Octubre 13, 1964 en Pinar del Rio Jose Barrios

Octubre 13, 1965 en el G2 de La Habana Ramon Rivero

Octubre 13, 1991 desaparecido en el mar Amelio Morales Jimenez

Octubre 13, 1991 desaparecido en el mar Alfredo Perez

Octubre 13, 1960 fusilado, Santiago de Cuba Luis Rivero Perez

Octubre 13, 1960 fusilado, Santiago de Cuba Anthony (Tony) Salvard

Octubre 14, 1959 en La Habana Rene Rivero

Octubre 14, 1959 Santa Clara Raul Oquendo

Octubre 14, 1959 Santa Clara Pedro Bravo Areas

Octubre 14, 1962 en Calbazar de Sagua, LV Claro Morginero

Octubre 14, 1960 en el G2 de La Habana Roberto Malverti

Octubre 14, 1963 en El Condado, LV Carlos Suco

Octubre 14, 1967 en La Habana Santiago Maldonado

Octubre 15, 1963 muere en combate Palma Soriano Luis Argüello

Octubre 15, 1962 fusilado en Ciro Redondo Audilio Milian

Octubre 15, 1959 en la cabaña Jose Lorenzo Chamasi



Octubre 15, 1961 en Pinar del Rio Esteban Valiente del Pino

Octubre 15, 1962 en Trinidad Catalino Armenteros

Octubre 15, 1962 en Trinidad Señor Vadias

Octubre 15, 1962 en Trinidad Ramon Menendez

Octubre 15, 1964 en la cabaña Bernal Lugo

Octubre 15, 1969 en Santa Clara Indalecio Ramirez

Octubre 16, 1961 en La Campana Cuco Gomez

Octubre 16, 1961 en la cabaña Salustiano Raveli

Octubre 16, 1961 en Ranchuelos, Las Villas Raymundo Arogones

Octubre 16, 1962 Jovellanos, Matanzas Eliodoro Boitel

Octubre 16, 1962 Jovellanos, Matanzas Martin Morejon

Octubre 16, 1962 Jovellanos, Matanzas Jose Prieto

Octubre 16, 1963 en Arroyo Arenas, La Habana Regino Gonzalez

Octubre 16, 1965 en el G2 de Guantanamo Ascacio Galano Cume

Octubre 16, 1965 en el G2 de Guantanamo Pedro Gran

Octubre 16, 1969 en Boniato, Oriente Alcomidio Platero

Octubre 16, 1974 en la cabaña Andres Ruiz del Cristo

Octubre 17, 1960 en Santa Clara Tomas Rodriguez

Octubre 17, 1965 en la cabaña Claudio Oulloa Olivera

Octubre 17, 1966 en la cabaña Ignacio Orta

Octubre 17, 1969 en Cinco y Medio PR. Javier De Varona

Octubre 17, 1975 en la cabaña Carlos Polanco Garcia

Octubre 18, 1961 en Palma Soriano Ricardo Borges

Octubre 18, 1981 en Santa Clara Jose A. Gonzalez Telles

Octubre 18, 1983 en combinado del este Andres Vega Vega

Octubre 18, 1973 en Camaguey Dr. Alexis Casar Bravo

Octubre 18, 1969 en muere en prision, Matanzas Antonio Alonso

Octubre 19, 1959 en Ranchuelos, Las Villas Crespo Sotolongo

Octubre 19, 1959 en Ranchuelos, Las Villas Manuel Cruz

Octubre 19, 1961 en la cabaña Ernesto Morales

Octubre 19, 1985 desaparecio en el mar Valle Almeira

Octubre 20, 1963 fusilado, Santa Clara Jose Bonet

Octubre 20, 1964 fusilado, la cabaña Benito Rodriguez Lugones

Octubre 20, 1965 fusilado en Camagüey Manuel Paralela Gomez

Octubre 20, 1965 en el G2 Ramon Balboso

Octubre 20, 1976 en Isla de Pinos Manuel Narbo

Octubre 20, 1968 el al finca La Catalina, La Habana Pedro Davila Rodriguez

Octubre 20, 1986 desaparecido en el mar Alexis Zuñiga

Octubre 20, 1958 en el central Maceo, Oriente Alfredo Romero

Octubre 21, 1960 fusilado, Santiago de Cuba Arturo Alvarez Fernandez

Octubre 21, 1960 fusilado, Santiago de Cuba Andres Capote Medina

Octubre 21, 1968 fusilado, en Las Tunas Jorge Marino

Octubre 21, 1959 en Matanzas Ramon Fundora

Octubre 21, 1960 en Boniato, Oriente Juan Moya

Octubre 21, 1964 en Guanito, Pinar del Rio Osvaldo Hil Carril

Octubre 21, 1968 en la cabaña El compatriota Badias

Octubre 21, 1968 en la cabaña Rafael Diaz

Octubre 21, 1968 en la cabaña Benito Hernandez



Octubre 21, 1968 en Victoria de Las Tunas Cesar Paez
Octubre 21, 1979 en Rancho Boyeros Sixto Sanchez
Octubre 21, 1986 en Manacas, Las Villas Eugenio Alvizar

Octubre 22, 1992 ahogado en el mar Reynaldo Alvarez Morales
Octubre 22, 1961 en Rancho Veloz, Las Villas Fernando Alvarez
Octubre 22, 1961 en Rancho Veloz, Las Villas El compatriota Beceiro
Octubre 22, 1963 en Bolondron, Matanzas Alfonso Perez
Octubre 22, 1978 en Madruga, La Habana Jesus Gonzalez Toledo
Octubre 22, 1980 en Colon, Matanzas Eduardo Chanter
Octubre 22, 1982 Kilo 7, Camaguey Walter Fernandez
Octubre 23, 1965 en Guantanamo, Oriente Francisco Aguila Galano
Octubre 23, 1960 en la Rayonera, Matanzas Gerardo Fundora Nuñez
Octubre 23, 1965 en el G2 de Guantanamo Francisco Arcaño Galan
Octubre 23, 1965 en Guantanamo El compatriota Braña
Octubre 23, 1978 en La Habana Danilo Gutierrez
Octubre 23, 1983 en Manto Negro Norma Diaz
Octubre 23, 1985 en el combinado del este Guido Faramiñan Fernandez
Octubre 24, 1980 muere en prision Combinado del Este Roberto Carmona
Octubre 24, 1960 en la cabaña Carlos Alvarez de la Rosa
Octubre 24, 1960 en la cabaña Jose Arroyo Maldonado
Octubre 24, 1960 en la cabaña Mario Vidal Hernandez
Octubre 24, 1960 en el G2 de La Habana Raul Garcia
Octubre 24, 1963 en Isla de Pinos Mario Diaz Gonzalez
Octubre 24, 1964 en Manacas, Las Villas Andres La Villa
Octubre 24, 1978 en Boniato, Oriente Miguel Leon Cruz
Octubre 24, 1981 en Banes, Oriente Diego Periche
Octubre 25, 1980 fusilado en la cabaña Secundino Anaya
Octubre 25, 1965 muere en prision de Boniato Wenceslao Rodriguez
Octubre 25, 1961 en Pinar del Rio Rolando Sanchez
Octubre 25, 1962 en Arabo, Matanzas Bolito Grillo
Octubre 25, 1963 en El Condado, Las Villas Lazaro Granodo Echevarria
Octubre 25, 1966 en Bauta. La Habana Jose Delgado Aimar
Octubre 25, 1966 en Isla de Pinos Ibraim Otero
Octubre 25, 1970 en El Condado, Las Villas Manuel Fuentes Saldivar
Octubre 25, 1970 en El Condado, Las Villas Antonio Lidiano
Octubre 25, 1978 en Bauta, La Habana Jesus Pacheco
Octubre 25, 1980 en la cabaña Sequindino Anaya
Octubre 26, 1964 en ahogado en el mar Jesus Alvarez Moya
Octubre 26, 1964 fusilado en la cabaña Alfredo Borges Rodriguez
Octubre 26, 1969 asesinado en San Miguel del Padron Javier Reyes
Octubre 26, 1961 en el G2 de Batabano, La Habana Francisco Hernandez
Octubre 26, 1964 desaparece en el mar Jesus Alvarez Amador
Octubre 26, 1964 desaparece en el mar Ramon Cabaña Conde
Octubre 26, 1964 desaparece en el mar Jesus Hernandez
Octubre 26, 1964 en el G2 de Guanabacoa, La Habana Mario Alvarez
Octubre 27, 1962 piloto U2 crisis de cohetes Rudolph Anderson
Octubre 27, 1967 fusilado en la cabaña Javier Trelles
Octubre 27, 1962 Guines, La Habana El compatriota Bocanegra



Octubre 27, 1962 Gomez. La Habana El compatriota Bocanegra

Octubre 27, 1964 en la cabaña Manuel Manso de la Guardia

Octubre 27, 1964 en la cabaña Ramon Hernandez

Octubre 27, 1964 en la cabaña Luis Nicomedes Diaz

Octubre 27, 1964 en la cabaña Enrique Roque

Octubre 27, 1978 en Boniato Oriente El compatriota Boudet

Octubre 27, 1981 en la cabaña Ramon Fernandez Fernandez

Octubre 27, 1981 en la cabaña Rene Gonzalez

Octubre 28, 1962 en Puerto Rodrigo, Las Villas Juan Luis Espinosa

Octubre 28, 1964 en Pinar del Rio Jose Cuevas

Octubre 28, 1965 en la cabaña Ramon Fernandez

Octubre 28, 1974 en Villa Marista Jose Antonio Campos Placeres

Octubre 28, 1978 en combinado del este, La Habana Orlando Santamaria

Octubre 28, 1984 en el combinado del este Pedro Revuelta

Octubre 29, 1959 en Cabaiguan, Las Villas Jose Reyes

Octubre 29, 1963 en la cabaña Jose Luis Dominguez

Octubre 29, 1978 en Sandino, Pinar del Rio Alfredo Hernandez

Octubre 29, 1980 en Regla, La Habana Jose Miguel Ortega

Octubre 29, 1982 en Corralillo, Las Villas Rivera Hernandez

Octubre 29, 1984 en el combinado del este Enrique Gonzalez

Octubre 30, 1978 fusilado en la cabaña Alfredo Tierno Regueiro

Octubre 31, 1965 fusilado en Camaguey Clemente Aragon Aragon

Octubre 31, 1964 fusilado en Santiago de Cuba Manuel Argote

Octubre 31, 1963 muerto en combate, Matanzas Rolando Cabrera Sosa

Noviembre 1961, Asesinado, G2, Pinar del Río Esteban Varela del Pino

Noviembre 1963, Fusilado, La Cabaña Calixto Valdés Mendoza

Noviembre 1962, Fusilado, Santiago de Cuba, OR. Luis Torroella Rivero

Noviembre 1961, Muerto en combate, Manguito, MA. Filomeno Tiburcio

Noviembre 1985, Fusilado*, La Cabaña Aramis Taboada

Noviembre 1977, Muerte en Prisión, Boniato, Santiago de Cuba Manuel Suárez Mata

Noviembre 1977, Muerte en Prisión, Combinado del Este, La Habana Marino Soto Martínez

Noviembre 1963, Fusilado, Santa Clara, LV. José Santos

Noviembre 1963, Muerto en combate, Cayama, Aguada de Pasajeros, LV. Gabriel Rivera Orta

Noviembre 1982, Asesinado, Santa Cruz del Norte, LH. Pedro Mendoza

Noviembre 1963, Fusilado, La Cabaña, La Habana Ismael Marchante Hernández

Noviembre 1964, Fusilado, Cinco y Medio, Pinar del Rio José F. Manresa

Noviembre 1969, Fusilado, Boniato, Santiago de Cuba Amancio Mosqueda Fernández

Noviembre 1962, Fusilado, Manguito, MA. Maximiliano Monroe

Noviembre 1983, Muerte en Prisión, Guanajay, PR. Felipe Santos

Noviembre 1981, Muerte en Prisión, Combinado del Este, La Habana Rodolfo Llanes

Noviembre 1963, Fusilado, Cartagena, LV. Luis El Boticario Molina Padrón

Noviembre 1961, Muerto en combate, Las Villas, LV. Fernando Reguera

Noviembre 1969, Fusilado, Santiago de Cuba Manuel Rodríguez Pineda

Noviembre 1962, Fusilado, Rodas, LV. Delfín Rosales

Noviembre 1961, Muerto en combate, Las Villas Elias Román

Noviembre 1963, Muerto en combate, Las Villas Ramón (La Pelua) Galindo

Noviembre 1984, Muerte en Prisión, Kilo 7, Camagüey Martín Lara

Noviembre 1969, Fusilado, Boniato, Santiago de Cuba Ángel Luis Castillo



Noviembre 1965, Muerto en combate, Placetas, LV. Norberto Conesa Iglesia

Noviembre 1991, Asesinado, La Habana Carlos Castillo Ortega

Noviembre 1963, Fusilado, La Cabaña Ernesto Ibañez Rojas

Noviembre 1962, Muerto en combate, Las Villas Enrique Hidalgo

Noviembre 1992, Muerte en Prisión, La Habana Oscar Blanco

Noviembre 1969, Fusilado, Boniato, Santiago de Cuba Francisco (Paco) Cid

Noviembre 1963, Fusilado, Cienfuegos, LV. René Besú

Noviembre 1960, Asesinado, La Habana Orlando Alvarez Fundora

Noviembre 1962, Fusilado, Santa Clara Juan Bacallao Zubieta

Noviembre 1 1960, Fusilado, Bauta, OR. Alejandro Alvarez

Noviembre 1 1963, fusilado, Santa Clara Oscar Hernández

Noviembre 2, 1963 en la cabaña Guillermo Gonzalez Rodriguez

Noviembre 2, 1963 en la cabaña Jose Hilario Rodriguez Campo

Noviembre 2, 1971 en Cinco y Medio Pinar del Rio Vicente Cuervo

Noviembre 2, 1980 en Manzanillo, Oriente Maximiliano Silimoreno

Noviembre 2, 1964 asesinado en Isla de Pinos Abel Calante Corola

Noviembre 2, 1989 en la cabaña Emiliano Sanchez

Noviembre 3 1963, Fusilado, Manacas, Las Villas Sixto Suárez

Noviembre 4, 1960 en La Habana Armando Castro Arce

Noviembre 4, 1963 en la cabaña Juan Armentoi Dominguez

Noviembre 4, 1964 en fusilado en Isla de Pinos Miguel Conde Green

Noviembre 4, 1965 desaparecido en el mar Israel Ortega

Noviembre 4, 1966 en Camaguey Rolado Casero Perez

Noviembre 4, 1972 en Pinar del Rio Martin Perez

Noviembre 4, 1980 en seguridad Matanzas Joaquin Blanco

Noviembre 4, 1980 desaparecido en el mar Claribel Marrero

Noviembre 4, 1981 en en combinado del este Rodolfo Yanes

Noviembre 4, 1964 fusilado en Isla de Pinos Sergio Armas Ayala

Noviembre 4, 1964 fusilado, Guareira, Ma. Ruben Acosta

Noviembre 5 1975, Muerte en Prisión, Pinar del Río José Antonio Hernández Masó

Noviembre 5 1962, en el Perico, Matanzas Juan Dueñan Gandin

Noviembre 5 1963, en Santa Rosa, Las Villas Jesus Carrillo

Noviembre 5 1963, en Santa Clara, Las Villas Tito Garcia

Noviembre 5 1974, en Melena Dos, Las Habana Enrique Montesino Rivero

Noviembre 5 1981, en la cabaña Lorenzo Portales

Noviembre 6 1961, Fusilado, La Cabaña Sixto Mosquera Fernández

Noviembre 7 1963, Fusilado, Sancti Spiritus, LV. Felipe (Hijo) León Ortega

Noviembre 8 1963, Fusilado, Pinar del Rio Enrique Cruz Abreu

Noviembre 8 1963, La Cabaña José Bolaños Morales

Noviembre 9 1973, Asesinado, Pinar del Río Pedro Amarán

Noviembre 9 1963, Fusilado, Santa Clara, LV. Ramón Marín Espinosa

Noviembre 9 1961, Fusilado, El Tuerto, Las Villas Juan Alberto Méndez

Noviembre 9 1959, Asesinado, en la cabaña Jose Saldara Cruz

Noviembre 9 1959, Fusilado, Santa Clara, LV. Jorge Bermudez Abreu

Noviembre 9 1960, Asesinado en G2 de La Habana Juventino Rodriguez Baez

Noviembre 9 1960, Fusilado, en el Perico Matanzas Angel Salcedo Muñiz

Noviembre 9 1961, Asesinado, en Pico Tuerto, LV. Carlos Contreras

Noviembre 9 1961, Asesinado, en Pico Tuerto, LV. Rolando Contreras

Noviembre 9 1961, Asesinado, en Pico Tuerto, LV. Juan Abelardo Mendez



Noviembre 9 1901, Asesinado, en Rio Tuerto, LV. Juan Abelardo Mendez

Noviembre 9 1963, Fusilado, Santa Clara, LV Florentino Pelaez (hijo)

Noviembre 9 1963, Fusilado, Santa Clara, LV Florentino Pelaez (padre)

Noviembre 9 1963, Fusilado, Matanzas Jose Rodriguez

Noviembre 9 1964, Fusilado, Matanzas Antonio Dominguez Cruz

Noviembre 9 1967, en G2 de Alquizar, LV Juan Vasquez

Noviembre 9 1973, Fusilado, Pinar del Rio Humberto Alvaro

Noviembre 9 1977, en Santa Clara Cesar de la Paz Sanchez

Noviembre 9 1982, en la cabaña Juan Carlos Espinoza

Noviembre 9 1985, en Bauta, La Habana Chinto Pacheco

Noviembre 9 1986, en seguridad, en Matanzas Carlos Albeto Quintero

Noviembre 9 1987, en seguridad en La Habana Pedro F. Gonzalez

Noviembre 10 1961, Asesinado, Charco Azul, Las Villas José María Izquierdo

Noviembre 10 1961, Fusilado, Las Villas, LV. Raúl, (Hijo) Cabrera Sánchez

Noviembre 10 1961, Fusilado, Las Villas, LV. Raúl Cabrera García

Noviembre 10 1962, Fusilado, Manacas, Las Villas Félix Rojas

Noviembre 10 1960, Asesinado, La Habana, LH. Juventino Baez

Noviembre 11 1960, en Pinar del Rio Jose Antonio Mortireyes

Noviembre 11 1962, en Isla de Pinos Evelio Diaz

Noviembre 11 1991, en La Habana Carlos Castillo Ortega

Noviembre 11 1991, desaparece en el mar Miguel Rodriguez

Noviembre 11 1991, desaparece en el mar Carlos Sanchez

Noviembre 12 1959, Ciudad Militar Columbia Capitan Cristino Naranjo

Noviembre 12 1959, en Matanzas Oneido Lopez Revilla

Noviembre 12 1963, en Melena Dos Franco Mida

Noviembre 12 1966, en Camaguey Javier Gomez

Noviembre 12 1966, en Isla de Pinos Roberto Lopez Chavez

Noviembre 13 1963, Fusilado, La Cabaña Israel Rodríguez Lima

Noviembre 13 1963, Fusilado, La Cabaña Erasmo Machín García

Noviembre 13 1963, Fusilado, La Cabaña Wilfredo Alfonso Ibañez

Noviembre 13 1962, Fusilado, La Cabaña Francisco Delatorre

Noviembre 13 1963, en Santa Clara Jose Santos

Noviembre 13 1966, en Matanzas Miguel Arrechavala

Noviembre 13 1967, en Isla de Pinos Manuel Cuevas

Noviembre 13 1970, en Melena Dos, La Habana Gregorio Gonzalez Pandiera

Noviembre 14 1963, Fusilado, Victoria de la Tunas, OR. Julio Sotomayor

Noviembre 14 1962, Fusilado, Cienfuegos, LV. Cuco Blanco

Noviembre 14 1966, Muerte en Prisión, Isla de Pinos Gerónimo Valdés

Noviembre 14 1963, en la cabaña Benereo Gonzalez

Noviembre 14 1981, desaparecido en el mar Rolando Fernandez Ponce

Noviembre 14 1983, en Victoria de las Tunas El compatriota Alven

Noviembre 14 1992, desaparecido en el mar Felix Perez

Noviembre 15 1959, Fusilado, La Cabaña, La Habana Silvino Junco

Noviembre 15 1963, Muerto en combate, Las Villas Máximo Alvarez Concepción

Noviembre 15 1961, Asesinado, La Habana José Hernández González

Noviembre 15 1959, en Cinco y Medio, PR Pedro Milian

Noviembre 15 1959, en la cabaña Jose Tamari

Noviembre 15 1964, en la cabaña Andres Orama Orama

Noviembre 15 1966, en la cabaña Luis Valverde Valdez



Noviembre 15 1964, en la cabaña Luis Velarde Valdez

Noviembre 15 1964, en el principe Jose R Rodriguez Vergareche

Noviembre 15 1985, en San Jose de las Lajas Roberto Gonzalez

Noviembre 16 1959, Fusilado, Cárdenas, MA. Pedro Macías

Noviembre 16 1961, Fusilado, Sancti Spíritus, LV. Capitan Rolando Moreno Gil

Noviembre 16 1961, en Sancti Spiritus Fernando Regera

Noviembre 16 1961, Fusilado, Sancti Spíritus, LV. Bertilio Delgado Vallejo

Noviembre 17 1961, Fusilado, La Cabaña Enrique Llano Ordoñez

Noviembre 17 1976, Asesinada, Arroyo Naranjo, LH. María Capiro

Noviembre 18 1965, Fusilado, La Campana, Las Villas Joaquín Hernández

Noviembre 18 1965, Fusilado, La Campana, Las Villas Guillermo Marboa

Noviembre 18 1962, Muerte en Prisión, Isla de Pinos Juan José Cajigas

Noviembre 18 1964, desaparecido en el mar Tao Valladares

Noviembre 19 1966, Fusilado, La Cabaña Angel Rubio Figueras

Noviembre 19 1962, Asesinado, Guantánamo, OR. Félix Vázquez

Noviembre 19 1961, Muerto en Acción, Guanabacoa, LH. José González Barroso

Noviembre 19 1959, en Colon, Matanzas Chucho Barrios

Noviembre 19 1959, en Colon, Matanzas El Capitan Castellanos

Noviembre 19 1959, en Colon, Matanzas Ysidoro Lopez Quintana

Noviembre 19 1981, en Isla de Pinos Miguel Manteira Marcelino

Noviembre 19 1962, Asesinado, Guantánamo, OR. Antonio Abreu

Noviembre 19 1962, Asesinado, Guantánamo, OR. Napoleon Hernandez

Noviembre 19 1965, en La Habana Reymundo Canto Polo

Noviembre 19 1965, en la PLaya Siboney, Oriente Luis Gonzalez

Noviembre 19 1966, en la cabaña Angel Rubio Figuera

Noviembre 19 1969, en Artemisa, Pinar del Rio El compatriota Hernandez Miranda

Noviembre 21 1962, Muerto en combate, Las Villas, LV. Francisco Riviera Milian

Noviembre 21 1963, Fusilado, Bolondrón, MA. Gervacio Cabrera Hernández

Noviembre 21 1963, Muerto en combate, Las Villas (Mayito) Morejón

Noviembre 22 1982, Asesinado, Playa Juraguá, OR. Roberto Rosales Justiz

Noviembre 22 1961, Muerte en Prisión, Boniato, OR. Fernando Del Valle Galindo

Noviembre 23 1975, Fusilado, Sancti Spíritus, LV. Carmelo Barrios

Noviembre 23 1961, en Boniato, Oriente Fernando Del Valle Galindo

Noviembre 23 1961, en Boniato, Oriente Raymundo Emeterio Equirol

Noviembre 23 1961, en Boniato, Oriente Felipe Orayon

Noviembre 23 1963, en Santa Clara LV Catarino Pichardo

Noviembre 23 1967, en la cabaña Andres Sar Alvarez

Noviembre 23 1983, en Los Palacios PR Esteban Marques Noble

Noviembre 23 1986, en Sancti Spíritus, LV. Gabriel Prizarro Valdivia

Noviembre 24 1975, Asesinado, Consolación del Sur, PR. Francisco Barón

Noviembre 24 1959, en Santa Clara, LV. Ramon Alba Moya

Noviembre 24 1959, en Santa Clara, LV. Antonio Basqueta Aguiar

Noviembre 25 1959, Fusilado, Santa Clara Antonio Barquet Aguiar

Noviembre 26 1975, Fusilado, Manzanillo, OR. Ramón Lago Santoyo

Noviembre 28 1960, Fusilado, Bolondrón, MA. Adolfo Soto Marín

Noviembre 30 1960, Fusilado, Santa Clara Floreal Morales Prida

Diciembre 1961, Fusilado, Las Villas Diosdado Valdés Montero

Diciembre 1962, Fusilado, La Cabaña Ventura Suárez Díaz



Diciembre 1961, Muerte en Prisión, Isla de Pinos Ramón Vivas Fernández

Diciembre 1967, Fusilado, Ciego de Avila, CA. Alfredo Valdés López

Diciembre 1965, Fusilado, Santa Clara Luis Vargas

Diciembre 1969, Fusilado, Santa Clara, LV. Menesio Valdés

Diciembre 1961, Muerte en Prisión, Isla de Pinos Fernando Herrera Caballero

Diciembre 1990, Desaparecido en el mar Camilo Montenegro Benítez

Dicembre 1964, Muerto en combate, Las Villas, LV. Cristobal Obregón Ramírez

Diciembre 1963, Muerto en combate, Providencia, LV. Emilio Rivera Pérez

Diciembre 1959, Fusilado, Pinar del Río Alonso Riojas

Diciembre 1964, Muerto en combate, Las Villas Emiliano Mesa

Diciembre 1979, Fusilado, La Cabaña Vicente Martínez Gutierrez

Diciembre 1984, Muerta en Prisión, Manto Negro, La Habana Silvia Montiel

Diciembre 1964, Muerte en Prisión, Isla de Pinos Daniel Regino Crespo

Diciembre 1963, Muerto en combate, Pinar del Río Vicente Ramos

Diciembre 1963, Muerto en combate, Las Villas Nelson Rivera Rodríguez

Dicembre 1969, Fusilado, Santa Clara Ruano Sánchez

Diciembre 1960, fusilado, Pinar del Río Gregorio Hernández

Diciembre 1959, fusilado, Ciego de Avila, CA. Juan Artemio Hernández

Diciembre 1962, Muerto en combate, Yaguajay, LV. Arnaldo Martínez Andrade

Diciembre 1961, Desaparecido en el mar Manuel Barreiro

Diciembre 1964, Muerte en Prisión, Isla de Pinos Daniel Crespo Regino

Dicembre 1961, Fusilado, Guantánamo, OR. Carlos Campos

Diciembre 1, 1959, Fusilado, en la cabaña Pedro Pedroso

Diciembre 1, 1959, Fusilado, en Pinar del Rio Alonso Riojas

Diciembre 1, 1961, en El Condado, Las Villas Ramiro Fandino

Diciembre 1, 1963, en el G2 de La Habana Arturo Rojas Ayala

Diciembre 1, 1963, en Santa Clara Gonzalo Arteaga Manso

Diciembre 1, 1963, en Santa Clara Raul Bravo

Diciembre 1, 1963, en Santa Clara Carlos Manuel Cobas

Diciembre 1, 1963, en Santa Clara Jesus Cuellar Jimenez

Diciembre 1, 1963, en Santa Clara Alfredo Del Valle

Diciembre 1, 1963, en Santa Clara Nidio Frenandez

Diciembre 1, 1963, en Santa Clara Osvaldo Rodriguez

Diciembre 1, 1973, en Cinco y Medio, PR Jose Saletez

Diciembre 2, 1961, Fusilado, Matanzas Moises Ruiz Ramos

Diciembre 2, 1962, Fusilado, El Condado, Las Villas Everardo Salas

Diciembre 2, 1962, Muerto en combate, Las Villas, LV. Cuzín González

Diciembre 2, 1961, Fusilado, Matanzas, MA. Orlando Rodríguez Alvarez

Diciembre 2, 1960, en el G2 de La Habana Adolfo Rey Tovar

Diciembre 2, 1961, en el G2 de La Habana Armando Gonzalez Peraza

Diciembre 2, 1961, en la cabaña Jorge Quian

Diciembre 2, 1974, en Pinar del Rio Nestor Miranda

Diciembre 3, 1961, Fusilado en Matanzas Daniel Voitel

Diciembre 3, 1961, Fusilado en Matanzas Ulises Cabrera

Diciembre 3, 1961, Fusilado en Matanzas Daniel Fernandez

Diciembre 3, 1961, Fusilado en Matanzas Andres Hernandez

Diciembre 3, 1961, Fusilado en Matanzas Jesus Junco Rodriguez

Diciembre 3, 1961, Fusilado en Matanzas Israel Lopez Perez



Diciembre 3, 1961, Fusilado en Matanzas Orlando Rodriguez Alvarez

Diciembre 3, 1961, Fusilado en Matanzas Moises Ruiz Ramos

Diciembre 3, 1963, Fusilado en El Condado, Las Villas Octavio Ortiz

Diciembre 3, 1963, Fusilado en El Condado, Las Villas Ramon Ortiz

Diciembre 3, 1974, Fusilado en Melena Dos, La Habana Miguel Peña Vardecia

Diciembre 3, 1985, Fusilado en el combinado del este El compatriota Rinalta

Diciembre 3, 1991, Fusilado en Colon, Matanzas Bartolo Was

4 Diciembre 1963, Fusilado, La Cabaña Lázaro Torres

4 Diciembre 1964, Fusilado, Colón, MA. Orlando Noda

4 Diciembre 1964, Fusilado, La Cabaña, La Habana Tomás Mejias Piedra

4 Diciembre 1978, Fusilado, Guantánamo, OR. Wilfredo Martínez

5 Diciembre 1961, Fusilado, El Condado, Las Villas Rolando Cañizares

8 Diciembre 1962, Asesinado, La Habana José Barrero, Fernández

8 Diciembre 1961, Fusilado, Santa Clara Pedro Roque Ruíz

Diciembre 9, 1966, Fusilado, Las Villas, LV. Eduardo Alvarez Molina

Diciembre 9, 1959, Fusilado en la cabaña Severino Barrio Ramirez

Diciembre 9, 1959, Fusilado en la cabaña Eloy F. Contreras Raviche

Diciembre 9, 1959, Fusilado, en Pinar del Rio Ramon Vallona Garcia

Diciembre 9, 1959, Fusilado, en Pinar del Rio Ernesto Beltran de la Rosa

Diciembre 9, 1961, Asesinado en el G2 de Esmeralda, Camaguey El niño Cardona de 5 años

Diciembre 9, 1961, Asesinado en el G2 de Esmeralda, Camaguey El niño Cardona de 6 años

Diciembre 9, 1961, Asesinado en el G2 de Esmeralda, Camaguey La Sra. de Cardona (madre)

Diciembre 9, 1961, Asesinado en el G2 de Esmeralda, Camaguey El Sr. Cardona (padre)

Diciembre 9, 1962, Fusilado, en Manguito, Matanzas Ramon Frontela Rodriguez

Diciembre 9, 1962, Fusilado, en Manguito, Matanzas Juan Mesa

Diciembre 9, 1962, Fusilado, en Manguito, Matanzas Maximiliano Monroe

Diciembre 9, 1962, Fusilado, en Manguito, Matanzas Abel Suarez

Diciembre 9, 1964, Fusilado, en la cabaña Anildo Moreno

Diciembre 9, 1964, desaparece en el mar Gustavo A. Rodriguez

Diciembre 9, 1967, en el G2 de La Habana Rafael Martinez Lopez

Diciembre 9, 1967, en el G2 de La Habana Ernesto Rodriguez

Diciembre 10, 1969, Fusilado, Santa Clara Eloy Moreno Bacallao

Diciembre 10, 1960, en la Campana, LV Raul Quintana

Diciembre 10, 1969, en la Campana, LV Cesar Villareal Garcia

Diciembre 10, 1961, en la Campana, LV Oscar Pedroso Saroso

Diciembre 10, 1964, en la Clinica Quirurgica, La Habana Placido Diaz Walter

Diciembre 10, 1965, Fusilado, Santa Clara Luis Vargas

Diciembre 10, 1967, Fusilado, Isla de Pinos Carlos Prieto Brito

Diciembre 10, 1979, Fusilado, en la cabaña Vicente Martinez Gutierrez

11 Diciembre 1961, Asesinado, Embajada del Ecuador, La Habana Israel Leal

11 Diciembre 1961, Asesinado, Embajada Ecuador, La Habana Adalberto Hernández

12 Diciembre 1960, Fusilado, Sancti Spírius, LV. Rafael Brunet Lugones

12 Diciembre 1963, Muerto en combate, Pinar del Río Pedro Sánchez Figueredo

12 Diciembre 1962, Muerto en combate, Pinar del Río Adriano Saínz

12 Diciembre 1962, Muerto en combate, Pinar del Río Antonio Reyes

15 Diciembre 1961, Fusilado, Las Villas Julio Guerra

17 Diciembre 1964, Muerto en combate, Fomento, LV. Muno Cabrera

17 Diciembre 1966, Asesinado en Prisión, Isla de Pinos Diosdado Aquit Manrique



17 Diciembre 1970, Fusilado, La Campana, Las Villas Ricardo Machin

17 Diciembre 1967, Fusilado, La Cabaña Marcelino León Zamora

17 Diciembre 1962, Fusilado, Santa Clara Florencio Valdés Pino

19 Diciembre 1963, Asesinado, Las Cumbres, Matanzas Gerónimo León Guas

19 Diciembre 1959, Fusilado, Pinar del Río Luis Lara Crespo

19 Diciembre 1961, Muerto en combate, Arroyo Blanco, Oriente, OR. Carlos Maldonado

19 Diciembre 1961, Fusilado, Yateras, OR. Arturo Valdés Mauri

19 Diciembre 1959, Fusilado, Pinar del Río José A. Morfi Reyes

20 Diciembre 1961, Muerte en Prisión, Isla de Pinos Leonides Hernández

20 Diciembre 1961, Fusilado, Arroyo Blanco, La Habana Telles Ruíz

20 Diciembre 1969, Muerte en Prisión, Combinado del Este, La Habana Manuel Avilé

20 Diciembre 1961, Muerte en Prisión, Kilo 7, Camagüey Rolando Cantero

20 Diciembre 1966, Fusilado, La Cabaña Raúl Jorge Leiva Rodríguez

21 Diciembre 1964, Fusilado, Guanito, Pinar del Río Desiderio Valladares Navarro

21 Diciembre 1964, Fusilado, San Juan y Martínez, PR. Daniel Montero Camallieri

22 Diciembre 1966, Ahogado en el mar JuanAloy Rivero

22 Diciembre 1965, Fusilado, Pinar del Río Felix Armentero

22 Diciembre 1961, Fusilado, El Condado, Las Villas Melquiades Sanz Rumbaut

23 Diciembre 1961, Asesinado, Hanabanilla, Cienfuegos, LV. Marcos Melquiades

23 Diciembre 1959, Fusilado, La Cabaña, La Habana José Bacallao Rodríguez

23 Diciembre 1964, Fusilado, Central Adela, Las Villas Norberto Camacho Guerra

23 Diciembre 1987, Muerte en Prisión, Kilo7, Camagüey René Aquiles

23 Diciembre 1961, Fusilado, Central Adela, Remedios, LV. Luis Guerra Domínguez

23 Diciembre 1961, en el Escambray Maximo Gomez

23 Diciembre 1990, desaparecido en el mar Alfredo Alvarez Rodriguez

23 Diciembre 1990, en el central Adela, Las Villas Norberto Camacho

23 Diciembre 1990, en el central Adela, Las Villas Luis Guevara

24 Diciembre 1959, Fusilado, Santa Clara, LV. Ramón Alba Moya

24 Diciembre 1962, Muerte en Prisión, Isla de Pinos San José Aquino de la Cuesta

24 Diciembre 1961, Fusilado, La Habana Pedro Barrera

24 Diciembre 1961, desaparecido en el mar Manuel Barreiro

24 Diciembre 1961, en Arroyo Blanco, Oriente Juana Figueredo (estaba embarasada)

24 Diciembre 1961, en Arroyo Blanco, Oriente Jose Flores

24 Diciembre 1961, en Boniato, Oriente Manuel Ocara

24 Diciembre 1962, en Isla de Pinos Jose Aquino de la Cuesta

24 Diciembre 1962, en Isla de Pinos Jose Aquino de la Cuesta Sevillano

24 Diciembre 1964, en Isla de Pinos Daniel Inoquesto

24 Diciembre 1964, en Matanzas Jose Lima Suarez

24 Diciembre 1966, en Isla de Pinos Daniel Crespo Requino

24 Diciembre 1991, en Guantanamo Jose Orlando Ferrera Barroso

25 Diciembre 1989, Ahogado en el mar José Abdala López

25 Diciembre 1989, Ahogado en el mar, Estrecho de la Florida, Balsero. José Alvarez Díaz

25 Diciembre 1961, en el cementerio de Mariano Napoleon Miro

25 Diciembre 1986 en el combinado del este Eduardo Lara Tamayo

25 Diciembre 1990, desaparecido en el mar Candido Martinez

26 Diciembre 1986, Asesinado, Quivican, LH. Emilio (Padre) Toledo

26 Diciembre 1961, Fusilado, El Condado, Las Villas Manuel Veloso

26 Diciembre 1961, Asesinado, La Habana, LH. Jorge Alvarez González



26 Diciembre 1961, Fusilado, Guantánamo, OR. Napoleón Miró

26 Diciembre 1961, Fusilado, El Condado, Las Villas Florentino Caballero

25 Diciembre 1961, en Condado, Las Villas Florencio Caballero

25 Diciembre 1961, en Marianao Eladio Garcia Lopez

28 Diciembre 1961, Fusilado, Oriente Carlos Campos Martínez

31 Diciembre 1960, Fusilado, La Cabaña, La Habana José Arroyo Maldonado

31 Diciembre 1961, Muerte en Prisión, Guanajay, PR. Julia González Roqueta

31 Diciembre 1962, Muerto en combate, Oriente (Chino) La Fiesta.

Posted at 10:54 PM | Permalink | Comments (0) | TrackBack (0)    ShareThis

---

13 May 2011

## ¨Siria: la apuesta por la libertad¨

Enviado por el Dr. Darsi Ferrer:

¨Siria: la apuesta por la libertad¨

Dr. Darsi Ferrer

La Habana, Cuba. 12 de mayo de 2011.

Pese al ejército disparando con tanques, cañones y francotiradores, y a la acción de la policía política haciendo constantes razias en los hogares y secuestrando a conocidos opositores o sospechosos de participar en las manifestaciones contra el régimen, el valiente pueblo sirio continúa manifestándose cada viernes de oración, pidiendo el fin del régimen asadita.

La brutalidad de la represión se ha sostenido en parte por la ausencia de una decidida condena internacional, y las más que acostumbradas dubitaciones de un Consejo de Seguridad de la ONU que todavía está atenazado por el fiambre de la realpolitik de la Guerra Fría. Los cálculos de conveniencias geopolíticas y las componendas de pasillo se vuelven más infortunados ante la masacre de una revolución verdaderamente popular, pacífica y que clama por el triunfo de los valores occidentales de libertad y democracia.

La persistente brutalidad de la cúpula gobernante de Siria parece haber domeñado el pánico de Bashar al Asad el que hace apenas unas semanas se apresuró a firmar por decreto el fin del Estado de Emergencia que implantara su padre. Envalentonado por las facciones recalcitrantes en el poder, y por la falta de enérgica condena unánime en la arena internacional, la que deberían encabezar EEUU y la Unión Europea con sancione drásticas de corte político-económico, el dictador sirio se ha lanzado a por todas contra su propio pueblo.

El mundo árabe, revuelto por las mismas premisas libertarias que protagonizan el verdadero principio del sig XXI, está pendiente de esa lucha desigual. ¿Hasta que punto podrá mantenerse el conflicto en suelo sirio sin u ruptura en uno u otro sentido? Por un lado el ejército está ante la contradicción de estar matando a sus propio coterráneos que juraron defender, y por el otro el pueblo es masacrado a mansalva y la comunidad internacional no lo apoya con decisión abrumadora. Los argumentos de "defensa del Estado ante la agresión extremistas islámicos" que blande la dictadura siria para justificar su barbarie no se sostienen como creíbles igual que en todos los casos recientes en el mundo árabe e islámico, la presencia masiva de la población en las calles lo que clama es libertad y democracia, no la ley islámica ni un estado teocrático.

Todo indica que el punto de quiebra del pueblo avasallado de Siria ya quedó atrás. Lo estimula la lucha a bra partido que sostienen en las calles y plazas contra el feroz dictador. No se puede concluir otra cosa al valora corajuda decisión popular de afrontar la feroz represión y muertes, y hacerlo incrementando la intensidad y participación en las protestas.

Y es que lo que está ocurriendo es una acción de la sociedad civil, que se multiplica cada vez más udade pesar del incremento de la violencia gubernamental que intenta aplastarla. Con la matanza diaria pueb prima la justa cólera y en ella se ha galvanizado la decisión de quitarse de encima el odiado régimen su

admirable resistencia va provocando grietas irreversibles en el ejército. Y ante la heroica resistencia de la ciudadanía es probable que en la institución armada estén ocurriendo purgas y que empiecen a abundar las ejecuciones sumarias, anotándolas como víctimas de unos supuestos "terroristas" que actúan contra el Estado. Pero ni siquiera la teoría de la fidelidad a toda prueba del ejército de corte personalista puede salvar las

contradicciones abismales a las que está siendo arrastrado por la dictadura.

El aparato de la policía política siempre resulta el más cruelmente comprometido con un régimen dictatorial. La tradicional brutalidad represiva de la que hacen gala se dirige contra todo el que se oponga o dude. Sin embargo, su estructura interna es frágil para sostenerse en esa posición. La caída de todos sus iguales casi intactos en el derrumbe del llamado Campo Socialista dejó al descubierto cuáles son los puntos débiles de estas temidas estructuras de poder.

La resistencia a manos descubiertas de la población siria va a tener un límite de control. De persistir la represión, el pueblo se va a lanzar a una desgastante guerra civil, tal como ocurre en Libia. Entonces los sueños de "estabilidad en la región", que han guiado a los diplomáticos interesados en frenar cualquier acción de enérgica condena a la dictadura de Al Asad se quebrarán con la sangre y la violencia. El régimen de los hermanos Castro debe mirarse bien en ese espejo y meditar. Los tiempos son de cambios, pero no atenazados con remiendos inútiles y convenientes desde y para la cúpula. Los pueblos son los que dictan las condiciones de su futuro, no las llamadas "élites revolucionarias", mucho menos cargadas con ancianos que representan un poder envilecido.

Posted at 11:32 AM | Permalink | Comments (0) | TrackBack (0)     ShareThis

09 May 2011
## Juan Wilfredo Soto García narró las amenazas

¡Viva Cuba Libre sin los asesinos Castros!

Posted at 09:12 AM | Permalink | Comments (0) | TrackBack (0)     ShareThis

08 May 2011
## #Cuba: Represión y asesinato

La policía rodea la casa del opositor Jorge Luis García 'Antúnez' para que no asista al funeral de

**Soto García**



Posted at 11:20 AM | Permalink | Comments (0) | TrackBack (0)     ShareThis

## La Disidencia en Cuba Denuncia el Asesinato de Juan Wilfredo Soto García

Via Misceláneas de Cuba:

Posted at 07:46 AM | Permalink | Comments (0) | TrackBack (0)     ShareThis



# Cuba: Dissident Juan Wilfredo Soto Garcia beaten to death



Raul Castro may have changed his job title, but he's still **Cuba's Chief Executioner**.

From Uncommon Sense:

> Cuban dissident **Juan Wilfredo Soto García** <u>died early this morning, less than three days after police brutally beat him.</u>
>
> Soto, a former political prisoner known as "The Student," was sitting in a Santa Clara park on Thursday when police ordered him to leave.
>
> "They started to beat him, and from there they took him to the hospital," said independent journalist Guillermo Fariñas.
>
> Soto was later released but then had to be readmitted, this time in intensive care.
>
> Fariñas said dictator Raúl Castro is guilty of Soto's murder, noting how Castro last month said the right of Cubans to "defend the revolution" against opposition would never be denied.
>
> Soto suffered from heart and kidney failure, hypertension, diabetes, gout and other diseases, and the official cause of death was listed as pancreatitis. However, his niece noted that there was bruising in the kidney region of his body.
>
> "His family knows that he died from beatings, and there are witnesses" to what happened, said opposition activist Idania Yanez Contreras.
>
> Numerous activists accompanied the family to a funeral home. Outside, secret police agents were keeping watch on the activities, according to reports.
>
> Fariñas said Soto would be buried at 2 p.m. Sunday.
>
> Soto was first jailed as a 17-year-old high school student on a charge of "sabatoge of social property" — while he earned his nickname. An activist with the Central Opposition Coalition, Soto also was imprisoned twice on charges of "enemy propaganda."

Posted at 07:05 AM | Permalink | Comments (0) | TrackBack (0)     ShareThis

# XXXI Aniversario de la Creación de la Junta Patriótica Cubana

## 20 De Mayo, pagina 7



# XXXI ANIVERSARIO DE SU CREACION

*Por R. Yoel Borges*
*Vice Presidente Internacional (Area USA)*
*P.O. BOX 5902 El Monte, CA 91734*
*E-Mail JPCryb@aol.com*

La Regional California conmemoró con un almuerzo patriótico en el restaurante El Colmao de la ciudad de Los Angeles el XXXI Aniversario de la creación de la Junta Patriótica Cubana



Arturo y Estela Bueno, Gilberto Pérez, Pedro Castillo, José Agustín y Herlinda Hernández, R Yoel Borges y Emilio Valdés









Saturnino Cardoso, Antonio Rotella, Yolanda Tallón,
Maruca Ojeda, Tomasa Romero, María Cardoso,
Leonardo Fandiño, Adelia A. Lorenzo y Alberto Montero



Siva, Henry Agüero,
R Yoel Borges y
Nelson Better

Posted at 03:28 PM | Permalink | Comments (0) | TrackBack (0)    ShareThis

# EXHIBIT E



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: **10-34487 CA 23**

MARILYN WIEDERSPAN, Individually,
and as Administrator, Executor, Personal
 Representative and or Guardian of the Estate
of her Father, JOSE VELAZQUEZ FERNANDEZ,
MARTHA VELAZQUEZ SANCHEZ, Individually,
and MARIA BRAVO DIAZ, Individually.

     Plaintiffs

V.

FIDEL CASTRO RUZ, as an individual,
Agency and Instrumentality of
The Republic of Cuba,
RAUL CASTRO RUZ, as an individual,
 Agency and Instrumentality of
 The Republic of Cuba, the estate of
ERNESTO "Che Guevara" Guevara, (Deceased,)
As an Individual,
 Agency and Instrumentality of
The Republic of Cuba,
THE MINISTRY OF INTERIOR,
An Agency and Instrumentality of
The Republic of Cuba,
The ARMY OF THE REPUBLIC OF CUBA,
An Agency and Instrumentality of
The Republic of Cuba; and
THE REPUBLIC OF CUBA,
A foreign state.

     Defendants

<u>JAIME SUCHLICKI AFFIDAVIT</u>



I, Jaime Suchlicki, being duly sworn, do state as follows:

1. The purpose of this affidavit is to convey my expert opinion regarding political conditions in Cuba from the late 1950's until the present time. I am also rendering my opinion regarding the extra-judicial killing of Jose Velazquez Fernandez. In making my judgment, I have given careful considerations to the present conditions on the island and to Mr. Jose Velazquez Fernandez personal and family background.

2. My justifications to perform this analysis are based on over twenty years experience in researching and writing about Latin American affairs, particularly about Cuba. I earned a doctorate in History from Texas Christian University and have taught at the University of Miami since 1967. I am presently Professor of History and Director of the University of Miami's Institute of Interamerican Studies. In the past two decades I have written four books on Cuba, the most recent ones, Cuba: From Columbus to Castro (Pergamon Press, 1986) and A Historical Dictionary of Cuba (Scarecrow Press, 1988). In addition, I have published over twenty articles on contemporary Cuba (see attached resume).

3. Jose Velasquez Fernandez (Jose) family was persecuted by the Cuban government~ prior to their departure from Cuba. Jose was an active officer in the Cuban military in the late 1950's. His father was a General in the army and did not support either Battista's forceful coup d'état, nor Castro's violent take over. Other Affidavits and letters from family members indicate that most of the family left Cuba shortly after the takeover by Fidel Castro. The family now has few relatives in Cuba. Nearly all of the family has become American citizens.

4. Having been captured by Fidel Castro's army in January 1959, Jose was killed by firing squad on February 6, 1959. Actions such as these were widespread and habitual in the late 1950's and early 1960's alongside arbitrary detention, torture, disappearance and extrajudicial killing by units of the Cuban armed forces. Cuban archives Internet documents. Please find attachment A, printout of the Cuban Archive that specifically confirm Jose's extra-judicial killing.

Detainees described conditions in Cuban prisons as horrible, with poor food, physical abuses, and corporal punishment. The most vivid testimony of prisoners' treatment in Cuba is found in Against All Hope written by Armando Valladares and published by Knopf in 1986. The problem of prisoner and detainee abuse and brutally is pertinent today along with the harsh, life threatening prison conditions.

5. I understand that Jose graduated from military school in Cuba and like the rest of his family was anti-communist. The rest of his family had to leave Cuba because of their opposition to the regime and remained anti-communist.

6. Recent reports indicate a tightening of political control and continuous repression and persecution of political opponents. Fidel Castro remains the first secretary of the only legal party and remains leader of the Communist Party. Raul Castro currently holds the position of monthly

Cuba's current chief of state but also Cuba's president of council of state and council of ministers, and commander in chief of the revolutionary armed forces. The National assembly elections in 2008 unjustly elected 98.7 percent of the Communist Party candidates as well as the CP's allies and granted them 607 of the 614 seats in the national assembly. There has been numerous reports on the harassment and threats against political opponents by government recruited mobs and corrupted police and state security. U.S. State Department Human Rights Report on Cuba has found that Cuba is a recent totalitarian state that does not tolerate opposition to official policy.

7. Contrary to recent reports regarding a growing respect for Human Rights in the USSR, Cuba has not changed its views concerning political dissent. Recent reports of human rights groups both within and outside the island indicate that Cubans that have returned to the island either voluntarily or involuntarily have been subjected to persecution and harassment on the part of the Cuban authorities. The Mariel returnees have been incarcerated, whether they had criminal records or not. There have been as many as 5,000 arbitrary arrests and detentions of human rights advocates who were later convicted with "dangerousness" without being charged with a specific crime. Late last year three human rights activists in Cuba were unjustly sentenced to a three year jail term for placing a floral wreath in the cemetery without previous government authorization.

8. The criminal justice system in Cuba reflects an ideological viewpoint that all types of "undesirable elements" must be rounded up, arrested, imprisoned and permanently isolated from the communist society. Accordingly, in the past four years, the Castro government has started a "campaign of rectification," not unlike the measures employed by Nazi Germany,-before and during World War II to round up "undesirable elements." These elements include former criminals, critics of the government, and also vagabonds and any persons accused of "deviant behavior." The Cuban legal system has been corrupted to serve ideological purposes by prosecuting those persons not considered worthy members of the reigning political society. There are also credible reports that the punishments imposed go beyond mere incarceration and include corporal punishment and torture.

Jaime Suchlicki

STATE OF FLORIDA

CITY OF MIAMI

Subscribed to and sworn before me a Notary Public in the State of Florida, city of Miami on this 3 day of January, 2012.

My commission expires:

Maria del Carmen Urizar

MARIA DEL CARMEN URIZAR
MY COMMISSION # EE 099408
EXPIRES: July 19, 2015
Bonded Thru Notary Public Underwriters