# Complaints and Other Initiating Documents
1:15-cv-20278-XXXX Wiederspan et al v. Republic of Cuba, The et al

U.S. District Court

Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered by Sanchez-Calderon, William on 1/26/2015 at 4:15 PM EST and filed on 1/26/2015

**Case Name:** Wiederspan et al v. Republic of Cuba, The et al
**Case Number:** 1:15-cv-20278-XXXX
**Filer:** Marilyn Wiederspan
Maria Bravo Diaz
Martha Velasquez Sanchez
Jose Velasquez Fernandez

**Document Number:** 1

**Docket Text:**
**COMPLAINT against Fidel Castro Ruz, Raul Castro Ruz, Republic of Cuba, The. Filing fees $ 400.00 receipt number 113C-7417310, filed by Marilyn Wiederspan, Maria Bravo Diaz, Martha Velasquez Sanchez, Jose Velasquez Fernandez. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit Composite Exhibit A)(Sanchez-Calderon, William)**


**1:15-cv-20278-XXXX Notice has been electronically mailed to:**

William J. Sanchez-Calderon     michael@wsanchezlaw.com

**1:15-cv-20278-XXXX Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/26/2015] [FileNumber=13433876-0] [718dc1352c8dadc4e5d3a117b62c9238fda3b42adce49e31a660f45f391599c044 3b36ef139cb396cd706b7da34e5e0a9b06b5f4ea4314b8cf6ec51f1654f633]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=1/26/2015] [FileNumber=13433876-1] [6cde08e4bf050ee77cac5e0ea1adfb81ef438570a672a773a71fe0967c262e31e2 00f62d96c075c20f7ac4f06dbc40ed559f19b05a5987ca870c124a9d6c2478]]
**Document description:** Exhibit Composite Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1105629215 [Date=1/26/2015] [FileNumber=13433876-2] [85b3f14478ee9d0e0224d6b8c9cbafc6cb05e4769ccb353d60b8ccae6eb490475a4d5ff2a331959815aee32c9dd6186da5915a6cf1234cf1a86a3f93542de816]]