# WILLIAM J. SANCHEZ, P.A.
## ATTORNEYS & COUNSELORS

February 27, 2015

Via ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street  New York, NY 10007
125 Broad Street
New York, NY 10004-2498

Re: United States v. BNP Paribas S.A., 14 Cr. 00460 (LGS)

Dear Judge Schofield:

    We respectfully submit this letter to request a conference with the court and counsel for USA, regarding Marilyn Wiederspan's ("Wiederspans") interests in this matter. The current sentencing date in this matter is set for May 1, 2015. Undersigned counsel has communicated with counsel for USA and is awaiting a response regarding USA's position.

    Wiederspan's request for a conference and hearing is governed by Subsection 853(n) of Title 21 of the United States Code, which specifically governs third-party interests in criminal forfeiture ancillary proceedings. When a third party asserts a legal interest in property forfeited to the Government, the Court must hold a hearing to adjudicate the validity of the alleged interest in the property. 21 U.S.C. § 853(n)(2); United States v. Ribadeneira, 105 F.3d 833, 834 (2d Cir. 1997).

    We therefore respectfully request that a conference be scheduled in this matter.

    Please let us know if you have any questions or require additional information about this request.

Respectfully submitted,

*[signature]*

William J. Sanchez
William Sanchez P.A.

Cc: Andrew Goldstein, Martin Bell,
Micah Smith (U.S. Attorney's Office, Southern District of New York)
Craig Timm, Jennifer Ambuehl (U.S. Department of Justice, Asset Forfeiture and Money Laundering Section)
Mark Bravin, Winston and Strawn