UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **MOTION TO DISMISS THE NOTICES OF LIEN OF MARILYN <u>WIEDERSPAN</u>** |
| - v. - | : | |
| BNP PARIBAS, S.A., | : | 14 CR. 460 (LGS) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition To Wiederspan's Motion for a Conference and Hearing and in Support of the Government's Motion To Dismiss Wiederspan's Notices Of Lien, the United States of America moves this Court, before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York, for an Order dismissing the Notices of Lien filed by Marilyn Wiederspan for lack of standing pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Rule 12(b) of the Federal Rules of Civil Procedure.

1

Dated:   New York, New York
         March 20, 2015

                                    Respectfully submitted,

PREET BHARARA                                       LESLIE CALDWELL
United States Attorney                              Assistant Attorney General
                                                    Criminal Division

                                                    M. KENDALL DAY
                                                    Acting Chief, Asset Forfeiture and Money
                                                    Laundering Section

By: _____/s/_____              By: _____/s/_____
Andrew D. Goldstein                                 Jennifer E. Ambuehl
Martin S. Bell                                      Trial Attorney
Christine I. Magdo                                  Asset Forfeiture and Money Laundering
Micah W. J. Smith                                   Section, Criminal Division
Assistant United States Attorneys                   (202) 307-3066
(212) 637-1559


TO:    William J. Sanchez, Esq.
       William J. Sanchez P.A.
       12600 SW 120th Street, Suite 102
       Miami, FL 33186
       Tel: (905) 915-0042
       Fax: (305) 232-8819
       Email: michael@wsanchezlaw.com
       *Counsel for Marilyn Wiederspan*

CC:    Karen Patton Seymour, Esq.
       Sullivan & Cromwell
       125 Broad Street
       New York, NY 10004
       Tel: (212) 558-3196
       Fax: (212) 558-3588
       Email: seymourk@sullcrom.com
       *Counsel for BNP Paribas, S.A.*

2