# WILLIAM J. SANCHEZ, P.A.
## ATTORNEYS & COUNSELORS

March 26, 2015

Via ECF
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street  New York, NY 10007
125 Broad Street
New York, NY 10004-2498

Re: United States v. BNP Paribas S.A., 14 Cr. 00460 (LGS)

Dear Judge Schofield:

    We respectfully request an additional 2 weeks to respond to the Government's Motion to Dismiss the Notices of Lien of Marilyn Wiederspan. We have already discussed this matter with the Government, and AUSA Martin Bell has agreed by email to the enlargement of time, until April 3rd, 2015.

    As such, we respectfully request that the court grant undersigned counsel's request for enlargement of time until April 3rd.

    Please let us know if you have any questions or require additional information about this request.

Respectfully submitted,

William J. Sanchez
William Sanchez P.A.

Cc: Andrew Goldstein, Martin Bell,
Micah Smith (U.S. Attorney's Office, Southern District of New York)
Craig Timm, Jennifer Ambuehl (U.S. Department of Justice, Asset Forfeiture and Money Laundering Section)
Mark Bravin, Winston and Strawn