

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2021

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    **United States of America** v. **BNP Paribas, S.A.,**
> **14 Cr. 460 (LGS)**

Dear Judge Schofield:

     Please be advised that I am leaving the United States Attorney's Office for other employment.  Accordingly, please remove me as counsel of record in the above-captioned case.

     Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Martin S. Bell
Assistant United States Attorney
(212) 637-2463

cc:    Counsel of Record (by ECF)