

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2021

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States of America** v. **BNP Paribas, S.A.,**
     14 Cr. 460 (LGS)

Dear Judge Schofield:

  Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

  Thank you very much for the Court's consideration.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney

         by: _____
           Martin S. Bell
           Assistant United States Attorney
           (212) 637-2463

cc: Counsel of Record (by ECF)

Application Granted. The Clerk of the Court is directed to terminate Mr. Bell as counsel of record.

Dated: June 21, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**